UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x


In re Tribune Company                                Consolidated Multidistrict Action
Fraudulent Conveyance Litigation                     11-MD-2296 (WHP)



------------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

DEUTSCHE BANK TRUST COMPANY AMERICAS,
in its capacity as successor indenture trustee for
certain series of Senior Notes, et al.,

                         Plaintiffs,                 Civil Action
                                                     Related Case
            vs.                                      No. 1:11-CV-4784 (WHP)

ADALY OPPORTUNITY FUND
TD SECURITIES INC. C/O ADALY, et al.,

                         Defendants.

------------------------------------------------------------------------x


## NOTICE OF APPEARANCE
## ON BEHALF OF ROBERT A. SIMINS AND JAMIE A. SIMINS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record on behalf

of defendants Robert A. Simins and Jamie A. Simins in the above-captioned action, with full

reservation of rights, and request that all papers and documents required to be served in this action

upon said defendant shall be served upon the undersigned at the address stated below.


*(continued on next page)*

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      July 9, 2012

                            DEUTSCH, METZ & DEUTSCH, LLP

                            By:   /s/                 
                                  Alfred N. Metz (AM 6294)
                            18 East 41st Street, Sixth Floor
                            New York, NY 10017
                            Tel.: (212) 684-1111
                            Fax:  (212) 684-1113
                            almetz@dmdlegalny.com
                            Attorneys  for  Defendants  Robert  A.  Simins  and Jamie A. Simins