UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                          :   Consolidated Multidistrict Action
                                                :   Case No.: 12-MC-02296 (WHP)
TRIBUNE COMPANY FRAUDULENT      :   Case No.: 11-MD-02296 (WHP)
CONVEYANCE LITIGATION                 :
                                                :   **NOTICE OF APPEARANCE**
                                                :
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that Steven R. Rogovin, who is admitted to practice in this court, respectfully enters his appearance as counsel for defendants James Thomas Wirth and Eileen Marie Wirth (together, the "Defendants"), and requests that copies of all future pleadings, filings, notices, correspondences and other papers be served upon him at the address stated below.  This Notice of Appearance is made without waiver of, or prejudice to, any motion, objection, argument or defense the Defendants may have.  This Notice of Appearance is filed in both of the above-referenced cases pursuant to the Court's Master Case Order No. 1 entered February 23, 2012.

Dated: August 28, 2012

                                                    MELTZER, PURTILL & STELLE LLC

                                                    By:   /s/ Steven R. Rogovin
                                                             Steven R. Rogovin
                                                             300 South Wacker Drive, Suite 3500
                                                             Chicago, Illinois 60606
                                                             Tel: (312) 461-4304
                                                             Fax: (312) 987-9854
                                                             srogovin@mpslaw.com