UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

                                            Case No. 11-md-2296 (WHP)

---------------------------------------------------------------- X

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Niese v. A.G. Edwards, Inc. 12-CIV-00551

**NOTICE OF SUBSTITUTION**
**OF COUNSEL**

---------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that James H. S. Levine, of Pepper Hamilton LLP, should be withdrawn as counsel of record for the following named Defendant in the above-referenced Action:

- USAA Investment Management Company

PLEASE TAKE FURTHER NOTICE that Albert H. Manwaring, IV, previously of Pepper Hamilton LLP and currently associated with Morris James LLP, remains as counsel of record for the above named defendant, which hereby requests that all pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon Albert H. Manwaring, IV, of Morris James LLP, at the address, telephone number, and e-mail indicated below.

Dated: December 10, 2012


MORRIS JAMES LLP

*/s/ Albert H. Manwaring, IV*
Albert H. Manwaring, IV (#4339)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6868
Facsimile: (302) 571-1750
*amanwaring@morrisjames.com*

*Attorney for Defendant USAA Investment Management Company*


PEPPER HAMILTON LLP

*/s/ James H. S. Levine*
James H. S. Levine (#5355)
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
*levinejh@pepperlaw.com*

*Former Attorney for Defendant USAA Investment Management Company*

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this day, a true and correct copy of the

foregoing Notice of Substitution of Counsel was served by using the Court's CM/ECF System,

which sent an Electronic Notice to all counsel of record.

Dated: December 10, 2012
       Wilmington, Delaware

                                    MORRIS JAMES LLP

                                    */s/ Albert H. Manwaring, IV*

                                    Albert H. Manwaring, IV
                                    500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, DE 19899-2306
                                    Tel:  (302) 888-6868
                                    Fax:  (302) 571-1750
                                    *amanwaring@morrisjames.com*

5984945/

3