UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
:
:
:
: Case No. 11-md-2296 (WHP)
------------------------------------------------------------------ X
:
THIS DOCUMENT RELATES TO :
:
The following Consolidated Actions: :
:
Deutsche Bank Trust Company Americas v. Alliance :
Capital Management LLC 11-CIV-09595 :
:
:
:
:
: **NOTICE OF SUBSTITUTION**
: **OF COUNSEL**
:
------------------------------------------------------------------ X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that James H. S. Levine, of Pepper Hamilton LLP, should be withdrawn as counsel of record for the following named Defendants in the above-referenced Action:

- USAA Investment Management Company
- USAA Mutual Funds Trust

PLEASE TAKE FURTHER NOTICE that Albert H. Manwaring, IV, previously of Pepper Hamilton LLP and currently associated with Morris James LLP, remains as counsel of record for the above named defendants, which hereby request that all pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon Albert H. Manwaring, IV, of Morris James LLP, at the address, telephone number, and e-mail indicated below.

Dated: December 10, 2012

| MORRIS JAMES LLP | PEPPER HAMILTON LLP |
|---|---|
| */s/ Albert H. Manwaring, IV* | */s/ James H. S. Levine* |
| Albert H. Manwaring, IV (#4339) | James H. S. Levine (#5355) |
| 500 Delaware Avenue, Suite 1500 | 1313 North Market Street, Suite 5100 |
| P.O. Box 2306 | P.O. Box 1709 |
| Wilmington, DE 19899-2306 | Wilmington, DE 19899-1709 |
| Telephone: (302) 888-6868 | Telephone: (302) 777-6500 |
| Facsimile: (302) 571-1750 | Facsimile: (302) 421-8390 |
| *amanwaring@morrisjames.com* | *levinejh@pepperlaw.com* |
| *Attorney for Defendants USAA Investment Management Company and USAA Mutual Funds Trust* | *Former Attorney for Defendants USAA Investment Management Company and USAA Mutual Funds Trust* |

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this day, a true and correct copy of the foregoing Notice of Substitution of Counsel was served by using the Court's CM/ECF System, which sent an Electronic Notice to all counsel of record.

Dated:  December 10, 2012
  Wilmington, Delaware

MORRIS JAMES LLP

*/s/ Albert H. Manwaring, IV*

Albert H. Manwaring, IV
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Tel:  (302) 888-6868
Fax:  (302) 571-1750
*amanwaring@morrisjames.com*

5984929/

3