UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Leonard William Allen
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11·27·10

11MD Civ. 2296 WHP ( ) ( )

**NOTICE OF APPEARANCE**

Please take notice that I, _____Leonard William Allen_____, a defendant in
(name)
this action, hereby appear *pro se* and that all future correspondence and papers in connection with
this action are to be directed to me at the address indicated below.

Dated:   Elgin   ,   Illinois
       (town/city)    (state)
       November  15 , 20 12

*Signature of Defendant*

409 Wing Park Blvd.
*Address*

Elgin, Illinois 60123
*City, State & Zip Code*

847-888-4492
*Telephone Number*

Email Address = LWA618@GMAIL.COM
*Fax Number (if you have one)*

*Rev. 05/2007*               3



RECEIVED
NOV 27 2012
PRO SE OFFICE

L. ALLEN
409 WING PARK BLVD
ELGIN, IL 60123



UNITED STATES DISTRICT COURT of the SOUTHERN DISTRICT of NEW YORK

PRO SE OFFICE

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE

500 PEARL STREET, ROOM 200

NEW YORK, NEW YORK  10007