UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Company Americas
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Leonard Allen
_____

Jane Ellen Allen
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11·27·12

11MD Civ. 2296 WHP ( __ ) ( __ )

**NOTICE OF APPEARANCE**

Please take notice that I, Leonard Allen and Jane Ellen Allen , a defendant in
           *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:    Elgin          ,  Illinois
         *(town/city)*      *(state)*
         November    15 , 20 12

*Signature of Defendant* (Leonard Allen / Jane Ellen Allen)

409 Wing Park Blvd.
*Address*

Elgin, Illinois 60123
*City, State & Zip Code*

847-888-4492
*Telephone Number*

Email Address = LJSRSCA@SBCGLOBAL.NET
*Fax Number (if you have one)*

Rev. 05/2007                                    3



L. ALLEN
409 WING PARK BLVD
ELGIN, IL 60123

UNITED STATES DISTRICT COURT of the
PRO SE OFFICE
DANIEL PATRICK MOYNIHAN UNITED STATES COURT HOUSE of NEW YORK
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007


NOV 27 2012
PRO SE OFFICE

10007831330