UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., Plaintiffs, v. OHLSON ENTERPRISES, et al., Defendants. | Case No. 1:12-cv-00064-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant NorthShore University HealthSystem, as Owner of the NorthShore University HealthSystem Second Century Fund hereby makes the following disclosures:

NorthShore University HealthSystem, as Owner of the NorthShore University HealthSystem Second Century Fund does not have any parent. No publicly held company owns 10% or more of stock in the corporation. No publicly-held corporation has a financial interest in the outcome of this matter.

A/75239240.1

Dated: Hartford, Connecticut
December 3, 2012

               **BINGHAM McCUTCHEN LLP**

               /s/ Michael C. D'Agostino
               Michael C. D'Agostino (MD0304)
               BINGHAM McCUTCHEN LLP
               One State Street
               Hartford, CT 06103
               Phone: (860) 240-2700
               Fax: (860) 240-2800
               Email: michael.dagostino@bingham.com

               *Attorneys for Defendant NorthShore*
               *University HealthSystem, as Owner of the*
               *NorthShore University HealthSystem*
               *Second Century Fund*