USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Frank Callea

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11   Civ. 2296   (WP) (JC)
MD

NOTICE OF APPEARANCE

Please take notice that I, Frank Callea _____, a defendant in
                                              *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with
this action are to be directed to me at the address indicated below.

Dated:  Chicago _____, Illinois
          *(town/city)*          *(state)*

        November _____ 20 , 20 12


/s/ Frank Callea
*Signature of Defendant*

4010 N. Clark Street Unit 1
*Address*

Chicago, Illinois 60613
*City, State & Zip Code*

773-472-1729 // fcallea@tribune.com
*Telephone Number*

_____
*Fax Number (if you have one)*

*Rev. 05/2007*

3

PRO SE OFFICE





**FrankGecker**
325 N. LaSalle, Suite 625
Chicago, Illinois 60654



JUN 27 2012
PRO SE OFFICE

United States District Court for the Southern
District of New York
Pro Se Office
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007

10007133055