UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Carol Ann Forace

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11·27·12

11 Civ. 2296 (WP) (JC)
MD

**NOTICE OF APPEARANCE**

Please take notice that I, Carol Ann Forace, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Chicago, Illinois
   *(town/city)*   *(state)*

   November  20, 20 12

/s/ Carol Ann Forace
*Signature of Defendant*

2000 Linwood Ave
*Address*

Fort Lee, NJ 07204
*City, State & Zip Code*

201-947-3555  //  caforace@aol.com
*Telephone Number*

_____
*Fax Number (if you have one)*



Rev. 05/2007

3



United States District Court for the Southern District of New York
Pro Se Office
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007





**FrankGecker**
325 N. LaSalle, Suite 625
Chicago, Illinois 60654