UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT : Master File No.
CONVEYANCE LITIGATION : 11 M.D.L. No. 2296 (WHP)
:
This Document Relates To: :
:
      12 Civ. 02652 : ECF CASE
:
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of defendant Platinum Grove Contingent Capital Master Fund Ltd. in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       December 11, 2012

SCHULTE ROTH & ZABEL LLP

By: /s/ William H. Gussman, Jr.
    William H. Gussman, Jr.

919 Third Avenue
New York, New York 10022
(212) 756-2000
bill.gussman@srz.com

*Counsel for Platinum Grove Contingent Capital Master Fund Ltd.*