UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT : 
CONVEYANCE LITIGATION : Master File No.
 : 11 M.D.L. No. 2296 (WHP)
This Document Relates To: :
 : **RULE 7.1 DISCLOSURE**
          12 Civ. 02652 : **STATEMENT**
 :
-----------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Platinum Grove Contingent Capital Master Fund Ltd. state that the defendant has no parent corporation, nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated: New York, New York
       December 11, 2012

SCHULTE ROTH & ZABEL LLP

By: /s/ William H. Gussman, Jr._____
    William H. Gussman, Jr.
    Kristie M. Blase

919 Third Avenue
New York, New York  10022
(212) 756-2000
bill.gussman@srz.com
kristie.blase@srz.com

*Counsel for Platinum Grove Contingent Capital Master Fund Ltd.*