AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) Consolidated Multidistrict Litigation ) 11 MD 2296 (WHP) ) 12 MC 2296 (WHP) |
| The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.<br>*Plaintiff* | ) Case No. 1:12-cv-02652-WHP ) ) ) ) |
| v. | ) |
| Dennis J. Fitzsimmons, et al.<br>*Defendant* | ) ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gila River Indian Community

Date: December 11, 2012                                    /s/ Lynne C. Adams
                                                                              *Attorney's signature*

                                                                              Lynne C. Adams (AZ SBN 011367)
                                                                              *Printed name and bar number*

                                                                              Osborn Maledon P.A., 2929 N. Central Ave., # 2100
                                                                              Phoenix, AZ  85012
                                                                              *Address*

                                                                              ladams@omlaw.com
                                                                              *E-mail address*

                                                                              (602) 640-9348
                                                                              *Telephone number*

                                                                              (602) 640-9050
                                                                              *FAX number*

4588574

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, the foregoing Appearance of Counsel was electronically filed through the CM/ECF system for the United States District Court, Southern District of New York and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  December 11, 2012                    OSBORN MALEDON PA


By:   /s/ Lynne C. Adams

Lynne C. Adams
Osborn Maledon PA
2929 N. Central Avenue, Suite 2100
Phoenix, AZ  85012
Telephone:  (602_ 640-9348
Fax:  (602) 640-9050
Email:  ladams@omlaw.com

Attorneys for Defendant Gila River Indian Community