UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,

        Plaintiffs,

v.

Abu Dhabi Investment Authority, et al.,

        Defendants.

11 md 2296
–and–

Docket No. 11 Civ. 4522 (RJH)

---

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant INKA MBH a/k/a Internationale Kapitalanagegesellschaft MBH a/k/a HSBC INKA discloses that it is a wholly-owned indirect subsidiary of HSBC Holdings plc, whose American Depository Receipts trade on the New York State Stock Exchange.

Dated: New York, New York
       January 27, 2012

                PHILLIPS LYTLE LLP

                By /s/ Joseph B. Schmit
                   Joseph B. Schmit
                   William J. Brown

                437 Madison Avenue, 34th Floor
                New York, NY 10022
                Telephone: (212) 759-4888
                Facsimile: (212) 308-9079

                   - and -

                3400 HSBC Center
                Buffalo, NY 14203
                Telephone: (716) 847-8400
                Facsimile: (716) 852-6100
                Email: jschmit@phillipslytle.com
                Email: wbrown@phillipslytle.com

*Counsel for Defendant INKA MBH a/k/a Internationale Kapitalanagegesellschaft MBH a/k/a HSBC INKA*

Doc # 01-2549807.1