UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, in )
its capacity as successor indenture trustee for certain series )
of Senior Notes, et al., )
)  11md 2296
)  -and-
Plaintiffs, )  Docket No. 11 Civ. 4522 (RJH)
)
v. )
)
Abu Dhabi Investment Authority, et al., )
)
Defendants. )

---

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HSBC Bank (Cayman) Limited discloses that it is a wholly-owned indirect subsidiary of HSBC Holdings plc, whose American Depository Receipts trade on the New York State Stock Exchange.

Dated: New York, New York
       January 27, 2012

PHILLIPS LYTLE LLP

By /s/ Joseph B. Schmit
   Joseph B. Schmit
   William J. Brown

437 Madison Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 759-4888
Facsimile: (212) 308-9079

- and -

3400 HSBC Center
Buffalo, NY 14203
Telephone: (716) 847-8400
Facsimile: (716) 852-6100
Email: jschmit@phillipslytle.com
Email: wbrown@phillipslytle.com

*Counsel for Defendant HSBC Bank (Cayman) Limited*

Doc # 01-2549823.1