UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Ruth McCormick Tankersley Revocable Trust, Dated October 6, 1992, incorrectly named as "Ruth McCormick Tankersley Rev TR U/A 10/6/92," also incorrectly named as "Ruth McCormick Tankersley, TR U/A 10/6/92," and also incorrectly named as "Ruth Tankersley U/A DTD 12/03/1990" (the "Trust").

This appearance is without prejudice to any defenses or positions that the Trust may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

2

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>   Michael C. D'Agostino
>   BINGHAM McCUTCHEN LLP
>   One State Street
>   Hartford, CT 06103
>   Phone:  (860) 240-2700
>   Fax:  (860) 240-2800
>   Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
         December 11, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com