UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Andrew J. Entwistle, a member of this Court in good standing, respectfully enters his appearance as attorney of record for

        Pepperdine University

Dated: New York, New York
       December 12, 2012

                By:  */s/ Andrew J. Entwistle*
                        Andrew J. Entwistle
                        ENTWISTLE & CAPPUCCI LLP
                        280 Park Avenue, 26th Floor West
                        New York, New York 10017
                        Telephone:  (212) 894-7200
                        Facsimile:  (212) 894-7272
                        Email:  aentwistle@entwistle-law.com

                        *Defendants' Liaison Counsel and*
                        *Pepperdine University*