UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Vincent R. Cappucci, a member of this Court in good standing, respectfully enters his appearance as attorney of record for

        Pepperdine University

Dated:  New York, New York
          December 12, 2012

          By:  */s/ Vincent R. Cappucci*
                Vincent R. Cappucci
                ENTWISTLE & CAPPUCCI LLP
                280 Park Avenue, 26th Floor West
                New York, New York 10017
                Telephone: (212) 894-7200
                Facsimile: (212) 894-7272
                Email: vcappucci@entwistle-law.com

                *Defendants' Liaison Counsel and*
                *Pepperdine University*

EC.50825.1