IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates to:<br><br>*Deutsche Bank Trust Company Americas, et al. v. American Electric Power, et al.*<br><br>And<br><br>*The Official Committee of Unsecured Creditors Tribune Company, et al. v. Dennis J. Fitzsimmons, et al.* | 11-CV-09592 (WHP)<br><br><br><br>12-CV-02652 (WHP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen M. Bales, of Ziegler Metzger LLP, hereby enters his appearance in the above-captioned action as counsel of record for defendant, The Catherine A. Campbell Trust U/A dated 9/21/1995, Robert D. Campbell, Trustee.  I certify that I am admitted to practice in this Court, *pro hac vice* and hereby request that all notices, pleadings and other documents served or filed in this case be served at the address set forth below.  This appearance is without waiver of any of The Catherine A. Campbell Trust's objections or defenses, all of which are specifically reserved.

Dated: Cleveland, Ohio  
      December 12, 2012

Respectfully submitted,

*/s/ Stephen M. Bales*
STEPHEN M. BALES (0003380)
ZIEGLER METZGER LLP
925 Euclid Avenue, Suite 2020
Cleveland, Ohio 44115-1441
(216) 781-5470; Fax: (216) 781-0714
E-mail: sbales@zieglermetzger.com
*Attorney for Defendant The Catherine A. Campbell Trust U/A dated 9/21/1995, Robert D. Campbell, Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Stephen M. Bales*
STEPHEN M. BALES (0003380)