UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY<br>FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-MC-2296 (WHP) |
| Deutsche Bank Trust Co. Americas, et al.<br>v.<br>Janice M. McGurn, et al. | 12-CV-00063 (WHP), transferred<br>from 8:11-CV-1510 (AW) (D.Md.) |

**BROWN INVESTMENT ADVISORY & TRUST CO.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Brown Investment Advisory & Trust Company states that:

(1) Brown Advisory Incorporated is the parent company of Defendant Brown Investment Advisory & Trust Company.

(2) No publicly held corporation owns 10% or more of the stock of Brown Investment Advisory & Trust Company.

Dated: December 12, 2012                                  Respectfully submitted,

By:   /s/ Joshua S. Paster
Joshua S. Paster
Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Tel: 212-309-1000
Fax: 212-309-1100
jpaster@hunton.com
sregan@hunton.com

*Counsel for Defendant*
*Brown Investment Advisory*
*& Trust Co.*

TO: ALL COUNSEL OF RECORD

## **CERTIFICATE OF SERVICE**

I, Joshua Paster, Esq., counsel for Defendant Brown Investment Advisory & Trust Co., hereby certify that a copy of the attached Rule 7.1 Corporate Disclosure Statement was served on all counsel of record, by filing the same with the Court's CM/ECF system.

/s/ Joshua Paster_____
Joshua Paster
