IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates to:<br><br>*Deutsche Bank Trust Company Americas, et al. v. American Electric Power, et al.* | 11-CV-09592 (WHP) |
| *The Official Committee of Unsecured Creditors Tribune Company, et al. v. Dennis J. Fitzsimmons, et al.* | 12-CV-02652 (WHP) |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant, The Catherine A. Campbell Trust U/A dated 9/21/1995, Robert D. Campbell, Trustee, hereby certifies that The Catherine A. Campbell Trust has no parent company and no publicly held corporation owning 10% or more of The Catherine A. Campbell Trust.

Dated: Cleveland, Ohio  
       December 12, 2012

Respectfully submitted,

*/s/ Stephen M. Bales*  
STEPHEN M. BALES (0003380)  
ZIEGLER METZGER LLP  
925 Euclid Avenue, Suite 2020  
Cleveland, Ohio 44115-1441  
(216) 781-5470; Fax: (216) 781-0714  
E-mail: sbales@zieglermetzger.com  
*Attorney for Defendant The Catherine A. Campbell Trust U/A dated 9/21/1995, Robert D. Campbell, Trustee*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 12th day of December, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>	*/s/ Stephen M. Bales*
>	STEPHEN M. BALES (0003380)