SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

John O'Loughlin

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/12

11 md CV. 2296    (WP) (JC)

**NOTICE OF APPEARANCE**

Please take notice that I, John O'Loughlin, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  Houston         , TX
        *(town/city)*    *(state)*

        November   27 , 20 12

RECEIVED
NOV 30 2012
PRO SE OFFICE

/s/ John O'Loughlin
*Signature of Defendant*
The Houston Chronicle
C/O John O'Loughlin; President  801 Texas St, 10th Flr
*Address*

Houston, TX 77002
*City, State & Zip Code*

713-362-7278    // Ostyle4270@yahoo.com
*Telephone Number*

_____
*Fax Number (if you have one)*

Rev. 05/2007                                   3



RECEIVED
SE OFFICE

2012 NOV 30 P 2:39

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
PRO SE OFFICE
DANIEL PATRICK MOYNIHAN U. S. COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007



**FrankGecker**
325 N. LaSalle, Suite 625
Chicago, Illinois 60654