UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

DEUTSCHE BANK TRUST COMPANY
AMERICAS, *et al*,

                              Plaintiff,

-against-

BLACKROCK INSTITUTIONAL TRUST
COMPANY, N.A. f/k/a Barclays Global
Investors, N.A., *et al.*,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12

Consolidated Multidistrict
Litigation

No. 11 MD 2296 (WHP)

### NOTICE OF APPEARANCE

Please take notice that I, John Maher, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below. I have access to email. My email address is: sean7betty@yahoo.com.

Dated: Woodside, New York
       December 2, 2012

John Maher
52-30 39th Drive
Apt. 3U
Woodside, NY 11377
(718) 672-6010
sean7betty@yahoo.com

notice of appearance