UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

John O'Loughlin

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/12

11 md 2296   (WP) (JC)
   CV.

**NOTICE OF APPEARANCE**

Please take notice that I, John O'Loughlin, a defendant in
                                    *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:   Houston            , TX
         *(town/city)*      *(state)*

         November    27 , 20 12

/s/ John O'Loughlin
*Signature of Defendant*
The Houston Chronicle
C/O John O'Loughlin; President  801 Texas St, 10th Flr
*Address*

Houston, TX 77002
*City, State & Zip Code*

713-362-7278    //  Ostyle4270@yahoo.com
*Telephone Number*


*Fax Number (if you have one)*


RECEIVED
NOV 30 2012
PRO SE OFFICE

*Rev. 05/2007*                          3

<a>

**FrankGecker**
325 N. LaSalle, Suite 625
Chicago, Illinois 60654



United States District Court for the
Southern District of New York
Pro Se Office
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007





RECEIVED
PRO SE OFFICE
2012 NOV 30 P 2:39