UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :  Case No. 11-md-02296-WHP
                                                             :  Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                   :
CONVEYANCE LITIGATION                                        :
                                                             :
------------------------------------------------------------ X

                                                             :
THE OFFICIAL COMMITTEE OF                                    :
UNSECURED CREDITORS OF TRIBUNE                               :
COMPANY, et al.                                              :  Docket No. 12-cv-02652 (WHP)
                                                             :
             Plaintiffs,                                     :
                                                             :
     v.                                                      :
                                                             :
DENNIS J. FITZSIMONS, et al.                                 :
                                                             :
             Defendants.                                     :
                                                             :
-----------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY                                  :
AMERICAS, in its capacity as successor indenture             :
trustee for certain series of Senior Notes, et al.           :  Docket No. 12-cv-00064-WHP
                                                             :
             Plaintiffs,                                     :
                                                             :
v.                                                           :  **NOTICE OF APPEARANCE**
                                                             :
OHLSON ENTERPRISES, et al..                                  :
                                                             :
             Defendants.                                     :
                                                             :

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for the Defendants Wolverine Trading LLC and Wolverine Arbitrage Fund in the above-captioned matter.

2

Dated:  December 13, 2012                    By:   /s/ David C. Bohan
David C. Bohan
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061
david.bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan
