UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, | : : : | Case No. 1:12-cv-02652-WHP |
| Plaintiff, | : | |
| v. | : : | |
| DENNIS J. FITZSIMMONS, et al., Defendants. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for the following Defendants:

1)  Natalie McCormick Miller Irrevocable Present Interest Trust, Dated December 27, 1983, incorrectly named as "Richard Duffield, Timothy N. Gardner + Charles R. Player Jr. TR Irrev. Present Interest TR DTD 12 27 83 US Natalie McCormick Miller and/or Current Trustee(s)"; and

2)  William Sanderson Twaddell Irrevocable Present Interest Trust, Dated December 27, 1983, incorrectly named as "William S. Twaddell UTMA DC," and also incorrectly named as "William H. Twaddell Rev Living TR U/A DTD 05/10/2004" (collectively, the "Trusts").

This appearance is without prejudice to any defenses or positions that Trusts may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

A/75301078.1

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone:  (860) 240-2700
>Fax:  (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
        December 13, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

A/75301078.1