UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

      PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant NorthShore University HealthSystem Pension Plan, incorrectly named as "NorthShore University HealthSystem Pension Trust - Defined Benefit-Single Plan" ("NorthShore") in the above-captioned case. This appearance is without prejudice to any defenses or positions that NorthShore may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

      PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone: (860) 240-2700
> Fax: (860) 240-2800
> Email: michael.dagostino@bingham.com

A/75278397.1

Dated: Hartford, Connecticut
December 13, 2012

        **BINGHAM McCUTCHEN LLP**

        <u>/s/ Michael C. D'Agostino</u>
        Michael C. D'Agostino (MD0304)
        BINGHAM McCUTCHEN LLP
        One State Street
        Hartford, CT 06103
        Phone:  (860) 240-2700
        Fax:  (860) 240-2800
        Email: michael.dagostino@bingham.com

*Attorneys for Defendant NorthShore University HealthSystem Pension Plan, incorrectly named as "NorthShore University HealthSystem Pension Trust - Defined Benefit-Single Plan"*

A/75278397.1