```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE: TRIBUNE COMPANY FRAUDULENT      :   Case No. 11-md-02296-WHP
CONVEYANCE LITIGATION                  :
                                       :
THE OFFICIAL COMMITTEE OF UNSECURED    :
CREDITORS OF TRIBUNE COMPANY, on       :   Case No. 1:12-cv-02652-WHP
behalf of TRIBUNE COMPANY,             :
            Plaintiff,                 :
 v.                                    :
                                       :
DENNIS J. FITZSIMMONS, et al.,         :
            Defendants.                :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant, NorthShore University HealthSystem Pension Plan, incorrectly named as "NorthShore University HealthSystem Pension Trust - Defined Benefit-Single Plan" hereby makes the following disclosures:

NorthShore University HealthSystem is the parent of NorthShore University HealthSystem Pension Plan. No publicly held company owns 10% or more of stock in NorthShore University HealthSystem. No publicly-held corporation has a financial interest in the outcome of this matter.

Dated: Hartford, Connecticut
December 13, 2012

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant NorthShore
University HealthSystem Pension Plan,
incorrectly named as "NorthShore
University HealthSystem Pension Trust -
Defined Benefit-Single Plan"*

A/75278402.1