UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |

------------------------------------- x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Laborers' District Council & Contractors Pension Fund of Ohio ("Laborers' Pension Fund") in the above-captioned case.  This appearance is without prejudice to any defenses or positions that Laborers' Pension Fund may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>   Michael C. D'Agostino
>   BINGHAM McCUTCHEN LLP
>   One State Street
>   Hartford, CT 06103
>   Phone:  (860) 240-2700
>   Fax:  (860) 240-2800
>   Email: michael.dagostino@bingham.com

A/74932881.1

2

Dated:  Hartford, Connecticut
        December 13, 2012

                                                      **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant Laborers' District Council & Contractors Pension Fund of Ohio*

A/74932881.1