UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |

------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Laborers' District Council & Contractors Pension Fund of Ohio ("Laborers' Pension Fund") hereby makes the following disclosures:

Laborers' Pension Fund does not have any parent, subsidiary or affiliate corporations. No publicly-held corporation owns 10% of more of the party's stock, and no publicly-held corporation has a financial interest in the outcome of the matter.

A/74932898.1

Dated: Hartford, Connecticut
December 13, 2012

                                    **BINGHAM McCUTCHEN LLP**

                                    <u>/s/ Michael C. D'Agostino</u>
                                    Michael C. D'Agostino (MD0304)
                                    BINGHAM McCUTCHEN LLP
                                    One State Street
                                    Hartford, CT 06103
                                    Phone: (860) 240-2700
                                    Fax: (860) 240-2800
                                    Email: <u>michael.dagostino@bingham.com</u>

                                    *Attorneys for Defendant Laborers' District Council & Contractors Pension Fund of Ohio*

A/74932898.1