UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, : : : | Case No. 1:12-cv-02652-WHP |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| Dennis J. Fitzsimmons, et al., : | |
| : | |
| Defendants. : | |
| Deutsche Bank Trust Company Americas, in its Capacity as successor indenture trustee for certain series of Senior Notes, et al., : : : : | Case No. 1:12-cv-00064-WHP |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| Ohlson Enterprises, et al., : | |
| : | |
| Defendants. : | |

**NOTICE OF APPEARANCE OF TODD J. ROSEN ON BEHALF OF
DEFENDANT ABBOTT LABORATORIES CONSOLIDATED PENSION TRUST**

PLEASE TAKE NOTICE that, pursuant to Master Case Order No. 3, the undersigned hereby enters his appearance on behalf of Abbott Laboratories Consolidated Pension Trust in the above-captioned actions.

18925053.1

Dated: December 13, 2012

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

*/s/ Todd J. Rosen*
Todd J. Rosen (CA Bar #203156)
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California  90071-1560
Tel.:    213-683-9100
Fax:    213-687-3702
Email Address:  Todd.Rosen@mto.com
*Attorney for Defendant*
*Abbott Laboratories Consolidated*
*Pension Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Todd J. Rosen*
*Todd J. Rosen (203156)*

18925053.1