UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| The Official Committee of Unsecured : Creditors of Tribune Company, on behalf of : Tribune Company, : | Case No. 1:12-cv-02652-WHP |
| : | |
| Plaintiff,       : | |
| : | |
| v.                                                         : | |
| : | |
| Dennis J. Fitzsimmons, et al.,             : | |
| : | |
| Defendants.   : | |
| Deutsche Bank Trust Company Americas, : in its Capacity as successor indenture : trustee for certain series of Senior Notes, et : al., : | Case No. 1:12-cv-00064-WHP |
| : | |
| Plaintiffs,       : | |
| : | |
| v.                                                         : | |
| : | |
| Ohlson Enterprises, et al.,                  : | |
| : | |
| Defendants.   : | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ABBOTT
LABORATORIES CONSOLIDATED PENSION TRUST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1.1. of the local rules for the U.S. District Court for the Southern and Eastern Districts of New York, Defendant Abbott Laboratories Consolidated Pension Trust (the "Abbott Trust") states that the Abbott Trust is a trust that funds retirement benefits under a plan qualified under section 1165(a) of the Puerto Rico Internal Revenue Code of 1994, and intended to be qualified under section 1081.01 of the Puerto Rico Internal Revenue Code, for the benefit of Abbott Laboratories employees who are residents of Puerto Rico or who perform services

primarily in Puerto Rico.  The Abbott Trust has no parent corporations and no publicly held corporation owns 10% of more of Abbott Trust's stock.


Dated: December 13, 2012

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

*/s/ Todd J. Rosen*
Todd J. Rosen (CA Bar #203156)
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California  90071-1560
Tel.:    213-683-9100
Fax:    213-687-3702
Email Address:  Todd.Rosen@mto.com
*Attorney for Defendant*
*Abbott Laboratories Consolidated*
*Pension Trust*


### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Todd J. Rosen*
*Todd J. Rosen (203156)*