UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

11 Civ. 2296 (WP) (JC)

- against -

Gregory J. Caputo and Ellen P. Caputo

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, Gregory J. Caputo and Ellen P. Caputo , a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Chicago , Illinois
        *(town/city)*    *(state)*

December  10 , 20 12

/s/ Gregory J. Caputo    /s/ Ellen P. Caputo
*Signature of Defendant*

3418 Winchester Lane
*Address*

Glenview, Illinois 60026
*City, State & Zip Code*

773-883-3304  //  gcaputo@tribune.com
*Telephone Number*

_____
*Fax Number (if you have one)*

RECEIVED
DEC 14 2012
PRO SE OFFICE

# FG FrankGecker

325 N. LaSalle, Suite 625
Chicago, Illinois 60654

RECEIVED
SDNY PRO SE OFFICE
2012 DEC 14 P 1: 33

United States District Court for the
Southern District of New York
Pro Se Office
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Room 200
New York, New York 10007




US POSTAGE
$ 00.45
First-Class
Mailed From 60654
12/10/2012
032A 0061801150

10007133099