UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Docket No. 11-MD-2296 (WHP)<br><br>(Consolidated Multidistrict Action) |
| This Document Relates to:<br><br>*Deutsche Bank Trust Company of Americas, et als.,*<br>*v.*<br>*First Republic Bank, et als.* | Case No. 11-cv-09572 (WHP) |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that **Michael S. Etkin Esq.,** and **Ira M. Levee, Esq.,** of **Lowenstein Sandler PC** enter their appearance as counsel for Joint Board of Trustees of the Southwest Carpenters Pension Trust, as Administrator of the Southwest Carpenters Pension Trust in this proceeding and certify that they are admitted to practice in this Court.

Dated:  December 18, 2012

**LOWENSTEIN SANDLER PC**

By: /s/ *Ira M. Levee*
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

  and

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Attorneys for Joint Board of Trustees of the Southwest Carpenters Pension Trust, as Administrator of the Southwest Carpenters Pension Trust*