UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | CONSOLIDATED MULTIDISTRICT LITIGATION<br>11-md-02296-WHP<br>12-mc-02296-WHP |

———————————————————X

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*, | 1:12-cv-02652-WHP |
| Plaintiff, | |
| v. | |
| DENNIS J. FITZSIMONS, *et al.*, | |
| Defendants. | |

———————————————————X

## NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

KINDLY enter the appearance of Brian T. Must, Esquire, and the law firm of Metz Lewis Brodman Must O'Keefe LLC, on behalf of Defendant, Fort Pitt Capital Group, Inc., in the above-captioned matter.

Dated: December 18, 2012

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

By: /s/ Brian T. Must
    Brian T. Must, Esquire
    11 Stanwix Street, 18th Floor
    Pittsburgh, PA 15222
    Phone: (412) 918-1100
    Fax: (412) 918-1199
    Email: bmust@metzlewis.com
    Attorneys for Defendant,
    Fort Pitt Capital Group, Inc.