UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-02296 (WHP)
Consolidated Multidistrict
Action

-----------------------------------------------------------------X

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TRIBUNE COMPANY, *et al.*,

                       Plaintiffs,

        -against-

Case No. 12-cv-02652 (WHP)

DENNIS J. FITZSIMMONS, *et al.*,

                       Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that I, Robert A. Benjamin of Kaufman Borgeest & Ryan LLP, hereby enter my appearance as counsel of record for the NTCA in the above-captioned matter, and request that copies of all notices and papers in this action be served upon me at the address set forth below.

Dated: December 18, 2012

                                            KAUFMAN BORGEEST & RYAN LLP

                                            By: _____
                                                Robert A. Benjamin
                                             KAUFMAN BORGEEST & RYAN LLP
                                             200 Summit Lake Drive, 1st Floor
                                             Valhalla, New York 10595
                                             Telephone: (914) 449-1000
                                             Facsimile: (914) 449-1100

**CERTIFICATE OF SERVICE**

  I, Robert A. Benjamin, an attorney, do hereby certify that on December 18, 2012, I caused the foregoing *Notice of Appearance* to be filed with the Court and served upon all parties who receive notice through the electronic case filing system.

                                    /s/ Robert A. Benjamin
                                      Robert A. Benjamin