UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | CONSOLIDATED MULTIDISTRICT LITIGATION<br>11-md-02296-WHP<br>12-mc-02296-WHP |

_____X

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE TRIBUNE COMPANY, *et al.*, | 1:12-cv-02652-WHP |

Plaintiff

v.

DENNIS J. FITZSIMONS, *et al.*,

Defendants.
_____X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fort Pitt Capital Group, Inc. hereby states that it does not have a parent corporation and that no publically held corporation owns ten percent or more of its stock.

Dated:  December 18, 2012

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

By:  /s/ Brian T. Must
    Brian T. Must, Esquire
    11 Stanwix Street, 18th Floor
    Pittsburgh, PA 15222
    Phone:  (412) 918-1100
    Fax:  (412) 918-1199
    Email: bmust@metzlewis.com
    Attorneys for Defendant,
    Fort Pitt Capital Group, Inc.