AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) ) ) | Consolidated Multidistrict Litigation 11 MD 2296 (WHP) 12 MC 2296 (WHP) |
| The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. | ) ) ) ) | Case No. 1:12-cv-02652-WHP |
| *Plaintiff* | ) | |
| v. | ) | |
| Dennis J. Fitzsimmons, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jeanette Day Family Trust U/A DTD 10/04/1994

Date: December 18, 2012

/s/ Mark A. Neubauer
*Attorney's signature*

Mark A. Neubauer (CA SBN 73728)
*Printed name and bar number*

Steptoe & Johnson LLP
2800 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
*Address*

mneubauer@steptoe.com
*E-mail address*

310-734-3200
*Telephone number*

310-734-3300
*FAX number*

Doc. # CC-272699 v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, the foregoing Appearance of Counsel was electronically filed through the CM/ECF system for the United States District Court, Southern District of New York and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  December 18, 2012              STEPTOE & JOHNSON LLP


By:   /s/ Mark A. Neubauer
      MARK A. NEUBAUER

Mark A. Neubauer
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300
Email:    mneubauer@steptoe.com

Attorneys for Defendants Durham J. Monsma, Robbie E. Monsma, Mary E. Day, Peter J. Fernald, The Peter J. Fernald Trust U/A 1/13/92, Debra A. Gastler, Richard L. Goldstein, Leonidia Gonsalves, Muriel S. Harris, Mark Allen Itkin, Emil Kratochvil Chase L. Leavitt, Nancy Lobdell, Marlowe G. Merkel, Miles Adrian Collet Murray, The Alfred W. Merkel Marlowe G. Merkel Trust UA 11 Sept 85; Renee H. Miller, John Patinella, Myrna Ramirez, Monserrate Ramirez, Javad Rassouli, Raymond M. Luthy Trust, William F. Thomas

Doc. # DC-8121523 v.1