UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : | Consolidated Multidistrict Litigation |

-------------------------------------------------------------------------x

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | 1:11-MD-02296-WHP |
| *Deutsche Bank Trust Company Americas, et al.,* v. *Adaly Opportunity Fund TD Securities, Inc.*, 1:11-cv-04784 | : : : | 1:12-MC-02296-WHP  1:11-cv-04784-WHP |
| | : | 1:12-cv-02652-WHP |
| *The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company et al.,* v. *Dennis J. Fitzsimons, et al.* 1:12-cv-02652 | : : : : | **NOTICE OF APPEARANCE** |

-------------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that in accordance with § 35 of this Court's Master Case Order No. 3, (ECF No. 1395), I, Daniel G. Jarcho, of McKenna Long & Aldridge LLP, hereby enter my appearance as counsel of record for Michael Loeb in these Consolidated Actions.

I have registered with the Court for ECF access.

I request that copies of all papers in this action be served upon me at the address set forth below.

Dated: December 18, 2012

        McKENNA LONG & ALDRIDGE LLP

        By: /s/ Daniel G. Jarcho
            Daniel G. Jarcho
            1900 K Street, N.W.
            Washington, DC 20006
            djarcho@mckennalong.com
            Tel: (202) 496-7382
            Fax: (202) 496-7756

## **CERTIFICATE OF SERVICE**

     I, Daniel G. Jarcho, hereby certify that on this 18th day of December, 2012, a true and correct copy of the foregoing Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: December 18, 2012

                                          McKENNA LONG & ALDRIDGE LLP

                                     By: /s/ Daniel G. Jarcho
                                              Daniel G. Jarcho
                                              1900 K Street, N.W.
                                              Washington, DC 20006
                                              djarcho@mckennalong.com
                                              Tel: (202) 496-7382
                                              Fax: (202) 496-7756