UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : | Consolidated Multidistrict Litigation |

------------------------------------------------------------------------x

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | 1:11-MD-02296-WHP |
| *Deutsche Bank Trust Company Americas, et al., v. First Republic Bank; et al.,* | : : | 1:12-MC-02296-WHP |
| 1:11-cv-09572 | : : | 1:11-cv-09572-WHP 1:12-cv-02652-WHP |
| *The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company et al., v. Dennis J. Fitzsimons, et al.* 1:12-cv-02652 | : : : : : | **NOTICE OF APPEARANCE** |

------------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that in accordance with § 35 of this Court's Master Case Order No. 3, (ECF No. 1395), I, Daniel G. Jarcho, of McKenna Long & Aldridge LLP, hereby enter my appearance as counsel of record for the following Defendants in these Consolidated Actions:

    Glen W. Bell, As Trustee of Declaration of Bell Family Trust Meadowbrook Equity Fund UA 12/1/86;

    Martha Bell, As Trustee of Declaration of Bell Family Trust Meadowbrook Equity Fund UA 12/1/86;

    Kathleen B. Flynn, As Trustee of Declaration of Bell Family Trust Meadowbrook Equity Fund UA 12/1/86;

    Declaration of Bell Family Trust Meadowbrook Equity Fund UA 12/1/86;

    Glen W. Bell, Jr., As Trustee of Declaration of Bell Family Trust UA 12/1/86;

    Martha A. Bell, As Trustee of Declaration of Bell Family Trust UA 12/1/86;

    Kathleen B. Flynn, As Trustee of Declaration of Bell Family Trust UA 12/1/86;

    Declaration of Bell Family Trust UA 12/1/86.

I have registered with the Court for ECF access.

I request that copies of all papers in this action be served upon me at the address set forth below.

Dated:  December 18, 2012

                McKENNA LONG & ALDRIDGE LLP

                By: /s/ Daniel G. Jarcho
                      Daniel G. Jarcho
                      1900 K Street, N.W.
                      Washington, DC 20006
                      djarcho@mckennalong.com
                      Tel:  (202) 496-7382
                      Fax:  (202) 496-7756

## **CERTIFICATE OF SERVICE**

      I, Daniel G. Jarcho, hereby certify that on this 18th day of December, 2012, a true and correct copy of the foregoing Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated:  December18, 2012

                McKENNA LONG & ALDRIDGE LLP

                By:  /s/ Daniel G. Jarcho
                      Daniel G. Jarcho
                      1900 K Street, N.W.
                      Washington, DC 20006
                      djarcho@mckennalong.com
                      Tel:  (202) 496-7382
                      Fax:  (202) 496-7756