UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :   Case No. 11-md-02296-WHP
                                                               :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                     :
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
THE OFFICIAL COMMITTEE OF                                      :
UNSECURED CREDITORS OF TRIBUNE                                 :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                                :
                                                               :
                           Plaintiffs,                         :   **NOTICE OF APPEARANCE**
                                                               :
v.                                                             :
                                                               :
DENNIS J. FITZSIMONS, et al.                                   :
                                                               :
                           Defendants.                         :
                                                               :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record for the Defendant Opus Trading Fund, LLC in the above-captioned matter.

Dated:  December 18, 2012           By:   /s/ Paige E. Barr
                                    Paige E. Barr
                                    Katten Muchin Rosenman LLP
                                    525 W. Monroe St.
                                    Chicago, IL 60661
                                    (312) 902-5200
                                    (312) 902-1061
                                    Paige.Barr@kattenlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

      /s/ Paige E. Barr
      Paige E. Barr