UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                     :

In re:                                                                   :    Case No. 11-md-02296-WHP
                                                                                :    Consolidated Multidistrict Action

TRIBUNE COMPANY FRAUDULENT           :
CONVEYANCE LITIGATION                     :

-------------------------------------------------------------- X
                                                                                 :

THE OFFICIAL COMMITTEE OF                :
UNSECURED CREDITORS OF TRIBUNE     :    Case No. 12-cv-02652-WHP
COMPANY, et al.                                         :
                                                                                 :    **NOTICE OF APPEARANCE**

                                   Plaintiffs,            :

v.                                                                      :

DENNIS J. FITZSIMONS, et al.                :

                                 Defendants.         :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for the Defendant Opus Trading Fund, LLC in the above-captioned matter.

Dated: December 18, 2012                    By:   /s/ David C. Bohan
                                                       David C. Bohan
                                                       Katten Muchin Rosenman LLP
                                                       525 W. Monroe St.
                                                       Chicago, IL 60661
                                                       (312) 902-5200
                                                       (312) 902-1061
                                                       David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

           /s/ David C. Bohan
           David C. Bohan