UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :  Case No. 11-md-02296-WHP
                                                               :  Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                     :
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
THE OFFICIAL COMMITTEE OF                                      :
UNSECURED CREDITORS OF TRIBUNE                                 :  Case No. 12-cv-02652-WHP
COMPANY, et al.                                                :
                                                               :
                     Plaintiffs,          :
                                                               :
v.                                                             :
                                                               :
DENNIS J. FITZSIMONS, et al.                                   :
                                                               :
                     Defendants.          :
                                                               :
-------------------------------------------------------------- X
                                                               :
DEUTSCHE BANK TRUST COMPANY                                    :
AMERICAS, in its capacity as successor indenture               :
trustee for certain series of Senior Notes, et al.             :  Case No. 11-cv-04784-WHP
                                                               :
                     Plaintiffs,          :  **NOTICE OF APPEARANCE**
                                                               :
v.                                                             :
                                                               :
ADALY OPPORTUNITY FUND TD                                      :
SECURITIES, INC., et al.                                       :
                                                               :
                     Defendants.          :
                                                               :
-------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

2

PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for the Defendant Ferris Trading Fund, LLC in the above-captioned matter.

Dated:  December 18, 2012                    By:    /s/ David C. Bohan
                                             David C. Bohan
                                             Katten Muchin Rosenman LLP
                                             525 W. Monroe St.
                                             Chicago, IL 60661
                                             (312) 902-5200
                                             (312) 902-1061
                                             David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                /s/ David C. Bohan
                                                    David C. Bohan