UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                            :
In re:                                   :     Case No. 11-md-02296-WHP
                                            :     Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT     :
CONVEYANCE LITIGATION              :
                                            :
------------------------------------------------------------ X
                                            :
THE OFFICIAL COMMITTEE OF         :
UNSECURED CREDITORS OF TRIBUNE  :     Case No. 12-cv-02652-WHP
COMPANY, et al.                          :
                                            :
                      Plaintiffs,               :
                                            :
v.                                               :
                                            :
DENNIS J. FITZSIMONS, et al.          :
                                            :
                      Defendants.          :
                                            :
------------------------------------------------------------ X
                                            :
DEUTSCHE BANK TRUST COMPANY   :
AMERICAS, in its capacity as successor indenture  :
trustee for certain series of Senior Notes, et al.      :     Case No. 11-cv-04784-WHP
                                            :
                    Plaintiffs,               :
                                            :     **NOTICE OF APPEARANCE**
v.                                               :
                                            :
ADALY OPPORTUNITY FUND TD       :
SECURITIES, INC., et al.                 :
                                            :
                    Defendants.          :
                                            :
------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

2

PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record for the Defendant Ferris Trading Fund, LLC in the above-captioned matter.

| | |
|---|---|
| Dated:  December 18, 2012 | By:  /s/ Paige E. Barr  <br>Paige E. Barr<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661<br>(312) 902-5200<br>(312) 902-1061<br>Paige.Barr@kattenlaw.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

          /s/ Paige E. Barr
          Paige E. Barr