UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br>PLAINTIFFS<br><br>-against-<br><br>AMETEK, INC. EMPLOYEES MASTER RETIREMENT TRUST, et al.,<br>DEFENDANTS | Case No. 1:11-CV-09598 (WHP) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel, Margaret M. Underwood, Esquire of Jacoby Donner, P.C., respectfully enters her appearance as counsel of record for Defendant Steamfitters Local 420. Ms. Underwood's Notice of Appearance and Corporate Disclosure Statement were previously filed in the Companion Case No. 1:11-cv-9598 on November 21, 2012.

Dated: December 19, 2012

Respectfully submitted,
JACOBY DONNER, P.C.

By: /s/ Margaret M. Underwood
    Margaret M. Underwood, Esquire
    1700 Market Street, Suite 3100
    Philadelphia, PA  19103
    T: 215-563-2400
    F: 215-563-2870
    munderwood@jacobydonner.com
    *Attorneys for Defendant*
    *Steamfitters Local 420*

{00170804;v1}

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br>PLAINTIFFS<br><br>-against-<br><br>AMETEK, INC. EMPLOYEES MASTER RETIREMENT TRUST, et al.,<br>DEFENDANTS | Case No. 1:11-CV-09598 (WHP) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, a copy of the foregoing Notice of Appearance was served upon counsel of record via ECF.

/s/ Margaret M. Underwood
Margaret M. Underwood, Esquire

{00170804;v1}