USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>Defendants. | Member Case No. 1:12-cv-02652-WHP<br><br>Delaware Bankruptcy Case No. 08-13141 (KJC)<br>Adversary Case No. 10-54010 (KJC) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties of even date herewith, plaintiff Official Committee of Unsecured Creditors of Tribune Company hereby dismisses this action without prejudice solely against defendants Ameriprise Financial, Inc. and Ameriprise Enterprise Investment Services, Inc., who have neither moved nor answered.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12/18/12

{698.001-W0023999.}

Respectfully submitted,

Dated: December 17, 2012
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Daniel B. Rath (No.3022)
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Graeme W. Bush
James Sottile
Andrew N. Goldfarb
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Counsel to the Official Committee of Unsecured Creditors*

O ORDERED:

_____
U.S.D.J.