

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>v.<br><br>SIRIUS INTERNATIONAL INSURANCE CORPORATION, et al. | 1:11-CV-09583-WHP |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendant Paloma Securities, LLC, who has neither moved nor answered.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

12/18/12

Respectfully submitted,

*[signature]*

David M. Zensky
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Dated: 12/3, 2012

*Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.