UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (WHP) |

**CORPORATE DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel submits the following corporate disclosures:

Credit Suisse Securities (Europe) Ltd. is a wholly owned subsidiary of Credit Suisse Investment Holdings (UK), which in turn is a wholly owned subsidiary of Credit Suisse Investments (UK), which in turn is a wholly owned subsidiary of Credit Suisse AG, which in turn is a wholly owned subsidiary of Credit Suisse Group AG.  The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange, and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Fidelity Rutland Square Trust II has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Fidelity Advisor Series I has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Fidelity Select Portfolios has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Variable Insurance Products Fund has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Variable Insurance Products Fund III has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Goldman Sachs Variable Insurance Trust has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Lyxor/Canyon Value Realization Fund Limited has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

RBC O'Shaughnessy U.S. Value Fund is a trust for which RBC Global Asset Management Inc. ("RBC GAM") is trustee.  RBC GAM is an indirect wholly owned subsidiary of Royal Bank of Canada, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange.

RBC GAM is an indirect wholly owned subsidiary of Royal Bank of Canada, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange.

State Street Bank and Trust Company is a trust company chartered and existing under the laws of the Commonwealth of Massachusetts and headquartered in the Commonwealth of Massachusetts.  State Street Bank and Trust Company is a wholly-owned subsidiary of State Street Corporation, a publicly traded corporation.

Dated: December 18, 2012

Respectfully submitted,

/s/ Alan J. Stone
MILBANK, TWEED, HADLEY & McCLOY LLP
Alan J. Stone
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5285
Facsimile: (212) 822-5285
Email: astone@milbank.com