UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X   ECF CASE

IN RE: TRIBUNE COMPANY FRAUDULENT    Consolidated Multidistrict Action
CONVEYANCE LITIGATION

Case No. 11-MD-2296 (WHP)

----------------------------------------------------------------- X

Deutsche Bank Trust Company Americas, et al.,

Case No. 12-CV-00064-WHP

Plaintiffs,

Transferred from No. 11-CV-3754 (N.D. Ill.)

v.

Ohlson Enterprises, et al.,                                  **APPEARANCE OF COUNSEL**

Defendants.

----------------------------------------------------------------- X

To:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Richard Scott Cooley

Dated: December 20, 2012

  /s/   George R. Dougherty

George R. Dougherty (#6196845)
**GRIPPO & ELDEN LLC**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
Email: gdougherty@grippoelden.com

1451831