IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
IN RE: TRIBUNE COMPANY FRAUDULENT                                   :
CONVEYANCE LITIGATION                                               :
                                                                    :
THE OFFICIAL COMMITTEE OF UNSECURED            :   Case No. 11-md-02296-WHP
CREDITORS OF TRIBUNE COMPANY, on               :
behalf of TRIBUNE COMPANY, et al.,             :
                                                                    :
            Plaintiff,                                              :   Case No. 1:12-cv-02659-WHP
                                                                    :
v.                                                                  :
                                                                    :
DENNIS J. FITZSIMMONS, et al.,                                      :
                                                                    :
            Defendants.                                             :
-------------------------------------------------------------------x

## APPEARANCE

PLEASE TAKE NOTICE that Greensfelder, Hemker & Gale, P.C. hereby appears as counsel for Defendant Smith, Moore & Co. ("Smith Moore").  This appearance is without prejudice to any defenses or positions that Smith Moore may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

Dated:  December 20, 2012                          Respectfully submitted,

                                                   GREENSFELDER, HEMKER & GALE, P.C.


                                        By:    /s/ Wendy S. Menghini
                                               Wendy S. Menghini
                                               wms@greensfelder.com
                                               Donald D. McBride II
                                               ddm@greensfelder.com
                                               10 South Broadway, Suite 2000
                                               St. Louis, MO  63102
                                               (314) 241-9090
                                               (314) 241-8624

                                          *Attorneys for Defendant Smith, Moore & Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                             /s/ Wendy S. Menghini