IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
IN RE: TRIBUNE COMPANY FRAUDULENT                                  :
CONVEYANCE LITIGATION                                              :
                                                                   :
THE OFFICIAL COMMITTEE OF UNSECURED         :   Case No. 11-md-02296-WHP
CREDITORS OF TRIBUNE COMPANY, on            :
behalf of TRIBUNE COMPANY, et al.,          :
                                            :
           Plaintiff,                       :   Case No. 1:12-cv-02659-WHP
                                            :
v.                                          :
                                            :
DENNIS J. FITZSIMMONS, et al.,              :
                                            :
           Defendants.                      :
-------------------------------------------------------------------x

**<u>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SMITH, MOORE & CO.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Smith, Moore & Co., hereby states that there is no parent corporation nor any publicly held corporation that owns more than 10% of its interests.

Dated:  December 20, 2012                    Respectfully submitted,

                                             GREENSFELDER, HEMKER & GALE, P.C.


                                    By:    /s/ Wendy S. Menghini
                                           Wendy S. Menghini
                                           wms@greensfelder.com
                                           Donald D. McBride II
                                           ddm@greensfelder.com
                                           10 South Broadway, Suite 2000
                                           St. Louis, MO  63102
                                           (314) 241-9090
                                           (314) 241-8624

                                    *Attorneys for Defendant Smith, Moore & Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                   /s/ Wendy S. Menghini