UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X    ECF CASE

IN RE: TRIBUNE COMPANY FRAUDULENT        Consolidated Multidistrict Action
CONVEYANCE LITIGATION

Case No. 11-MD-2296 (WHP)

---------------------------------------------------------------- X

Deutsche Bank Trust Company Americas, et al.,

                Plaintiffs,

Case No. 12-CV-00064-WHP

Transferred from No. 11-CV-3754 (N.D. Ill.)

v.

Ohlson Enterprises, et al.,                                        **APPEARANCE OF COUNSEL**

                Defendants.

---------------------------------------------------------------- X

To:     The Clerk of Court and All Parties of Record

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

       Richard Scott Cooley

Dated:  December 20, 2012

                                                     /s/   Maile H. Solis-Szukala

                                                  Maile H. Solis-Szukala (#6256696)
                                                  **GRIPPO & ELDEN LLC**
                                                  111 South Wacker Drive
                                                  Chicago, Illinois 60606
                                                  Telephone:  (312) 704-7700
                                                  Facsimile:   (312) 558-1195
                                                  Email:  msolis@grippoelden.com

1451824