UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION

X   ECF CASE

Consolidated Multidistrict Action

Case No. 11-MD-2296 (WHP)

---

Deutsche Bank Trust Company Americas, et al.,

   Plaintiffs,

v.

Ohlson Enterprises, et al.,

   Defendants.

X

Case No. 12-CV-00064-WHP

Transferred from No. 11-CV-3754 (N.D. Ill.)

**APPEARANCE OF COUNSEL**

---

X

To:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Richard Scott Cooley

Dated:  December 20, 2012

   /s/   John R. McCambridge

John R. McCambridge (#1812378)
**GRIPPO & ELDEN LLC**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
Email:  jmccambridge@grippoelden.com

1451829