UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X   ECF CASE

IN RE: TRIBUNE COMPANY FRAUDULENT   Consolidated Multidistrict Action
CONVEYANCE LITIGATION

Case No. 11-MD-2296 (WHP)

------------------------------------------------------------- X

Deutsche Bank Trust Company Americas, et al.,

Case No. 12-CV-00064-WHP

                Plaintiffs,

Transferred from No. 11-CV-3754 (N.D. Ill.)

v.

Ohlson Enterprises, et al.,   **APPEARANCE OF COUNSEL**

                Defendants.

------------------------------------------------------------- X

To:    The Clerk of Court and All Parties of Record

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

       Richard Scott Cooley

Dated:  December 20, 2012

    /s/   Joshua W. Mahoney

Joshua W. Mahoney (#6297094)
**GRIPPO & ELDEN LLC**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
Email:  jmahoney@grippoelden.com

1451823