UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :   Case No. 11-md-02296-WHP
                                                             :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                   :
CONVEYANCE LITIGATION                                        :
                                                             :
------------------------------------------------------------ X
                                                             :
THE OFFICIAL COMMITTEE OF                                    :
UNSECURED CREDITORS OF TRIBUNE                               :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                              :
                                                             :   **NOTICE OF APPEARANCE**
                              Plaintiffs,                    :
                                                             :
v.                                                           :
                                                             :
DENNIS J. FITZSIMONS, et al.                                 :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

　　　　PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendant Lisa Perry and Beverly Perry Joint Tenants in the above-captioned matter.

Dated:  December 20, 2012              By:   /s/ Paige E. Barr
                                       Paige E. Barr
                                       Katten Muchin Rosenman LLP
                                       525 W. Monroe St.
                                       Chicago, IL 60661
                                       (312) 902-5200
                                       (312) 902-1061
                                       Paige.Barr@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ Paige E. Barr
Paige E. Barr

CHI02_61027776v1_345504-00001 12/20/2012 10:38 AM