UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
In re:                                                        :   Case No. 11-md-02296-WHP
                                                              :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                    :
CONVEYANCE LITIGATION                                         :
                                                              :
                                                              :
-------------------------------------------------------------- X
                                                              :
THE OFFICIAL COMMITTEE OF                                     :
UNSECURED CREDITORS OF TRIBUNE                                :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                               :
                                                              :   **NOTICE OF APPEARANCE**
                        Plaintiffs,                           :
                                                              :
v.                                                            :
                                                              :
DENNIS J. FITZSIMONS, et al.                                  :
                                                              :
                        Defendants.                           :
                                                              :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendant Lisa Perry and Beverly Perry Joint Tenants in the above-captioned matter.

Dated:  December 20, 2012               By:    /s/ David C. Bohan
                                        David C. Bohan
                                        Katten Muchin Rosenman LLP
                                        525 W. Monroe St.
                                        Chicago, IL 60661
                                        (312) 902-5200
                                        (312) 902-1061
                                        David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                            /s/ David C. Bohan
                                              David C. Bohan