UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                               :

In re:                                :     Case No. 11-md-02296-WHP
                               :     Consolidated Multidistrict Action

TRIBUNE COMPANY FRAUDULENT     :
CONVEYANCE LITIGATION              :
                               :
-------------------------------------------------------------- X
                               :

THE OFFICIAL COMMITTEE OF        :
UNSECURED CREDITORS OF TRIBUNE   :     Case No. 12-cv-02652-WHP
COMPANY, et al.                   :
                               :     **NOTICE OF APPEARANCE**
                    Plaintiffs,    :
                                 :

v.                                    :

DENNIS J. FITZSIMONS, et al.        :
                               :

                  Defendants.  :
                               :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears

herein as counsel of record for Defendant Lisa Perry and Beverly Perry Joint Tenants in the

above-captioned matter.

Dated:  December 20, 2012           By:    /s/ Paige E. Barr
                                           Paige E. Barr
                                           Katten Muchin Rosenman LLP
                                           525 W. Monroe St.
                                           Chicago, IL 60661
                                           (312) 902-5200
                                           (312) 902-1061
                                           Paige.Barr@kattenlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 20, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ Paige E. Barr
Paige E. Barr
