UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :   Case No. 11-md-02296-WHP
                                                             :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                   :
CONVEYANCE LITIGATION                                        :
                                                             :
------------------------------------------------------------ X
                                                             :
THE OFFICIAL COMMITTEE OF                                    :
UNSECURED CREDITORS OF TRIBUNE                               :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                              :
                                                             :   **NOTICE OF APPEARANCE**
                             Plaintiffs,                     :
                                                             :
v.                                                           :
                                                             :
DENNIS J. FITZSIMONS, et al.                                 :
                                                             :
                             Defendants.                     :
                                                             :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendant Lisa Perry and Beverly Perry Joint Tenants in the above-captioned matter.

Dated:  December 20, 2012                By:    /s/ David C. Bohan
                                         David C. Bohan
                                         Katten Muchin Rosenman LLP
                                         525 W. Monroe St.
                                         Chicago, IL 60661
                                         (312) 902-5200
                                         (312) 902-1061
                                         David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan
