UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :  Case No. 11-md-02296-WHP
                                                               :  Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                     :
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
                                                               :
DEUTSCHE BANK TRUST COMPANY                                    :
AMERICAS, in its capacity as successor indenture               :  Case No. 11-cv-0064-WHP
trustee for certain series of Senior Notes, et al.             :
                                                               :  **NOTICE OF APPEARANCE**
                     Plaintiffs,                               :
                                                               :
v.                                                             :
                                                               :
OHLSON ENTERPRISES, et al.                                     :
                                                               :
                     Defendants.                               :
                                                               :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendant LISA A. SCHUSTER, AS EXECUTOR OF THE BEVERLY A. PERRY ESTATE in the above-captioned matter.

Dated:  December 20, 2012                By:    /s/ David C. Bohan
                                         David C. Bohan
                                         Katten Muchin Rosenman LLP
                                         525 W. Monroe St.
                                         Chicago, IL 60661
                                         (312) 902-5200
                                         (312) 902-1061
                                         David.Bohan@kattenlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

    /s/ David C. Bohan
    David C. Bohan