UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : : | Case No. 11-md-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | Case No. 1:11-cv-09583 (WHP) |
| Plaintiffs, | : | |
| - vs - | : : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY *et al.*, | : : : | |
| Defendants. | : | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan D. Polkes, of Weil, Gotshal & Manges LLP, an attorney admitted to practice before this Court, hereby enters his appearance in the above-captioned matter on behalf of Defendant Dictaphone Corporation, and requests that all notices and all papers served or required to be served in this action be served upon him at the address indicated below.

I certify that this Appearance has been served on this date by ECF.

Dated: New York, New York
       December 27, 2012

WEIL, GOTSHAL & MANGES LLP

By:  /s/ Jonathan D. Polkes
       Jonathan D. Polkes
       767 Fifth Avenue
       New York, New York 10153
       T: (212) 310-8000
       F: (212) 310-8007
       jonathan.polkes@weil.com

*Attorneys for Defendant Dictaphone Corporation*

US_ACTIVE:\44167432\1\64058.0108