UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : : | Case No. 11-md-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | Case No. 1:11-cv-09583 (WHP) |
| Plaintiffs, | : | |
| - vs - | : : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY *et al.*, | : : : | |
| Defendants. | | |

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DICTAPHONE CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dictaphone Corporation hereby makes the following disclosures.

Nuance Communications is the parent of Dictaphone Corporation, and owns 100% of the stock in Dictaphone Corporation.

Dated: New York, New York
December 27, 2012

                                    **WEIL, GOTSHAL & MANGES LLP**

                                    By:  /s/ Jonathan D. Polkes
                                            Jonathan D. Polkes
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            T: (212) 310-8000
                                            F: (212) 310-8007
                                            jonathan.polkes@weil.com

                                            *Attorneys for Defendant Dictaphone Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2012, I caused the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Jonathan D. Polkes