UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                                          :

IN RE: TRIBUNE COMPANY             :        Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE          :
LITIGATION                               :        Docket No. 11-MD-2296 (WHP)(JLC)
                                                                         :
------------------------------------------------------x
                                                                          :

DEUTSCHE BANK TRUST COMPANY   :        No. 1:11-cv-09572 (WHP)(JLC)
AMERICAS, et al.,
                                                                            :
                Plaintiffs,                 :
                                                               :
                  v.                               :
                                                             :
FIRST REPUBLIC BANK, et al.,             :
                                                             :
                Defendants,              :
                                                             :
------------------------------------------------------x

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Joseph J. Sullivan III hereby appears as counsel for Defendants Steven U. Lee and Jung E. Lee (the "Lees") in the above-captioned cases. The undersigned is admitted to practice in this court. This appearance is without prejudice to any defenses or positions the Lees may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in these cases be sent to:

                Joseph J. Sullivan III
                SHEINDLIN & SULLIVAN, LLP
                123 Seventh Avenue, Suite 162
                Brooklyn, NY 11215
                Tel: 646-233-1178
                Fax: 212-202-4378
                Email: js@sheindlinsullivan.com

Dated:   Brooklyn, New York
             December 27, 2012

                                        SHEINDLIN & SULLIVAN, LLP

                                        /s/ Joseph J. Sullivan III
                                        Joseph J. Sullivan III (JS1889)
                                        SHEINDLIN & SULLIVAN, LLP
                                        123 Seventh Avenue, Suite 162
                                        Brooklyn, NY 11215
                                        Tel: 646-233-1178
                                        Fax: 212-202-4378
                                        Email: js@sheindlinsullivan.com

                                        *Attorneys for Defendants Steven U. Lee &*
                                        *Jung E. Lee*