IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 1:11-MD-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>  Plaintiffs,<br><br>  -against-<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, etc.,<br><br>  Defendants. | No. 1:11-cv-09583 (WHP) (JLC) |



**NOTICE OF APPEARANCE**

Please take notice that I, Harry H. Glasspiegel, not individually, but solely as Trustee of the Harriet H. Glasspiegel DL Trust U/A 6/21/89, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Respectfully submitted,

_____
Harry H. Glasspiegel
2735 N. Dayton Street
Chicago, Illinois  60614
(773) 281-6010
hglasspiegel@comcast.net