UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE LITIGATION

DEUTSCHE BANK TRUST COMPANY AMERICAS

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

11 MD 2296 (WHP) (JLC)

- against -

CHERYL R. FOX

**NOTICE OF APPEARANCE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

Please take notice that I, __CHERYL R. FOX__, a defendant in
                                      *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with
this action are to be directed to me at the address indicated below.

Dated: __WHITTIER__, __CA__
         *(town/city)*   *(state)*

__DECEMBER 4__, 20__12__

*Cheryl R. Fox*
Signature of Defendant

__13515 Beverly Blvd__
Address

__Whittier, CA 90601-3713__
City, State & Zip Code

__(562) 696-0889__
Telephone Number

__fox.ch @ verizon.net__
~~Fax Number (if you have one)~~
e-mail address

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/12

RECEIVED
SDNY PRO SE OFFICE
2012 DEC 11 PM 3:10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE LITIGATION
DEUTSCHE BANK TRUST COMPANY AMERICAS

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 MD 2296 (WHP) (JLC)

- against -

CHERYL R. FOX

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, CHERYL R. FOX *(name)*, declare under penalty of perjury that I have served a copy of the attached NOTICE OF APPEARANCE *(document you are serving)*

upon AKIN GUMP STRAUSS HAUER + FELD LLP *(name of person served)* whose address is

ONE BRYANT PARK, NEW YORK, N.Y. 10036 *(where you served document)*

by Mail *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: WHITTIER , CA
 *(town/city)* *(state)*

DECEMBER 5 , 2012
 *(month)* *(day)* *(year)*

Cheryl R. Fox
Signature

13515 Beverly Blvd
Address

Whittier, CA
City, State

90601-3713
Zip Code

(562) 696-0889
Telephone Number

Rev. 05/2010

USPS Express Mail label (scanned upside down).

NOON DELIVERY

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use

Visit us at usps.com

Mailing Label
Label 11-B, March 2004

Post Office To Addressee

EI 597928145 US

PO ZIP Code: 90601
Date Accepted: 12/5/12
Time Accepted: 3:34 PM
Flat Rate or Weight: 2 lbs
Scheduled Date of Delivery: 12/06/06
Postage: $18.95

FROM:
CHERYL R. FOX
13515 BEVERLY BLVD
WHITTIER, CA 90601-3713
PHONE (562) 696-0889

TO:
United States District Court
United States Courthouse
Pro Se Office Rm 830
500 Pearl Street
New York, N.Y.
ZIP: 10007-1312

PRESS HARD. YOU ARE MAKING 3 COPIES.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

U.S. POSTAGE PAID
WHITTIER, CA
90601
DEC 05, 12
AMOUNT
$18.95
00041103-08

2012 DEC 11

CHERYL R. FOX
13515 Beverly Blvd
Whittier, CA 90601-3713

RECEIVED
SDNY PRO SE OFFICE
2012 DEC 11 PM 3: 33

United States District Court
of the Southern District of New York
United States Courthouse
Pro Se Office Rm 230
500 Pearl Street
New York, N.Y. 10007-1312