UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP Consolidated Multidistrict Action |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al. | : : : | Case No. 12-cv-02652-WHP |
| Plaintiffs, | : | |
| v. | : : | |
| DENNIS J. FITZSIMONS, et al. | : : | |
| Defendants. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : | Case No. 12-cv-0064-WHP |
| Plaintiffs, | : | |
| v. | : : | |
| OHLSON ENTERPRISES, et al. | : : | |
| Defendants. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : | Case No. 12-cv-0061-WHP |
| Plaintiffs, | : | |
| v. | : : | |
| WATERMAN BROADCASTING CORPORATION, et al. | : : : | |
| Defendants. | : | |

-----------------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒     I have cases pending          ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

<u>        Paige E. Barr        </u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____          My State Bar Number is   <u>   IL 6282474   </u>

I am,

☐   An Attorney

☐   A Government Agency attorney

☒   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:   <u>   Kenneth B. Moll & Associates, Ltd.   </u>
            FIRM ADDRESS:   <u>   Three First National Plaza, 50th Floor, Chicago, IL   </u>
            FIRM TELEPHONE NUMBER:   <u>   (312) 558-6444   </u>
            FIRM FAX NUMBER:   <u>   (312) 558-1112   </u>

NEW FIRM:   FIRM NAME:   <u>   Katten Muchin Rosenman LLP   </u>
            FIRM ADDRESS:   <u>   525 W. Monroe Street, Chicago, IL 60661   </u>
            FIRM TELEPHONE NUMBER:   <u>   (312) 902-5200   </u>
            FIRM FAX NUMBER:   <u>   (312) 902-1061   </u>

☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: December 27, 2012               <u>   /s/ Paige E. Barr   </u>
                                       ATTORNEY'S SIGNATURE