UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Maxim T. Rowe Price Equity/Income Portfolio in the above-captioned case. This appearance is without prejudice to any defenses or positions that Maxim T. Rowe Price Equity/Income Portfolio may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>  Michael C. D'Agostino
>  BINGHAM McCUTCHEN LLP
>  One State Street
>  Hartford, CT 06103
>  Phone: (860) 240-2700
>  Fax: (860) 240-2800
>  Email: michael.dagostino@bingham.com

A/75340959.1

Dated:  Hartford, Connecticut
        January 1, 2013

**BINGHAM McCUTCHEN LLP**

<u>/s/ Michael C. D'Agostino</u>
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant Maxim T. Rowe Price Equity/Income Portfolio*