UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Maxim T. Rowe Price Equity/Income Portfolio hereby makes the following disclosures.

Maxim T. Rowe Price Equity/Income Portfolio is a series of Maxim Series Fund, Inc. and is not a publicly traded corporation. Great-West Life & Annuity Insurance Company is the parent of Maxim Series Fund, Inc. No publicly-held corporation owns 10% or more of the stock of Maxim T. Rowe Price Equity/Income Portfolio. No publicly-held corporation has a financial interest in the outcome of the matter.

A/75340960.1

Dated: Hartford, Connecticut
January 1, 2013

                        **BINGHAM McCUTCHEN LLP**

                        /s/ Michael C. D'Agostino
                        Michael C. D'Agostino (MD0304)
                        BINGHAM McCUTCHEN LLP
                        One State Street
                        Hartford, CT 06103
                        Phone: (860) 240-2700
                        Fax: (860) 240-2800
                        Email: michael.dagostino@bingham.com

                        *Attorneys for Defendant Maxim T. Rowe*
                        *Price Equity/Income Portfolio*