UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-2296 (WHP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO

The following Consolidated Action:

Deutsche Bank v. Paniagua (F/K/A Deutsche Bank v.
Taylor),
11 CIV 09409

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my

appearance as counsel of record for the following named Defendants in the above-referenced

Consolidated Action:

> JFH II Equity-Income Fund
> JFH II Spectrum Income Fund
> JHT New Income Trust
> John Hancock Funds II
> John Hancock Funds II (Equity-Income Fund)
> John Hancock Funds II (Spectrum Income Fund)
> John Hancock Variable Insurance Trust
> John Hancock Variable Insurance Trust (F/K/A John Hancock Trust (New Income Trust))

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013
     New York, NY                  DECHERT LLP


                                       By: /s/ Scott C. Kessenick
                                         Scott C. Kessenick

                                     1095 Avenue of the Americas
                                     New York, NY 10036
                                     scott.kessenick@dechert.com
                                     Tel.: (212) 698-3821
                                     Fax: (212) 698-3599

                                     *Attorney for the Above-Listed Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I, Scott C. Kessenick, hereby certify that on this 2nd day of January 2013, a true and

correct copy of the Notice of Appearance was served by using the Court's CM/ECF System

which sent an Electronic Notice to all counsel of record.

Dated: January 2, 2013
    New York, NY                         DECHERT LLP


                                         By: /s/ Scott C. Kessenick
                                             Scott C. Kessenick

                                         1095 Avenue of the Americas
                                         New York, NY 10036
                                         scott.kessenick@dechert.com
                                         Tel.: (212) 698-3821
                                         Fax: (212) 698-3599