UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :
IN RE: TRIBUNE COMPANY FRAUDULENT              :
CONVEYANCE LITIGATION                          :
                                               :
                                               :
                                               : Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO                       :
                                               :
The following Consolidated Action:             :
                                               :
Deutsche Bank v. Paniagua (F/K/A Deutsche Bank v. :
Taylor),                                       :
11 CIV 09409                                   :
                                               :
                                               :
                                               : **NOTICE OF APPEARANCE**
                                               :
                                               :
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

> JFH II Equity-Income Fund
> JFH II Spectrum Income Fund
> JHT New Income Trust
> John Hancock Funds II
> John Hancock Funds II (Equity-Income Fund)
> John Hancock Funds II (Spectrum Income Fund)
> John Hancock Variable Insurance Trust
> John Hancock Variable Insurance Trust (F/K/A John Hancock Trust (New Income Trust))

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013
　　　　Philadelphia, Pennsylvania        DECHERT LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Alexander R. Bilus
　　　　　　　　　　　　　　　　　　　　　　　　Alexander R. Bilus

　　　　　　　　　　　　　　　　　　　　　　Cira Centre
　　　　　　　　　　　　　　　　　　　　　　2929 Arch Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19104
　　　　　　　　　　　　　　　　　　　　　　sandy.bilus@dechert.com
　　　　　　　　　　　　　　　　　　　　　　Tel.: (215) 994-2608
　　　　　　　　　　　　　　　　　　　　　　Fax: (215) 655-2608

　　　　　　　　　　　　　　　　　　　　　　*Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

      I, Alexander R. Bilus, hereby certify that on this 2nd day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated:  January 2, 2013
         Philadelphia, PA                    DECHERT LLP

                                            By:  /s/ Alexander R. Bilus
                                                   Alexander R. Bilus

                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            sandy.bilus@dechert.com
                                            Tel.:(215) 994-2608
                                            Fax: (215) 655-2608