UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank v. Paniagua (F/K/A Deutsche Bank v. :
Taylor), :
11 CIV 09409 :
:
: **NOTICE OF APPEARANCE**
:
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

>JFH II Equity-Income Fund
>JFH II Spectrum Income Fund
>JHT New Income Trust
>John Hancock Funds II
>John Hancock Funds II (Equity-Income Fund)
>John Hancock Funds II (Spectrum Income Fund)
>John Hancock Variable Insurance Trust
>John Hancock Variable Insurance Trust (F/K/A John Hancock Trust (New Income Trust))

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013
Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio
Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
michael.doluisio@dechert.com
Tel.: (215) 994-2325
Fax: (215) 655-2325

*Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

    I, Michael S. Doluisio, hereby certify that on this 2nd day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 2, 2013
       Philadelphia, PA                      DECHERT LLP

                                               By: /s/ Michael S. Doluisio
                                                    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
michael.doluisio@dechert.com
Tel.:(215) 994-2325
Fax: (215) 655-2325