UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank v. First Republic Bank, :
11 CIV 09572 :
:
: **NOTICE OF APPEARANCE**
:
------------------------------------------------ X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

>Charles Schwab & Co., Inc. as Custodian for Brent V. Woods IRA Rollover
>Charles Schwab & Co., Inc. as Custodian of the George William Buck SEP-IRA DTD 04/08/93
>Charles Schwab & Co., Inc. as Custodian of the Peter Marino IRA Rollover
>Monumental Life Insurance Co F/K/A Peoples Benefit Life Insurance Company
>Monumental Life Insurance Company, on behalf of Separate Account L-23, sued herein as Monumental Life Insurance Co., as Owner of Teamsters Separate Account
>Schwab 1000 Index Fund
>Schwab Capital Trust
>Schwab Fundamental US Large Company Index Fund
>Schwab Investments
>Schwab S&P 500 Index Fund
>Schwab S&P 500 Index Fund (F/K/A Schwab Institutional Select S&P 500 Fund)
>Schwab Total Stock Market Index Fund

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013
New York, NY

DECHERT LLP

By: /s/ Scott C. Kessenick
    Scott C. Kessenick

1095 Avenue of the Americas
New York, NY 10036
scott.kessenick@dechert.com
Tel.: (212) 698-3821
Fax: (212) 698-3599

*Attorney for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Scott C. Kessenick, hereby certify that on this 2nd day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 2, 2013
      New York, NY                      DECHERT LLP

                                       By: /s/ Scott C. Kessenick
                                           Scott C. Kessenick

                                       1095 Avenue of the Americas
                                       New York, NY 10036
                                       scott.kessenick@dechert.com
                                       Tel.: (212) 698-3821
                                       Fax: (212) 698-3599