UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :
IN RE: TRIBUNE COMPANY FRAUDULENT              :
CONVEYANCE LITIGATION                          :
                                               :
                                               :  Case No. 11-md-2296 (WHP)
---------------------------------------------- :
THIS DOCUMENT RELATES TO                       :
                                               :
The following Consolidated Action:             :
                                               :
Deutsche Bank v. First Republic Bank,          :
11 CIV 09572                                   :
                                               :
                                               :
                                               :  **NOTICE OF APPEARANCE**
                                               :
                                               :
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

>   Charles Schwab & Co., Inc. as Custodian for Brent V. Woods IRA Rollover
>   Charles Schwab & Co., Inc. as Custodian of the George William Buck SEP-IRA DTD 04/08/93
>   Charles Schwab & Co., Inc. as Custodian of the Peter Marino IRA Rollover
>   Monumental Life Insurance Co F/K/A Peoples Benefit Life Insurance Company
>   Monumental Life Insurance Company, on behalf of Separate Account L-23, sued herein as Monumental Life Insurance Co., as Owner of Teamsters Separate Account
>   Schwab 1000 Index Fund
>   Schwab Capital Trust
>   Schwab Fundamental US Large Company Index Fund
>   Schwab Investments
>   Schwab S&P 500 Index Fund
>   Schwab S&P 500 Index Fund (F/K/A Schwab Institutional Select S&P 500 Fund)
>   Schwab Total Stock Market Index Fund

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 2, 2013
       Philadelphia, Pennsylvania         DECHERT LLP


                                          By: /s/ Alexander R. Bilus
                                              Alexander R. Bilus

                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA 19104
                                          sandy.bilus@dechert.com
                                          Tel.: (215) 994-2608
                                          Fax: (215) 655-2608

                                          *Attorney for the Above-Listed Defendants*

## **CERTIFICATE OF SERVICE**

I, Alexander R. Bilus, hereby certify that on this 2nd day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 2, 2013
       Philadelphia, PA                      DECHERT LLP

                                        By: /s/ Alexander R. Bilus
                                               Alexander R. Bilus

                                        Cira Centre
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        sandy.bilus@dechert.com
                                        Tel.:(215) 994-2608
                                        Fax: (215) 655-2608