UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
:
IN RE: TRIBUNE COMPANY FRAUDULENT            :
CONVEYANCE LITIGATION                         :
:
:
: Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO                      :
:
The following Consolidated Action:            :
:
Deutsche Bank v. First Republic Bank,         :
11 CIV 09572                                  :
:
:                **NOTICE OF APPEARANCE**
:
------------------------------------------------ X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

> Charles Schwab & Co., Inc. as Custodian for Brent V. Woods IRA Rollover
> Charles Schwab & Co., Inc. as Custodian of the George William Buck SEP-IRA DTD 04/08/93
> Charles Schwab & Co., Inc. as Custodian of the Peter Marino IRA Rollover
> Monumental Life Insurance Co F/K/A Peoples Benefit Life Insurance Company
> Monumental Life Insurance Company, on behalf of Separate Account L-23, sued herein as Monumental Life Insurance Co., as Owner of Teamsters Separate Account
> Schwab 1000 Index Fund
> Schwab Capital Trust
> Schwab Fundamental US Large Company Index Fund
> Schwab Investments
> Schwab S&P 500 Index Fund
> Schwab S&P 500 Index Fund (F/K/A Schwab Institutional Select S&P 500 Fund)
> Schwab Total Stock Market Index Fund

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated:  January 2, 2013
          Philadelphia, Pennsylvania                DECHERT LLP


                                                    By:  /s/ Michael S. Doluisio
                                                         Michael S. Doluisio

                                                    Cira Centre
                                                    2929 Arch Street
                                                    Philadelphia, PA 19104
                                                    michael.doluisio@dechert.com
                                                    Tel.: (215) 994-2325
                                                    Fax: (215) 655-2325

                                                    *Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this 2nd day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 2, 2013
       Philadelphia, PA                      DECHERT LLP

                                       By: /s/ Michael S. Doluisio
                                           Michael S. Doluisio

                                     Cira Centre
                                     2929 Arch Street
                                     Philadelphia, PA 19104
                                     michael.doluisio@dechert.com
                                     Tel.:(215) 994-2325
                                     Fax: (215) 655-2325