UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------)
IN RE: TRIBUNE COMPANY )
FRAUDULENT CONVEYANCE ) Master File No.
LITIGATION ) 11 M.D.L. No. 2296 (WHP)
 )
This Document Relates To: )
 )
Case No. 12-02652 (S.D.N.Y.) )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Greenberg Traurig LLP hereby appears on behalf of Defendant Raymond Delescaille in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

GREENBERG TRAURIG, LLP


/s/ Gabriel Aizenberg

Gabriel Aizenberg
Collin B. Williams
77 W. Wacker Dr., Suite 3100
Chicago, IL 60601
312-456-8400
aizenbergg@gtlaw.com
williamsco@gtlaw.com

*Counsel for Raymond Delescaille*

CHI 63306199v1

## CERTIFICATE OF SERVICE

I, Gabriel Aizenberg, an attorney, hereby certify that I caused a copy of the foregoing Notice of Appearance to be served on all counsel of record via the CM/ECF system.

Dated: January 2, 2013

/s/ Gabriel Aizenberg

*CHI 63306199v1*