IN RE: Tribune Company Fraudulent Conveyance litigation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deutsche Bank Trust Plaintiffs
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

John Mullooly
Ohlson enterprises
Gerald AGEMA
Marcia Agema
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Docket No
11-MD-2296-(WHP)(JLC)

____ Civ. _____ (WHP)(JLC)

No. 1:12-cv-000641

**NOTICE OF APPEARANCE**

RECEIVED
JAN 03 2013
PRO SE OFFICE

Please take notice that I, __John Mullooly__, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __Chicago__, __Il__
       *(town/city)*  *(state)*

__December 27__, 20__12__

_____
Signature of Defendant

__4340 N. Oakley__
Address

__Chicago, Il 60618__
City, State & Zip Code

__630-675-7213__
Telephone Number

_____
Fax Number *(if you have one)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/13

Rev. 05/2007                                3