RECEIVED JAN 3 2013 PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

DENNIS J. FITZSIMONS, ET AL.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Consolidated Multidistrict Litigation
11 MD 2296 (WHP)
(Lead Case 12 MC 2296 (WHP))
___ Civ. _____ ( )( )

**NOTICE OF APPEARANCE**

Please take notice that I, _E. GENE GOSEN N TEU-DUING TRUST J/A DATED 12/31/82_, a defendant in
this action, hereby appear *pro se* and that all future correspondence and papers in connection with
this action are to be directed to me at the address indicated below.

Dated: _BOURBONNAIS, IL 60914_
       (town/city)    (state)
       _DECEMBER 28_, 20_12_

Signature of Defendant

Address: _232 MAIN ST. N.W._

City, State & Zip Code: _BOURBONNAIS, IL 60914_

Telephone Number: _815-932-7469_

Fax Number (if you have one): _815-932-6730_

Rev. 05/2007

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY <br> *Plaintiff* <br> v. <br> DENNIS J. FITZSIMONS, et al. <br> *Defendant* | Civil Action No. 12-cv-02652 (WHP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Landis Rath & Cobb LLP           Zuckerman Spaeder LLP
Daniel B. Rath, Esquire          James Sottile, Esquire
Rebecca L. Butcher, Esquire      Andrew N. Goldfarb, Esquire
James S. Green, Jr., Esquire     Andrew Caridas, Esquire
919 Market Street, Suite 1800    1800 M Street, N.W., Suite 1000
Wilmington, Delaware 19801       Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: DEC 2 0 2012

_____
*Signature of Clerk or Deputy Clerk*



Wells Fargo Advisors, LLC
232 Main St NW
Bourbonnais, IL 60914

United States Postage $001.300 DEC 31 2012 MAILED FROM ZIP CODE 60914

RECEIVED
PRO SE OFFICE
2013 JAN -3 P 12:56

USDC SDNY

United States District Court of the Southern District of New York
Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 230
New York, New York 10007