UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION, | Consolidated Multidistrict Action<br><br>Docket No. 11-md-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY, AMERICAS, it its capacity as successor indenture trustee for certain series of Senior Notes, et al.<br><br>Plaintiffs<br><br>v<br><br>SOPHWOOD ALPHA FUND LP, et al.<br><br>Defendants | Docket No 11-cv-9586<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------- x

### NOTICE OF APPEARANCE OF MICHAEL C. LANDIS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendant Pactiv Corporation ("Pactiv") and requests that all notices and papers in this action be served upon the undersigned at the address stated below and otherwise in accordance with ECF filing notice procedures at mlandis@gibbonslaw.com.

Dated: January 7, 2013

> s/Michael C. Landis
> Michael C. Landis
> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102
> Telephone: (973) 596-4500
> Facsimile (973) 596-0545
> e-mail: mlandis@gibbonslaw.com
> *Attorneys for Defendant*
> *Pactiv Corporation*

#1886358 v1
105851-74885

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 7th day of January 2013.

s/Michael C. Landis
Michael C. Landis

#1886358 v1
105851-74885