IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------------------------X<br>IN RE: TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION<br>------------------------------------------------------------X<br><br>DEUTSCHE BANK TRUST COMPANY<br>AMERICAS, et al.<br><br>                                    Plaintiff,<br>                        - v. -<br><br>AMETEK, INC. EMPLOYEES MASTER<br>RETIREMENT FUND, et al.<br><br>                                    Defendants.<br>------------------------------------------------------------X | Consolidated Multidistrict Litigation<br><br>Docket No. 11-MD-2296 (WHP)(JLC)<br><br><br><br><br><br>No. 1:11-cv-09598 (WHP)(JLC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susquehanna Investment Group appears on behalf of SIG-SS CBOE JOINT ACCOUNT ("SIG Joint Account"), a closed account, in the above-captioned action. Susquehanna Investment Group does so without assuming any liability that may be associated with SIG Joint Account and while reserving all rights and defenses, including that SIG Joint Account is not a legal entity capable of being sued. I remain counsel of record for Susquehanna Capital Group and Susquehanna Investment Group.

Dated: January 7, 2013

/s/ Philip D. Anker_____
Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*Counsel for the Susquehanna Investment Group*

**CERTIFICATE OF SERVICE**

I, Philip D. Anker, hereby certify that on this 7th day of January 2013, a true and correct copy of the above Notice of Appearance was served electronically upon all counsel of record via the Court's CM/ECF system.

/s/ Philip D. Anker_____
Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*Counsel for the Susquehanna Investment Group*