IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    )   Consolidated Multidistrict Litigation
IN RE: TRIBUNE COMPANY FRAUDULENT                                   )
CONVEYANCE LITIGATION                                               )   Docket No. 11-MD-2296 (WHP)(JLC)
                                                                    )
------------------------------------------------------------------- X
                                                                    )
DEUTSCHE BANK TRUST COMPANY AMERICAS,                               )
et al.                                                              )
                                                                    )
                                        Plaintiff,                  )   No. 1:11-cv-09598 (WHP)(JLC)
                       - v. -                                       )
                                                                    )
AMETEK, INC. EMPLOYEES MASTER                                       )
RETIREMENT FUND, et al.                                             )
                                                                    )
                                        Defendants.                 )
                                                                    )
------------------------------------------------------------------- X

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Susquehanna Investment Group states that it is affiliated with SIG-SS CBOE JOINT ACCOUNT ("SIG Joint Account"), a closed account. No parent corporation or publicly held corporation owns 10% or more of Susquehanna Investment Group's stock. Susquehanna Investment Group reserves all rights and defenses, including as to whether SIG Joint Account is a legal entity capable of being sued.

Dated: January 7, 2013                    /s/ Philip D. Anker_____
                                          Philip D. Anker
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, NY 10007
                                          Telephone: (212) 230-8800
                                          Facsimile: (212) 230-8888
                                          *Counsel for Susquehanna Investment Group*

**CERTIFICATE OF SERVICE**

I, Philip D. Anker, hereby certify that on this 7th day of January 2013, a true and correct copy of the above Rule 7.1 Disclosure Statement was served electronically upon all counsel of record via the Court's CM/ECF system.

/s/ Philip D. Anker_____
Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*Counsel for Susquehanna Investment Group*