# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | **Master Case**: <br><br> Consolidated Multidistrict Action <br><br> Case No. 11-MD-02296 (WHP) |
| This Document Relates To: <br><br> *Deutsche Bank Trust Company Americas, et al. v. Ametek, Inc. Employees Master Retirement Trust, et al.* | **Sub-Category Case**: <br><br> Case No. 11-CV-09598 (S.D.N.Y.) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel, Richard S. Miller of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for Defendants Federated Capital Appreciation Fund II (F/K/A Federated Clover Value Fund II), Federated Clover Value Fund (F/K/A Federated American Leaders Fund), Federated Equity Funds, Federated Income Securities Trust, Federated Index Trust, Federated Insurance Series, Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II), Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II F/K/A Federated Equity Income Fund II), Federated Max-Cap Index Fund, and Federated Muni and Stock Advantage Fund.

Dated:   New York, New York
         January 7, 2013

                                        Respectfully submitted,

                                        K&L GATES LLP

                                        By:  /s/ Richard S. Miller
                                        Richard S. Miller

599 Lexington Avenue
New York, New York 10022-6030
Telephone: 212.536.3922
Facsimile: 212.536.3901
(Richard.Miller@klgates.com)

*Counsel for Federated Capital Appreciation Fund II (F/K/A Federated Clover Value Fund II), Federated Clover Value Fund (F/K/A Federated American Leaders Fund), Federated Equity Funds, Federated Income Securities Trust, Federated Index Trust, Federated Insurance Series, Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II), Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II F/K/A Federated Equity Income Fund II), Federated Max-Cap Index Fund, and Federated Muni and Stock Advantage Fund*