UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>: <br><br> Consolidated Multidistrict Action <br><br> Case No. 11-MD-02296 (WHP) |
| This Document Relates To: <br><br> *Deutsche Bank Trust Company Americas, et al. v. Ametek, Inc. Employees Master Retirement Trust, et al.* | <u>Sub-Category Case</u>: <br><br> Case No. 11-CV-09598 (S.D.N.Y.) |

## <u>RULE 7.1 DISCLOSURE OF CORPORATE INTEREST</u>

Each of Defendants Federated Capital Appreciation Fund II (F/K/A Federated Clover Value Fund II), Federated Clover Value Fund (F/K/A Federated American Leaders Fund), Federated Equity Funds, Federated Income Securities Trust, Federated Index Trust, Federated Insurance Series, Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II), Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II F/K/A Federated Equity Income Fund II), Federated Max-Cap Index Fund, and Federated Muni and Stock Advantage Fund, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it has no parent corporation and that to the best of its knowledge no publicly-held corporation owns 10% or more of any of its stock.

Dated:   New York, New York
         January 7, 2013

Respectfully submitted,

K&L GATES LLP

By:  /s/ Richard S. Miller

Richard S. Miller
Robert T. Honeywell
Brian D. Koosed

599 Lexington Avenue
New York, New York 10022-6030
Telephone: 212.536.3922
Facsimile: 212.536.3901
(Richard.Miller@klgates.com)
(Robert.Honeywell@klgates.com)
(Brian.Koosed@klgates.com)

*Counsel for Federated Capital Appreciation Fund II (F/K/A Federated Clover Value Fund II), Federated Clover Value Fund (F/K/A Federated American Leaders Fund), Federated Equity Funds, Federated Income Securities Trust, Federated Index Trust, Federated Insurance Series, Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II), Federated Managed Volatility Fund II (F/K/A Federated Capital Income Fund II F/K/A Federated Equity Income Fund II), Federated Max-Cap Index Fund, and Federated Muni and Stock Advantage Fund*