AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) Consolidated Multidistrict Litigation<br>) 11 MD 2296 (WHP)<br>) 12 MC 2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.<br>Plaintiff<br>v.<br>FIRST REPUBLIC BANK, et al.<br>Defendant | ) Associated Case No.:<br>) 1:11-cv-09572- WHP |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert N. Mohr, Successor Trustee to Joseph B. Mohr (erroneously named as Joseph B. Mohn), as Trustee of the J&M Trust UA Dated 07/23/1992

Date: January 7, 2013

/s/ Mark A. Neubauer
*Attorney's signature*

Mark A. Neubauer (CA SBN 73728)
*Printed name and bar number*

Steptoe & Johnson LLP
2800 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
*Address*

mneubauer@steptoe.com
*E-mail address*

310-734-3200
*Telephone number*

310-734-3300
*FAX number*

Doc. # DC-8128102 v.1

## CERTIFICATE OF SERVICE

        I hereby certify that on January 7, 2013, the foregoing Appearance of Counsel was electronically filed through the CM/ECF system for the United States District Court, Southern District of New York and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  January 7, 2013

STEPTOE & JOHNSON LLP

By:   /s/ Mark A. Neubauer
     MARK A. NEUBAUER

Mark A. Neubauer
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:  (310) 734-3200
Facsimile:   (310) 734-3300
Email:     mneubauer@steptoe.com

Attorneys for Defendants Durham J. Monsma, Robbie E. Monsma, Mary E. Day, Jeanette Day Family Trust U/A DTD 10/04/1994, Peter J. Fernald, The Peter J. Fernald Trust U/A 1/13/92, Evelyn Freed, Debra A. Gastler, Richard L. Goldstein, Leonidia Gonsalves, Muriel S. Harris, Mark Allen Itkin, Emil Kratochvil, Chase L. Leavitt, Nancy Lobdell, Marlowe G. Merkel, Robert N. Mohr, Successor Trustee to Joseph B. Mohr (erroneously named as Joseph B. Mohn), as Trustee of the J&M Trust UA Dated 07/23/1992, Miles Adrian Collet Murray, The Alfred W. Merkel Marlowe G. Merkel Trust UA 11 Sept 85; Renee H. Miller, John Patinella, Myrna Ramirez, Monserrate Ramirez, Javad Rassouli, Raymond M. Luthy Trust, Terrill F Cox & Lorraine M Cox Trust U/A DTD 3/31/98, William F. Thomas