UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., Plaintiff, v. SIRIUS INTERNATIONAL INSURANCE CORP., et al., Defendants. | : : : : : : : : : : | Case No. 1:11-cv-09583-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Weiss Multi-Strategy Partners LLC in the above-captioned case.  This appearance is without prejudice to any defenses or positions that Weiss Multi-Strategy Partners LLC may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

A/75318494.1

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone: (860) 240-2700
>Fax: (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated: Hartford, Connecticut
       January 7, 2013

>**BINGHAM McCUTCHEN LLP**
>
>/s/ Michael C. D'Agostino
>Michael C. D'Agostino (MD0304)
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone: (860) 240-2700
>Fax: (860) 240-2800
>Email: michael.dagostino@bingham.com
>
>*Attorneys for Defendant Weiss Multi-Strategy Partners LLC*