UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : : | Case No. 1:12-cv-02652-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., Plaintiff, v. SIRIUS INTERNATIONAL INSURANCE CORP., et al., Defendants. | : : : : : : : : : : | Case No. 1:11-cv-09583-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Weiss Multi-Strategy Partners LLC hereby makes the following disclosures.

Weiss Multi-Strategy Advisers LLC, does not have any parent. No publicly-held company owns 10% or more of the stock in Weiss Multi-Strategy Advisers LLC. No publicly-held corporation has a financial interest in the outcome of this matter.

A/75318536.1

2

Dated: Hartford, Connecticut
         January 7, 2013

                                                **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Defendant Weiss Multi-Strategy Partners LLC*