UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE : TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br>------------------------------------------------------------<br><br>*This Document Relates To*:<br><br>12-cv-02652 (WHP) | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kelly E. Jones, Esq., of Harris Beach PLLC, an attorney admitted to practice before this Court, is hereby entering an appearance in this case as additional counsel, with Sarah E. Madsen, Esq. of Larson King LLP, for defendants Thrivent Series Fund, Inc. Thrivent Balanced Portfolio; Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio; and Lutheran Brotherhood (Thrivent Fin for Lutherans).

Dated: January 8, 2013

**HARRIS BEACH PLLC**

By:   /s/ Kelly E. Jones
       Kelly E. Jones

100 Wall Street
New York, New York 10005
(212) 687-3652
(212) 687-0659
kjones@harrisbeach.com

*And*

**Of Counsel:**

**LARSON KING LLP**

Sarah E. Madsen, Esq. (MN# 0336804)
                (IA# AT0011156)
2800 Wells Fargo Place

30 East Seventh Street
St. Paul, Minnesota 55101
651-312-6591
651-789-4891
smadsen@larsonking.com

***Attorneys for Defendants Thrivent Series Fund, Inc. Thrivent Balanced Portfolio, Thrivent Series Fund, Inc. Thrivent Fund Large Cap Index Portfolio; and Lutheran Brotherhood (Thrivent Fin for Lutherans)***