UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE : TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br>-------------------------------------------------------------<br><br>*This Document Relates To*:<br><br>12 CV 2652 (WHP) | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP)<br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Sarah E. Madsen, Esq., of Larson King, LLP, an attorney admitted pro hac vice pursuant to Master Case Order No. 1, ¶13 to practice before this Court, is hereby entering an appearance in this case for Defendants Thrivent Series Fund, Inc. Thrivent Balanced Portfolio; Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio; and Lutheran Brotherhood (Thrivent Fin for Lutherans).

Dated: January 8, 2013

**LARSON KING, LLP**

By:   /s/ Sarah E. Madsen
        Sarah E. Madsen

2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101-4922
(651) 312-4922
(651) 789-4891
smadsen@larsonking.com

*Attorneys for Defendants Thrivent Series Fund, Inc. Thrivent Balanced Portfolio, Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio and Lutheran Brotherhood (Thrivent Fin for Lutherans)*