UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE : TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br>-------------------------------------------------------------<br><br>*This Document Relates To*:<br><br>12 CV 2652 (WHP) | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |

**Rule 7.1 Corporate Disclosure Statement for
Thrivent Series Fund, Inc. Thrivent Balanced Portfolio and
Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thrivent Series Fund, Inc. Thrivent Balanced Portfolio and Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio (private non-government parties) certifies that:

1. Defendant Thrivent Series Fund, Inc. Thrivent Balanced Portfolio is a portfolio within Thrivent Series Fund, Inc. Thrivent Series Fund, Inc. is organized as a Minnesota corporation and is registered as an open-ended management investment company under the Investment Act of 1940. No publicly held corporation owns 10% or more of its stock.

2. Defendant Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio is a portfolio within Thrivent Series Fund, Inc. Thrivent Series Fund, Inc. is organized as a Minnesota corporation and is registered as an open-ended management investment company under the Investment Act of 1940. No publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        January 8, 2013

**HARRIS BEACH PLLC**

By:     /s/ Kelly E. Jones
        Kelly E. Jones

100 Wall Street
New York, New York 10005
(212) 912-3652
(212) 687-0659
kjones@harrisbeach.com

*and*

**LARSON KING, LLP**

By:    /s/ Sarah E. Madsen
       Sarah E. Madsen

2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101-4922
(651) 312-4922
(651) 789-4891
smadsen@larsonking.com

*Attorneys for Defendants Thrivent Series Fund, Inc. Thrivent Balanced Portfolio and Thrivent Series Fund, Inc. Thrivent Large Cap Index Portfolio*