UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>:<br><br>Consolidated Multidistrict Action<br><br>Case No. 11-MD-02296 (WHP) |
| This Document Relates To:<br><br>*The Official Committee of Unsecured Creditors of Tribune Company v. Fitzsimons, et al.* | <u>Sub-Category Case</u>:<br><br>Case No. 12-CV-02652 (S.D.N.Y.) |

<u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel, Michael D. Ricciuti of K&L Gates LLP, respectfully enters his appearance as counsel of record for defendants SSgA IAM Shares Fund, State Street Equity 500 Index Portfolio (also improperly named in the action as "State Street AMR"), and SPDR Dow Jones Total Market ETF.

| | |
|---|---|
| Dated:  January 9, 2013 | Respectfully submitted,<br><br>K&L GATES LLP<br><br>By: <u> /s/ *Michael D. Ricciuti*       </u><br>Michael D. Ricciuti<br>Ryan M. Tosi<br><br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone:  617-261-3100<br>Facsimile:   617-261-3175<br>(michael.ricciuti@klgates.com)<br>(ryan.tosi@klgates.com)<br><br>*Counsel for SSgA IAM Shares Fund, State Street Equity 500 Index Portfolio, SPDR Dow Jones Total Market ETF* |

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ *Michael D. Ricciuti*
Michael D. Ricciuti
