## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>: <br><br> Consolidated Multidistrict Action <br><br> Case No. 11-MD-02296 (WHP) |
| This Document Relates To: <br><br> *The Official Committee of Unsecured Creditors of Tribune Company v. Fitzsimons, et al.* | <u>Sub-Category Case</u>: <br><br> Case No. 12-CV-02652 (S.D.N.Y.) |

### RULE 7.1 DISCLOSURE OF CORPORATE INTEREST

Defendant State Street Equity 500 Index Portfolio, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation and that no publicly-held company owns 10% or more of its stock.

Defendant SSgA IAM Shares Fund, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation, and that no publicly held corporation owns 10% or more of its stock.

Defendant SPDR Dow Jones Total Market ETF, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation, and that to the best of its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated: January 9, 2013

Respectfully submitted,

K&L GATES LLP

By: /s/ *Michael D. Ricciuti*_____
Michael D. Ricciuti
Ryan M. Tosi

State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  617-261-3100
Facsimile:  617-261-3175
(michael.ricciuti@klgates.com)
(ryan.tosi@klgates.com)

*Counsel for SSgA IAM Shares Fund, State Street Equity 500 Index Portfolio, SPDR Dow Jones Total Market ETF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ *Michael D. Ricciuti*
Michael D. Ricciuti