UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re:                                                       :  Case No. 11-md-02296-WHP
                                                             :  Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                   :
CONVEYANCE LITIGATION                                        :
                                                             :
                                                             :
------------------------------------------------------------ X
                                                             :
                                                             :
DEUTSCHE BANK TRUST COMPANY                                  :
AMERICAS, in its capacity as successor indenture             :  Case No. 12-cv-0064-WHP
trustee for certain series of Senior Notes, et al.           :
                                                             :  **NOTICE OF APPEARANCE**
                     Plaintiffs,                             :
                                                             :
v.                                                           :
                                                             :
OHLSON ENTERPRISES, et al.                                   :
                                                             :
                     Defendants.                             :
                                                             :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendants Graff Valve & Fittings Company Employees Profit Sharing Plan & Trust 2 UAD 6/30/85; Philip Graff, as Trustee of the Graff Valve & Fittings Company Employees Profit Sharing Plan & Trust 2 UAD 6/30/85; and Michael H. Graff, as Trustee of the Graff Valve & Fittings Company Employees Profit Sharing Plan & Trust 2 UAD 6/30/85 in the above-captioned matter.

Dated:  January 9, 2013                By:  /s/ Paige E. Barr
                                       Paige E. Barr
                                       Katten Muchin Rosenman LLP

        525 W. Monroe St.
        Chicago, IL 60661
        (312) 902-5200
        (312) 902-1061
        Paige E. Barr@kattenlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ Paige E. Barr<br>Paige E. Barr