UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Consolidated Multidistrict Action
11 MD 2296 (WHP)(JLC)
12 MC 2296 (WHP)(JLC)

ECF Case

THIS DOCUMENT RELATES TO:

**AFFIDAVIT OF SERVICE**

ALL INDIVIDUAL CREDITOR ACTIONS,
AS DEFINED IN MASTER CASE ORDER
NO. 3 (ECF NO. 1395)

**KAREEM M. ABBOTT**, being duly sworn, deposes and says:

Deponent is not a party to the action is over 18 years of age and is employed by JASPAN

SCHLESINGER LLP.

On January 9, 2013, deponent served the within **NOTICE OF APPEARANCE** upon the

attorney listed below, at the address listed below, said address being designated for that purpose,

via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in

an official depository under the exclusive care and custody of the United States Postal Service

within the State of New York:

TO:    **Abraham J. Rein**
       POST & SCHELL PC
       FOUR PENN CENTER
       1600 JOHN F. KENNEDY BLVD
       PHILADELPHIA, PA 19103
       215-587-1057
       Email: arein@postschell.com
       *ATTORNEY TO BE NOTICED*

KMA/D861829v1/M058443/C0155950

**Alan S. Townsend**
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317) 684-5000
Fax: (317) 684-5173
Email: atownsend@boselaw.com
*ATTORNEY TO BE NOTICED*

**Alfredo J Marquez-Sterling**
Arnstein & Lehr
200 S Biscayne Boulevard
Suite 3600
Miami, FL 33131
305-374-3330
Fax: 374-4744
Email: ajsterling@arnstein.com
*ATTORNEY TO BE NOTICED*

**Amy Christine Brown**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212)-833-1239
Fax: (212)-373-7939
Email: abrown@fklaw.com
*ATTORNEY TO BE NOTICED*

**Andrea L. Cohen**
MARK K SULLIVAN & ASSOCIATES, PC
9959 Crosspoint Boulevard
Indianapolis, IN 46256
(317) 472-0958
Fax: (317) 472-0959
Email: andi@msullivanlaw.net
*ATTORNEY TO BE NOTICED*

**Andrew Dieter Cordo**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: acordo@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Andrew W. Erlandson**
Hurley, Burish 7 Stanton, S.C.
33 E Main Street, #400
P.O. Box 1528
Madison, WI 53701-1528
608-257-0945
Fax: 608-257*5764
Email: aerlandson@hbslawfirm.com
*ATTORNEY TO BE NOTICED*

**Andrew T. Imbriglio**
Casner & Edwards, LLP
303 Congress Street
2nd Floor
Boston, MA 02210
617-426-5900
Email: imbriglio@casneredwards.com
*ATTORNEY TO BE NOTICED*

**Angeline Lam Koo**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212)-872-7466
Fax: 212-872-1002
Email: akoo@akingump.com
*ATTORNEY TO BE NOTICED*

**Anthony H Lowenberg**
Goldfarb Branham LLP
2501 N Harwood St
Suite 1801
Dallas, TX 75201
214/583-2233
Fax: 214/583-2252
Email: alowenberg@goldfarbbranham.com
*ATTORNEY TO BE NOTICED*

**Anthony Tobias Pierce**
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave, NW
Washington, DC 20036
(202) 887-4411
Fax: (202) 887-4288
Email: apierce@akingump.com

*ATTORNEY TO BE NOTICED*

**Ashley E Zitrin**
Kasowitz Benson et al
101 CA St
#2300
SF, CA 94111
415-421-6140
*ATTORNEY TO BE NOTICED*

**Brendan Dolan**
Kasowitz, Benson, Torres & Friedman LLP
101 California Street
Suite 2300
San Francisco, CA 94111
(415) 421-6140
Fax: 415-398-5030
Email: bdolan@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Brian W. Bisignani**
DUANE MORRIS, LLP
305 NORTH FRONT STREET
PO BOX 1003
HARRISBURG, PA 17108-1003
717-237-5548
Email: bbisignani@postschell.com
*ATTORNEY TO BE NOTICED*

**Bryan L. LeClerc**
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fax: (203) 8787-4912
Email: bleclerc@bmdlaw.com
*ATTORNEY TO BE NOTICED*

**Charles Coster Ashdown**
Strauss & Troy, LPA
The Federal Reserve Building
150 E Fourth Street
4th Floor
Cincinnati, OH 45202-4018
513-621-2120
Fax: 513-241-8259

Email: ccashdown@strausstroy.com
*ATTORNEY TO BE NOTICED*

**Christopher David Liguori**
Tabet DiVito Rothstein
209 South LaSalle Street
7th Floor
Chicago, IL 60604
(312) 761-9450
Email: cliguori@tdrlawfirm.com
*ATTORNEY TO BE NOTICED*

**Dale A Danneman**
Lewis & Roca LLP
40 N Central Ave
Phoenix, AZ 85004-4429
602-262-5311
Fax: 602-734-3744
Email: ddanneman@lrlaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Gielchinsky**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL
305-375-6135
Email: dgielchinsky@bilzin.com
*ATTORNEY TO BE NOTICED*

**Daniel H. Golden**
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, NY 10022
(212) 872-8010
Fax: (212) 872-1002
Email: dgolden@akingump.com
*ATTORNEY TO BE NOTICED*

**Daniel M Scott**
Kelley, Wolter & Scott, P.A.
431 S Seventh Street; Suite 2530
Minneapolis, MN 55415
(612) 371-9090
Fax: (612) 371-0574
Email: dscott@kelleywolter.com

*ATTORNEY TO BE NOTICED*

**David B. Anthony**
Berger Harris, LLC
1201 N. Orange St., 3rd floor
Wilmington, DE 19801
302-655-1140
Email: danthony@bergerharris.com
*ATTORNEY TO BE NOTICED*

**David S. Rosner**
Kasowitz, Benson, Torres & Friedman, L.L.P.
1633 Broadway
New York, NY 10019
(212)-506-1726
Fax: (212)-835-5026
Email: drosner@kasowitz.com
*ATTORNEY TO BE NOTICED*

**David C Tobin**
Tobin O Connor and Ewing
5335 Wisconsin Ave NW Ste 700
Washington, DC 20015
12023625900
Fax: 12023626579
Email: dctobin@tobinoconnor.com
*ATTORNEY TO BE NOTICED*

**David Mitchell Zensky**
Akin Gump Strauss Hauer & Feld ( 1 Battery Pk.)
One Bryant Park
New York, NY 10036
(212)-872-1000
Fax: (212)-872-1002
Email: dzensky@akingump.com
*ATTORNEY TO BE NOTICED*

**Deborah Jill Newman**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
212-872-7481
Fax: 212-872-7585
Email: djnewman@akingump.com
*ATTORNEY TO BE NOTICED*

**Donna Marie Brewer**
Casner & Edwards, LLP
303 Congress Street
2nd Floor
Boston, MA 02210
617-426-5900
Fax: 617-426-8810
Email: brewer@casneredwards.com
*ATTORNEY TO BE NOTICED*

**Douglas K. Mansfield**
Casner & Edwards, LLP
2nd Floor
303 Congress Street
Boston, MA 02210
617-426-5900
Fax: 617-426-8810
Email: mansfield@casneredwards.com
*ATTORNEY TO BE NOTICED*

**Emily Elizabeth de Ayora**
Kasowitz Benson et al
101 California St
Suite 2300
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: edeayora@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Frederick Troupe Mickler , IV**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
803-665-9297
Email: tmickler@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Gary von Stange**
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue, 26th Floor
New York, NY 10022
(212)-573-0681
Fax: (212)-687-5703
Email: gvonstange@wkgj.com

*ATTORNEY TO BE NOTICED*

**Gesina M. Seiler**
Axley Brynelson, Llp
P.O. Box 1767
Madison, WI 53701
608-283-6787
Fax: 608-257-5444
*ATTORNEY TO BE NOTICED*

**Gregory Forrest Hahn**
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317) 684-5127
Fax: (317) 223-0217
Email: ghahn@boselaw.com
*ATTORNEY TO BE NOTICED*

**Hal Neier**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212)-833-1111
Fax: (212)-7911
Email: hneier@fklaw.com
*ATTORNEY TO BE NOTICED*

**Hamilton Philip Lindley**
Goldfarb Branham LLP
2501 Harwood, Ste. 1801, Dallas, Tx 75201
Dallas, TX 75204
(214)-583-2257
Fax: (214)-583-2234
Email: hlindley@goldfarbbranham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Philip Chou**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
(212) 872-1098
Fax: (212) 407-3298
Email: jchou@akingump.com

*ATTORNEY TO BE NOTICED*

**Jason Lurie Goldsmith**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
(212)-872-8094
Fax: (212)-872-1002
Email: jgoldsmith@akingump.com
*ATTORNEY TO BE NOTICED*

**Jason M Porter**
Lewis & Roca LLP
40 N Central Ave., Ste. 1900
Phoenix, AZ 85004-4429
602-262-5763
Email: jporter@lrlaw.com
*ATTORNEY TO BE NOTICED*

**Jeffery Alan Dailey , Sr.**
Akin Gump Strauss Hauer & Feld LLP (PA)
Two Commerce Sq
2001 Market Street
Suite 4100
Philadelphia, PA 19103
(215)-965-1325
Email: jdailey@akingump.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Carl Fourmaux**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212)-833-1100
Fax: (212)-833-1250
Email: jfourmaux@fklaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey M Goldfarb**
Goldfarb Branham LLP
2501 N Harwood St
Suite 1801
Dallas, TX 75201
214/583-2233
Email: jgoldfarb@goldfarbbranham.com
*ATTORNEY TO BE NOTICED*

**John Matthew Fitzgerald**
Tabet DiVito Rothstein
209 South LaSalle Street
7th Floor
Chicago, IL 60604
(312) 762-9450
Email: jfitzgerald@tdrlawfirm.com
*ATTORNEY TO BE NOTICED*

**John G. Harris**
Berger Harris, LLC
1201 N. Orange St., 3rd floor
Wilmington, DE 19801
(302) 655-1140
Email: jharris@bergerharris.com
*ATTORNEY TO BE NOTICED*

**John Michael Levy**
Strauss & Troy
150 East 4th Street
Cincinnati, OH 45202
513-621-2120
Email: jmlevy@strausstroy.com
*ATTORNEY TO BE NOTICED*

**John T. Morrier**
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
Fax: 617-426-8810
*ATTORNEY TO BE NOTICED*

**Jonah Eric McCarthy**
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000
Fax: (202) 887-4288
Email: jmccarthy@akingump.com
*ATTORNEY TO BE NOTICED*

**Julia Ingrid DeBeers**
Akin Gump Strauss Hauer and Feld

2029 Century Park E, Suite 2400
Los Angeles, CA 90067-3012
310-229-1066
Fax: 310-229-1001
Email: jdebeers@akingump.com
*ATTORNEY TO BE NOTICED*

**Karina Zabicki DeHayes**
Tabet DiVito & Rothstein, LLC
The Rookery Building
209 South LaSalle Street
Seventh Floor
Chicago, IL 60604
(312) 762-9450
Email: kdehayes@tdrlawfirm.com
*ATTORNEY TO BE NOTICED*

**Katherine Scully**
Akin Gump Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1000
Email: kscully@akingump.com
*ATTORNEY TO BE NOTICED*

**Keefe M Bernstein**
Akin Gump Strauss Hauer & Feld
1700 Pacific Ave
Suite 4100
Dallas, TX 75201-4618
214/969-2734
Fax: 214/999-7735 FAX
Email: kbernstein@akingump.com
*ATTORNEY TO BE NOTICED*

**Kenneth Fisher Rossman , IV**
Rothberger Johnson & Lyons LLP
One Tabor Center
Suite 3000
1200 17th Street
Denver, Co 80202
(303) 628-9663
Fax: (303) 623-9222
Email: krossman@rothgerber.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Magnuson**
Kelley ,Wolter & Scott, PA
431 S 7th St, Ste 2530
Minneapolis, MN 55415
612-371-9090
Fax: 612-339-4181
Email: kmagnuson@kelleywolter.com
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Magnuson**
Kelley, Wolter & Scott P.A.
431 South Seventh Street, Suite 2530
Minneapolis, MN 55415
612-371-9090
Fax: 612-371-0574
*ATTORNEY TO BE NOTICED*

**Kevin Michael Quinn**
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
317-684-5000
Fax: 317-684-5173
Email: kquinn@boselaw.com
*ATTORNEY TO BE NOTICED*

**Lori Marie Lubinsky**
Axley Brynelson, Llp
P.O. Box 1767
Madison, WI 53701
608-257-5661
Fax: 608-257-5444
Email: llubinsky@axley.com
*ATTORNEY TO BE NOTICED*

**Mark Raymond Kutny**
Hamilton Moon Stephens Steele & Martin PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244-2020
704-227-1051
Fax: 704-344-1483
Email: mkutny@lawhms.com
*ATTORNEY TO BE NOTICED*

**Mark Kevin Sullivan**
MARK K. SULLIVAN & ASSOCIATES P.C.
9959 Crosspoint Boulevard
Indianapolis, IN 46256
(317) 472-0958
Fax: (317) 472-0959
Email: mark@msullivanlaw.net
*ATTORNEY TO BE NOTICED*

**Mark Alan VanderLaan**
Dinsmore & Shohl - 1
1900 Chemed Center
255 E 5th Street
Cincinnati, OH 45202
513-977-8200
Fax: 513-977-8200
Email: mark.vanderlaan@dinsmore.com
*ATTORNEY TO BE NOTICED*

**Matthew Heston Farmer**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
(212)-872-7472
Fax: (212)-872-1002
Email: mfarmer@akingump.com
*ATTORNEY TO BE NOTICED*

**Matthew K LaVelle**
LaVelle & LaVelle PLC
Camelback Esplanade II Ctr
2525 E Camelback Rd
Ste 888
Phoenix, AZ 85016
602-279-2100
Fax: 602-279-2114
Email: matt@lavelle-lavelle.com
*ATTORNEY TO BE NOTICED*

**Matthew B. Stein**
1633 Broadway
New York, NY 10019
(212) 506-1700
*ATTORNEY TO BE NOTICED*

**Michael Joseph LaVelle**

LaVelle & LaVelle PLC
Camelback Esplanade II Ctr
2525 E Camelback Rd
Ste 888
Phoenix, AZ 85016-4280
602-279-2100
Fax: 602-279-2114
*ATTORNEY TO BE NOTICED*

**Michelle A Reed**
Akin Gump Strauss Hauer & Feld
1700 Pacific Ave
Suite 4100
Dallas, TX 75201-4618
214/969-2713
Fax: 214/969-4343
Email: mreed@akingump.com
*ATTORNEY TO BE NOTICED*

**Mitchell Patrick Hurley**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
212-872-1011
Fax: 212-872-1002
Email: mhurley@akingump.com
*ATTORNEY TO BE NOTICED*

**Natalie Lesser**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
215-965-1200
*ATTORNEY TO BE NOTICED*

**Neal D Jacobs**
5374A Cox-Smith Road
Mason, OH 45040
513-229-0111
Fax: 513-204-1958
Email: ndjacobs@fuse.net
*ATTORNEY TO BE NOTICED*

**Nicolas Dylan Wayne**
Strauss & Troy
150 E. Fourth Street

Cincinnati, OH 45202
513/621-2120
Fax: 513/629-9426
Email: ndwayne@strausstroy.com
*ATTORNEY TO BE NOTICED*

**Nora C. von Stange , Esq.**
von Stange Law, PLC
70 South Winooski Avenue, Suite 2A
Burlington, VT 05401
(802) 651-6970
Fax: (802) 985-2253
*ATTORNEY TO BE NOTICED*

**Paul J. Burgo**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1501 Broadway 12th, Floor
New York, NY 10036
(212)-506-1700
Fax: (212)-506-1800
Email: pburgo@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Paul Howard Schwartz**
Shoemaker Ghiselli & Schawartz LLC
1811 Pearl Street
Boulder, CO 80302
(03) 530-3452
Fax: (303) 530-4071
Email: pschwartz@sgslitigation.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Vink**
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317) 684-5422
Fax: (317) 223-0422
Email: pvink@boselaw.com
*ATTORNEY TO BE NOTICED*

**Peter D. Hardy**
POST & SCHELL PC
FOUR PENN CENTER

1600 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103
215-587-1001
Fax: 215-861-8594
Email: phardy@postschell.com
*ATTORNEY TO BE NOTICED*

**Philip Rogers Stein**
bilzin Sumberg Baena Price & Axelrod
200 S Biscayne boulevard
Suite 2500
Miami, FL 33131
305-374-7580
Email: pstein@bilzin.com
*ATTORNEY TO BE NOTICED*

**Philip Trainer , Jr.**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: ptrainer@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Reginald David Steer**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500
Fax: 415-765-9501
Email: rsteer@akingump.com
*ATTORNEY TO BE NOTICED*

**Renee Andrenne Carmody**
Rothgerber Johnson & Lyons, LLP-Denver
1200 17th Street
One Tabor Center
#3000
Denver, CO 80202-5855
303-628-9554
Fax: 303-623-9222
Email: rcarmody@rothgerber.com
*ATTORNEY TO BE NOTICED*

**Ricardo Solano , Jr**
Friedman Kaplan Seiler & Adelman LLP (NJ)
One Gateway Center
Newark, NJ 07102
(973)-877-6400
Fax: (973)-877-6422
Email: rsolano@fklaw.com
*ATTORNEY TO BE NOTICED*

**Richard J. Buturla**
Berchem Moses & Devlin P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fax: 203-878-4912
Email: rbuturla@bmdlaw.com
*ATTORNEY TO BE NOTICED*

**Richard Stuart Wayne**
Straus & Troy
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202
(513) 621-2120
Fax: 513-629-9426
Email: rswayne@strausstroy.com
*ATTORNEY TO BE NOTICED*

**Robert L. Berchem**
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460
203-882-4101
Email: rberchem@bmdlaw.com
*ATTORNEY TO BE NOTICED*

**Robert Joel Lack**
Friedman, Kaplan,Seiler & Adelman, LLP
7 Times Square
New York, NY 10036
(212) 833-1100
Fax: 212-373-7908
Email: rlack@fklaw.com
*ATTORNEY TO BE NOTICED*

**Robert D Stewart**

KIPLING LAW GROUP PLLC
3601 FREMONT AVENUE N
STE 414
SEATTLE, WA 98103
206-545-0373
Email: stewart@kiplinglawgroup.com
*ATTORNEY TO BE NOTICED*

**Ronald H. Levine**
POST & SHELL, P.C.
FOUR PENN CENTER
1600 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103
215-587-1000
Fax: 215-587-1444
Email: rlevine@postschell.com
*ATTORNEY TO BE NOTICED*

**Scott Louis Baena**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-2336
305-374-7580
Fax: 374-7593
Email: sbaena@bilzin.com
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1501 Broadway 12th, Floor
New York, NY 10036
(212)506-1700
Fax: (212)506_1800
Email: skorpus@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Stephen Michael Baldini**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
(212) 872-1062
Fax: (212) 407-3262
Email: sbaldini@akingump.com
*ATTORNEY TO BE NOTICED*

**Stephen Hurley**
Hurley, Burish and Stanton S.C.
Suite 400
P.O. Box 1528
33 East Main Street
Madison, WI 53701-1528
608-257-0945
Fax: 608-257-5764
Email: shurley@hbslawfirm.com
*ATTORNEY TO BE NOTICED*

**Sunish Gulati**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
(212)872-1045
Fax: (212)872-1002
Email: sgulati@akingump.com
*ATTORNEY TO BE NOTICED*

**Timothy Michael Haggerty**
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212)-833-1251
Fax: (212)-833-1250
Email: thaggerty@fklaw.com
*ATTORNEY TO BE NOTICED*

**Ziad P Haddad**
Tobin OConnor and Ewing
5335 Wisconsin Ave NW Ste 700
Washington, DC 20015
12023625900
Fax: 12023625901
Email: zphaddad@tobinoconnor.com
*ATTORNEY TO BE NOTICED*


/s/ Kareem M. Abbott
KAREEM M. ABBOTT


Sworn to before me this
9ᵗʰ day of January, 2013.

/s/ Revel Coles
Notary Public, State of New York
No. 01CO6169889
Qualified in Suffolk County
Commission Expires July 2, 2015