UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 11-md-02296-WHP |
| | Consolidated Multidistrict Action |
| TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | |
| | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al. | Case No. 12-cv-02652-WHP |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| DENNIS J. FITZSIMONS, et al. | |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendants Graff Valve & Fittings Co. Employee Profit Sharing Plan Uad 6/30/85 and Michael H. Graff in the above-captioned matter.

Dated: January 9, 2013

By: /s/ Paige E. Barr
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061
Paige.Barr@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ Paige E. Barr
Paige E. Barr
