UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :

In re:                                        :    Case No. 11-md-02296-WHP
                                                  :    Consolidated Multidistrict Action

TRIBUNE COMPANY FRAUDULENT     :
CONVEYANCE LITIGATION                :

------------------------------------------------------------ X
                                                      :

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE    :    Case No. 12-cv-02652-WHP
COMPANY, et al.

                                                          **NOTICE OF APPEARANCE**

                             Plaintiffs,

v.

DENNIS J. FITZSIMONS, et al.

                            Defendants.

------------------------------------------------------------ X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendants Graff Valve & Fittings Co. Employee Profit Sharing Plan Uad 6/30/85 and Michael H. Graff in the above-captioned matter.

Dated: January 9, 2013                          By:    /s/ David C. Bohan
                                                                              David C. Bohan
                                                                              Katten Muchin Rosenman LLP
                                                                              525 W. Monroe St.
                                                                              Chicago, IL 60661
                                                                              (312) 902-5200
                                                                              (312) 902-1061
                                                                              David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                /s/ David C. Bohan
                                                  David C. Bohan