UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION;

DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Steve H. Kagan

Steve H. Kagan IRA VFTC as Custodian Rollover Account

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2013

11 Civ. 2296 (WP) (JC)
MD

**NOTICE OF APPEARANCE**

Please take notice that I, Steve H. Kagan *(name)*, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Chicago, IL
(town/city) (state)

January 2, 2013

/s/ Steve H. Kagan
*Signature of Defendant*

4919 S. Woodlawn
*Address*

Chicago, Illinois 60618
*City, State & Zip Code*

773-548-4505 // steve@stevekagan.com
*Telephone Number*

_____
*Fax Number (if you have one)*

Rev. 05/2007                             3

RECEIVED SDNY PRO SE OFFICE 2013 JAN -8 P 12:02

