UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | |
|---|---|
| In re: | Case No. 11-md-02296-WHP |
| | Consolidated Multidistrict Action |
| TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | |

---------------------------------------------------------------- X

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al. | Case No. 12-cv-02652-WHP |
| Plaintiffs, | |
| v. | |
| DENNIS J. FITZSIMONS, et al. | |
| Defendants. | |

---------------------------------------------------------------- X

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendants Eileen and Robert Vaughan ("Defendants"), Frost Brown Todd, LLC ("FBT") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, FBT is the current counsel of record for Defendants;

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, FBT does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1.    Katten hereby enters its appearance as counsel for Defendants.

2.      FBT hereby withdraws as counsel for Defendants.

3.      All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com

**STIPULATED AND AGREED:**

Dated: January 9, 2013

KATTEN MUCHIN ROSENMAN LLP                    FROST BROWN TODD LLC


By: ___/s/ David C. Bohan____                 By: ___/s/ Lindsay Schenk_____
David C. Bohan                                 Lindsay Schenk
Paige E. Barr                                  Frost Brown Todd LLC
Katten Muchin Rosenman LLP                     The Pinnacle at Symphony Place
525 W. Monroe Street                           150 3rd Avenue South, Suite 1900
Chicago, IL 60661                              Nashville, TN 37201
(312) 902-5200                                 (615) 251-5550
(312) 902-1061 (Facsimile)                     (615) 251-5551 (Facsimile)
David.Bohan@kattenlaw.com                      lschenk@fbtlaw.com
Paige.Barr@kattenlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan