USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: <br><br> DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. BANK, N.A., *et al.* <br><br> *Defendants*. | 11 CV 9600 (WHP) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, (collectively, the "Plaintiffs"), hereby dismiss this action without prejudice solely against Defendant U.S. Bank N.A. as Trustee of Anderson Corporation, which has neither moved nor answered.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/4/13

Dated: November 6 2012

Respectfully submitted,

*[signature]*

Daniel M. Scott, Esq.
Kevin M. Magnuson, Esq.
KELLEY, WOLTER & SCOTT, P.A.
431 South Seventh St., Suite 2530
Minneapolis, MN 55424
Phone: (612) 371-9090
Facsimile: (612) 371-0574

*Counsel for Plaintiffs*

**SO ORDERED:**

*[signature]*
_____
U.S.D.J.

2