**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>12 Civ. 02652 | Master File No.<br>11 M.D.L. No. 02296 (WHP)<br><br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that W. Bard Brockman, Esq. with BRYAN CAVE LLP, with offices located at 1201 W. Peachtree Street, NW, One Atlantic Center, 14th Floor, Atlanta, Georgia 30309, has been retained by, and appears as counsel for Defendants Clayton County, Georgia, and Clayton County Employees Retirement System, in the above-entitled proceeding, and requests that all notices given or required to be given in this case and all papers be served upon the undersigned at the address given below.

Dated:    January 10, 2013
          Atlanta, Georgia

                                      Respectfully submitted,

                                      BRYAN CAVE LLP
*Attorney for Defendants Clayton County, Georgia, and Clayton County Employees Retirement System*

                                      By:     /s/ W. Bard Brockman
                                                W. Bard Brockman
                                                Ga. Bar No. 084230
                                                Fla. Bar No. 0868817
                                                1201 W. Peachtree Street, N.W.
                                                One Atlantic Center, 14th Floor
                                                Atlanta, Georgia 30309
                                                Tel: (404) 572-6600
                                                Fax: (404) 572-6999
                                                bard.brockman@bryancave.com

6234883.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the NOTICE OF APPEARANCE was served to those parties in interest via the Court's ECF system January 10, 2013.

          /s/  W. Bard Brockman
          W. Bard Brockman