UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT : Consolidated Multidistrict Litigation
CONVEYANCE LITIGATION             :         11-md-2296 (WHP)
                                  :         12-mc-2296 (WHP)
------------------------------------------------------------------x
DEUTSCHE BANK TRUST CO. AMERICAS, et al., :
                                  :
                       Plaintiffs, :
                                  :
         -against-                 :         11-cv-4784 (WHP)
                                  :
ADALY OPPORTUNITY FUND TD          :         **NOTICE OF**
SECURITIES, INC., et al.,          :         **APPEARANCE**
                                  :
                       Defendants. :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that MARK E. KLEIN, an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, hereby appears as counsel of record for Defendant NEW YORK STATE INSURANCE FUND in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned.

Dated: New York, New York
       January 10, 2013

        **ERIC T. SCHNEIDERMAN**
        Attorney General of the State of New York
        Attorney for Defendant New York State
        Insurance Fund


        By:_____/s/_____
            Mark E. Klein
        Assistant Attorney General
        120 Broadway, 24th Floor
        New York, New York 10271-0332
        Tel: (212) 416-8888
        Fax: (212) 416-6075/6009/6076
        E-mail: Mark.Klein@ag.ny.gov