UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:  TRIBUNE COMPANY FRAUDULENT : Consolidated Multidistrict Litigation
CONVEYANCE LITIGATION : 11-md-2296 (WHP)
: 12-mc-2296 (WHP)
-----------------------------------------------------------------x
DEUTSCHE BANK TRUST CO. AMERICAS, et al., :
:
Plaintiffs, :
:
-against- : 11-cv-4784 (WHP)
:
ADALY OPPORTUNITY FUND TD :
SECURITIES, INC., et al., :
:
Defendants. :
-----------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED :
CREDITORS OF TRIBUNE COMPANY, on behalf :
of TRIBUNE COMPANY, : 12-cv-2652 (WHP)
:
Plaintiff, :
:
-against- :
: **NOTICE OF**
DENNIS FITZSIMONS, et al., : **APPEARANCE**
:
Defendants. :
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that MARK E. KLEIN, an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, hereby appears as counsel of record for Defendant NEW YORK STATE COMMON RETIREMENT FUND in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned.

Dated: New York, New York
January 10, 2013

                                          **ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York
Attorney for Defendant New York State
Common Retirement Fund

By: /s/
    Mark E. Klein
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271-0332
Tel: (212) 416-8888
Fax: (212) 416-6075/6009/6076
E-mail: Mark.Klein@ag.ny.gov