UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:  TRIBUNE  COMPANY  FRAUDULENT        Consolidated Multidistrict Litigation
CONVEYANCE LITIGATION                                    11-md-2296 (WHP)
                                                                          12-mc-2296 (WHP)

-------------------------------------------------------------------x
DEUTSCHE BANK TRUST CO. AMERICAS, et al.,

                                          Plaintiffs,

                 -against-                                              11-cv-4784 (WHP)

ADALY OPPORTUNITY FUND TD
SECURITIES, INC., et al.,

                                          Defendants.
-------------------------------------------------------------------x
WILLIAM A. NIESE, et al.,

                                                                          11-cv-4538 (WHP)
                                          Plaintiffs,

                 -against-

ALLIANCE BERNSTEIN L.P., et al.,                          **NOTICE OF
                                                                     APPEARANCE**

                                          Defendants.
-------------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TRIBUNE COMPANY, on behalf
 of TRIBUNE COMPANY,

                                          Plaintiff,
                                                                          12-cv-2652 (WHP)
                 -against-

DENNIS FITZSIMONS, et al.,

                                          Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that MARK E. KLEIN, an Assistant Attorney General in the

office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, counsel of record

for Defendant New York State Teachers' Retirement System, s/h/a "New York State Teachers

Retire," in the above-captioned action, hereby appears of counsel, and that from this day forward

copies of all notices, pleadings and other papers herein should be served upon the undersigned.

Dated:  New York, New York
            January 10, 2013

                                          **ERIC T. SCHNEIDERMAN**
                                          Attorney General of the State of New York
                                          Attorney for Defendant New York State
                                          Teachers' Retirement System, s/h/a "New
                                          York State Teachers Retire"


                                          By:_____/s/_____
                                                Mark E. Klein
                                          Assistant Attorney General
                                          120 Broadway, 24th Floor
                                          New York, New York 10271-0332
                                          Tel: (212) 416-8888
                                          Fax: (212) 416-6075/6009/6076
                                          E-mail: Mark.Klein@ag.ny.gov