UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank Trust Company Americas v. Paniagua
(F/K/A Deutsche Bank Trust Company Americas v. Taylor)

11 CIV 9409.

~~PROPOSED~~ ORDER

------------------------------------------------------------- X

This __4th__ day of __January__, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Kate O' Keeffe to withdraw as counsel for the following named Defendants in the above-referenced Action:

- Manulife Invst Ex FDS Corp.-MIX;
- Manulife U.S. Equity Fund;
- MassMutual Premier Enhanced Index Value Fund;
- MassMutual Premier Main Street Small Cap Fund;
- MassMutual Premier Small Company Opportunities Fund;
- MassMutual Select Diversified Value Fund;
- MassMutual Select Indexed Equity Fund;
- MML Blend Fund; and
- MML Equity Income Fund.

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Kate O'Keeffe is granted leave to withdraw from his representation of the above named Defendants in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.

1/4/13

2