UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION | DOCKET 11 MD 2296 (WHP) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE COMPANY, et al, | CASE NO. 12-CV-02652 (WHP) |
| Plaintiff, | |
| -vs- | |
| DENNIS J. FITZSIMONS, et al, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2013

## NOTICE OF APPEARANCE

COMES NOW the undersigned pro se defendants JOSEPH F. KUN and KAREN L. KUN and hereby enter their respective notice of appearance in the above-entitled action.

Defendant Joseph F. Kun is appearing as a pro se litigant and defendant has access to e-mail and Defendant's e-mail address is: jkunomaha@cox.net

Defendant Karen L. Kun is appearing as a pro se litigant and defendant has access to e-mail and Defendant's e-mail address is: kkunomaha@cox.net

_____
Joseph F. Kun, Pro Se

_____
Karen L. Kun, Pro Se

RECEIVED
JAN - 9 2013
PRO SE OFFICE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was served upon the following parties:

| | |
|---|---|
| Landis Rath & Cobb LLP | Zuckerman Spaeder LLP |
| Daniel B. Rath, Esq. | James Sottile, Esq. |
| Rebecca L. Butcher, Esq. | Andrew N. Goldfarb, Esq. |
| James S. Green, Jr., Esq. | Andrew Caridas, Esq. |
| 919 Market St., Suite 1800 | 1800 M. St., N.W., Suite 1000 |
| Wilmington, Delaware 19801 | Washington, DC 20036 |

by United States Mail, postage prepaid, this _3rd_ day of January, 2013.

_/s/ Joseph F. Kun_
Joseph F. Kun, Pro Se

_/s/ Karen L. Kun_
Karen L. Kun, Pro Se

