IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MD 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>   Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>   Defendants | <br><br>Case No. 1:12-cv-02652-WHP |

### NOTICE OF APPEARANCE

Please take notice that I, Mike Eugene Abernethy, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Kerrville, Texas
Signed on December 20, 2012.

Mike Eugene Abernethy
2045 Summit Crest
Kerrville, Texas 78028
(830) 370-5534
E-Mail: abernmike@yahoo.com
No Fax Number Available

United States District Court
Southern District of New York
Attn:   Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, New York, 10007

Dear Sir:

    Enclosed please find my Notice of Appearance to be filed in Case No. 1:12-cv-02652-WHP. I would appreciate it if you would verify and confirm the Court's receipt of the filing of my Notice of Appearance, via my E-mail address (abernmike@yahoo.com. Your cooperation is appreciated.

Very truly yours,

*[signature]*

Mike Eugene Abernethy



Mike Abernethy
2045 Summit Crest Dr.
Kerrville, TX 78028

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
DEC 2012 PM 4 L

United States District Court of the Southern District of New York
Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 200
New York, New York 10007

RECEIVED
SDNY PRO SE OFFICE
2012 DEC 26  P 4:14