UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION : 
:
:
: Case No. 11-md-2296 (WHP)
------------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank v. Employees Retirement Fund of the :
City of Dallas :
11 CIV 09568 :
:
: **NOTICE OF APPEARANCE**
:
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

    Steward Funds, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated:  January 14, 2013
         Philadelphia, Pennsylvania         DECHERT LLP

                                          By:  /s/ Michael S. Doluisio
                                              Michael S. Doluisio

                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            michael.doluisio@dechert.com
                                            Tel.: (215) 994-2325
                                            Fax: (215) 655-2325

                                            *Attorney for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Michael S. Doluisio, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       Philadelphia, PA                    DECHERT LLP

                                            By: /s/ Michael S. Doluisio
                                                  Michael S. Doluisio

                                           Cira Centre
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           michael.doluisio@dechert.com
                                           Tel.:(215) 994-2325
                                           Fax: (215) 655-2325