UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT    :
CONVEYANCE LITIGATION                :
:
:
:  Case No. 11-md-2296 (WHP)
------------------------------------------------ :
THIS DOCUMENT RELATES TO             :
:
The following Consolidated Action:   :
:
Deutsche Bank v. Employees Retirement Fund of the :
City of Dallas                       :
11 CIV 09568                         :
:
:
:
:
:
:
:  **NOTICE OF APPEARANCE**
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

Steward Funds, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
      Philadelphia, Pennsylvania        DECHERT LLP

By: /s/ Alexander R. Bilus
    Alexander R. Bilus

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.: (215) 994-2608
Fax: (215) 655-2608

*Attorney for the Above-Listed Defendants*

## **CERTIFICATE OF SERVICE**

I, Alexander R. Bilus, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
      Philadelphia, PA                    DECHERT LLP

                                          By: /s/ Alexander R. Bilus
                                              Alexander R. Bilus

                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA 19104
                                          sandy.bilus@dechert.com
                                          Tel.:(215) 994-2608
                                          Fax: (215) 655-2608