UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank v. Employees Retirement Fund of the :
City of Dallas :
11 CIV 09568 :
:
: **NOTICE OF APPEARANCE**
:
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

Steward Funds, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
New York, NY

DECHERT LLP

By: /s/ Scott C. Kessenick
Scott C. Kessenick

1095 Avenue of the Americas
New York, NY 10036
scott.kessenick@dechert.com
Tel.: (212) 698-3821
Fax: (212) 698-3599

*Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

I, Scott C. Kessenick, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       New York, NY                                                DECHERT LLP

                                                          By: /s/ Scott C. Kessenick
                                                               Scott C. Kessenick

                                         1095 Avenue of the Americas
                                         New York, NY 10036
                                         scott.kessenick@dechert.com
                                         Tel.: (212) 698-3821
                                         Fax: (212) 698-3599