UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
                                            :
IN RE: TRIBUNE COMPANY FRAUDULENT           :
CONVEYANCE LITIGATION                       :   Case No. 11-md-2296 (WHP)
                                            :
                                            :
------------------------------------------------- :
                                            :
THIS DOCUMENT RELATES TO                     :
                                            :
The following Consolidated Action:           :
                                            :
                                            :
                                            :
Deutsche Bank Trust Company, Americas et al. v. :
Adaly Opportunity Fund TD Securities Inc. C/O Adaly :
Investment Management Co. et al.,           :
11 CIV 4784.                                :
                                            :
------------------------------------------- X

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Amida Capital Management LLC, Amida Partners Master Fund Ltd, Amida Partners Master Fund, Ltd./Non-Flip Account c/o Amida Capital Management, LLC, and Walker House SPV Ltd. hereby make the following disclosures regarding any parent corporations and any publicly held corporations owning 10% or more of their stock:

| | |
|---|---|
| Amida Capital Management LLC: | There is no such corporation |
| Amida Partners Master Fund Ltd: | There is no such corporation |
| Amida Partners Master Fund, Ltd./Non-Flip Account c/o Amida Capital Management, LLC: | There is no such corporation |
| Walker House SPV Ltd.: | There is no such corporation |

Dated: January 14, 2013
      Philadelphia, Pennsylvania

DECHERT LLP


By:  /s/ Michael S. Doluisio

Michael S. Doluisio
Alexander S. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com
sandy.bilus@dechert.com


Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
scott.kessenick@dechert.com


*Attorneys for Amida Capital Management LLC, Amida Partners Master Fund Ltd, Amida Partners Master Fund, Ltd./Non-Flip Account c/o Amida Capital Management, LLC, and Walker House SPV*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the

foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System

which sent an Electronic Notice to all counsel of record.


Dated: January 14, 2013
       Philadelphia, PA                      DECHERT LLP


                                         By: <u>/s/ Michael S. Doluisio</u>
                                           Michael S. Doluisio


                                           Cira Centre
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           Tel.: (215) 994-4000
                                           Fax: (215) 994-2222
                                           michael.doluisio@dechert.com