UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                             :

IN RE: TRIBUNE COMPANY FRAUDULENT    :
CONVEYANCE LITIGATION                       :   Case No. 11-md-2296 (WHP)
                                               :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
THIS DOCUMENT RELATES TO                :

The following Consolidated Action:        :

                                               :
Niese et al. v. AllianceBernstein L.P. et al.,    :
11 CIV 4538.                                         :

                                               :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amida Partners Master Fund

Ltd hereby makes the following disclosure regarding any parent corporation and any publicly

held corporation owning 10% or more of its stock: there is no such corporation.

Dated:  January 14, 2013
      Philadelphia, Pennsylvania

DECHERT LLP


By:  /s/ Michael S. Doluisio

Michael S. Doluisio
Alexander S. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com
sandy.bilus@dechert.com


Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
scott.kessenick@dechert.com


*Attorneys for Amida Partners Master Fund Ltd*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the

foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System

which sent an Electronic Notice to all counsel of record.


Dated: January 14, 2013
   Philadelphia, PA       DECHERT LLP


             By: <u>/s/ Michael S. Doluisio</u>
               Michael S. Doluisio


             Cira Centre
             2929 Arch Street
             Philadelphia, PA 19104
             Tel.: (215) 994-4000
             Fax: (215) 994-2222
             michael.doluisio@dechert.com