UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION :
:
:
: Case No. 11-md-2296 (WHP)
---------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
:
Deutsche Bank Trust Company Americas v. Adaly :
Opportunity Fund TD Securities Inc., :
11 CIV 4784. :
:
: **NOTICE OF APPEARANCE**
:
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Actions:

>J. Goldman & Co., L.P.
>Jay Goldman Master Limited Partnership
>Woodmont Investments Ltd.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
       Philadelphia, Pennsylvania       DECHERT LLP

                                        By: /s/ Alexander R. Bilus
                                             Alexander R. Bilus

                                        Cira Centre
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        sandy.bilus@dechert.com
                                        Tel.: (215) 994-2608
                                        Fax: (215) 655-2608

                                        *Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

I, Alexander R. Bilus, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
      Philadelphia, PA

DECHERT LLP

By: /s/ Alexander R. Bilus
    Alexander R. Bilus

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.:(215) 994-2608
Fax: (215) 655-2608