UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION :
:
:
: Case No. 11-md-2296 (WHP)
------------------------------------------------------------ :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank Trust Company Americas v. Adaly :
Opportunity Fund TD Securities Inc., :
11 CIV 4784. :
:
: **NOTICE OF APPEARANCE**
:
-------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

 PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Actions:

>J. Goldman & Co., L.P.
>Jay Goldman Master Limited Partnership
>Woodmont Investments Ltd.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
   New York, NY        DECHERT LLP

                 By: /s/ Scott C. Kessenick
                   Scott C. Kessenick

                 1095 Avenue of the Americas
                 New York, NY 10036
                 scott.kessenick@dechert.com
                 Tel.: (212) 698-3821
                 Fax: (212) 698-3599

                 *Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

      I, Scott C. Kessenick, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       New York, NY                    DECHERT LLP

                                          By: /s/ Scott C. Kessenick
                                               Scott C. Kessenick

                                         1095 Avenue of the Americas
                                         New York, NY 10036
                                         scott.kessenick@dechert.com
                                         Tel.: (212) 698-3821
                                         Fax: (212) 698-3599