UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT            :
CONVEYANCE LITIGATION                         :
:
:
:  Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO                      :
:
The following Consolidated Action:            :
:
:
Deutsche Bank Trust Company Americas v. Adaly :
Opportunity Fund TD Securities Inc.,          :
11 CIV 4784.                                  :
:
:  **NOTICE OF APPEARANCE**
:
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Actions:

> J. Goldman & Co., L.P.
> Jay Goldman Master Limited Partnership
> Woodmont Investments Ltd.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio
Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.: (215) 994-2325
Fax: (215) 655-2325

*Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.:(215) 994-2325
Fax: (215) 655-2325