UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                                    :
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION                         : Case No. 11-md-2296 (WHP)
                                                    :
----------------------------------------------------------- :
THIS DOCUMENT RELATES TO                 :

The following Consolidated Action:             :

Deutsche Bank Trust Company, Americas et al. v.  :
Adaly Opportunity Fund TD Securities Inc. C/O Adaly :
Investment Management Co. et al.,              :
11 CIV 4784.                                                :
------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants J. Goldman & Co., L.P. (incorrectly identified in the Complaint as "Jay Goldman & Co., LP"), Jay Goldman Master Limited Partnership (incorrectly identified in the Complaint as "Jay Goldman Master LP"), and Woodmont Investments Ltd. hereby make the following disclosures regarding any parent corporations and any publicly held corporations owning 10% or more of their stock:

    J. Goldman & Co., L.P.:                          There is no such corporation

    Jay Goldman Master Limited Partnership:      There is no such corporation

    Woodmont Investments Ltd.:                   There is no such corporation

Dated: January 14, 2013
       Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio

Michael S. Doluisio
Alexander S. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com
sandy.bilus@dechert.com

Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
scott.kessenick@dechert.com

*Attorneys for J. Goldman & Co., L.P., Jay Goldman Master Limited Partnership, and Woodmont Investments Ltd.*

## CERTIFICATE OF SERVICE

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       Philadelphia, PA                         DECHERT LLP

                                        By: /s/ Michael S. Doluisio
                                              Michael S. Doluisio

                                        Cira Centre
                                        2929 Arch Street
                                        Philadelphia, PA 19104
                                        Tel.: (215) 994-4000
                                        Fax: (215) 994-2222
                                        michael.doluisio@dechert.com