UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
                      :

IN RE: TRIBUNE COMPANY FRAUDULENT    :
CONVEYANCE LITIGATION                :

                      : Case No. 11-md-2296 (WHP)

----------------------------------------------------- :

THIS DOCUMENT RELATES TO        :

                      :

The following Consolidated Action:    :

Deutsche Bank v. Ohlson Enter.,     :
12 CIV 00064                   :

                      : **NOTICE OF APPEARANCE**

------------------------------------------------ X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my

appearance as counsel of record for the following named Defendants in the above-referenced

Consolidated Action:

OFI Private Investments, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
       Philadelphia, Pennsylvania       DECHERT LLP


By: /s/ Alexander R. Bilus
     Alexander R. Bilus

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.: (215) 994-2608
Fax: (215) 655-2608

*Attorney for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Alexander R. Bilus, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
      Philadelphia, PA                DECHERT LLP

                                        By: /s/ Alexander R. Bilus
                                          Alexander R. Bilus

                                        Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA 19104
                                          sandy.bilus@dechert.com
                                          Tel.:(215) 994-2608
                                          Fax: (215) 655-2608