UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
                                               :
IN RE: TRIBUNE COMPANY FRAUDULENT              :
CONVEYANCE LITIGATION                          :
                                               :
                                               :
                                               : Case No. 11-md-2296 (WHP)
---------------------------------------------- :
THIS DOCUMENT RELATES TO                       :
                                               :
The following Consolidated Action:             :
                                               :
Deutsche Bank v. Ohlson Enter.,                :
12 CIV 00064                                   :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               : **NOTICE OF APPEARANCE**
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
                                               :
---------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

OFI Private Investments, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
New York, NY

DECHERT LLP

By: /s/ Scott C. Kessenick
Scott C. Kessenick

1095 Avenue of the Americas
New York, NY 10036
scott.kessenick@dechert.com
Tel.: (212) 698-3821
Fax: (212) 698-3599

*Attorney for the Above-Listed Defendants*

**CERTIFICATE OF SERVICE**

I, Scott C. Kessenick, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       New York, NY                      DECHERT LLP

                                          By:  /s/ Scott C. Kessenick
                                              Scott C. Kessenick

                                          1095 Avenue of the Americas
                                          New York, NY 10036
                                          scott.kessenick@dechert.com
                                          Tel.: (212) 698-3821
                                          Fax: (212) 698-3599