UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT          :
CONVEYANCE LITIGATION                       :
:
:
:
------------------------------------------- :  Case No. 11-md-2296 (WHP)
THIS DOCUMENT RELATES TO                    :
:
The following Consolidated Action:          :
:
Deutsche Bank v. Ohlson Enter.,             :
12 CIV 00064                                :
:
:
:
:
:
:
:
:                   **NOTICE OF APPEARANCE**
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

>OFI Private Investments, Inc.

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 14, 2013
      Philadelphia, Pennsylvania      DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
michael.doluisio@dechert.com
Tel.: (215) 994-2325
Fax: (215) 655-2325

*Attorney for the Above-Listed Defendants*

## **CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this 14th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       Philadelphia, PA                       DECHERT LLP

                                         By: /s/ Michael S. Doluisio
                                             Michael S. Doluisio

                                         Cira Centre
                                         2929 Arch Street
                                         Philadelphia, PA 19104
                                         michael.doluisio@dechert.com
                                         Tel.:(215) 994-2325
                                         Fax: (215) 655-2325