UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
IN RE: TRIBUNE COMPANY FRAUDULENT           :
CONVEYANCE LITIGATION                       :  Case No. 11-md-2296 (WHP)
                                            :
                                            :
----------------------------------------------  :
THIS DOCUMENT RELATES TO                    :
                                            :
The following Consolidated Action:          :
                                            :
                                            :
Deutsche Bank Trust Company, et al. v. Ohlson :
Enterprises, et al.,                        :
12 CIV 0664.                                :
                                            :
                                            :
------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OFI Private Investments, Inc. hereby makes the following disclosure regarding any parent corporation and any publicly held corporation owning 10% or more of its stock: there is no such corporation.

Dated: January 14, 2013  
       Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio

Michael S. Doluisio  
Alexander S. Bilus  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104  
Tel.: (215) 994-4000  
Fax: (215) 994-2222  
michael.doluisio@dechert.com  
sandy.bilus@dechert.com

Scott C. Kessenick  
1095 Avenue of the Americas  
New York, NY 10036-6797  
Tel: (212) 698-3500  
Fax: (212) 698-3599  
scott.kessenick@dechert.com

*Attorneys for OFI Private Investments, Inc.*

**CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 14, 2013
       Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com