## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>:<br><br>Consolidated Multidistrict Action<br><br>Case No. 11-MD-02296 (WHP) |
| This Document Relates To:<br><br>*The Official Committee of Unsecured Creditors of Tribune Company v. Fitzsimons, et al.* | <u>Sub-Category Case</u>:<br><br>Case No. 12-CV-02652 (S.D.N.Y.) |

### RULE 7.1 DISCLOSURE OF CORPORATE INTEREST

Defendant State Street Equity 500 Index Portfolio, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation and that no publicly-held company owns 10% or more of its stock.

Defendant SSgA IAM Shares Fund, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation, and that no publicly held corporation owns 10% or more of its stock.

Defendant SPDR Dow Jones Total Market ETF, by its attorneys, K&L Gates LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a registered investment company, managed by SSgA Funds Management, Inc., a wholly-owned subsidiary of State Street Corporation, and that to the best of its knowledge, no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
| Dated: January 9, 2013 | Respectfully submitted,<br><br>K&L GATES LLP<br><br>By: /s/ *Michael D. Ricciuti*_____<br>Michael D. Ricciuti<br>Ryan M. Tosi<br><br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone:  617-261-3100<br>Facsimile:   617-261-3175<br>(michael.ricciuti@klgates.com)<br>(ryan.tosi@klgates.com)<br><br>*Counsel for SSgA IAM Shares Fund, State Street Equity 500 Index Portfolio, SPDR Dow Jones Total Market ETF* |

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 9, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                      /s/ *Michael D. Ricciuti*
                                      Michael D. Ricciuti