UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 12 MD 2296 (WHP) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: The Official Committee of Unsecured Creditors of Tribune Co., et al. v. FitzSimons, et al. | No. 1:12-cv-02652 (WHP) |
| | ECF Case |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants DFA Investment Dimensions Group, Inc. and DFA Investment Trust Company. This appearance does not constitute a waiver of any defense of said defendants, including but not limited to the defense of lack of in personam jurisdiction, which defenses will be asserted in accordance with Master Case Order No. 3 entered in 12-md-2296.

Date:   January 15, 2013

By:  _____/s/ Richard Levin_____
Richard Levin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
rlevin@cravath.com