UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : : : | Case No. 11-md-02296-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., : : : : | Case No. 1:11-cv-09583-WHP |
| Plaintiff, : | |
| v. : : | |
| SIRIUS INTERNATIONAL INSURANCE CORP., et al., : : | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio ("AST"), incorrectly named as "Advance Series Trust", and also incorrectly named as "AST T. Rowe Price Asset Allocation Portfolio" in the above-captioned case. This appearance is without prejudice to any defenses or positions that AST may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone:  (860) 240-2700
>Fax:  (860) 240-2800
>Email: michael.dagostino@bingham.com

A/75317099.1

2

Dated:  Hartford, Connecticut
        January 17, 2013

                **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio, incorrectly named as "Advance Series Trust", and also incorrectly named as "AST T. Rowe Price Asset Allocation Portfolio"*