UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | : : : : | Case No. 1:11-cv-09583-WHP |
| Plaintiff, | : | |
| v. | : : | |
| SIRIUS INTERNATIONAL INSURANCE CORP., et al., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio, incorrectly named as "Advance Series Trust", and also incorrectly named as "AST T. Rowe Price Asset Allocation Portfolio" hereby makes the following disclosures:

Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio is one of a series of funds offered under the Advance Series Trust, which is an open-end, management investment company, organized as a Massachusetts business trust, the beneficial interests of which are divided into approximately sixty-six separate portfolios. No publicly traded company holds 10% or more of the beneficial interests in Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio.

A/75317101.1

Dated: Hartford, Connecticut
January 17, 2013

                    **BINGHAM McCUTCHEN LLP**

                    /s/ Michael C. D'Agostino
                    Michael C. D'Agostino (MD0304)
                    BINGHAM McCUTCHEN LLP
                    One State Street
                    Hartford, CT 06103
                    Phone: (860) 240-2700
                    Fax: (860) 240-2800
                    Email: michael.dagostino@bingham.com

*Attorneys for Defendant Advanced Series Trust - AST T. Rowe Price Asset Allocation Portfolio, incorrectly named as "Advance Series Trust", and also incorrectly named as "AST T. Rowe Price Asset Allocation Portfolio"*

A/75317101.1