USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:   Consolidated Multidistrict Litigation
:
:   Case No. 11-MD-2296 (WHP)
:            1:11-cv-04784 (WHP)
IN RE: TRIBUNE COMPANY              :
FRAUDULENT CONVEYANCE               :   **REQUEST FOR LEAVE BY**
LITIGATION                          :   **STEPHANIE G. WHEELER TO**
:   **WITHDRAW AS COUNSEL OF**
:   **RECORD FOR TOWERVIEW LLC**
:
:
---------------------------------- x

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Stephanie G. Wheeler, of the law firm of Sullivan & Cromwell LLP, who entered a notice of appearance as counsel on behalf of defendant TowerView LLC in the action entitled *Deutsche Bank Trust Company Americas* v. *Adaly Opportunity Fund TD Securities Inc. C/O Adaly*, 1:11-cv-04784 (RJH), which has been consolidated with other cases in the above-captioned matter, hereby requests leave to withdraw as counsel of record.

Application denied.

SO ORDERED:

/s/ William H. Pauley III
WILLIAM H. PAULEY III U.S.D.J.
1/11/13



RECEIVED
DEC 20 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    PLEASE TAKE FURTHER NOTICE that Stephanie G. Wheeler hereby requests removal from the **cm/ecf** notification system as well as all other means of written or electronic notification lists.

    This request for leave to withdraw is supported by a declaration.

Dated: New York, New York
   December 19, 2012

            By: */s/ Stephanie G. Wheeler*
               Stephanie G. Wheeler
               SULLIVAN & CROMWELL LLP
               125 Broad Street
               New York, New York 10004
               wheelers@sullcrom.com
               Telephone: (212) 558-7384
               Facsimile: (212) 291-9166
               *Counsel for Defendant TowerView LLC*