UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE:  TRIBUNE COMPANY FRAUDULENT  : Consolidated Multidistrict Action
CONVEYANCE LITIGATION : Case No. 11-MD-2296 (RJH)
:
_____ :
:
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
et al., :
    Plaintiffs :
: Case No. 11 Civ. 9572 (WHP) (S.D.N.Y.)
- against - :
:
FIRST REPUBLIC BANK, et al., :
:
    Defendants. :
:
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark D. Kotwick of the law firm of Seward & Kissel LLP hereby appears as counsel in this action for defendant Bodmas Capital Partners, LP.

I certify that I am admitted to practice in this Honorable Court.

New York, New York
January 16, 2013

Respectfully submitted,

SEWARD & KISSEL LLP

By:   s/ Mark D. Kotwick
        Mark D. Kotwick

One Battery Park Plaza
New York, New York  10004
Kotwick@sewkis.com
Tel: (212) 574-1200
Fax: (212) 480-8421

*Attorneys for Bodmas Capital Partners, LP*

SK 22315 0001 1350303