USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/13

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III U.S.D.J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-02296-WHP

_____/

DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
Indenture trustee for certain series of
Senior Notes, et al.,

    Plaintiffs,

vs.

Docket No. 12-cv-00061-WHP

WATERMAN BROADCASTING
CORPORATION, et al.,

    Defendants.

_____/

## ORDER GRANTING SUBSTITION OF COUNSEL
## FOR DEFENDANT BETTE WENDT JORE

This cause coming to be heard on the Motion of Defendant Bette Wendt Jore to substitute counsel on her behalf, due notice having been provided and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

    1.    Alfredo Marquez-Sterling is granted leave to withdraw his appearance on behalf of Defendant, Bette Wendt Jore in the above captioned matter, and said appearance is hereby withdrawn instanter;

    2.    The appearance of David C. Bohan of Katten Muchin Rosenman LLP, which has already been filed in this matter, is hereby substituted on behalf of Defendant, Bette Wendt Jore;

    3.    All further notices shall be directed solely to:

DAVID C. BOHAN, ESQ.
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
Phone: (312) 902-5200
Facsimile: (312) 902-1061
David.bohan@kattenlaw.com

DATED:_____          ENTER:

                                       _____

**Prepared By:**
Alfredo Marquez-Sterling
(Fla. Bar No. 444596)
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Tel: (305) 374-3330
Fax: (305) 374-4744
ajsterling@arnstein.com

60984638