IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/13

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>William A. Niese et al. v. AllianceBernstein L.P., et al.<br>Case No. 1:11-cv-04538-WHP | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), William A. Niese et al., hereby dismiss this action without prejudice solely against Greywolf Capital Management L.P., which has neither moved nor answered.

Dated: January 15, 2013

Respectfully submitted,

/s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Counsel for Plaintiffs*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/16/13