USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>William A. Niese et al. v. A.G. Edwards Inc. et al.<br>Case No. 1:12-cv-00551-WHP | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), William A. Niese et al., hereby

dismiss this action without prejudice solely against Cheyne Capital Management, Inc. and

Cheyne Capital Management, LLC, which have neither moved nor answered.

Dated: January 15, 2013

Respectfully submitted,

/s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Counsel for Plaintiffs*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

1/16/13