UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION : Case No. 11-md-2296 (WHP)
:
:
----------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
:
Deutsche Bank Trust Company, et al. v. Ohlson :
Enterprises, et al., :
12-cv-00064. :
:
:
----------------------------------------------- X

## AMENDED CORPORATE DISCLOSURE STATEMENT

Defendant OFI Private Investments, Inc. hereby amends its Corporate Disclosure Statement filed on January 14, 2013 as ECF no. 2198 in case no. 11-md-2296 and ECF no. 715 in case no. 12-cv-0664 as follows:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OFI Private Investments, Inc. hereby makes the following disclosure regarding any parent corporation and any publicly held corporation owning 10% or more of its stock:

OFI Private Investments, Inc. is a wholly-owned subsidiary of OppenheimerFunds, Inc., itself a wholly-owned subsidiary of Oppenheimer Acquisition Corp., which is primarily owned by MM Asset Management Holding LLC, which is owned by MassMutual Holding LLC, which is in turn owned by Massachusetts Mutual Life Insurance Company.

| | |
|---|---|
| Dated: January 17, 2013<br>Philadelphia, Pennsylvania | DECHERT LLP<br><br>By: /s/ Michael S. Doluisio<br><br>Michael S. Doluisio<br>Alexander S. Bilus<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.: (215) 994-4000<br>Fax: (215) 994-2222<br>michael.doluisio@dechert.com<br>sandy.bilus@dechert.com<br><br>Scott C. Kessenick<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>scott.kessenick@dechert.com<br><br>*Attorneys for OFI Private Investments, Inc.* |

**CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 17, 2013
Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com