UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : | Case No. 11-md-02296-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., : <br>       Plaintiffs, : <br> v. : <br> MERRILL LYNCH TRUST COMPANY, A DIVISION OF BANK OF AMERICA, N.A., et al., : <br>       Defendants. : | Case No. 1:11-cv-09407-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, : <br>       Plaintiff, : <br> v. : <br> DENNIS J. FITZSIMMONS, et al., : <br>       Defendants. : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant The Prudential Insurance Company of America ("Prudential"), also incorrectly named as:

    1) "Prudential Insurance Company of America (PDI)";

    2) "Prudential Ins. Company of America (PMFIM)";

    3) "Prudential Ins. Co. of America (PMFIM) [PICA - Prudential Insurance Company Separate Account]"; and

    4) "PICA - Prudential Insurance Company Separate Account."

A/75238935.1

This appearance is without prejudice to any defenses or positions that Prudential may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone: (860) 240-2700
>Fax: (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated: Hartford, Connecticut
January 17, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com