UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : : : | Case No. 11-md-02296-WHP |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,  : : Plaintiffs, : v.  : : MERRILL LYNCH TRUST COMPANY, A : DIVISION OF BANK OF AMERICA, N.A., et al., : Defendants. : : : | Case No. 1:11-cv-09407-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED : CREDITORS OF TRIBUNE COMPANY, on : behalf of TRIBUNE COMPANY, : Plaintiff, : v. : : DENNIS J. FITZSIMMONS, et al., : Defendants. : : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant The Prudential Insurance Company of America, also incorrectly named as: 1) "Prudential Insurance Company of America (PDI)", 2) "Prudential Ins. Company of America (PMFIM)", 3) "Prudential Ins. Co. of America (PMFIM) [PICA - Prudential Insurance Company Separate Account]", and 4) "PICA - Prudential Insurance Company Separate Account" hereby makes the following disclosures:

The Prudential Insurance Company of America is an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation, which owns 10% or more of the stock

of The Prudential Insurance Company of America.  No other publicly-held corporation has a financial interest in the outcome of the matter.

Dated:  Hartford, Connecticut
          January 17, 2013

                                          **BINGHAM McCUTCHEN LLP**

                                          /s/ Michael C. D'Agostino
                                          Michael C. D'Agostino (MD0304)
                                          BINGHAM McCUTCHEN LLP
                                          One State Street
                                          Hartford, CT 06103
                                          Phone:  (860) 240-2700
                                          Fax:  (860) 240-2800
                                          Email: michael.dagostino@bingham.com