UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :   Case No. 11-md-02296-WHP
                                                               :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                     :
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
THE OFFICIAL COMMITTEE OF                                      :
UNSECURED CREDITORS OF TRIBUNE                                 :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                                :
                                                               :
                                  Plaintiffs,                  :
                                                               :
v.                                                             :
                                                               :
DENNIS J. FITZSIMONS, et al.                                   :
                                                               :
                                  Defendants.                  :
                                                               :
-------------------------------------------------------------- X

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendants Eileen and Robert Vaughan ("Defendants"), Frost Brown Todd, LLC ("FBT") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, FBT is the current counsel of record for Defendants;

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, FBT does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1.      Katten hereby enters its appearance as counsel for Defendants.

2

2.	FBT hereby withdraws as counsel for Defendants.

3.	All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com

**STIPULATED AND AGREED:**

Dated: January 17, 2013

| KATTEN MUCHIN ROSENMAN LLP | FROST BROWN TODD LLC |
|---|---|
| By: ___/s/ David C. Bohan___<br>David C. Bohan<br>Paige E. Barr<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>(312) 902-5200<br>(312) 902-1061 (Facsimile)<br>David.Bohan@kattenlaw.com<br>Paige.Barr@kattenlaw.com | By: ___/s/ Lindsay Schenk___<br>Lindsay Schenk<br>Frost Brown Todd LLC<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1900<br>Nashville, TN 37201<br>(615) 251-5550<br>(615) 251-5551 (Facsimile)<br>lschenk@fbtlaw.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan
