UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re:                                                        :   Case No. 11-md-02296-WHP
                                                              :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                    :
CONVEYANCE LITIGATION                                         :
                                                              :
------------------------------------------------------------- X
                                                              :
THE OFFICIAL COMMITTEE OF                                     :
UNSECURED CREDITORS OF TRIBUNE                                :   Case No. 12-cv-02652-WHP
COMPANY, et al.                                               :
                                                              :
                 Plaintiffs,                                  :
                                                              :
v.                                                            :
                                                              :
DENNIS J. FITZSIMONS, et al.                                  :
                                                              :
                 Defendants.                                  :
                                                              :
------------------------------------------------------------- X
                                                              :
                                                              :
DEUTSCHE BANK TRUST COMPANY                                   :
AMERICAS, et al,                                              :
                                                              :
                                                              :   Case No. 11-cv-09584-WHP
                 Plaintiffs,                                  :
                                                              :
v.                                                            :
                                                              :
AETNA, INC., et al,                                           :
                                                              :
                 Defendants.                                  :
-------------------------------------------------------------X

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant Milan E. Chilla ("Defendant"), Zeldes, Needle & Cooper ("Zeldes") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, Zeldes is the current counsel of record for Defendants;

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, Zeldes does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1. Katten hereby enters its appearance as counsel for Defendants.

2. Zeldes hereby withdraws as counsel for Defendants.

3. All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com

**STIPULATED AND AGREED:**

Dated: January 17, 2013

| KATTEN MUCHIN ROSENMAN LLP | ZELDES, NEEDLE & COOPER |
|---|---|
| By:  /s/ David C. Bohan | By:  /s/ Maximino Medina |
| David C. Bohan | **Maximino Medina, Jr.** |
| Paige E. Barr | Zeldes, Needle & Cooper |
| Katten Muchin Rosenman LLP | 1000 Lafayette Blvd., PO Box 1740 |
| 525 W. Monroe Street | Bridgeport, CT 06601-1740 |
| Chicago, IL 60661 | (203) 333-9441 |
| (312) 902-5200 | mmedina@znclaw.com |
| (312) 902-1061 (Facsimile) | |
| David.Bohan@kattenlaw.com | |
| Paige.Barr@kattenlaw.com | |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 17, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                   /s/ David C. Bohan
                    David C. Bohan