UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   Consolidated Multidistrict Litigation
:
:   Case No. 11-MD-2296 (WHP)
:         1:11-cv-04784 (WHP)
:
IN RE: TRIBUNE COMPANY            :
FRAUDULENT CONVEYANCE             :   **NOTICE OF APPEARANCE**
LITIGATION                        :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the undersigned, of the law firm of Sullivan & Cromwell LLP, is hereby entering an appearance as counsel on behalf of defendant TowerView LLC in the above-captioned actions. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings and other documents served or filed in this case be served at the address set forth below.

Dated: New York, New York
      January 18, 2013

                              By: /s/ Suhana S. Han
                                  Suhana S. Han
                                  **SULLIVAN & CROMWELL LLP**
                                  125 Broad Street
                                  New York, New York 10004
                                  hans@sullcrom.com
                                  Telephone: (212) 558-4647
                                  Facsimile:  (212) 558-3588
                                  *Counsel for Defendant TowerView LLC*