Martin B. Klotz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9244

*Counsel to SJL Moore Ltd*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
IN RE:  TRIBUNE COMPANY FRAUDULENT    :   **Consolidated Multidistrict Action**
CONVEYANCE LITIGATION                 :
                                                                 :   **Case No. 1:11-MD-02296 (WHP)**
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Martin B. Klotz of Willkie Farr & Gallagher LLP, with offices located at 787 Seventh Avenue, New York, New York 10019, hereby appears on behalf of defendant SJL Moore Ltd ("Moore"). This appearance is without waiver of any of Moore's defenses, including improper service and lack of jurisdiction.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
January 18, 2013

                                      Respectfully submitted,
                                      **WILLKIE FARR & GALLAGHER LLP**

By: _/s/ Martin B. Klotz_____
     Martin B. Klotz

     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 728-8000
     Facsimile: (212) 728-9244
     E-mail: mklotz@willkie.com

     *Counsel to SJL Moore Ltd*