Martin B. Klotz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9244

*Counsel to SJL Moore Ltd*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**IN RE:  TRIBUNE COMPANY FRAUDULENT**      :      **Consolidated Multidistrict Action**
**CONVEYANCE LITIGATION**                   :
                                            :      **Case No. 1:11-MD-02296 (WHP)**
                                            :
                                            :
                                            :
-----------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SJL MOORE LTD

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant SJL Moore Ltd, by and through its attorneys, hereby submits its Corporate Disclosure Statement and provides the following information to the Court:

SJL Moore Ltd has no corporate parent, and no publicly held corporation owns more than 10% of its interests.

Dated:      New York, New York
            January 18, 2013

                            Respectfully submitted,

                            **WILLKIE FARR & GALLAGHER LLP**

                            By: _____

                                Martin B. Klotz

                                787 Seventh Avenue
                                New York, New York 10019
                                Telephone: (212) 728-8000
                                Facsimile: (212) 728-9244
                                E-mail: mklotz@willkie.com

                                *Counsel to SJL Moore Ltd*