UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Case No. 11-md-2296 |
| THIS DOCUMENT RELATES TO<br><br>The following Consolidated Action:<br><br>Deutsche Bank Trust Company Americas v. Adaly Opportunity Fund TD Securities Inc.,<br>11 CIV 4784 | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Jennifer B. Zourigui of the law firm Ingram Yuzek Gainen Carroll & Bertolotti, LLP hereby appears as counsel in this action for defendant Franciscan Missionary Union.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       January 18, 2013

                             INGRAM YUZEK GAINEN
                             CARROLL & BERTOLOTTI, LLP

                             By: _/s/ Jennifer B. Zourigui_
                                Jennifer B. Zourigui
                             Attorneys for Defendant
                               Franciscan Missionary Union
                             250 Park Avenue, 6th Floor
                             New York, New York 10177
                             (212) 907-9600