UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Case No. 11-md-2296 |
| THIS DOCUMENT RELATES TO<br><br>The following Consolidated Action:<br><br>Deutsche Bank Trust Company Americas v. Adaly Opportunity Fund TD Securities Inc.,<br>11 CIV 4784 | **RULE 7.1 STATEMENT** |

    Defendant Franciscan Missionary Union by its attorneys Ingram Yuzek Gainen Carroll & Bertolotti, LLP, hereby certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   January 18, 2013

                INGRAM YUZEK GAINEN
                CARROLL & BERTOLOTTI, LLP

                By: _/s/ Jennifer B. Zourigui_
                   Jennifer B. Zourigui
                Attorneys for Defendant
                 Franciscan Missionary Union
                250 Park Avenue, 6th Floor
                New York, New York 10177
                (212) 907-9600