IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | Ref. Nos. 2166, 2167, 2168, 2169, 2170 & 2179 |

**CERTIFICATE OF SERVICE**

I, James S. Green, Jr., Esquire hereby certify that on January 11, 2013, true and correct copies of the *Notice of Substitution of Party, Counsel, and Liaison Counsel* [Docket No.2179], the *Notice of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints* [Docket No. 2166], *Memorandum of Law in Support of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints* [Docket No. 2170], *Declaration of David Zensky in Support of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints* [Docket No. 2167], *Declaration of Jay Teitelbaum, Esq. in Support of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints* [Docket No. 2168] *and Declaration of James S. Green, Jr. in Support of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints* [Docket No. 2169] were caused to be served via the Court's ECF filing system on

{698.001-W0024431.}

counsel for defendants who have entered appearances in this matter by ECF and served via first class mail upon defendants for whom we have addresses.

Dated: January 18, 2013  
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Daniel B. Rath_  
Daniel B. Rath (DE Bar No. 3022)  
James S. Green, Jr. (DE Bar No. 4406)  
919 Market Street, Suite 1800  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450