UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Official Committee of Unsecured Creditors of Tribune Company, et al, <br><br> Plaintiffs <br>           v. <br><br> DENNIS J. FITZSIMONS, et al, <br><br> Defendants | Master File No. <br><br> 11 MD. 2296 (WHP) <br> 12 MC 2296 (WHP) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Carlson & Burnett, LLP hereby appears on behalf of Defendant WILLIAM L & BEVERLY J BREYFOGLE TRUST OF 2010 in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below. Based on the current stay of the consolidated actions set forth in the Master Case Order No. 3, Defendant will withhold filing an Answer or any other pleading until further ordered by the Court.

Dated this 21st day of January, 2013.

                                        */s/ Darren R. Carlson*
                                        Darren R. Carlson, #18771
                                        Carlson & Burnett, LLP
                                        816 S. 168th Street
                                        Omaha, NE 68118
                                        Main Line 402-934-5500
                                        Direct Line 402-216-03361
                                        Fax 402-934-5920
                                        Darren@CarlsonBurnett.com
                                        Attorney for Defendants
                                        WILLIAM L & BEVERLY J BREYFOGLE
                                        TRUST OF 2010

## CERTIFICATE OF SERVICE

I, Darren R. Carlson, an attorney, hereby certify that I caused a copy of the foregoing Notice of Appearance to be served on all counsel of record via the CM/ECF system.
Dated: January 21, 2013

             /s/ *Darren R. Carlson*
             DARREN R. CARLSON