UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO:<br><br>The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company,<br><br>       Plaintiff,<br>v.<br><br>Dennis J. Fitzsimmons, et al.,<br>       Defendants. | Case No. 1:12-cv-02652-WHP |
| Deutsche Bank Trust Company Americas, in its Capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>       Plaintiffs,<br>v.<br><br>Ohlson Enterprises, et al.,<br>       Defendants. | Case No. 1:12-cv-00064-WHP |

## **CORRECTED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Antonio DeBlasio, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* as counsel for John Mullooly, in the above-captioned actions.

1. I am a member in good standing of the bar of the State of Illinois, State Bar No. 6224762. (See Certificate of Good Standing, attached hereto as Exhibit A.) There are no pending disciplinary proceedings against me in any state or federal court.

2. Undersigned counsel has not previously appeared on behalf of Mr. Mullooly in any of the above-captioned cases prior to the transfer of the cases to this court.

Dated: January 21, 2013

Respectfully submitted,

By: /s/ Antonio DeBlasio
Antonio DeBlasio (IL Bar# 6224762)
DeBlasio & Donnell LLC
2001 Midwest Road, Suite 100
Oak Brook, Illinois 60523
Tel. 630-560-1123
Fax: 630-560-1144
Email Address: deblasio@dd-lawfirm.com
Attorney for Defendant, John Mullooly

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Antonio DeBlasio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO:<br><br>The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company,<br><br>       Plaintiff,<br>v.<br><br>Dennis J. Fitzsimmons, et al.,<br>       Defendants. | Case No. 1:12-cv-02652-WHP |
| Deutsche Bank Trust Company Americas, in its Capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>       Plaintiffs,<br>v.<br><br>Ohlson Enterprises, et al.,<br>       Defendants. | Case No. 1:12-cv-00064-WHP |

## ORDER FOR ADMISSION *PRO HAC VICE* OF ANTONIO DEBLASIO

  The motion of Antonio DeBlasio for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Antonio DeBlasio |
| Firm Name: | DeBlasio & Donnell LLC |
| Address: | 2001 Midwest Road, Suite 100 |
| City / State / Zip: | Oak Brook, Illinois 60523 |
| Email Address: | deblasio@dd-lawfirm.com |
| Telephone: | (630) 560-1123 |
| Facsimile: | (630) 560-1144 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for John Mullooly, in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned cases in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____, 2013

_____
United States District / Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Antonio DeBlasio

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, January 15, 2013.

*Carolyn Taft Grosboll*

Clerk



EXHIBIT A