UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      : Case No. 11-MD-02296-WHP
                                                            : Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                  :
CONVEYANCE LITIGATION                                       :
                                                            :
------------------------------------------------------------:
                                                            :
DEUTSCHE BANK TRUST COMPANY                                 :
AMERICAS, *et al*.                                          :
                                                            : Civil Action No. 11-CV-09586-WHP
                          Plaintiffs,                       :
                                                            :
     v.                                                     :
                                                            :
SOWOOD ALPHA FUND LP, *et al*..                             :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
THE OFFICIAL COMMITTEE OF UNSECURED                         :
CREDITORS OF TRIBUNE COMPANY, et al.,                       :
                                                            :
                          Plaintiff,                        : Civil Action No. 12-CV-02652-WHP
                                                            :
     v.                                                     :
                                                            :
DENNIS J. FITZSIMONS, et al.,                               :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeff J. Friedman of Katten Muchin Rosenman LLP appears herein as counsel of record for Defendant Cogent Investment Strategies Fund, SPC- Class D sued herein as in the above-captioned matter.

84695929

Dated:  January 23, 2013

By:  /s/ *Jeff J. Friedman*
     Jeff J. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Tel:  (212) 940-8800
Fax: (212) 940-8776
Email: jeff.friedman@kattenlaw.com

*Counsel for Cogent Investment Strategies Fund, SPC-Class D*

84695929

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                        */s/ Jeff J. Friedman*
                                          Jeff J. Friedman

84695929