UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ -x
                                                             :
IN RE TRIBUNE COMPANY                                        :    Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE                                        :
LITIGATION                                                   :    Docket No. 11-MD-2296 (WHP)
                                                             :
------------------------------------------------------------ :
                                                             :
                                                             :
DEUTSCHE BANK TRUST COMPANY                                  :    Docket No. 11-CV-9586 (WHP)
AMERICAS, in its capacity as successor                       :
indenture trustee for certain series of Senior               :
Notes, et al.,                                               :
                                                             :    **NOTICE OF APPEARANCE**
              Plaintiffs,                                    :
                                                             :
v.                                                           :
                                                             :
SOWOOD ALPHA FUND LP, et al.,                                :
                                                             :
              Defendants.                                    :
                                                             :
------------------------------------------------------------ -x

**NOTICE OF APPEARANCE OF MICHAEL C. LANDIS**

        PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendant

Lucent Technologies Inc. Master Pension Trust and requests that all notices and papers in this

action be served upon the undersigned at the address stated below and otherwise in accordance

with ECF filing notice procedures at mlandis@gibbonslaw.com.


Dated: January 23, 2013                    s/Michael C. Landis
                                           Michael C. Landis
                                           Gibbons P.C.
                                           One Gateway Center
                                           Newark, New Jersey 07102
                                           Telephone: (973) 596-4500
                                           Facsimile: (973) 596-0545
                                           E-mail: mlandis@gibbonslaw.com
                                           *Attorneys for Defendant*
                                           *Lucent Technologies Inc. Master Pension Trust*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of January 2013.

s/Michael C. Landis
Michael C. Landis