UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (WHP) |
| ----------------------------------------------------- | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | Docket No. 11-CV-9595 (WHP)<br><br>**NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| ALLIANCE CAPITAL MANAGEMENT LLC, et al., | |
| Defendants. | |

----------------------------------------------------------- x

**NOTICE OF APPEARANCE OF MICHAEL C. LANDIS**

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendant ICAP Corporates LLC and requests that all notices and papers in this action be served upon the undersigned at the address stated below and otherwise in accordance with ECF filing notice procedures at mlandis@gibbonslaw.com.

Dated: January 23, 2013

s/Michael C. Landis
Michael C. Landis
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: mlandis@gibbonslaw.com
*Attorneys for Defendant
ICAP Corporates LLC*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of January 2013.


                                              s/Michael C. Landis
                                              Michael C. Landis