UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Consolidated Multidistrict Action
Case No. 11-MD-2296 (WHP)

------------------------------------------------

DEUTSCHE BANK TRUST COMPANY AMERICAS,
et al.,
               Plaintiffs

     - against -

BLACKROCK INSTITUTIONAL TRUST
COMPANY, N.A. f/k/a BARCLAYS GLOBAL
INVESTORS, N.A., et al.,
               Defendants.

Case No. 11 Civ. 9319 (WHP)(S.D.N.Y.)

------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Langdon Street Capital L.P., through its undersigned attorneys, files this corporate ownership statement and states that Langdon Street Capital L.P. has no corporate parent, and no publicly held corporation owns more than 10% of its interests.

New York, New York
January 23, 2013

                                        Respectfully submitted,

                                        SEWARD & KISSEL LLP

                                        By:   s/ Mark D. Kotwick
                                                  Mark D. Kotwick

                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Kotwick@sewkis.com
                                        Tel: (212) 574-1200
                                        Fax: (212) 480-8421
                                        *Attorneys for Defendant Langdon Street Capital L.P.*

SK 00536 0001 1352034