UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION              :  Consolidated Multidistrict Action
                                   :  Case No. 11-MD-2296 (WHP)
_____:
                                   :
DEUTSCHE BANK TRUST COMPANY AMERICAS, :
et al.,                            :
                    Plaintiffs     :
                                   :
        - against -                :  Case No. 11 Civ. 9572 (WHP) (S.D.N.Y.)
                                   :
FIRST REPUBLIC BANK, et al.,       :
                                   :
                    Defendants.    :
                                   :
-----------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Bodmas Capital Partners, LP, through its undersigned attorneys, files this corporate ownership statement and states that Bodmas Capital Partners, LP has no corporate parent, and no publicly held corporation owns more than 10% of its interests.

New York, New York
January 23, 2013

                                         Respectfully submitted,

                                         SEWARD & KISSEL LLP

                                         By: ___s/ Mark D. Kotwick___
                                              Mark D. Kotwick

                                         One Battery Park Plaza
                                         New York, New York  10004
                                         Kotwick@sewkis.com
                                         Tel: (212) 574-1200
                                         Fax: (212) 480-8421

                                         *Attorneys for Defendant Bodmas*
                                         *Capital Partners, LP*

SK 00536 0001 1352098