Martin B. Klotz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9244

*Counsel to The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**IN RE: TRIBUNE COMPANY FRAUDULENT** : **Consolidated Multidistrict Action**
**CONVEYANCE LITIGATION** :
: **Case No. 1:11-MD-02296 (WHP)**
:
:
:
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Martin B. Klotz of Willkie Farr & Gallagher LLP, with offices located at 787 Seventh Avenue, New York, New York 10019, hereby appears on behalf of defendant The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1 ("Winton"). This appearance is without waiver of any of Winton's defenses, including improper service and lack of jurisdiction.

I hereby certify that I am admitted to practice before this Court.

Dated:   New York, New York
         January 23, 2013

                                         Respectfully submitted,
                                         **WILLKIE FARR & GALLAGHER LLP**

                                         By: _/s/ Martin B. Klotz_____
                                             Martin B. Klotz

                                         787 Seventh Avenue
                                         New York, New York 10019
                                         Telephone: (212) 728-8000
                                         Facsimile: (212) 728-9244
                                         E-mail: mklotz@willkie.com

                                         *Counsel to The Winton Evolution Portfolio*
                                         *SPC – Segregated Portfolio No. 1*