Martin B. Klotz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9244

*Counsel to The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
IN RE: TRIBUNE COMPANY FRAUDULENT     :   Consolidated Multidistrict Action
CONVEYANCE LITIGATION                  :
                                       :   Case No. 1:11-MD-02296 (WHP)
                                       :
                                       :
                                       :
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## THE WINTON EVOLUTION PORTFOLIO SPC – SEGREGATED PORTFOLIO NO. 1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1, by and through its attorneys, hereby submits its Corporate Disclosure Statement and provides the following information to the Court:

The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1 is wholly owned by Winton Evolution Fund, a Cayman Islands exempted company. No publicly held corporation owns more than 10% of The Winton Evolution Portfolio SPC – Segregated Portfolio No. 1.

- 2 -

Dated:    New York, New York
          January 23, 2013

                                          Respectfully submitted,
                                          **WILLKIE FARR & GALLAGHER LLP**

                                          By: _/s/ Martin B. Klotz_____
                                              Martin B. Klotz

                                          787 Seventh Avenue
                                          New York, New York 10019
                                          Telephone: (212) 728-8000
                                          Facsimile: (212) 728-9244
                                          E-mail: mklotz@willkie.com

                                          *Counsel to The Winton Evolution Portfolio*
                                          *SPC – Segregated Portfolio No. 1*