UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
IN RE: TRIBUNE COMPANY  :
FRAUDULENT CONVEYANCE      Consolidated Multidistrict Action
LITIGATION  :  Docket No. 11-MD-2296(WHP)

---------------------------------- :
THIS DOCUMENT RELATES TO       **NOTICE OF APPEARANCE**
:
The following Consolidated Action:
:
The Official Committee of Unsecured Creditors
of Tribune Company v. FitzSimons,  :
No. 12-CV-2652
:
------------------------------------- X

TO:   The Parties to this Action and to Their Counsel of Record.

PLEASE TAKE NOTICE that I am admitted to practice in this Court and will appear in the above-captioned action on behalf of the following Defendants:

Carl Burr Field and Mary Jean Chase Field;

James E. and Therese M. Cushing;

Richard and Nancy Kallenberger;

Ice Bear, Inc.;

John H. and Ann B. Rhodes;

Hsueh-Mei Pu and Dong-Shi Tseng;

The Hannah Smith Trust; and

Alison S. Andrews, Trustee of The Hannah Smith Trust.

I request that all notices, papers and pleadings (exclusive of process) be served upon the

undersigned at the office address below stated.

Dated: New York, New York.
       January 24, 2013

          By: */s/ Shan A. Haider*
              Shan A. Haider
          PERKINS COIE LLP
          30 Rockefeller Plaza, 25th Floor
          New York, New York 10112
          Tel.: 212.262.6900
          Fax: 212.977.1649
          Email: shaider@perkinscoie.com

          *Attorneys for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Shan A. Haider, hereby certify that on this 23rd day of January, 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System, which sent an Electronic Notice to all counsel of record.

Dated: New York, New York.
January 24, 2013

By: */s/ Shan A. Haider*
  Shan A. Haider
PERKINS COIE LLP
30 Rockefeller Plaza, 25th Floor
New York, New York 10112
Tel.: 212.262.6900
Fax: 212.977.1649
Email: shaider@perkinscoie.com