## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>:<br><br>Consolidated Multidistrict Action<br><br>Case No. 11-md-2296 (WHP) |
| This Document Relates To:<br><br>*Deutsche Bank Trust Company Americas, et Al. v. Richard M. Ader, et al.* | <u>Sub-Category Case</u>:<br><br>Case No. 1:11-cv-601 (E.D. Va.) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Douglas M. Palais of Park Palais LLC, hereby enters his appearance as counsel of record for defendant Robert J. White, individually and as trustee of FBO Robert Joseph White U/A/D 6/16/99 ("Mr. White"), and John M. Robb, III of LeClairRyan, P.C. hereby withdraws as counsel of record for Mr. White. Mr. White hereby requests that all pleadings, notices, orders, and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and e-mail address indicated below:

Douglas M. Palais
Park Palais LLC
2310 West Main Street
Richmond, Virginia 23220
Tel: (804) 417-6528
Fax: (888) 552-1781
doug.palais@parkpalais.com

Dated: January 24, 2013

Respectfully submitted,

ROBERT J. WHITE, INDIVIDUALLY
AND AS TRUSTEE OF FBO ROBERT
JOSEPH WHITE U/A/D 6/16/99

_____
John M. Robb, III
LECLAIRRYAN, A PROFESSIONAL CORPORATION
Riverfront Plaza, East Tower, 8th Floor
951 East Byrd Street
Post Office Box 2499
Richmond, Virginia 23218-2499
Tel: (804) 545-1505
Fax: (804) 783-7666
jack.robb@leclairryan.com

*(Outgoing Counsel)*

_____
Douglas M. Palais
PARK PALAIS LLC
2310 West Main Street
Richmond, Virginia 23220
Tel: (804) 417-6528
Fax: (888) 552-1781
doug.palais@parkpalais.com

*(Incoming Counsel)*

So Ordered:

_____
U.S.D.J.

2

## CERTIFICATE OF SERVICE

I, Douglas M. Palais, hereby certify that on this day, a true and correct copy of the foregoing Notice of Substitution of Counsel was served by using the Court's CM/ECF System, which sent an Electronic Notice to all counsel of record.

Dated: January 24, 2013

Douglas M. Palais
PARK PALAIS LLC
2310 West Main Street
Richmond, Virginia 23220
Tel: (804) 417-6528
Fax: (888) 552-1781
doug.palais@parkpalais.com