UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br><br>Case No. 11-MD-02296 (WHP) |
|---|---|
| THIS DOCUMENT RELATED TO:<br><br>1:12-CV-02652 (WHP) | **NOTICE OF APPEARANCE** |

Please enter the appearance of attorney Charles L. Solomont of Bingham McCutchen LLP in the above-captioned action on behalf of defendant The Kraft Group. I am a member of good standing of the bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court.

Pursuant to Master Case Order No. 1, entered by the Court on February 23, 2012, I am deemed admitted *pro hac vice* to practice in this Court with respect to this action.

Dated: New York, New York
January 25, 2013

BINGHAM McCUTCHEN LLP

By: s/ Charles L. Solomont
    Charles L. Solomont (BBO# 557190)
    carl.solomont@bingham.com
    One Federal Street
    Boston, MA 02110-1726
    Telephone: (617) 951-8000
    Facsimile: (617) 951-8736

*Attorneys for Defendant*
*The Kraft Group*