UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOCUMENT RELATED TO:<br><br>1:12-CV-02652 (WHP) | Consolidated Multidistrict Litigation<br><br>Case No. 11-MD-02296 (WHP)<br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for named defendants **The Kraft Group**, hereby certifies that there are no parent corporations of The Kraft Group and no publicly held corporation owns 10% or more of any interest in The Kraft Group.

Dated: Boston, Massachusetts
       January 25, 2012

                    BINGHAM McCUTCHEN LLP


                    By: /s/ Charles S. Solomont
                        Charles L. Solomont (BBO# 557190)
                        carl.solomont@bingham.com
                        One Federal Street
                        Boston, NY 02110-1726
                        Telephone: (617) 951-8000
                        Facsimile: (617) 951-8736
                        peter.neger@bingham.com

                        *Attorneys for Defendant*
                        *The Kraft Group*