IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: ALL MATTERS | |

## CERTIFICATE OF SERVICE

I, Christine Doniak, hereby certify under penalty of perjury that on January 25, 2013, a copy of the following attached were served via the Court's ECF filing system on all Defendants who have entered appearances in this matter by ECF: Notice of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints and Proposed Order [Document No. 2166 (11 MD 2296 (WHP))]; Declaration of David Zensky in Support of Plaintiffs' Motion [Document No. 2167 (11 MD 2296 (WHP))]; Declaration of Jay Teitelbaum in Support of Plaintiffs' Motion [Document No. 2168 (11 MD 2296 (WHP))]; Declaration of James S. Green, Jr. in Support of Plaintiffs' Motion [Document No. 2169 (11 MD 2296 (WHP))]; Memorandum of Law in Support of Plaintiffs' Motion [Document No. 2179 (11 MD 2296 (WHP)); and So Ordered Notice of Substitution of Party, Counsel, and Liaison Counsel [Document No. 2179 (11 MD 2296 (WHP))]. I also certify that on January 25, 2013, on behalf of all the Note Holder Plaintiffs, a true and correct copy of the same was served via electronic mail or regular mail upon all other Defendants in this matter who we are required to serve pursuant to Master Case Order No. 3.

/s/ Christine Doniak
Christine Doniak