IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP) <br><br> ECF Case |
| THIS DOCUMENT RELATES TO: ALL MATTERS | |

**NOTICE OF PLAINTIFFS' THIRD OMNIBUS MOTION TO ENLARGE
THE TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints (the "Motion"), upon the accompanying Declaration of David Zensky in Support of the Motion, upon the accompanying Declaration of Jay Teitelbaum in Support of the Motion, upon the accompanying Declaration of James S. Green, Jr. in Support of the Motion, and upon all prior pleadings and proceedings in these actions,

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), Wilmington Trust Company, in its capacity as successor indenture trustee for a certain series of Exchangeable Notes commonly referred to as the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Note Holder Plaintiffs"), 165 individual

retirees of The Times Mirror Company and the Tribune Company (the "Retiree Plaintiffs"),[1] and Marc S. Kirschner as Litigation Trustee of the Tribune Litigation Trust (the "Trustee Plaintiff"[2] and, together with the Note Holder Plaintiffs and the Retiree Plaintiffs, the "Plaintiffs"), through their respective undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 4(m), for entry of an order—in a form substantially similar to that annexed hereto as Exhibit A—enlarging, through and including July 12, 2013, both: (i) the time for service of summonses and complaints in all actions (the "Avoidance Actions") (listed in the annexed Exhibit B) commenced by Plaintiffs; and (ii) the time period referenced in FRCP 15(c)(1)(C).

Pursuant to Local Civil Rule 6.1(b)(2), any opposing affidavits and answering memoranda shall be served upon the undersigned within fourteen days after service of the accompanying moving papers, which will be caused to be served upon you by mail or electronic

---

[1] Twenty-two of the original Retiree Plaintiffs have voluntarily withdrawn from this action either because they have been paid in full on their claims against one or more of the Tribune Entities, as of the Effective Date of December 31, 2012, or for other reasons.

[2] On December 31, 2012, the Effective Date of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (as confirmed July 23, 2012) (the "DCL Plan"), the Trustee Plaintiff was appointed as Litigation Trustee of the Tribune Litigation Trust. Pursuant to the DCL Plan and paragraph 19 of Master Case Order No. 3, the Trustee Plaintiff became successor plaintiff to the Committee Plaintiff in the Committee Actions. See Master Case Order No. 3 ¶ 19 (Sept. 7, 2012), ECF No. 1395. The Trustee Plaintiff has submitted to the Clerk's office a Notice of Substitution of Party, Counsel, and Liaison Counsel in the Committee Actions, which has not yet been docketed.

{698.001-W0024090.3}                                            2

mail on this eleventh day of January, 2013, and any reply affidavits and reply memoranda shall

be served within seven days after service of the answering paper.

Dated:     New York, New York
           January 11, 2013


s/ Robert J. Lack
Robert J. Lack
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Tel.: (212) 833-1100
Email: rlack@fklaw.com

*Conflicts Counsel for the Note Holder Plaintiffs and Co-Counsel*
*for the Tribune Litigation Trust in the Committee Action*

David Zensky
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1075
Email: dzensky@akingump.com

*Plaintiffs' Co-Liaison Counsel*
*on behalf of all Note Holder Plaintiffs*

        David S. Rosner
        Sheron Korpus
        Christine A. Montenegro
        Matthew B. Stein
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
        1633 Broadway
        New York, New York 10019
        Tel: (212) 506-1700
        Email: cmontenegro@kasowitz.com

        *Conflicts Counsel for the Note Holder Plaintiffs*

    Joseph Aronauer
    Kenneth S. Yudell
    R. Christopher Owens
    ARONAUER, RE & YUDELL, LLP
    444 Madison Avenue, 17th Floor
    New York, NY 10022
    Tel: (212) 755-6000
    Email: jaronauer@aryllp.com

    *Conflicts Counsel for the Note Holder Plaintiffs*


    Daniel M. Scott
    Kevin M. Magnuson
    KELLEY, WOLTER & SCOTT, P.A.
    431 S. 7th Street, Suite 2530
    Minneapolis, MN 55415
    Tel: (612) 371-9090
    Email: dscott@kelleywolter.com

    *Conflicts Counsel for the Note Holder Plaintiffs*


Jay Teitelbaum
TEITELBAUM & BASKIN, LLP
1 Barker Avenue, 3rd Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Plaintiffs' Co-Liaison Counsel*
*On behalf of all Retiree Plaintiffs*


Lawrence S. Robbins
Michael L. Waldman
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
(202) 775-4500
Email: lrobbins@robbinsrussell.com
       mwaldman@robbinsrussell.com

*Liaison Counsel for the Tribune Litigation Trust in the Committee Action*

**EXHIBIT A**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD OMNIBUS MOTION TO ENLARGE THE TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS**

WILLIAM H. PAULEY III, United States District Judge:

AND NOW, this ____ day of _____, 2013, upon consideration of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints (the "Motion"), the Motion is GRANTED and, subject to Plaintiffs' right to make further application for relief with respect to the periods provided in Federal Rule of Civil Procedure ("FRCP") 4(m) and 15(c)(1)(C), it is hereby

ORDERED that the time under FRCP 4(m) for Plaintiffs to serve all summonses and complaints (as they have been or may be amended from time to time, subject to and in accordance with FRCP 15 and 21) in all actions, and the time period referenced in FRCP 15(c)(1)(C), is enlarged through and including July 12, 2013, retroactive to January 15, 2013.

SO ORDERED:

_____
WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

{698.001-W0024108.2}

## EXHIBIT B

## SCHEDULE OF AVOIDANCE ACTIONS

| STATE OF ORIGIN | CAPTION | CASE NUMBER |
|---|---|---|
| AZ | Deutsche Bank Trust Co. Americas, et al. v. King, et al. | 1:11-cv-09410-WHP |
| CA | Deutsche Bank Trust Co. Americas, et al. v. First Republic Bank, et al. | 1:11-cv-09572-WHP |
| CA | Deutsche Bank Trust Co. Americas, et al. v. AG Edwards & Sons, et al. | 1:11-cv-09593-WHP |
| CA | Deutsche Bank Trust Co. Americas, et al v. Wells Fargo Bank, N.A. et al | 1:11-cv-09585-WHP |
| CO | Deutsche Bank Trust Co. Americas, et al. v. Fushimi, et al. | 1:12-cv-00549-WHP |
| CO | Deutsche Bank Trust Co. Americas, et al. v. Oppenheimer Main Street Select Fund, et al. | 1:12-cv-00550-WHP |
| CT | Deutsche Bank Trust Co. Americas, et al. v. Sirius Int'l Ins. Corp., et al. | 1:11-cv-09583-WHP |
| CT | Deutsche Bank Trust Co. Americas, et al. v. Aetna, Inc., et al. | 1:11-cv-09584-WHP |
| DC | Deutsche Bank Trust Co. Americas, et al. v. Anderson, et al. | 1:11-cv-09510-WHP |
| DE | Deutsche Bank Trust Co. Americas, et al. v. Sowood Alpha, et al. | 1:11-cv-09586-WHP |
| DE | Deutsche Bank Trust Co. Americas, et al. v. Verizon Inv. Mgmt., et al. | 1:11-cv-09594-WHP |
| DE | Deutsche Bank Trust Co. Americas, et al. v. Alliance Capital Mgmt LLC, et al. | 1:11-cv-09595-WHP |
| DE | Deutsche Bank Trust Co. Americas, et al. v. RBS Securities, et al. | 1:11-cv-09587-WHP |
| DE | Deutsche Bank Trust Co. Americas, et al. v. Wells Fargo Investments, LLC, et al. | 1:11-cv-09596-WHP |
| FL | Deutsche Bank Trust Co. Americas, et al. v. Waterman Broadcasting Inv. Corp., et al. | 1:12-cv-00061-WHP |
| IL | Deutsche Bank Trust Co. Americas, et al. v. Ohlson Enters., et al. | 1:12-cv-00064-WHP |
| IL | Deutsche Bank Trust Co. Americas, et al. v. Alicia P. Guggenheim Trust, et al. | 1:12-cv-00065-WHP |
| IN | Deutsche Bank Trust Co. Americas, et al. v. Robert Dishon Family Trust, et al. | 1:11-cv-09581-WHP |
| IN | Deutsche Bank Trust Co. Americas, et al. v. 1st Source Bank, et al. | 1:11-cv-09582-WHP |
| MA | Deutsche Bank Trust Co. Americas, et al. v. Richard Paniagua, et al. | 1:11-cv-09409-WHP |

| STATE OF ORIGIN | CAPTION | CASE NUMBER |
|---|---|---|
| MA | Deutsche Bank Trust Co. Americas, et al v. Eaton Vance Multi Cap Growth Portfolio, et al. | 1:11-cv-09408-WHP |
| MD | Deutsche Bank Trust Co. Americas, et al. v. McGurn, et al. | 1:12-cv-00063-WHP |
| MD | Deutsche Bank Trust Co. Americas, et al. v. National Electrical Benefit Fund, et al. | 1:12-cv-00062-WHP |
| MN | Deutsche Bank Trust Co. Americas, et al. v. Ameriprise Trust Co., et al. | 1:11-cv-09590-WHP |
| MN | Deutsche Bank Trust Co. Americas, et al. v. Pandora Select Partners LP, et al. | 1:11-cv-09599-WHP |
| MN | Deutsche Bank Trust Co. Americas, et al. v. U.S. Bank, N.A., et al. | 1:11-cv-09600-WHP |
| NC | Deutsche Bank Trust Co. Americas, et al. v. The Burroughs Wellcome Fund, et al. | 1:11-cv-09511-WHP |
| NC | Deutsche Bank Trust Co. Americas, et al. v. Aqua America-Gabelli Asset Mgmt, et al. | 1:11-cv-09512-WHP |
| NJ | Deutsche Bank Trust Co. Americas, et al. v. Sumitomo Trust & Banking Co. (U.S.A.), et al. | 1:11-cv-09406-WHP |
| NJ | Deutsche Bank Trust Co. Americas, et al. v. Merrill Lynch Trust Co., et al. | 1:11-cv-09407-WHP |
| NY | Deutsche Bank Trust Co. Americas, et al. vs. Adaly Opportunity Fund, et al. | 1:11-cv-04784-WHP |
| NY | Deutsche Bank Trust Co. Americas, et al. v. CIBC World Markets Corp., et al. | 1:11-cv-05136-WHP |
| NY | Deutsche Bank Trust Co. Americas, et al. v. Abu Dhabi Investment Authority, et al. | 1:11-cv-04522-WHP |
| NY | Deutsche Bank Trust Co. Americas, et al. v. Blackrock Institutional Trust Company, N.A., et al. | 1:11-cv-09319-WHP |
| NY | Deutsche Bank Trust Co. Americas, et al. v. Cantor Fitzgerald & Co., et al. | 1:11-cv-04900-WHP |
| OH | Deutsche Bank Trust Co. Americas, et al. v. Huntington National Bank, et al. | 1:11-cv-09589-WHP |
| OH | Deutsche Bank Trust Co, Americas, et al. v. American Electric Power, et al. | 1:11-cv-09592-WHP |
| OH | Deutsche Bank Trust Co. Americas, et al. v. Goodrich Corp MAS TR QUAL EMPL BEN, et al. | 1:11-cv-09591-WHP |
| PA | Deutsche Bank Trust Co. Americas, et al. v. Ametek Inc Employees Master Retirement Trust, et al. | 1:11-cv-09598-WHP |
| PA | Deutsche Bank Trust Co. Americas, et al. v. ING Investors Trust, et al. | 1:11-cv-09597-WHP |

| STATE OF ORIGIN | CAPTION | CASE NUMBER |
|---|---|---|
| TX | Deutsche Bank Trust Co. Americas, et al. v. Employees Retirement Fund of the City of Dallas, et al. | 1:11-cv-09568-WHP |
| TX | Deutsche Bank Trust Co. Americas, et al. v. Bank of America N.A. / GWIM Trust Operations, et al. | 1:11-cv-09569-WHP |
| TX | Deutsche Bank Trust Co. Americas, et al. v. AIG Life Insurance Company, et al. | 1:12-cv-00552-WHP |
| VA | Deutsche Bank Trust Co. Americas, et al. v. Ader, et al. | 1:11-cv-09571-WHP |
| VT | Deutsche Bank Trust Co. Americas, et al. v. Long, et al. | 1:11-cv-09570-WHP |
| WA | Deutsche Bank Trust Co. Americas, et al. v. Automotive Machinists Pension Trust Fund, et al. | 1:11-cv-09588-WHP |
| WI | Deutsche Bank Trust Co. Americas, et al. v. Assoc. Bank Green Bay, NA, et al. | 1:11-cv-09514-WHP |
| WI | Deutsche Bank Trust Co. Americas, et al. v. Mazur | 1:11-cv-09515-WHP |
| CA | William A. Niese, et.al., v. Chandler Trust No. 1, et.al. | 1:12-cv-00554-WHP |
| NY | William A. Niese et al. vs. AllianceBernstein, L.P. et al. | 1:11-cv-04538-WHP |
| DE | William A. Niese et al. vs. A.G. Edwards Inc. et al. | 1:12-cv-00551-WHP |
| IL | William A. Niese et al. v. ABN AMRO Clearing Chicago LLC. et al. | 1:12-cv-00555-WHP |
| DE | Official Committee of Unsecured Creditors of Tribune Co., et al., v. FitzSimons, et al. | 1:12-cv-002652-WHP |