| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION<br><br>------------------------------------------------<br><br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE, on behalf of TRIBUNE<br>COMPANY, *et al*.,<br><br>          Plaintiff,<br><br>  v.<br><br>DENNIS J. FITZSIMONS., *et al*.,<br><br>          Defendants. | Consolidated Multidistrict Action<br>Civil No. 11-md-2296 (WHP)<br>Civil No. 12-mc-2296 (WHP)<br><br><br><br>Civil No. 12-cv-02652 (WHP)<br><br>**RULE 7.1 CORPORATE DISCLOSURE<br>STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Natixis North America LLC (as successor-in-interest to the defendant named in the complaint as Ixis Capital Markets), Natixis Securities Americas LLC (as successor-in-interest to the defendant named in the complaint as Natixis Bleichroeder LLC) and Natixis Financial Products LLC f/k/a Natixis Financial Products Inc., by and through their undersigned counsel, respectively certify as follows:

      1.    Natixis Securities Americas LLC and Natixis Financial Products LLC are wholly-owned subsidiaries of Natixis North America LLC.

      2.    Natixis North America LLC is a wholly-owned subsidiary of Natixis U.S. Holdings, Inc.

Dated: January 25, 2013  
      New York, New York

Respectfully Submitted,

DAVIS & GILBERT LLP

By: /s/ James R. Serritella
    James R. Serritella
    1740 Broadway
    New York, New York 10019
    Tel: (212) 468-4800
    Fax: (212) 947-7027
    jserritella@dglaw.com

*Attorneys for Natixis North America LLC,*
*Natixis Securities Americas LLC and*
*Natixis Financial Products LLC f/k/a*
*Natixis Financial Products Inc.*