UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION<br><br>-------------------------------------------------<br><br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE, on behalf of TRIBUNE<br>COMPANY, *et al.*,<br><br>                Plaintiff,<br><br>  v.<br><br>DENNIS J. FITZSIMONS., *et al.*,<br><br>                Defendants. | Consolidated Multidistrict Action<br>Civil No. 11-md-2296 (WHP)<br>Civil No. 12-mc-2296 (WHP)<br><br><br>Civil No. 12-cv-02652 (WHP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this case on behalf of the following defendants: (i) Natixis North America LLC (as successor-in-interest to the defendant named in the complaint as Ixis Capital Markets); (ii) Natixis Securities Americas LLC (as successor-in-interest to the defendant named in the complaint as Natixis Bleichroeder LLC); and (iii) Natixis Financial Products LLC f/k/a Natixis Financial Products Inc.

I certify that I am admitted to practice in this Court.

Dated: January 25, 2013  
       New York, New York

Respectfully Submitted,

DAVIS & GILBERT LLP

By: /s/ James R. Serritella  
    James R. Serritella  
    1740 Broadway  
    New York, New York 10019  
    Tel: (212) 468-4800  
    Fax: (212) 947-7027  
    jserritella@dglaw.com