UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11-MD-2296 (WHP)(JLC) |
| This Document Relates To: | |
| 1:11-cv-09572 (WHP)(JLC) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stradling, Yocca, Carlson, & Rauth hereby appears on behalf of Defendants Robert J. Brookes aka R.J. Brookes, an individual, and Valentine M. Brookes aka V.M. Brookes, an individual, in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

I certify that I am admitted to practice before this Court.

Dated: January 25, 2013       STRADLING, YOCCA, CARLSON, & RAUTH

s/ Marc J. Schneider

660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone: (949) 725-4000
Facsimile: (949) 725-4100
MSchneider@sycr.com

*Counsel for Defendants Robert J. Brookes aka R.J. Brookes, an individual, and Valentine .M. Brookes aka V.M. Brookes, an individual*