IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE:  TRIBUNE COMPANY | : | Consolidated Multidistrict Litigation |
| FRAUDULENT CONVEYANCE | | 11 MD 2296 (WHP) |
| LITIGATION | : | 12 MC 2296 (WHP) |

------------------------------------------------------------

Case No. 1:12-cv-02652 WHP

THIS DOCUMENT RELATES TO:            :
ALL MATTERS
------------------------------------------------------------X

WILLIAM H. PAULEY, III,  District Judge

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

      Enter my appearance in the above captioned case for Ball State University Foundation, Inc. referred to in this cause of action as Ball State University LCV.

               DE FUR VORAN LLP

               By /Jon H. Moll
               Jon H. Moll #
               400 South Walnut Street Suite 200
               Muncie, Indiana 47305
               Telephone: (765) 288 3651
               Facsimile: (765) 288 7068
               E-mail: jmoll@defur.com
               ATTORNEY FOR  BALL STATE
               UNIVERSITY FOUNDATION

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing Appearance was served this 28th day of January, 2013 by the Court's electronic filing system on all counsel of record.

               /s/  Jon H. Moll
               Jon H. Moll