USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
IN RE: TRIBUNE COMPANY                  :   Consolidated Multidistrict Litigation
FRAUDULENT CONVEYANCE                   :   11 MD 2296 (WHP)
LITIGATION                              :   12 MC 2296 (WHP)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
:   SCHEDULING ORDER
THIS DOCUMENT RELATES TO:               :
ALL MATTERS
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

   The Court having received the attached letter request of Citadel Equity Fund Ltd., Camden Asset Management LP, and certain of their affiliates (collectively, the "Tendering PHONES Holders") to file a motion to intervene as plaintiffs in this multidistrict litigation, dated November 13, 2012, the following briefing schedule is entered:

   1. The Tendering PHONES Holders are directed to file their motion to intervene by January 29, 2013;

   2. Any oppositions to the motion are due February 15, 2013;

   3. Any replies are due February 22, 2013; and

4. Any party wishing to be heard on the motion to intervene shall appear on March 1, 2013 at 11:00 a.m. in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: January 29, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record.*