BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York  10171
(212) 888-3033
Attorneys for Sumitomo Mitsui Trust Bank (U.S.A.) Limited (f/k/a Sumitomo Trust & Banking Co. (U.S.A.))
Filed Via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296 (WHP) |

------------------------------------------------------------------- x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY *et al.*, | Case No. 12-cv-02652 (WHP) |

       Plaintiff,

-against-

DENNIS J. FITZSIMONS, *et al.*,

       Defendants.

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the undersigned has been retained by, and appears as counsel for the defendant Sumitomo Mitsui Trust Bank (U.S.A.) Limited (f/k/a Sumitomo Trust & Banking Co. (U.S.A.))  in the above-entitled proceeding, and requests that all notices and papers herein be served upon the undersigned at the address given below.

Dated:  January 29, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        Attorneys for Sumitomo Mitsui Trust Bank (U.S.A.) Limited

        By:     /s/ Jordan Stern
              Jordan E. Stern (JS8651)
              299 Park Avenue
              New York, New York 10171
              (212) 888-3033
              jstern@beckerglynn.com