BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York  10171
(212) 888-3033
Attorneys for Sumitomo Mitsui Trust Bank (U.S.A.) Limited (f/k/a Sumitomo Trust & Banking Co. (U.S.A.))
Filed Via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296 (WHP) |

----------------------------------------------------------------- x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY *et al.*, | Case No. 12-cv-02652 (WHP) |

       Plaintiff,

-against-

DENNIS J. FITZSIMONS, *et al.*,

       Defendants.

----------------------------------------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant Sumitomo Mitsui Trust Bank (U.S.A.) Limited (f/k/a Sumitomo Trust & Banking Co. (U.S.A.)) ("SMTB USA"), by and through its attorneys, Becker, Glynn, Muffly, Chassin & Hosinski LLP, hereby certifies that SMTB USA is a wholly-owned subsidiary of Sumitomo Mitsui Trust Bank, Limited and Sumitomo Mitsui Trust Bank, Limited is a wholly owned subsidiary of Sumitomo Mitsui Trust Holdings, Inc.

Dated:  January 29, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        Attorneys for Sumitomo Mitsui Trust Bank (U.S.A.) Limited

        By:    /s/ Jordan Stern
             Jordan E. Stern (JS8651)
             299 Park Avenue
             New York, New York 10171
             (212) 888-3033
             jstern@beckerglynn.com