BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York  10171
(212) 888-3033
Attorneys for Secretaria to Mutual Benefit Association for Tokyo Metropolitan
Employees
Filed Via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

|  |  |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296 (WHP) |

----------------------------------------------------------------- x

|  |  |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY *et al.*, | Case No. 12-cv-02652 (WHP) |

       Plaintiff,

-against-

DENNIS J. FITZSIMONS, *et al.*,

       Defendants.

----------------------------------------------------------------- x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned has been retained by, and

appears as counsel for the defendant Secretaria to Mutual Benefit Association for Tokyo

Metropolitan Employees in the above-entitled proceeding, and requests that all notices

and papers herein be served upon the undersigned at the address given below.

Dated:  January 29, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        Attorneys for Secretaria to Mutual Benefit Association for Tokyo
        Metropolitan Employees

            By:       /s/ Jordan Stern
                  Jordan E. Stern (JS8651)
                  299 Park Avenue
                  New York, New York 10171
                  (212) 888-3033
                  jstern@beckerglynn.com