UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
------------------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank Trust Company Americas v. Richard :
Paniagua et al., :
11 CIV 9409. :
:
: **NOTICE OF APPEARANCE**
:
------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

>MassMutual Premier Funds
>MassMutual Select Funds
>MML Series Investment Fund
>MML Series Investment Fund II

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 30, 2013
       Philadelphia, Pennsylvania       DECHERT LLP

By: /s/ Alexander R. Bilus
    Alexander R. Bilus

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.: (215) 994-2608
Fax: (215) 655-2608

*Attorney for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Alexander R. Bilus, hereby certify that on this 30th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated:  January 30, 2013
        Philadelphia, PA                  DECHERT LLP

                                          By:  /s/ Alexander R. Bilus
                                                Alexander R. Bilus

                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA 19104
                                          sandy.bilus@dechert.com
                                          Tel.:(215) 994-2608
                                          Fax: (215) 655-2608