UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
IN RE: TRIBUNE COMPANY FRAUDULENT                 :
CONVEYANCE LITIGATION                             :
                                                  :
                                                  :
                                                  : Case No. 11-md-2296 (WHP)
-------------------------------------------------:
THIS DOCUMENT RELATES TO                          :
                                                  :
The following Consolidated Action:                :
                                                  :
Deutsche Bank Trust Company Americas v. Richard   :
Paniagua et al.,                                  :
11 CIV 9409.                                      :
                                                  :
                                                  : **NOTICE OF APPEARANCE**
                                                  :
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

      MassMutual Premier Funds
      MassMutual Select Funds
      MML Series Investment Fund
      MML Series Investment Fund II

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 30, 2013
       New York, NY                    DECHERT LLP

                                                By: /s/ Scott C. Kessenick
                                                     Scott C. Kessenick

                                            1095 Avenue of the Americas
                                            New York, NY 10036
                                            scott.kessenick@dechert.com
                                            Tel.: (212) 698-3821
                                            Fax: (212) 698-3599

                                            *Attorney for the Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I, Scott C. Kessenick, hereby certify that on this 30th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
      New York, NY

DECHERT LLP

By: /s/ Scott C. Kessenick
    Scott C. Kessenick

1095 Avenue of the Americas
New York, NY 10036
scott.kessenick@dechert.com
Tel.: (212) 698-3821
Fax: (212) 698-3599