UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT     :
CONVEYANCE LITIGATION                 :
:
:
:
:                                         Case No. 11-md-2296 (WHP)
------------------------------------------------- :
THIS DOCUMENT RELATES TO              :
:
The following Consolidated Action:    :
:
Deutsche Bank Trust Company Americas v. Richard :
Paniagua et al.,                      :
11 CIV 9409                           :
:
:
:
:
:
:
:                                         **NOTICE OF APPEARANCE**
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Action:

> MassMutual Premier Funds
> MassMutual Select Funds
> MML Series Investment Fund
> MML Series Investment Fund II

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated:  January 30, 2013
       Philadelphia, Pennsylvania        DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
michael.doluisio@dechert.com
Tel.: (215) 994-2325
Fax: (215) 655-2325

*Attorney for the Above-Listed Defendants*

## **CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this 30th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
       Philadelphia, PA                                  DECHERT LLP


                                                    By: /s/ Michael S. Doluisio
                                                         Michael S. Doluisio

                                                       Cira Centre
                                                       2929 Arch Street
                                                       Philadelphia, PA 19104
                                                       michael.doluisio@dechert.com
                                                       Tel.:(215) 994-2325
                                                       Fax: (215) 655-2325