UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
                                                                                :

IN RE: TRIBUNE COMPANY FRAUDULENT   :
CONVEYANCE LITIGATION                           :  Case No. 11-md-2296 (WHP)
                                                                               :

-------------------------------------------------------------- :

THIS DOCUMENT RELATES TO                     :
                                                                                :
The following Consolidated Action:             :
                                                                                :
Deutsche Bank Trust Company Americas v. Richard   :
Paniagua et al.,
11 CIV 9409.                                                        :
------------------------------------------- X

## **CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants MassMutual Premier Funds, MassMutual Select Funds, MML Series Investment Fund, and MML Series Investment Fund II hereby make the following disclosures regarding any parent corporations and any publicly held corporations owning 10% or more of their stock:

| | |
|---|---|
| MassMutual Premier Funds: | There is no such corporation. |
| MassMutual Select Funds: | There is no such corporation. |
| MML Series Investment Fund: | There is no such corporation. |
| MML Series Investment Fund II: | There is no such corporation. |

| | |
|---|---|
| Dated: January 30, 2013<br>Philadelphia, Pennsylvania | DECHERT LLP<br><br>By: /s/ Michael S. Doluisio<br><br>Michael S. Doluisio<br>Alexander S. Bilus<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.: (215) 994-4000<br>Fax: (215) 994-2222<br>michael.doluisio@dechert.com<br>sandy.bilus@dechert.com<br><br>Scott C. Kessenick<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>scott.kessenick@dechert.com<br><br>*Attorneys for MassMutual Premier Funds, MassMutual Select Funds, MML Series Investment Fund, and MML Series Investment Fund II* |

## CERTIFICATE OF SERVICE

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
      Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com

14807808.1.LITIGATION