UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT : 
CONVEYANCE LITIGATION :
:
:
: Case No. 11-md-2296 (WHP)
-------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
Deutsche Bank Trust Company Americas et al v. :
Sirius International Insurance Corporation et al., :
11 CIV 9583 :
:
: **NOTICE OF APPEARANCE**
:
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Alexander R. Bilus, of Dechert LLP, hereby enter my appearance as counsel of record for the following named Defendant in the above-referenced Consolidated Action:

> MML Series Investment Fund

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 30, 2013
      Philadelphia, Pennsylvania      DECHERT LLP

      By: /s/ Alexander R. Bilus
          Alexander R. Bilus

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
sandy.bilus@dechert.com
Tel.: (215) 994-2608
Fax: (215) 655-2608

*Attorney for the Above-Named Defendant*

## CERTIFICATE OF SERVICE

I, Alexander R. Bilus, hereby certify that on this 30th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
       Philadelphia, PA     DECHERT LLP

             By: /s/ Alexander R. Bilus
               Alexander R. Bilus

             Cira Centre
             2929 Arch Street
             Philadelphia, PA 19104
             sandy.bilus@dechert.com
             Tel.:(215) 994-2608
             Fax: (215) 655-2608