UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
                                            :
IN RE: TRIBUNE COMPANY FRAUDULENT           :
CONVEYANCE LITIGATION                       :
                                            :
                                            :
                                            :  Case No. 11-md-2296 (WHP)
------------------------------------------- :
                                            :
THIS DOCUMENT RELATES TO                    :
                                            :
The following Consolidated Action:          :
                                            :
Deutsche Bank Trust Company Americas et al v. :
Sirius International Insurance Corporation et al., :
11 CIV 9583                                 :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :  **NOTICE OF APPEARANCE**
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Scott C. Kessenick, of Dechert LLP, hereby enter my

appearance as counsel of record for the following named Defendant in the above-referenced

Consolidated Action:

MML Series Investment Fund


I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 30, 2013
      New York, NY                   DECHERT LLP


By: /s/ Scott C. Kessenick
    Scott C. Kessenick

1095 Avenue of the Americas
New York, NY 10036
scott.kessenick@dechert.com
Tel.: (212) 698-3821
Fax: (212) 698-3599

*Attorney for the Above-Named Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Scott C. Kessenick, hereby certify that on this 30th day of January 2013, a true and

correct copy of the Notice of Appearance was served by using the Court's CM/ECF System

which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
      New York, NY                    DECHERT LLP


                                      By: <u>/s/ Scott C. Kessenick</u>
                                         Scott C. Kessenick

                                     1095 Avenue of the Americas
                                     New York, NY 10036
                                     scott.kessenick@dechert.com
                                     Tel.: (212) 698-3821
                                     Fax: (212) 698-3599