UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
IN RE: TRIBUNE COMPANY FRAUDULENT                              :
CONVEYANCE LITIGATION                                         :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :   Case No. 11-md-2296 (WHP)
                                                              :
THIS DOCUMENT RELATES TO                                      :
                                                              :
The following Consolidated Action:                           :
                                                              :
Deutsche Bank Trust Company Americas et al v.                :
Sirius International Insurance Corporation et al.,            :
11 CIV 9583                                                   :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :   **NOTICE OF APPEARANCE**
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael S. Doluisio, of Dechert LLP, hereby enter my

appearance as counsel of record for the following named Defendant in the above-referenced

Consolidated Action:

MML Series Investment Fund

I request that copies of all papers in this action be served upon me at the address set forth below.

I certify that I am admitted to practice before this Court.

Dated: January 30, 2013
Philadelphia, Pennsylvania                    DECHERT LLP


By: /s/ Michael S. Doluisio
Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
michael.doluisio@dechert.com
Tel.: (215) 994-2325
Fax: (215) 655-2325

*Attorney for the Above-Named Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael S. Doluisio, hereby certify that on this 30th day of January 2013, a true and correct copy of the Notice of Appearance was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
      Philadelphia, PA                       DECHERT LLP

                                    By:  /s/ Michael S. Doluisio
                                        Michael S. Doluisio

                                    Cira Centre
                                    2929 Arch Street
                                    Philadelphia, PA 19104
                                    michael.doluisio@dechert.com
                                    Tel.:(215) 994-2325
                                    Fax: (215) 655-2325