UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION : Case No. 11-md-2296 (WHP)
:
:
------------------------------------------------------------ :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
:
Deutsche Bank Trust Company Americas et al. v. :
Sirius International Insurance Corporation et al., :
11 CIV 9583. :
:
:
------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MML Series Investment Fund hereby makes the following disclosure regarding any parent corporations and any publicly held corporations owning 10% or more of its stock: there is no such corporation.

Dated: January 30, 2013
Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio

Michael S. Doluisio
Alexander S. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com
sandy.bilus@dechert.com

Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
scott.kessenick@dechert.com

*Attorneys for MML Series Investment Fund*

## **CERTIFICATE OF SERVICE**

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
       Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
    Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com

14807872.1.LITIGATION