UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION : Case No. 11-md-2296 (WHP)
:
:
------------------------------------------------------ :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
:
Deutsche Bank Trust Company, et al. v. Ohlson :
Enterprises, et al., :
12 CIV 0064. :
:
:
------------------------------------------------ X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Harbor Capital Advisors, Inc., Harbor Capital Group Trust, and Harbor Mid Cap Value Fund hereby make the following disclosures regarding any parent corporations and any publicly held corporations owning 10% or more of their stock:

| | |
|---|---|
| Harbor Capital Advisors, Inc.: | Harbor Capital Advisors, Inc. is wholly owned by Robeco US Holding, Inc., which is wholly owned by Robeco International Holding B.V., which is wholly owned by Robeco Groep N.V., which is in turn wholly owned by Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. |
| Harbor Capital Group Trust: | There is no such corporation |
| Harbor Mid Cap Value Fund: | There is no such corporation |

| | |
|---|---|
| Dated: January 30, 2013<br>Philadelphia, Pennsylvania | DECHERT LLP<br><br>By: /s/ Michael S. Doluisio<br><br>Michael S. Doluisio<br>Alexander S. Bilus<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.: (215) 994-4000<br>Fax: (215) 994-2222<br>michael.doluisio@dechert.com<br>sandy.bilus@dechert.com<br><br>Scott C. Kessenick<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>scott.kessenick@dechert.com<br><br>*Attorneys for Harbor Capital Advisors, Inc., Harbor Capital Group Trust, and Harbor Mid Cap Value Fund* |

## **CERTIFICATE OF SERVICE**

     I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: January 30, 2013
       Philadelphia, PA

DECHERT LLP

By: /s/ Michael S. Doluisio
     Michael S. Doluisio

Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com