UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>This Document Relates to:<br>    1:11-cv-09572 (WHP) (JLC) | Consolidated Multidistrict Action<br>No. 11-MD-2296 (WHP) (JLC) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Grodsky & Olecki LLP hereby appears on behalf of Defendant Mark Stranahan in the above-captioned action and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the address, telephone number, and email address set forth below.

I certify that, through this Court's Master Case Order No. 1, I previously was deemed admitted to practice Pro Hac Vice before this Court.

Dated:  January 30, 2013

                                        GRODSKY & OLECKI LLP

                                        s/   Michael J. Olecki

                                        2001 Wilshire Blvd., Suite 210
                                        Santa Monica, CA 90403
                                        Tel: (310) 315-3009
                                        Fax: (310) 315-1557
                                        Email: michael@grodsky-olecki.com
                                        Counsel for Defendant
                                                Mark Stranahan