BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for CenturyLink, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
IN RE:                                                  :
                                                        :   No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT                              :
CONVEYANCE LITIGATION, *et al.*                         :   Consolidated Multidistrict Action
                                                        :
      Debtors.                                          :
                                                        :
------------------------------------------------------- x
                                                        :
DEUTSCHE BANK TRUST COMPANY                             :
AMERICAS, in its capacity as successor                  :
indenture trustee for certain series of Senior          :
Notes, LAW DEBENTURE TRUST                              :   No. 1:11-cv-09583 (WHP)
COMPANY OF NEW YORK, in its capacity                    :
as successor indenture trustee for certain series       :
of Senior Notes, and WILMINGTON TRUST                   :
COMPANY, in its capacity as successor                   :
indenture trustee for the PHONES Notes,                 :
                                                        :
      Plaintiff,                                        :
                                                        :
-against-                                               :
                                                        :
SIRIUS INT'L INS. CORP., *et al.*,                      :
                                                        :
      Defendants.                                       :
                                                        :
------------------------------------------------------- X

<u>**NOTICE OF APPEARANCE**</u>

      PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for the defendant CenturyLink, Inc. in the above-entitled proceeding, and requests that

all notices and papers herein be served upon the undersigned at the address given below. CenturyLink, Inc. expressly preserves, and does not waive, all defenses to the claims made against it, including but not limited to defenses of the lack of personal jurisdiction and improper service.

Dated:  January 31, 2013

>Respectfully submitted,
>
>BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
>*Attorneys for CenturyLink, Inc.*
>
>By:   /s/ Jordan Stern
>Jordan E. Stern (JS8651)
>299 Park Avenue
>New York, New York 10171
>(212) 888-3033
>jstern@beckerglynn.com