BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for CenturyLink, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
: 
IN RE: :
 : No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION, *et al.* : Consolidated Multidistrict Action
 :
        Debtors. :
 :
------------------------------------------------------- x
 :
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, in its capacity as successor :
indenture trustee for certain series of Senior : **RULE 7.1 CORPORATE DISCLOSURE**
Notes, LAW DEBENTURE TRUST : **STATEMENT**
COMPANY OF NEW YORK, in its capacity :
as successor indenture trustee for certain series :
of Senior Notes, and WILMINGTON TRUST : No. 1:11-cv-09583 (WHP)
COMPANY, in its capacity as successor :
indenture trustee for the PHONES Notes, :
 :
        Plaintiff, :
 :
-against- :
 :
*SIRIUS INT'L INS. CORP., et al.*, :
 :
        Defendants. :
------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant CenturyLink, Inc. ("CenturyLink") certifies that (i) CenturyLink has no parent corporation and (ii) no publicly held corporation owns 10% or more of its stock.

Dated:  January 31, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for CenturyLink, Inc.*

        By:    /s/ Jordan Stern
             Jordan E. Stern
             299 Park Avenue
             New York, New York 10171
             Telephone (212) 888-3033
             Facsimile (212) 888-0255
             jstern@beckerglynn.com