BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Embarq Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
IN RE:                                                  :
                                                        :  No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT                              :
CONVEYANCE LITIGATION, *et al.*                         :  Consolidated Multidistrict Action
                                                        :
        Debtors.                                        :
                                                        :
                                                        :
------------------------------------------------------- x
                                                        :
DEUTSCHE BANK TRUST COMPANY                             :
AMERICAS, in its capacity as successor                  :
indenture trustee for certain series of Senior          :  **RULE 7.1 CORPORATE DISCLOSURE**
Notes, LAW DEBENTURE TRUST                              :  **STATEMENT**
COMPANY OF NEW YORK, in its capacity                    :
as successor indenture trustee for certain series       :
of Senior Notes, and WILMINGTON TRUST                   :  No. 1:11-cv-09583 (WHP)
COMPANY, in its capacity as successor                   :
indenture trustee for the PHONES Notes,                 :
                                                        :
        Plaintiff,                                      :
                                                        :
-against-                                               :
                                                        :
*SIRIUS INT'L INS. CORP., et al.*,                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant

Embarq Corporation certifies that all of its outstanding stock is owned by CenturyLink, Inc.

Dated:  January 31, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Embarq Corporation*

                By:    /s/ Jordan Stern
                        Jordan E. Stern
                        299 Park Avenue
                        New York, New York 10171
                        Telephone (212) 888-3033
                        Facsimile (212) 888-0255
                        jstern@beckerglynn.com