BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Embarq Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
IN RE:                                                     :
                                                           :  No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT                                 :
CONVEYANCE LITIGATION, *et al.*                            :  Consolidated Multidistrict Action
                                                           :
        Debtors.                                           :
                                                           :
---------------------------------------------------------- x
                                                           :
THE OFFICIAL COMMITTEE OF                                  :
UNSECURED CREDITORS OF TRIBUNE                             :
COMPANY, on behalf of TRIBUNE                              :  **RULE 7.1 CORPORATE DISCLOSURE**
COMPANY, *et al.*,                                         :  **STATEMENT**
                                                           :
        Plaintiff,                                         :  No. 1:12-cv-02652 (WHP)
                                                           :
-against-                                                  :
                                                           :
DENNIS J. FITZSIMONS, *et al.*,                            :
                                                           :
        Defendants.                                        :
---------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant Embarq Corporation certifies that all of the outstanding stock of Embarq Corporation is owned by CenturyLink, Inc.

Dated:  January 31, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Embarq Corporation*

        By:     /s/ Jordan Stern
                Jordan E. Stern
                299 Park Avenue
                New York, New York 10171
                Telephone (212) 888-3033
                Facsimile (212) 888-0255
                jstern@beckerglynn.com