BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Qwest Asset Management Company (now known as CenturyLink Investment Management Company)*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                    :

IN RE:                                        :      No. 11-MD-2296 (WHP)

TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION, *et al.*     :    Consolidated Multidistrict Action

        Debtors.                 :

---------------------------------------------------------- x
                                                    :

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE
COMPANY, on behalf of TRIBUNE
COMPANY, *et al.*,                       :    No. 1:12-cv-02652 (WHP)

        Plaintiff,

-against-

DENNIS J. FITZSIMONS, *et al.*,

        Defendants.
---------------------------------------------------------- x

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for the defendant Qwest Asset Management Company (now known as CenturyLink Investment Management Company) ("QAMC") in the above-entitled proceeding, and requests that all notices and papers herein be served upon the

undersigned at the address given below.  QAMC expressly preserves, and does not waive, all defenses to the claims made against it, including but not limited to defenses of the lack of personal jurisdiction and improper service.

Dated:  January 31, 2013

       Respectfully submitted,

       BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
       *Attorneys for Qwest Asset Management Company*

       By:    /s/ Jordan Stern
            Jordan E. Stern (JS8651)
            299 Park Avenue
            New York, New York 10171
            (212) 888-3033
            jstern@beckerglynn.com