BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Qwest Asset Management Company (now known as CenturyLink Investment*
*Management Company)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
                                                        :
IN RE:                                                  :
                                                        :    No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT                              :
CONVEYANCE LITIGATION, *et al.*                         :    Consolidated Multidistrict Action
                                                        :
          Debtors.                                      :
                                                        :
------------------------------------------------------- x
                                                        :
THE OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF TRIBUNE                          :
COMPANY, on behalf of TRIBUNE                           :    **RULE 7.1 CORPORATE DISCLOSURE**
COMPANY, *et al.*,                                      :    **STATEMENT**
                                                        :
          Plaintiff,                                    :
                                                        :    No. 1:12-cv-02652 (WHP)
-against-                                               :
                                                        :
DENNIS J. FITZSIMONS, *et al.*,                         :
                                                        :
          Defendants.                                   :
------------------------------------------------------- x

          Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant

Qwest Asset Management Company (now known as CenturyLink Investment Management

Company) certifies that all of its outstanding stock is owned by Qwest Services Corporation, all

of the outstanding stock of Qwest Services Corporation is owned by Qwest Communications

International, Inc., and all of the outstanding stock of Qwest Communications International, Inc.

is owned by CenturyLink, Inc.

Dated:  January 31, 2013

Respectfully submitted,

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
*Attorneys for Qwest Asset Management Company*

By:    /s/ Jordan Stern
       Jordan E. Stern
       299 Park Avenue
       New York, New York 10171
       Telephone (212) 888-3033
       Facsimile (212) 888-0255
       jstern@beckerglynn.com