BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Qwest Services Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                    :

IN RE:                                                 :
                                                   :         No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT      :
CONVEYANCE LITIGATION, *et al.*        :         Consolidated Multidistrict Action
                                                   :
        Debtors.                        :
                                                   :

------------------------------------------------------- x
                                                   :

THE OFFICIAL COMMITTEE OF             :
UNSECURED CREDITORS OF TRIBUNE  :
COMPANY, on behalf of TRIBUNE         :
COMPANY, *et al.*,                               :         No. 1:12-cv-02652 (WHP)
                                                   :
        Plaintiff,                      :
                                                   :
-against-                                              :
                                                   :
DENNIS J. FITZSIMONS, *et al.*,            :
                                                   :
        Defendants.                   :
------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for the defendant Qwest Services Corporation in the above-entitled proceeding, and requests that all notices and papers herein be served upon the undersigned at the address given below.  Qwest Services Corporation expressly preserves, and does not waive, all defenses to the

claims made against it, including but not limited to defenses of the lack of personal jurisdiction and improper service.

Dated: January 31, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Qwest Services Corporation*

        By:   /s/ Jordan Stern
              Jordan E. Stern (JS8651)
              299 Park Avenue
              New York, New York 10171
              (212) 888-3033
              jstern@beckerglynn.com