BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Qwest Services Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION, *et al.*<br><br>Debtors. | No. 11-MD-2296 (WHP)<br><br>Consolidated Multidistrict Action |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, *et al.*,<br><br>Plaintiff,<br><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>No. 1:12-cv-02652 (WHP) |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for defendant Qwest Services Corporation certifies that all of its outstanding stock is owned by Qwest Communications International, Inc. and all of the outstanding stock of Qwest Communications International, Inc. is owned by CenturyLink, Inc.

Dated: January 31, 2013

    Respectfully submitted,

    BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
    *Attorneys for Qwest Services Corporation*

    By:    /s/ Jordan Stern
           Jordan E. Stern
           299 Park Avenue
           New York, New York 10171
           Telephone (212) 888-3033
           Facsimile (212) 888-0255
           jstern@beckerglynn.com