UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION : Case No. 11-md-2296 (WHP)
:
:
-------------------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Action: :
:
:
Niese et al. v. ABN AMRO Clearing Chicago LLC et :
al., :
12 CIV 0555. :
:
:
------------------------------------------------ X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Harbor Capital Group Trust hereby makes the following disclosure regarding any parent corporations and any publicly held corporations owning 10% or more of its stock: there is no such corporation.

Dated: February 1, 2013
       Philadelphia, Pennsylvania

DECHERT LLP

By: /s/ Michael S. Doluisio

Michael S. Doluisio
Alexander S. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com
sandy.bilus@dechert.com

Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
scott.kessenick@dechert.com

*Attorneys for Harbor Capital Group Trust*

## CERTIFICATE OF SERVICE

I, Michael S. Doluisio, hereby certify that on this day a true and correct copy of the foregoing Corporate Disclosure Statement was served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: February 1, 2013
       Philadelphia, PA                      DECHERT LLP

                                              By: /s/ Michael S. Doluisio
                                                  Michael S. Doluisio

                                              Cira Centre
                                              2929 Arch Street
                                              Philadelphia, PA 19104
                                              Tel.: (215) 994-4000
                                              Fax: (215) 994-2222
                                              michael.doluisio@dechert.com