NIXON PEABODY LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Email: cdesiderio@nixonpeabody.com

and

NIXON PEABODY, LLP
Lee Harrington
100 Summer Street
Boston, MA 02110-2131
617 345-6016
617-345-1200
lharrington@nixonpeabody.com

*Attorneys for Twin Disc, Inc. LCV*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br>**TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION** | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| **THIS DOCUMENT RELATES TO:** | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, ET AL.,** | Case No. 12-cv-02652 (WHP) |
| Plaintiffs<br>**V.** | |
| **DENNIS J. FITZSIMONS, ET AL.,** | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES NIXON PEABODY LLP, located at 100 Summer Street, Boston, Massachusetts 02110 who respectfully request that this Honorable Court take notice that they represent Twin Disc Inc. LCV in the above captioned action.

Nixon Peabody LLP hereby requests all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

>Mark N. Berman, Esq.
>Lee Harrington, Esq.
>Nixon Peabody LLP
>100 Summer Street
>Boston, Massachusetts 02110-1832
>mberman@nixonpeabody.com
>lharrington@nixonpeabody.com

This request encompasses all notices, copies, and pleadings, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, document, suit, motion nor any other writing or conduct should be taken to constitute a consent to jurisdiction or a waiver of any right, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity.

Respectfully Submitted

Dated:  February 1, 2013                    NIXON PEABODY, LLP


                                             /s/ Christopher M. Desiderio
                                             Christopher M. Desiderio
                                             Alexis Anzelone
                                             437 Madison Avenue
                                             New York, NY 10022
                                             Telephone: (212) 940-3000
                                             Facsimile: (212) 940-3111
                                             Email: cdesiderio@nixonpeabody.com

                                             and

                                             Lee Harrington
                                             100 Summer Street
                                             Boston, MA 02110-2131
                                             617 345-6016
                                             lharrington@nixonpeabody.com