UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT  :
CONVEYANCE LITIGATION              :   Master File No.
                                   :   11 M.D.L. No. 2296 (WHP)
This Document Relates To:          :
                                   :
        11 Civ. 04900              :   ECF CASE
                                   :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of Defendant Guggenheim Portfolio Company XXXI, LLC in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       February 1, 2013

SCHULTE ROTH & ZABEL LLP

By:/s/ Kristie M. Blase_____
    Kristie M. Blase

919 Third Avenue
New York, New York  10022
(212) 756-2000
kristie.blase@srz.com

*Counsel for Guggenheim Portfolio Company XXXI, LLC*