**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
IN RE:                                        :
                                              :
TRIBUNE COMPANY FRAUDULENT                    :   Case No. 1:11-md-02296-WHP
CONVEYANCE LITIGATION                         :
                                              :
                                              :
-------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY                   :   Case No. 1:11-cv-09572
AMERICAS, et al,                              :   (WHP)(JLC)
                    Plaintiffs,               :
                                              :
                    v.                        :
                                              :
FIRST REPUPLIC BANK, et al,                   :
                                              :
                    Defendants.               :
                                              :
```

## NOTICE OF APPEARANCE

The following counsel of the law firm of Baker & McKenzie LLP hereby enters

his appearance as counsel for Defendant JonesTrading Institutional Services LLP:

> Brian J. Hurst
> Texas Bar No. 10313300
> BAKER & MCKENZIE LLP
> 2300 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, Texas  75201
> Telephone: (214) 978-3000
> Facsimile: (214) 978-3099
> brian.hurst@bakermckenzie.com

_____

Notice of Appearance – Page 1

Respectfully submitted,

/s/ Brian J. Hurst
Brian J. Hurst
Texas Bar No. 10313300
Meghan E. George
Texas Bar No. 24074267

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
brian.hurst@bakermckenzie.com
megan.george@bakermckenzie.com

ATTORNEY FOR JONESTRADING
INSTITUTIONAL SERVICES LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, a true and correct copy of the foregoing document was served via e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

/s/Brian J. Hurst
Brian J. Hurst

721632-v1\DALDMS