**IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                              :
                                                    :
TRIBUNE COMPANY FRAUDULENT           :    Case No. 1:11-md-02296-WHP
CONVEYANCE LITIGATION                :
                                                    :
                                                    :
                                                    :
------------------------------------------------------------x
DEUTSCHE BANK TRUST COMPANY          :    Case No. 1:11-cv-09572
AMERICAS, et al,                              :    (WHP)(JLC)
          Plaintiffs,                       :
                                                    :
          v.                                      :
                                                    :
FIRST REPUPLIC BANK, et al,                   :
                                                    :
          Defendants.                       :
                                                    :

**JONESTRADING INSTITUTIONAL SERVICES LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant JonesTrading Institutional Services LLC ("JonesTrading") states that Jones & Associates, Inc., a privately owned company, holds an 83.42% ownership interest in JonesTrading. No publicly held company or investment fund holds an ownership interest of 10% or more in JonesTrading.

_____
Rule 7.1 Corporate Disclosure Statement - Page 1

Respectfully submitted,

/s/Brian J. Hurst
Brian J. Hurst
Texas Bar No. 10313300
Meghan E. George
Texas Bar No. 24074267

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
brian.hurst@bakermckenzie.com
megan.george@bakermckenzie.com

ATTORNEY FOR JONESTRADING
INSTITUTIONAL SERVICES LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, a true and correct copy of the foregoing document was served by using the Court's CM/ECF System.

/s/Brian J. Hurst
Brian J. Hurst

721634-v1\DALDMS

---