**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| IN RE: | : |
| | : |
| TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : Case No. 1:11-md-02296-WHP |
| | : |
| | : |
| | : |
---------------------------------------------------------------x
| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al, | : Case No. 1:11-cv-09572 |
| | : (WHP)(JLC) |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| FIRST REPUPLIC BANK, et al, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF APPEARANCE

The following counsel of the law firm of Baker & McKenzie LLP hereby enters her appearance as counsel for Defendant JonesTrading Institutional Services LLP:

      Meghan E. George
      Texas Bar No. 24074267
      BAKER & MCKENZIE LLP
      2300 Trammell Crow Center
      2001 Ross Avenue
      Dallas, Texas  75201
      Telephone: (214) 978-3000
      Facsimile: (214) 978-3099
      megan.george@bakermckenzie.com

_____

Respectfully submitted,

/s/ Meghan E. George
Meghan E. George
Texas Bar No. 24074267
Brian J. Hurst
Texas Bar No. 10313300

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
megan.george@bakermckenzie.com
brian.hurst@bakermckenzie.com

ATTORNEY FOR JONESTRADING
INSTITUTIONAL SERVICES LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, a true and correct copy of the foregoing document was served via e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

/s/Meghan E. George
Meghan E. George

722101-v1\DALDMS

___