UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                          :
IN RE: TRIBUNE COMPANY FRAUDULENT      :        Consolidated Multidistrict
CONVEYANCE LITIGATION                          :        Litigation
                                                          :
------------------------------------------------------------------------x
                                                          :
THIS DOCUMENT RELATES TO:              :        1:11-MD-02296-WHP
*Deutsche Bank Trust Company Americas, et al., v.*  :        1:12-MC-02296-WHP
*Long, et al.*,                                          :
1:11cv-09570                                       :        1:11-cv-09570
                                                          :        1:12-cv-00065
*Deutsche Bank Trust Company Americas, et al., v.*  :
*1994 Alicia P. Guggenheim*, et al.,              :
1:12-cv-00065                                      :
                                                          :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Daniel G. Jarcho, an attorney admitted to practice before this Court *pro hac vice* pursuant to

Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation,

hereby certify that on the 4th day of February, 2013, a true and correct copy of the foregoing

Reply in Support of Motion to Dismiss, and all exhibits thereto, were served by using the Court's

CM/ECF System which sent an Electronic Notice to all counsel of record, who have appeared

and consented to electronic service in this action.


Dated:  February 4, 2013                    McKENNA LONG & ALDRIDGE LLP

                                            by____/s/  Daniel G. Jarcho_____
                                              Daniel G. Jarcho
                                              1900 K Street, NW
                                              Washington, DC 20006
                                              djarcho@mckennalong.com
                                              (202) 496-7500 (Telephone)
                                              (202) 496-7756 (Facsimile)