UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : Case No. 11-md-02296-WHP : : |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY,<br>    Plaintiff,<br>v.<br>DENNIS J. FITZSIMMONS, et al.,<br>    Defendants. | : : Case No. 1:12-cv-02652-WHP : : : : : : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>APPEARANCE</u>**

  PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for the following Defendants:

  1)  Stock Index Portfolio, a Series of the Prudential Series Fund, Inc., also incorrectly named as "Prudential Series Fund - Stock Index Portfolio";

  2)  Conservative Balanced Portfolio, a Series of the Prudential Series Fund, Inc., also incorrectly named as "Prudential Series Fund - Conservative Balanced Portfolio";

  3)  Prudential Investment Portfolios 3 - Prudential Strategic Value Fund, formerly known as "Strategic Partners Opportunity Funds";

  4)  Prudential Investment Portfolios 8 - Prudential Stock Index Fund, also incorrectly named as "Prudential Investment Portfolios 8 (formerly, Dryden Index Series Fund)";

  5) The Prudential Variable Contract Account - 10; and

  6) Prudential Financial, Inc. (collectively, "Prudential").

A/75317182.1

This appearance is without prejudice to any defenses or positions that Prudential may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone: (860) 240-2700
>Fax: (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated: Hartford, Connecticut
February 5, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com