UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED : CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, : : Plaintiff, : v. : : DENNIS J. FITZSIMMONS, et al., : Defendants. : : | Case No. 1:12-cv-02652-WHP |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendants 1) Stock Index Portfolio, a Series of the Prudential Series Fund, Inc., also incorrectly named as "Prudential Series Fund - Stock Index Portfolio"; 2) Conservative Balanced Portfolio, a Series of the Prudential Series Fund, Inc., also incorrectly named as "Prudential Series Fund - Conservative Balanced Portfolio"; 3) Prudential Investment Portfolios 3 - Prudential Strategic Value Fund, formerly known as "Strategic Partners Opportunity Funds"; 4) Prudential Investment Portfolios 8 - Prudential Stock Index Fund, also incorrectly named as "Prudential Investment Portfolios 8 (formerly, Dryden Index Series Fund)"; 5) The Prudential Variable Contract Account - 10; and 6) Prudential Financial, Inc. hereby make the following disclosures:

      The Prudential Series Fund, Inc. is incorporated in Maryland and organized as a Delaware statutory trust. The beneficial interests of which are divided into eighteen separate Portfolios. No publicly traded company holds 10% or more of the beneficial interests in The Prudential Series Fund.

Prudential Investment Portfolios 3 - Prudential Strategic Value Fund, formerly known as "Strategic Partners Opportunity Funds," is a series of trusts established as a Delaware statutory trust. The beneficial interests of which are divided amongst the series in the trust. No publicly traded company holds 10% or more of the beneficial interests in Prudential Investment Portfolio 3.

Prudential Investment Portfolios 8 - Prudential Stock Index Fund is a series of funds organized as a Delaware unincorporated business trust. The beneficial interests of which are divided amongst the funds. No publicly traded company holds 10% or more of the beneficial interests in Prudential Investment Portfolio 8.

The Prudential Variable Contract Account – 10 is a group variable annuity contract issued through the Medley program. No publicly traded company holds 10% or more of the beneficial interests in The Prudential Variable Contract Account - 10.

Prudential Financial, Inc. is a publicly traded corporation and owns 100% of the stock of Prudential Trust Company through its wholly-owned subsidiaries.

Dated: Hartford, Connecticut
      February 5, 2013

      **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

A/75317209.1