UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | <u>Master Case</u>:<br><br>Consolidated Multidistrict Action<br><br>Case No. 11-MD-02296 (WHP) |
| This Document Relates To:<br><br>*Official Committee of Unsecured Creditors of Tribune Company vs. Fitzsimons, et al.* | <u>Sub-Category Case</u>:<br><br>Case No. 12-CV-2652 (S.D.N.Y.) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel, Walter P. Loughlin of K&L Gates LLP, a member of this Court in good standing, respectfully enters his appearance as counsel of record for Defendant Robert S. Evans.

Dated:    New York, New York
         February 5, 2013

                                    Respectfully submitted,

                                    K&L GATES LLP

                                    By:   /s/ Walter P. Loughlin
                                    Walter P. Loughlin
                                    Brian D. Koosed

                                    599 Lexington Avenue
                                    New York, New York 10022-6030
                                    Telephone: 212.536.4065
                                    Facsimile: 212.536.3901
                                    (Walter.Loughlin@klgates.com)
                                    (Brian.Koosed@klgates.com)

                                    *Counsel for Robert S. Evans*