AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) ) ) | Consolidated Multidistrict Litigation 11 MD 2296 (WHP) 12 MC 2296 (WHP) |
| Deutsche Bank Trust Company, et al., *Plaintiff* | ) ) | Case No. 1:12-cv-00064-WHP |
| v. | ) | |
| Ohlson Enterprises, et al., *Defendant* | ) ) ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Posen Family Limited Partnership

Date: February 5, 2013                              /s/ Mark A. Neubauer
                                                                    *Attorney's signature*

                                                             Mark A. Neubauer (CA SBN 73728)
                                                                    *Printed name and bar number*

                                                             Steptoe & Johnson LLP
                                                             2800 Avenue of the Stars, Suite 2800
                                                             Los Angeles, CA 90067
                                                                    *Address*

                                                             mneubauer@steptoe.com
                                                                    *E-mail address*

                                                             310-734-3200
                                                                    *Telephone number*

                                                             310-734-3300
                                                                    *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, the foregoing Appearance of Counsel was electronically filed through the CM/ECF system for the United States District Court, Southern District of New York and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 5, 2013    STEPTOE & JOHNSON LLP

By:   /s/ Mark A. Neubauer
 MARK A. NEUBAUER

Mark A. Neubauer
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:  (310) 734-3200
Facsimile:   (310) 734-3300
Email:    mneubauer@steptoe.com

Attorneys for Defendants Durham J. Monsma, Robbie E. Monsma, Mary E. Day, Jeanette Day Family Trust U/A DTD 10/04/1994, Peter J. Fernald,  The Peter J. Fernald Trust U/A 1/13/92, Evelyn Freed, Debra A. Gastler, Richard L. Goldstein, Leonidia Gonsalves, Muriel S. Harris, Jim Hicks, as Trustee of the Jim Hicks & Co. Employee Profit-Sharing Plan, Mark Allen Itkin, Emil Kratochvil, Darell F. Kuenzler, Chase L. Leavitt, Nancy Lobdell, Marlowe G. Merkel, Robert N. Mohr, Successor Trustee to Joseph B. Mohr (erroneously named as Joseph B. Mohn), as Trustee of the J&M Trust UA Dated 07/23/1992, Miles Adrian Collet Murray, The Alfred W. Merkel Marlowe G. Merkel Trust UA 11 Sept 85; Renee H. Miller, John Patinella, Posen Family Limited Partnership, Myrna Ramirez, Monserrate Ramirez, Javad Rassouli, Raymond M. Luthy Trust, Terrill F Cox & Lorraine M Cox Trust U/A DTD 3/31/98, William F. Thomas