UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Andrew J. Entwistle, a member of this Court in good standing, respectfully enters his appearance as attorney of record for Headwaters Holdings, LLC

Dated: New York, New York
February 6, 2013

By: */s/ Andrew J. Entwistle*
Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
Email: aentwistle@entwistle-law.com

*Counsel for Headwaters Holdings, LLC*

EC.51158.1