UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATERS | **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Headwaters Holdings, LLC hereby certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  **NONE**.

Dated:  February 6, 2013

                Respectfully Submitted,

                */s/ Andrew J. Entwistle*
                Andrew J. Entwistle
                **ENTWISTLE & CAPPUCCI LLP**
                280 Park Avenue, 26th Floor West
                New York, New York 10017
                Telephone:  (212) 894-7200
                Facsimile:  (212) 894-7272
                Email: aentwistle@entwistle-law.com

                *Counsel for Headwaters Holdings, LLC*