UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br>ALL MATTERS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Joshua K. Porter, a member of this Court in good standing, respectfully enters his appearance as attorney of record for Headwaters Holdings, LLC.

Dated: New York, New York
February 6, 2013

                            By:   */s/ Joshua K. Porter*
                                   Joshua K. Porter
                                   ENTWISTLE & CAPPUCCI LLP
                                   280 Park Avenue, 26th Floor West
                                   New York, New York 10017
                                   Telephone:  (212) 894-7200
                                   Facsimile:  (212) 894-7272
                                   Email:  jporter@entwistle-law.com

                                   *Counsel for Headwaters Holdings, LLC*

EC.51159.1