UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) Consolidated Multidistrict Action<br>) CASE NO. 11-MD-2296 (WHP)<br>) CASE NO. 12-MC-2296 (WHP) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, | ) NOTICE OF APPEARANCE<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| DENNIS J. FITZSIMMONS, et al., | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Michael L. Klein of GREENMAN, LACY, KLEIN, O'HARRA & HEFFRON hereby appears as counsel for the following Defendants:

1. Defendant JEFFREY J. APPLEBY individually

2. JEFFREY J. APPLEBY as Trustee of the U/A DTD 12/13/89 Christopher J. Appleby Trust;

3. JEFFREY J. APPLEBY as Trustee of the U/A DTD 12/13/89 Felicity J. Appleby Trust

4. JEFFREY J. APPLEBY as Trustee of the U/A DTD 12/13/89 James F. Polk Trustee

5. CATHERINE A. VERDUSCO, individually

6. CATHERINE A. VERDUSCO as Trustee of the U/A DTD 12/13/1989 Benjamin J. Verdusco Trust

///

7. CATHERINE A. VERDUSCO as Trustee of the U/A DTD 12/13/1989 Francesca J. Verdusco Trust

8. DAVID D. FRANK as Trustee of the David Frank & Maressa C. Frank Trust HC 31 Trust UA 12/13/89

9. DAVID D. FRANK as Trustee of the David Frank & Wayne C. Frank Trust UA 12/13/89 HC 31

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael L. Klein, Esq.
> GREENMAN, LACY, KLEIN,
> O'HARRA & HEFFRON
> 900 Pier View Way
> P.O. Box 299
> Oceanside, CA 92049-0299
> Telephone: (760) 722-1234
> Facsimile: (760) 722-5860
> michael.klein@glkohlaw.com

Respectfully submitted,

Dated: 2/5/13

GREENMAN, LACY, KLEIN,
O'HARRA & HEFFRON
By:

*/s/ Michael L. Klein*
Michael L. Klein, Esq.