IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Consolidated Multidistrict Litigation 11 MD 2296 (WHP) 12 MC 2296 (WHP) |

-----------------------------------------------------------

THIS DOCUMENT RELATES TO:     :
ALL MATTERS
-------------------------------------------------------------X

Case No. 1:12-cv-02652 WHP

WILLIAM H. PAULEY, III, District Judge

## BALL STATE UNIVERSITY FOUNDATION, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ball State University Foundation, Inc. states that Ball State University Foundation, Inc. has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

DE FUR VORAN LLP

By /Jon H. Moll
Jon H. Moll # 9314-18
400 South Walnut Street Suite 200
Muncie, Indiana 47305
Telephone: (765) 288 3651
Facsimile: (765) 288 7068
E-mail: jmoll@defur.com
ATTORNEY FOR BALL STATE
UNIVERSITY FOUNDATION

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served this 7th day of February, 2013 by the Court's electronic filing system on all counsel of record.

<u>/s/  Jon H. Moll</u>
Jon H. Moll