UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
              :
**In re: TRIBUNE COMPANY FRAUDULENT** : **Consolidated Multidistrict**
**CONVEYANCE LITIGATION**                      : **Litigation**
              : **11 MD 2296 (WHP)**
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with the Court's Master Case Order No. 3, the undersigned, James Hoge, hereby appears pro se in the above captioned matter. The undersigned has access to email via the following email address: James.Hoge@TeneoIntel.com.

Dated: New York, New York

January 29. 2013

By: _____
James Hoge

630 Park Avenue
Apt. 7B
New York, NY 10065
Home: 1-212-396-0005
Office: 1-212-886-9365
Email: James.Hoge@TeneoIntel.com