USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>ABU DHABI INVESTMENT AUTHORITY, *et al.*,<br><br>Defendants. | No. 11 Civ. 04522 (WHP) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendants Galleon Buccaneers Offshore Ltd. and Galleon Management, LP, which have neither moved for summary judgment nor answered.

Dated: January 29, 2013

Respectfully submitted,

Jeffrey C. Fourmaux, Esq.
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
Seven Times Square
New York, NY 10036
Phone: (212) 833-1100
*Counsel for Plaintiffs*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/6/13