USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/13

MEMO ENDORSED

# Katten

Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

ROBERT W. GOTTLIEB
robert.gottlieb@kattenlaw.com
(212) 940-7090 direct
(212) 940-6505 fax

January 18, 2013

**Via Hand Delivery**

The Honorable William H. Pauley III
United States Court for the
  Southern District of New York
500 Pearl Street, Courtroom
New York, NY 10007

Re: Tribune Company, et al v. Dennis J. Fitzsimmons – USDC,
    No. Civ. 12-civ-02652-WHP
    Tribune Company Fraudulent Conveyance Litigation – USDC,
    No. Civ. 12-civ-02296-WHP

Dear Judge Pauley:

I have appeared before this Court in the above referenced actions. <u>I will no longer be appearing in these matters, and request that my name be removed from the docket and the ECF system as an attorney to be noticed in this matter.</u>

Thank you for your attention to this matter.

Respectfully submitted,

Robert W. Gottlieb

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/6/13

RECEIVED
2013 JAN 18 P 4: 15
U S DISTRICT COURT SDNY

AUSTIN  CENTURY CITY  CHARLOTTE  CHICAGO  IRVING  LONDON  LOS ANGELES  NEW YORK  OAKLAND  ORANGE COUNTY  SHANGHAI  WASHINGTON, DC  WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations