UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : CONSOLIDATED MULTIDISTRICT<br>: LITIGATION<br>:<br>: CASE NO.:  1:11-MD-02296-WHP<br>: |

## APPEARANCE OF COUNSEL

Please enter the appearance of KATHLEEN CAHILL SLAUGHT of the law firm of Seyfarth Shaw LLP in the above-entitled matter on behalf of the Defendant Trustees of the Directors Guild of America Producer Pension Trust.  This appearance does not constitute a waiver of any defense of said defendant, including but not limited to the defense of lack of *in personam* jurisdiction, which defenses will be asserted in accordance with Master Case Docket No. 3 entered in the above case.

DATED:  February 8, 2013                             Respectfully Submitted,


                                                                    By _____/s/  Kathleen Cahill Slaught_____

SEYFARTH SHAW LLP
Kathleen Cahill Slaught (State Bar No. 168129)
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email:  kslaught@seyfarth.com