**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : CONSOLIDATED MULTIDISTRICT<br>: LITIGATION<br>:<br>: CASE NO.: 1:11-MD-02296-WHP<br>: |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trustees of the Directors Guild of America Producer Pension Trust states that:

Trustees of the Directors Guild of America Producer Pension Trust have no corporate parent and no publically held corporation owns 10% or more of its stock.

DATED:  February 8, 2013            Respectfully Submitted,


                                    By _____/s/  Kathleen Cahill Slaught_____

SEYFARTH SHAW LLP
Kathleen Cahill Slaught (State Bar No. 168129)
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email:  kslaught@seyfarth.com

1

15229535v.1