**Michael R. Lufrano**
**5707 N. Ravenswood**
**Chicago, IL 60660**
**773-404-4036**

February 1, 2013

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/8/13

    Re: <u>Registration, In re: Tribune Company fraudulent conveyance litigation, 11 MD 2296 and 12 MC 2296.</u>

Dear Judge Pauley:

I am a party in the above-referenced case. I spoke today to your chambers and, at their request, to the pro se department of the Court. Based on these two conversations, I am told this letter is necessary to register with the court for electronic case filing and to accomplish the notice of appearance on the docket of 11 MD 2296 pursuant to the Court's Master Case Order No. 3. I am appearing as a pro se litigant at the moment. I have access to email via the following email address: mlufrano@cubs.com and mlufrano@yahoo.com.

Please do not hesitate to contact me if you need anything further.

Sincerely,

*Michael R. Lufrano*

Michael Lufrano

cc: Mr. Diaz
    Pro Se Department
    500 Pearl Street
    Room 200
    New York, NY 1007

[RECEIVED PRO SE OFFICE FEB -8 2013 stamp]

