UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT          :
CONVEYANCE LITIGATION                       :  Case No. 11-md-2296 (WHP)
:
:
-------------------------------------------------  :
THIS DOCUMENT RELATES TO                    :
:
The following Consolidated Actions:         :  **NOTICE OF MOTION OF**
:  **WITHDRAWAL OF COUNSEL**
Deutsche Bank Trust Company Americas, et al. v.  :
Cantor Fitzgerald & Co. el al.              :
11 CIV 4900.                                :
:
------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael S. Doluisio, Alexander R. Bilus, and Scott C. Kessenick of Dechert LLP should be withdrawn as counsel of record for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action.

PLEASE TAKE FURTHER NOTICE that David K. Momborquette and Kristie M. Blase of Schulte Roth & Zabel LLP remain as counsel of record for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action.

Dated: February 11, 2013
       Philadelphia, Pennsylvania

                                             DECHERT LLP

                                             _____
                                             Michael S. Doluisio
                                             Alexander R. Bilus
                                             Cira Centre
                                             2929 Arch Street
                                             Philadelphia, PA  19104

Tel: (215) 994-4000
Fax: (215) 994-2222

Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Guggenheim Portfolio Company XXXI, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
                                                  :
IN RE: TRIBUNE COMPANY FRAUDULENT                 :
CONVEYANCE LITIGATION                             :
                                                  : Case No. 11-md-2296 (WHP)
                                                  :
-------------------------------------------------:
THIS DOCUMENT RELATES TO                          :
                                                  :
The following Consolidated Actions:               : **[PROPOSED] ORDER**
                                                  :
Deutsche Bank Trust Company Americas, et al. v.   :
Cantor Fitzgerald & Co. el al.                    :
11 CIV 4900                                       :
------------------------------------------------- X

This _____ day of _____, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Michael S. Doluisio, Alexander R. Bilus, and Scott C. Kessenick of Dechert LLP to withdraw as counsel for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Michael S. Doluisio, Alexander R. Bilus, and Scott C. Kessenick of Dechert LLP are granted leave to withdraw from their representation of Guggenheim Portfolio Company XXXI, LLC in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
: 
IN RE: TRIBUNE COMPANY FRAUDULENT : Case No. 11-md-2296 (WHP)
CONVEYANCE LITIGATION :
:
:
------------------------------------------------- :
THIS DOCUMENT RELATES TO : **AFFIDAVIT IN SUPPORT OF**
: **WITHDRAWAL OF COUNSEL**
The following Consolidated Actions: : **PURSUANT TO LOCAL CIVIL**
: **RULE 1.4**
Deutsche Bank Trust Company Americas, et al. v. :
Cantor Fitzgerald & Co. el al. :
11 CIV 4900. :
------------------------------------------- X

      Michael S. Doluisio declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.     I am an attorney associated with the law firm Dechert LLP, attorneys for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action. As such, I am fully familiar with the facts and circumstances I describe below. I submit this declaration in support of the motion for an order allowing me to withdraw as counsel.

      2.     Dechert LLP no longer represents Guggenheim Portfolio Company XXXI, LLC in the above-referenced action.

      3.     David K. Momborquette and Kristie M. Blase of Schulte Roth & Zabel LLP recently entered their appearances as counsel of record for Guggenheim Portfolio Company XXXI, LLC.

      4.     My withdrawal will have no adverse impact on Guggenheim Portfolio Company XXXI, LLC which is now represented by attorneys at Schulte Roth & Zabel LLP.

5.  For the foregoing reasons, I respectfully request leave to withdrawal as counsel of record for Guggenheim Portfolio Company XXXI, LLC in this action.

Dated: February 11, 2013
      Philadelphia, Pennsylvania

DECHERT LLP

*/s/ Michael S. Doluisio*

Michael S. Doluisio
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT          :  Case No. 11-md-2296 (WHP)
CONVEYANCE LITIGATION                      :
:
:
---------------------------------------------- :
THIS DOCUMENT RELATES TO                   :  **AFFIDAVIT IN SUPPORT OF**
:  **WITHDRAWAL OF COUNSEL**
The following Consolidated Actions:        :  **PURSUANT TO LOCAL CIVIL**
:  **RULE 1.4**
Deutsche Bank Trust Company Americas, et al. v. :
Cantor Fitzgerald & Co. el al.             :
11 CIV 4900.                               :
---------------------------------------------- X

      Alexander R. Bilus declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.    I am an attorney associated with the law firm Dechert LLP, attorneys for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action. As such, I am fully familiar with the facts and circumstances I describe below. I submit this declaration in support of the motion for an order allowing me to withdraw as counsel.

      2.    Dechert LLP no longer represents Guggenheim Portfolio Company XXXI, LLC in the above-referenced action.

      3.    David K. Momborquette and Kristie M. Blase of Schulte Roth & Zabel LLP recently entered their appearances as counsel of record for Guggenheim Portfolio Company XXXI, LLC.

      4.    My withdrawal will have no adverse impact on Guggenheim Portfolio Company XXXI, LLC which is now represented by attorneys at Schulte Roth & Zabel LLP.

5.  For the foregoing reasons, I respectfully request leave to withdrawal as counsel of record for Guggenheim Portfolio Company XXXI, LLC in this action.

Dated: February 11, 2013
       Philadelphia, Pennsylvania

DECHERT LLP

*/s/ Alexander R. Bilus*

Alexander R. Bilus
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                             :
IN RE: TRIBUNE COMPANY FRAUDULENT            :  Case No. 11-md-2296 (WHP)
CONVEYANCE LITIGATION                        :
                                             :
                                             :
                                             :
------------------------------------------   :
THIS DOCUMENT RELATES TO                     :  AFFIDAVIT IN SUPPORT OF
                                             :  WITHDRAWAL OF COUNSEL
The following Consolidated Actions:          :  PURSUANT TO LOCAL CIVIL
                                             :  RULE 1.4
Deutsche Bank Trust Company Americas, et al. v.
Cantor Fitzgerald & Co. el al.               :
11 CIV 4900.                                 :
------------------------------------------ X
```

Scott C. Kessenick declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Dechert LLP, attorneys for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action. As such, I am fully familiar with the facts and circumstances I describe below. I submit this declaration in support of the motion for an order allowing me to withdraw as counsel.

2. Dechert LLP no longer represents Guggenheim Portfolio Company XXXI, LLC in the above-referenced action.

3. David K. Momborquette and Kristie M. Blase of Schulte Roth & Zabel LLP recently entered their appearances as counsel of record for Guggenheim Portfolio Company XXXI, LLC.

4. My withdrawal will have no adverse impact on Guggenheim Portfolio Company XXXI, LLC which is now represented by attorneys at Schulte Roth & Zabel LLP.

5.   For the foregoing reasons, I respectfully request leave to withdrawal as counsel of record for Guggenheim Portfolio Company XXXI, LLC in this action.

Dated: February 11, 2013
       New York, New York

DECHERT LLP

*Scott C. Kessenick* /BMM

Scott C. Kessenick
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
:
------------------------------------------------------------:
THIS DOCUMENT RELATES TO :
:
The following Consolidated Actions: : **CERTIFICATE OF SERVICE**
:
Deutsche Bank Trust Company Americas, et al. v. :
Cantor Fitzgerald & Co. el al. :
11 CIV 4900. :
------------------------------------------------------------X

I, Michael S. Doluisio, hereby certify that on this day, a true and correct copy of the foregoing Notice of Motion of Withdrawal of Counsel and the accompanying Affidavits In Support Of Substitution of Counsel Pursuant to Local Civil Rule 1.4 were served by using the Court's CM/ECF System which sent an Electronic Notice to all counsel of record.

Dated: February 11, 2013
       Philadelphia, Pennsylvania

                                              DECHERT LLP

                                              /s/ Michael S. Doluisio

                                              Michael S. Doluisio
                                              Cira Centre
                                              2929 Arch Street
                                              Philadelphia, PA  19104
                                              Tel: (215) 994-4000
                                              Fax: (215) 994-2222