IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>THE OFFICAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al.,<br><br>                    Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>                    Defendants. | Case No. 1:12-cv-02652-WHP |

## NOTICE OF APPEARANCE

To:   The Clerk of Court

Kindly enter the appearance of Aaron C. Starr on behalf of Defendant Archdiocese of Philadelphia in the above-captioned action.  This appearance does not constitute a waiver of any defense that Defendant may have and may assert in accordance with Master Case Order No. 3 entered in 11-MD-2296.

                                        Respectfully submitted,

Dated:  February 13, 2013            /s/ Aaron C. Starr
                                        Aaron C. Starr, Esquire
                                        CONRAD O'BRIEN PC
                                        1500 Market Street
                                        Centre Square West Tower, Suite 3900
                                        Philadelphia, PA 19102-2100
                                        Phone: (215) 864-9600
                                        Fax: (215) 864-9620
                                        Email: astarr@conradobrien.com

                                        *Attorney for Defendant Archdiocese of Philadelphia*

## CERTIFICATE OF SERVICE

I certify that on the date set forth below the foregoing Notice of Appearance was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

/s/ Aaron C. Starr
Aaron C. Starr

Dated: February 13, 2013