UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (WHP) |
| This Document Relates To:<br><br>All Matters | |

**NOTICE OF SUBMISSION OF LETTER**

Pursuant to paragraph 47 in Master Case Order No. 3 [Doc. 1395], please take notice that on February 13, 2013, the undersigned submitted the attached letter to the Court in the above-captioned matter.

Dated: February 14, 2013
New York, New York

O'MELVENY & MYERS LLP

By:   /s/ Daniel L. Cantor
Daniel L. Cantor
7 Times Square
New York, NY 10036
(212) 326-2000