THE HONORABLE WILLIAM H. PAULEY III

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOUCMENT RELATES TO:<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>AUTOMOTIVE MACHINISTS PENSION TRUST FUND, et al.,<br><br>                Defendants. | Consolidated Multidistrict Action<br>11-MD-2296 (WHP)<br>12-MC-2296 (WHP)<br><br>ECF Case<br><br>Related Case:: 11-CV-00925 (RSM)<br>USDC Western District of Washington<br><br>NOTICE OF APPEARANCE |

TO:    United States District Court, Southern District of New York

TO:    Clerk Court

TO:    Plaintiffs

TO:    Landis Rath & Cobb, LLP and Zuckerman Spaeder LLP, Plaintiffs' Counsel

TO:    All counsel of record

NOTICE OF APPEARANCE - 1 of 3
(11-MD-2296 (WHP)/12-MC-2296 (WHP)
[100053063.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the following Defendants served in the underlying lawsuit USDC Western District of Washington, Case No. 12-CV-00925:

**DOUGLAS BABCOCK**

Dated this 14th day of February, 2013.

                GORDON THOMAS HONEYWELL LLP

                By  <u>Andrea H. McNeely</u>
                    Andrea H. McNeely, WSBA No. 36156
                    amcneely@gth-law.com

                    1201 Pacific Avenue, Suite 2100
                    Tacoma WA  98402
                    Tel.: 253-620-6500
                    Fax: 253-620-6565

                    Attorneys for Defendants:
                    Philip S. Babcock
                    Estate of Karen Babcock
                    Douglas Babcock

NOTICE OF APPEARANCE - 2 of 3
(11-MD-2296 (WHP)/12-MC-2296 (WHP)
[100053063.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I, certify that copies of the foregoing Notice of Appearance, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*Leslee C. Hoober*
Leslee E. Hoober
Legal Assistant
GORDON THOMAS HONEYWELL LLP

NOTICE OF APPEARANCE - 3 of 3
(11-MD-2296 (WHP)/12-MC-2296 (WHP)
[100053063.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565