THE HONORABLE WILLIAM H. PAULEY III

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (WHP)<br>12-MC-2296 (WHP) |
|---|---|
| THIS DOCUMENT RELATES TO: | ECF Case |
| OFFICIALCOMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMMONS, et al.,<br><br>                    Defendants. | Related Case: 12-CV-02652 (WHP)<br>Transfer from 10-54010 (KJC) Delaware<br><br>**NOTICE OF APPEARANCE** |

TO:   United States District Court, Southern District of New York

TO:   Clerk Clerk

TO:   Plaintiff

TO:   Landis Rath & Cobb, LLP and Zuckerman Spaeder LLP, Plaintiff's Counsel

TO:   All counsel of record

NOTICE OF APPEARANCE - 1 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100053061.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the following Defendant served in the underlying lawsuit 12-CV-02652:

**CYNTHIA PHELPS**

Service of any further pleadings, notices, documents or other papers herein, exclusive of process, may be made upon these Defendants by serving the undersigned attorneys.

Dated this 14th day of February, 2013.

        GORDON THOMAS HONEYWELL LLP

By s/Andrea H. McNeely
    Andrea H. McNeely, WSBA No. 36156
    amcneely@gth-law.com

    1201 Pacific Avenue, Suite 2100
    Tacoma WA  98402
    Tel.: 253-620-6500
    Fax: 253-620-6565

    Attorneys for Defendant
    STEWART PHELPS
    JOHN STEWART
    PATRICIA L. STEWART previously PATRICIA STEWART HAYES
    CYNTHIA PHELPS

NOTICE OF APPEARANCE - 2 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100053061.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I, certify that copies of the foregoing **Notice of Appearance**, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 14, 2013 as well as to their addresses below by first-class mail.

>Daniel B. Rath
>Rebecca L. Butcher
>James S. Green, Jr.
>LANDIS RATH & COBB LLP
>919 Market Street, Suite 1800
>Wilmington DE 19801

and

>Graeme W. Bush
>James Sottile
>Andrea N. Goldfarb
>ZUCKERMAN SPAEDER LLP
>1800 M. Street, NW, Suite 1000
>Washington DC  20036

_____
Leslee E. Hoober
Legal Assistant
GORDON THOMAS HONEYWELL LLP

NOTICE OF APPEARANCE - 3 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100053061.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565