**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP)(JLC) 12 MC 2296 (WHP)(JLC) ECF Case |
| THIS DOCUMENT RELATES TO: ALL INDIVIDUAL CREDITOR ACTIONS, AS DEFINED IN MASTER CASE ORDER NO. 3 (ECF NO. 1395) | |

**<u>NOTICE OF SUBMISSION OF LETTER</u>**

Pursuant to paragraph 47 of Master Case Order No. 3 (Sept. 7, 2012) [ECF No. 1395], please take notice that the undersigned submitted the attached letter to the Court in the above-captioned actions.

Dated: February 15, 2013
       New York, NY

By:      /s/ David Zensky

David M. Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Email: dzensky@akingump.com

*Plaintiffs' Co-Liaison Counsel on behalf of
all Note Holder Plaintiffs*

\



**Akin Gump**
Strauss Hauer & Feld LLP

DAVID M. ZENSKY
1.212.872.1075/fax: 1.212.872.1002
dzensky@akingump.com

February 15, 2013

**VIA MESSENGER**

Hon. William H. Pauley III
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Tribune Co. Fraudulent Conveyance Litig.*
Case Nos. 11-MD-2296 (WHP), 12-MC-2296 (WHP)

Dear Judge Pauley:

We are counsel for the Note Holder Plaintiffs, and Plaintiff's Co-Liaison Counsel, in the above-referenced actions. We write on behalf of the Note Holder Plaintiffs and the Retiree Plaintiffs. Pursuant to paragraph 8 of Master Case Order No. 3 [ECF No. 1395], we identify the following attorneys who will be presenting the principal argument on each of the Phase One Motions: (1) Opposition To Phase One Omnibus Motion– David Zensky, Esq. of Akin Gump Strauss Hauer & Feld LLP; and (2) Opposition to Phase One Jurisdiction Motion– Mitchell Hurley, Esq. of Akin Gump Strauss Hauer & Feld LLP. In addition, Jay Teitelbaum, Esq. of Teitelbaum & Baskin LLP will be prepared to address the Court regarding the Phase One Omnibus Motion should circumstances warrant.

Respectfully submitted,

David M. Zensky

cc:     Defendants' Liaison Counsel
        Daniel G. Jarcho, Esq.
        Daniel J. Carrigan, Esq.
        Robert J. Lack, Esq.
        Jay Teitelbaum, Esq.