IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)(JLC)<br>12 MC 2296 (WHP)(JLC)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIVIDUAL CREDITOR ACTIONS, AS DEFINED IN MASTER CASE ORDER NO. 3 (ECF NO. 1395) | |

## AFFIRMATION OF SERVICE

GEOFFREY MCDONALD, an associate with Teitelbaum & Baskin, LLP and an attorney duly admitted to practice law in the state of New York, hereby affirms under penalty of perjury:

1. I am not a party to the above captioned action.

2. On February 15, 2013, on behalf of the Retiree Plaintiffs, I caused a copy of the Retiree Plaintiffs' Joinder to the Note Holder Plaintiffs' Response to the Tending Phone Holders' Intervention Motion (ECF Document Number 2324) to be served upon the following persons as follows:

**Via Regular Mail:**
See Schedule A attached hereto

**Via Electronic Mail:**
See Schedule B attached hereto

Dated: February 15, 2013                /s/ Geoffrey McDonald
                                                            Geoffrey McDonald, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel. 914.437.7670
Fax. 914.437.7672
E-mail: gmcdonald@tblawllp.com

*Plaintiffs' Interim Co-Liaison Counsel*
*On behalf of all Retiree Plaintiffs*

## SCHEDULE A

| | | |
|---|---|---|
| IRA WILLIS BAKER JR.<br>9214 DOVE MEADOW DRIVE<br>DALLAS, TX 75243-6325 | BETTY BEAIRD, AS TRUSTEE OF THE BETTY BEAIRD LIVING TRUST UA 10-APR-87<br>7530 INWOOD DRIVE<br>HOUSTON, TX 77063 | THE BETTY BEAIRD LIVING TRUST UA 10-APR-87<br>7530 INWOOD DRIVE<br>HOUSTON, TX 77063 |
| ANDREW BOEHM<br>6243 N. LEMAI AVENUE<br>CHICAGO, IL 60646 | RITA A. BOEHM<br>6243 N. LEMAI AVENUE<br>CHICAGO, IL 60646 | CHARLES FRIEDMAN<br>280 PROSPECT AVENUE, APT 5L<br>HACKENSACK, NJ 07601 |
| HELEN K. DOHM<br>2404 HARLEM BLVD<br>ROCKFORD, IL 61103-4114 | DOROTHY ENGBERG<br>3001 N. 50TH STREET<br>PHOENIX, AZ 85018 | RICHARD ENGBERG<br>3001 N. 50TH STREET<br>PHOENIX, AZ 85018 |
| LIDIA HORVATH<br>38877 N. KENMORE ROAD<br>ANTIOCH, IL 60002-7119 | ZOLTAN HORVATH<br>38877 N. KENMORE ROAD<br>ANTIOCH, IL 60002-7119 | ARLINE DOBLIN, AS TRUSTEE OF THE NATHAN H. PERLMAN TRUST B DTD 12/17/68<br>1265 WESTMOOR ROAD<br>WINNETKA, IL 60093 |
| THE NATHAN H. PERLMAN TRUST B DTD 12/17/68<br>725 BECKER ROAD<br>GLENVIEW, IL 60025 | ESTHER G. FOX<br>943 COATES ROAD<br>MEADOWBROOK, PA 19046 | ROBERT A. FOX<br>943 COATES ROAD<br>MEADOWBROOK, PA 19046 |
| ROBERT M. BERGER<br>500 N. DEARBORN STREET<br>2ND FLOOR<br>CHICAGO, IL 60654 | ALEXANDER D. SOLON<br>66 THE HEMLOCKS<br>ROSLYN, NY 11576 | PAULA SOLON<br>66 THE HEMLOCKS<br>ROSLYN, NY 11576 |
| PETER A. YOUNG<br>2420 N.W. MARSHALL STREET #1<br>PORTLAND, OR 97210 | | |

**SCHEDULE B**

| | |
|---|---|
| MIKE EUGENE ABERNETHY | abernmike@yahoo.com |
| JANNA L. GADDEN | aboptop@yahoo.com |
| CHERYL R. FOX | fox.ch@verizon.net |
| GREGORY J. CAPUTO | gcaputo@tribune.com |
| ELLEN P. CAPUTO | gcaputo@tribune.com |
| THE HARRIET H. GLASSPIEGEL DL TRUST U/A 6/21/89 | hglasspiegel@comcast.net |
| HARRY GLASSPIEGEL, AS TRUSTEE OF THE HARRIET H. GLASSPIEGEL DL TRUST U/A 6/21/89 | hglasspiegel@comcast.net |
| JAMES A. FRIEDBERG, AS TRUSTEE OF THE HERMAN R. FRIEDBERG REVOCABLE TRUST | jfriedberg@sbcglobal.net |
| THE LINCOLN FUND TAX ADVANTAGED LP | lincolnfund@lincolnfund.com |
| DANICA F. HUGHES | mark.a.hughes2@gmail.com |
| MARK A. HUGHES | mark.a.hughes2@gmail.com |
| WARREN J. EIDE | warren.eide@goaaa.com |
| NANCY L. MAC DONALD, AS TRUSTEE OF THE WILLIAM D. MAC DONALD & NANCY L. MAC DONALD TRUST UA 7 21 | ybroger@msn.com |
| THE WILLIAM D. MAC DONALD & NANCY L. MAC DONALD TRUST UA 7 21 | ybroger@msn.com |