UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates to<br><br>*Deutsche Bank Trust Company Americas, et al. v. Ohlson Enterprises, et al.* | 12-CV-00064 (WHP) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard E. Rosberger, of Rottenberg Lipman Rich, P.C., hereby enters his appearance in the above-captioned action as counsel of record for defendant Caterpillar Investment Trust. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings and other documents served or filed in this case be served at the address set forth below. This appearance is without waiver of any of Caterpillar Investment Trust's objections or defenses, all of which are specifically reserved.

Dated: New York, New York
       February 15, 2013

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Defendant*
*Caterpillar Investment Trust*