USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:

TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-02296-WHP
Consolidated Multidistrict Action

------------------------------------------------------------ X

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE
COMPANY, et al.

Case No. 12-cv-02652-WHP

Plaintiffs,

v.

DENNIS J. FITZSIMONS, et al.

Defendants.
------------------------------------------------------------ X

### STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendants Eileen and Robert Vaughan ("Defendants"), Frost Brown Todd, LLC ("FBT") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, FBT is the current counsel of record for Defendants;

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, FBT does not object to the substitution of counsel.

**NOW, THEREFORE,** in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1. Katten hereby enters its appearance as counsel for Defendants.

2.  FBT hereby withdraws as counsel for Defendants.

3.  All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com

**STIPULATED AND AGREED:**

Dated: February 11, 2013

KATTEN MUCHIN ROSENMAN LLP

By: *David C. Bohan*
David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

FROST BROWN TODD LLC

By: *Lindsay Schenk*
Lindsay Schenk
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5550
(615) 251-5551 (Facsimile)
lschenk@fbtlaw.com

**SO ORDERED:**

_____
U.S.D.J.
2/19/13

2