## MWE OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
                                      :
                                      :
IN RE: TRIBUNE COMPANY                :     Case No.:  11-md-2296 (WHP)
FRAUDULENT CONVEYANCE                 :
LITIGATION                            :
                                      :
                                      :
                                      :
------------------------------------- X

### REQUEST FOR LEAVE BY NANCY G. ROSS TO WITHDRAW
### AS COUNSEL OF RECORD FOR UNITED DEFENSE, L.P.

PLEASE TAKE NOTICE that, upon the annexed declaration of Nancy G. Ross, and

pursuant to Local Civil Rule 1.4, Nancy G. Ross, of the law firm of McDermott Will & Emery

LLP, who entered a notice of appearance as counsel on behalf of defendant United Defense, L.P.

in the action entitled *Deutsche Bank Trust Company America, et al. v. Sowood Alpha Fund LP,*

*et al.,* Case No. 1:11-cv-09586 (WHP) (S.D.N.Y.), which has been consolidated with other cases

in the above-captioned matter, hereby respectfully requests leave to withdraw as counsel of

record.

PLEASE TAKE FURTHER NOTICE that Nancy G. Ross hereby requests removal from

the cm/ecf notification system as well as all other means of written or electronic notification lists.

SO ORDERED:

WILLIAM H. PAULEY  III U.S.D.J.
2/13/13

Dated: Chicago, Illinois
      January 24, 2013

MCDERMOTT WILL & EMERY LLP


By:  */s/ Nancy G. Ross*

    Nancy G. Ross
    227 W. Monroe Street
    Chicago, Illinois 60606
    Tel:  (312) 372-2000
    Fax:  (312) 984-7700

    *Attorneys for Defendant*
    *United Defense, L.P.*