USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
: Case No. 11-md-2296 (WHP)
:
------------------------------------------------- :
THIS DOCUMENT RELATES TO :
:
The following Consolidated Actions: : ~~PROPOSED~~ ORDER
:
Deutsche Bank Trust Company Americas, et al. v. :
Cantor Fitzgerald & Co. el al. :
11 CIV 4900 :
------------------------------------------------- X

This 19th day of February, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Michael S. Doluisio, Alexander R. Bilus, and Scott C. Kessenick of Dechert LLP to withdraw as counsel for Guggenheim Portfolio Company XXXI, LLC in the above-referenced action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Michael S. Doluisio, Alexander R. Bilus, and Scott C. Kessenick of Dechert LLP are granted leave to withdraw from their representation of Guggenheim Portfolio Company XXXI, LLC in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.
2/19/13