**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| TRIBUNE COMPANY FRAUDULENT | : | Case No. 11-md-02296 (WHP) |
| CONVEYANCE LITIGATION | : | Consolidated Multidistrict Action |
| | : | |
| _____ | : | |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED | : | Case No.: 12-cv-02652 (WHP) |
| CREDITORS OF TRIBUNE COMPANY, on | : | |
| behalf of TRIBUNE COMPANY, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DENNIS J. FITZSIMMONS, *et al.,* | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas R. Fawkes respectfully enters his appearance as counsel for Defendant, Kenneth J. DePaola in the above-captioned case, and requests that copies of all pleadings, filings, notices, correspondences, and other papers be served upon the undersigned.

Dated:  February 20, 2013                    **FREEBORN & PETERS LLP**

/s/ Thomas R. Fawkes
Thomas R. Fawkes, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:   312.360.6575

*Counsel for Kenneth J. DePaola*

## **CERTIFICATE OF SERVICE**

  I, Thomas R. Fawkes, an attorney, do hereby certify that on February 20, 2013 I caused the foregoing *Notice of Appearance* to be filed with the Court and served upon all parties who receive notice through the electronic case filing system.

               _____/s/ Thomas R. Fawkes_____