UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re:                                          :
                                                :
TRIBUNE COMPANY FRAUDULENT                      :   Case No. 11-md-02296 (WHP)
CONVEYANCE LITIGATION                           :   Consolidated Multidistrict Action
                                                :
                                                :
_____    :
                                                :
THE OFFICIAL COMMITTEE OF UNSECURED             :   Case No.: 12-cv-02652 (WHP)
CREDITORS OF TRIBUNE COMPANY, on                :
behalf of TRIBUNE COMPANY, et al.,              :
                                                :
                   Plaintiffs,                  :
                                                :
            v.                                  :
                                                :
DENNIS J. FITZSIMMONS, et al.,                  :
                                                :
                   Defendants.                  :
-----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas R. Fawkes respectfully enters his appearance as counsel for Defendant, Joseph Sobeck in the above-captioned case, and requests that copies of all pleadings, filings, notices, correspondences, and other papers be served upon the undersigned.

Dated:  February 20, 2013                    **FREEBORN & PETERS LLP**

                                             /s/ Thomas R. Fawkes
                                             Thomas R. Fawkes, Esq.
                                             FREEBORN & PETERS LLP
                                             311 South Wacker Drive, Suite 3000
                                             Chicago, Illinois 60606
                                             Telephone:  312.360.6000
                                             Facsimile:  312.360.6575

                                             *Counsel for Joseph Sobeck*

## CERTIFICATE OF SERVICE

      I, Thomas R. Fawkes, an attorney, do hereby certify that on February 20, 2013 I caused the foregoing *Notice of Appearance* to be filed with the Court and served upon all parties who receive notice through the electronic case filing system.

                                               /s/ Thomas R. Fawkes_____