UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al., Plaintiffs, v. DENNIS J. FITZSIMONS, et al. Defendants. | 12-cv-02652-WHP  **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the law firm of Chapman and Cutler LLP has been retained by and appears for the defendant **Advisors Asset Management, Inc. f/k/a Fixed Income Securities, L.P.** in the above entitled proceeding. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Dated: February 20, 2013

CHAPMAN AND CUTLER LLP

By  s/David T. Audley
   David T. Audley
   Attorney for Defendant
   Advisors Asset Management, Inc.

David T. Audley
  audley@chapman.com
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

3349496.01.01.doc