UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
In re:  : Case No. 11-md-02296-WHP
 : Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
 :
------------------------------------------------------------ X
 :
THE OFFICIAL COMMITTEE OF :
UNSECURED CREDITORS OF TRIBUNE : Case No. 12-cv-02652-WHP
COMPANY, et al. :
 : **NOTICE OF APPEARANCE**
            Plaintiffs, :
 :
v. :
 :
DENNIS J. FITZSIMONS, et al. :
 :
            Defendants. :
 :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Defendant Ann C. Graff Trust.

Dated: February 20, 2013     By:   /s/ Paige E. Barr
                                                                             Paige E. Barr
                                                                             Katten Muchin Rosenman LLP
                                                                             525 W. Monroe St.
                                                                             Chicago, IL 60661
                                                                             (312) 902-5200
                                                                             (312) 902-1061
                                                                             Paige.Barr@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                    /s/ Paige E. Barr
                                                       Paige E. Barr