UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :    Case No. 11-md-02296-WHP
                                                               :    Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                     :
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
                                                               :
DEUTSCHE BANK TRUST COMPANY                                    :
AMERICAS, in its capacity as successor indenture               :    Case No. 12-cv-0064-WHP
trustee for certain series of Senior Notes, et al.             :
                                                               :    **NOTICE OF APPEARANCE**
                     Plaintiffs,                               :
                                                               :
v.                                                             :
                                                               :
OHLSON ENTERPRISES, et al.                                     :
                                                               :
                     Defendants.                               :
                                                               :
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Ann C. Graff Trust and Ann C. Graff as trustee of the Ann C. Graff Trust.


Dated:  February 20, 2013                By:    /s/ David C. Bohan
                                         David C. Bohan
                                         Katten Muchin Rosenman LLP
                                         525 W. Monroe St.
                                         Chicago, IL 60661
                                         (312) 902-5200
                                         (312) 902-1061
                                         David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan
