UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP<br>Consolidated Multidistrict Action |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF TRIBUNE<br>COMPANY, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>DENNIS J. FITZSIMONS, et al.<br><br>              Defendants. | Case No. 12-cv-02652-WHP<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Defendant Ann C. Graff Trust.

Dated: February 20, 2013

By:  /s/ David C. Bohan
David C. Bohan
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061
David.Bohan@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ David C. Bohan
David C. Bohan
