UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re:                                                        :   Case No. 11-md-02296-WHP
                                                              :   Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT                                    :
CONVEYANCE LITIGATION                                         :
                                                              :
------------------------------------------------------------- X
                                                              :
                                                              :
DEUTSCHE BANK TRUST COMPANY                                   :
AMERICAS, in its capacity as successor indenture              :   Case No. 12-cv-0064-WHP
trustee for certain series of Senior Notes, et al.            :
                                                              :   **NOTICE OF APPEARANCE**
                   Plaintiffs,                                :
                                                              :
v.                                                            :
                                                              :
OHLSON ENTERPRISES, et al.                                    :
                                                              :
                   Defendants.                                :
                                                              :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Ann C. Graff Trust and Ann C. Graff as trustee of the Ann C. Graff trust.


Dated: February 20, 2013         By:   /s/ Paige E. Barr
                                 Paige E. Barr
                                 Katten Muchin Rosenman LLP
                                 525 W. Monroe St.
                                 Chicago, IL 60661
                                 (312) 902-5200
                                 (312) 902-1061
                                 Paige.Barr@kattenlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

/s/ Paige E. Barr
Paige E. Barr
