DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE: TRIBUNE COMPANY        :   Consolidated Multidistrict Litigation
FRAUDULENT CONVEYANCE         :   11 MD 2296 (WHP)
LITIGATION                    :   12 MC 2296 (WHP)
------------------------------:
                              :   SCHEDULING ORDER
THIS DOCUMENT RELATES TO:     :
ALL MATTERS                   :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

The oral argument scheduled for March 1, 2013 at 11:00 a.m. on the Phase One Motions to Dismiss and on the Tendering PHONES Holders' Motion to Intervene as Plaintiffs is adjourned to April 26, 2013 at 10:00 a.m.

Dated: February 20, 2013
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*All Counsel of Record.*