**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, | Case No. 1:12-cv-02652-WHP |
| Plaintiff, | |
| v. | |
| Dennis J. Fitzsimmons, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Master Case Order No. 3, the undersigned hereby enters his appearance on behalf of the *Teacher Retirement System of Texas* in the above-captioned actions. The undersigned is admitted *pro hoc vice* to practice in this Court with respect to these actions.

Dated: February 20, 2013

Respectfully submitted,

ICE MILLER LLP

 /s/ Matthew L. Fornshell
Matthew L. Fornshell (Ohio Bar #0062101)
250 West Street
Columbus, Ohio 43214
Tel:   (614) 462-1061
Fax:   (614) 222-3692
Email: Matthew.Fornshell@icemiller.com
*Attorney for Defendant Teacher Retirement System of Texas*

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 */s/ Matthew L. Fornshell*
*Matthew L. Fornshell (0062101)*