UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

: Consolidated Multidistrict Action
:
: Docket No. 11-MD-2296 (WHP)
:
: **<u>NOTICE OF APPEARANCE</u>**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel in this action for Defendant Georgette Pettijohn.

Dated: February 20, 2013         Respectfully submitted,

         **SAXENA WHITE P.A.**

         */s/ Joseph E. White, III*

         Joseph E. White, III (Bar No. 5073820)
         2424 North Federal Hwy. Suite 257
         Boca Raton, Florida 33431
         Tel.: (561) 394-3399
         Fax: (561) 394-3082

         *Counsel for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                     */s/ Joseph E. White, III*
                     Joe White