UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Consolidated Multidistrict Action
:
: Docket No. 11-MD-2296 (WHP)
:
: **<u>NOTICE OF APPEARANCE</u>**
:

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel in this action for Defendant Mark Pettijohn.

Dated: February 20, 2013                Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Joseph E. White, III*

Joseph E. White, III (Bar No. 5073820)
2424 North Federal Hwy. Suite 257
Boca Raton, Florida 33431
Tel.: (561) 394-3399
Fax: (561) 394-3082

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                                */s/ Joseph E. White, III*
                                                Joe White