UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT  : 
CONVEYANCE LITIGATION              : Master File No.
                                   : 11 M.D. No. 2296 (WHP)
This Document Relates To:          :
                                   :
          12-cv-02652              :
                                   :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that David Kochman of Reed Smith LLP, with offices located at 599 Lexington Avenue, New York, NY hereby appears on behalf of defendants James S. McDonnell Charitable Trust A, James S. McDonnell Charitable Trust B, and Cervurite Family LLC in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

      I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY           By:    /s/ David Kochman
      February 20, 2013           David Kochman
                                     Reed Smith LLP
                                     599 Lexington Avenue
                                     New York, NY 10022
                                     212.205.6056
                                     dkochman@reedsmith.com

                                                    *Attorneys for James S. McDonnell Charitable Trust A, James S. McDonnell Charitable Trust B, and Cervurite Family LLC*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th of February, 2013, a true and correct copy of the foregoing notice was served by the Court's CM/ECF system to all parties registered to receive notice.

/s/ David Kochman
David Kochman