UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE: TRIBUNE COMPANY FRAUDULENT         :
CONVEYANCE LITIGATION                     :  Master File No.
                                          :  11 M.D. No. 2296 (WHP)
This Document Relates To:                 :
                                          :
          12-cv-02652                      :
                                          :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Mary J. Hackett of Reed Smith LLP, with offices located at 225 Fifth Avenue, Pittsburgh, PA, hereby appears on behalf of defendants James S. McDonnell Charitable Trust A, James S. McDonnell Charitable Trust B, and Cervurite Family LLC in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

     I hereby certify that I am admitted to practice before this Court.

Dated: Pittsburgh, PA          By:    /s/ Mary J. Hackett
       February 20, 2013                   Mary J. Hackett
                                                 Reed Smith Centre
                                                 225 Fifth Avenue
                                                 Pittsburgh, PA 15222
                                                 412.288.3063
                                                 mhackett@reedsmith.com

                                                 *Attorneys for James S. McDonnell Charitable Trust A, James S. McDonnell Charitable Trust B, and Cervurite Family LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th of February 2013, a true and correct copy of the foregoing notice was served by the Court's CM/ECF system to all parties registered to receive notice.

/s/ Mary J. Hackett
Mary J. Hackett