UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:  TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

                                         Case No. 11-md-2296 (WHP)

------------------------------------------------------
THIS DOCUMENT RELATES TO

The following Consolidated Action:            **NOTICE OF APPEARANCE**

The Official Committee of Unsecured Creditors
of Tribune Company, on behalf of Tribune
Company, et al. v. Dennis J. Fitzsimons, et al.,
Case No. 1:12-cv-02652
-------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that I, Kurt A. Friesen, of McGuireWoods LLP, hereby

enter my appearance as counsel of record for Defendant Siragusa Holdings, Inc.  I request

that copies of all papers in this action be served upon me at the address set forth below.

Dated:  February 27, 2013

                            Respectfully submitted,

                            **MCGUIREWOODS LLP**


                            By: /s/ Kurt A. Friesen_____
                                Kurt A. Friesen
                                310 Fourth Street, N. E., Suite 300
                                Charlottesville, VA   22902
                                kfriesen@mcguirewooods.com
                                Tel:  (434) 977-2585
                                Fax:  (434) 980-2265

                                *Attorney for Siragusa Enterprises LP*

<u>**CERTIFICATE OF SERVICE**</u>

I, Kurt A. Friesen, hereby certify that on this 27th day of February, 2013, a true

and correct copy of the foregoing Notice of Appearance was served by using the Court's

CM/ECF System which sent an Electronic Notice to all counsel of record.

**McGuireWoods LLP**

By: /s/ Kurt A. Friesen

Kurt A. Friesen
310 Fourth Street, N. E., Suite 300
Charlottesville, VA  22902
kfriesen@mcguirewooods.com
Tel:  (434) 977-2585
Fax:  (434) 980-2265

46111944_1