**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                              Case No. 11-md-02296-WHP
                                                                    Consolidated Multidistrict Action
TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

------------------------------------------------------------X

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE          Case No. 12-cv-02652-WHP
COMPANY, et al.

                    Plaintiffs,

v.

DENNIS J. FITZSIMONS, et al.

                    Defendants.

------------------------------------------------------------X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al,
                                                                    Case No. 11-cv-09584-WHP
                    Plaintiffs,

v.

AETNA, INC., et al,

                    Defendants.
------------------------------------------------------------X

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant Milan E. Chilla ("Defendant"), Zeldes, Needle & Cooper ("Zeldes") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, Zeldes is the current counsel of record for Defendants;

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, Zeldes does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1. Katten hereby enters its appearance as counsel for Defendants.

2. Zeldes hereby withdraws as counsel for Defendants.

3. All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

2/28/13

**STIPULATED AND AGREED:**

Dated: February __, 2013

KATTEN MUCHIN ROSENMAN LLP

By: _David C. Bohan_
David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200

ZELDES, NEEDLE & COOPER

By: _Maximino Medina_
Maximino Medina, Jr.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
(203) 333-9441
mmedina@znclaw.com

(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

SO ORDERED:

_____
U.S.D.J.