UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE: TRIBUNE COMPANY FRAUDULENT        :
CONVEYANCE LITIGATION                    :  Master File No.
                                         : 11 M.D. No. 2296 (WHP)
This Document Relates To:                :
                                         :
        12-cv-02652                      :
                                         :
-------------------------------------------------------------------x

# NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that David Kochman of Reed Smith LLP, with offices located at 599 Lexington Avenue, New York, New York hereby appears on behalf of defendant Anne Elizabeth McKenny in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

     I hereby certify that I am admitted to practice before this Court.


Dated: New York, New York         By:    /s/ David Kochman
       March 4, 2013                  David Kochman
                                         Reed Smith LLP
                                         599 Lexington Avenue
                                         New York, NY 10022
                                         212.205.6056
                                         dkochman@reedsmith.com

                                         *Attorneys for Anne Elizabeth McKenny*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4st of March, 2013, a true and correct copy of the foregoing notice was served by the Court's CM/ECF system to all parties registered to receive notice.

/s/ David Kochman
David Kochman
