BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Japan Trustee Services Bank, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
IN RE: :
: No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION, *et al.* : Consolidated Multidistrict Action
:
      Debtors. :
:
------------------------------------------------------- x
:
THE OFFICIAL COMMITTEE OF :
UNSECURED CREDITORS OF TRIBUNE :
COMPANY, on behalf of TRIBUNE : **RULE 7.1 CORPORATE DISCLOSURE**
COMPANY, *et al.*, : **STATEMENT**
:
      Plaintiff, :
: No. 1:12-cv-02652 (WHP)
-against- :
:
DENNIS J. FITZSIMONS, *et al.*, :
:
      Defendants. :
------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant Japan Trustee Services Bank, Ltd., by and through its attorneys, Becker, Glynn, Muffly, Chassin & Hosinski LLP, hereby certifies that 66.66% of its outstanding stock is owned by Sumitomo Mitsui Trust Holdings, Inc., and 33.33% of its outstanding stock is owned by Resona Bank, Limited.

Dated: March 5, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Japan Trustee Services Bank, Ltd.*

        By:    /s/ Jordan Stern
              Jordan E. Stern
              299 Park Avenue
              New York, New York 10171
              Telephone (212) 888-3033
              Facsimile (212) 888-0255
              jstern@beckerglynn.com