IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE OFFICIAL COMMITTEE OF INSECURED CREDITORS OF TRIBUNE COMPANY<br><br>   Plaintiffs,<br>v.<br><br>DENNIS J. FITZSIMONS, ET AL<br><br>   Defendants. | CONSOLIDATED MULTIDISTIRCT ACTION<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP)<br><br>ECF CASE<br><br>12-CV-02652 |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant Memorial Hermann Health Care Systems Pension Trust, Sedgwick LLP and Benson Maston PLLC hereby stipulate as follows:

WHEREFORE, Sedgwick LLP is the current counsel of record for Defendants;

WHEREFORE, Defendant wishes to retain Benson Maston PLLC as counsel in this case and for Karen K. Maston to substitute in as counsel for Defendant Memorial Hermann Health Care Systems Pension Trust; and

WHEREFORE, Sedgwick LLP does not object to the substitution of counsel.

NOW, THEREFORE, in consideration of the stipulations and acknowledgements directly above, the PARTIES HEREBY FURTHER STIPULATE AND AGREE:

1. Karen K. Maston and BENSON MASTON PLLC filed a notice of appearance on February 28, 2013.

2. SEDGWICK LLP hereby withdraws as counsel for Defendant.

3. All pleadings, notices, orders and other papers given or filed in the above captioned matter be given and served upon the following at the address, telephone number, and email address indicated below:

> Karen Maston
> BENSON MASTON PLLC
> 3900 Essex Lane Ste. 700
> Houston, TX 77027
> (512) 774-6062 [office]
> (512) 774-6066 [direct]
> karen.maston@bensonmaston.com

**STIPULATED AND AGREED:**

Dated: March 7, 2013

| BENSON MASTON PLLC | SEDGWICK LLP |
|---|---|
| *Karen K. Maston* by permission | *William Joseph Brennan* |
| Karen K. Maston | William Joseph Brennan |
| Benson Maston PLLC | Sedgwick LLP (NY) |
| 3900 Essex Lane Ste. 700 | 225 Liberty Street, 28th Floor |
| Houston, TX 77027 | New York, NY 10281 |
| (512) 774-6062 [office] | (212)-898-5530 |
| (512) 774-6066 [direct] | Fax: (212)-422-0925 |
| karen.maston@bensonmaston.com | william.brennan@sedgwicklaw.com |