**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-MD-2296 (WHP)<br>Case No. 12-MC-2296 (WHP) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>OHLSON ENTERPRISES, et al.,<br><br>Defendants. | Case No. 12-cv-0064 (WHP)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE** |

PLEASE TAKE NOTICE that **Hadi Khatib, Esq.** of **Akerman Senterfitt LLP**, who entered his appearance on behalf of:

- Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;
- Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;
- Christine Gagnon, Individually and as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;
- Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Helen Jo Cahalin;
- Alpheus L. Ellis 1993 Grandchildren's Trust FBO Helen Jo Cahalin;
- Helen Jo Cahalin, Individually and as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Helen Jo Cahalin;
- Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Great Grandchildren's Trust;
- Don Hall, as Trustee of the Alpheus L. Ellis 1993 Great Grandchildren's Trust;
- Alpheus L. Ellis 1993 Great Grandchildren's Trust;
- Alpheus L. Ellis 1993 Trust FBO Carol E. Martin;
- Carol E. Martin, Individually and as Trustee of the Alpheus L. Ellis 1993 Trust FBO Carol E. Martin; and
- Don Hall, as Trustee of the Alpheus L. Ellis 1993 Trust FBO Carol E. Martin.

{25900220;1}

(collectively the "Defendants") in the above-captioned cases, hereby withdraws his appearance and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

PLEASE TAKE FURTHER NOTICE that **Susan F. Balaschak, Esq.** of **Akerman Senterfitt LLP** remains as counsel to the Defendants and request that she remain on, and/or be added to, the CM/ECF noticing list and any other service list.

PLEASE TAKE FURTHER NOTICE that **Hadi Khatib, Esq.** of **Akerman Senterfitt LLP** requests removal from the CM/ECF notification system as well as all other means of written or electronic notification lists.

Dated: March 1, 2013  
New York, New York

Respectfully Submitted,

**AKERMAN SENTERFITT LLP**

/s/Hadi Khatib  
Hadi Khatib (HK1183)  
335 Madison Avenue, 26th Floor  
New York, New York 10017  
Telephone: (212) 822-3800  
Facsimile: (212) 905-6470  
E-mail:   hadi.khatib@akerman.com

*Attorneys for Defendants*  
*Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;*  
*Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;*  
*Christine Gagnon, Individually and as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Christine Gagnon;*  
*Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Grandchildren's Trust FBO Helen Jo Cahalin;*  
*Alpheus L. Ellis 1993 Grandchildren's Trust FBO Helen Jo Cahalin;*  
*Helen Jo Cahalin, Individually and as Trustee of the Alpheus L. Ellis 1993 Grandchildren's*

*Trust FBO Helen Jo Cahalin;*
*Carol E. Martin, as Trustee of the Alpheus L. Ellis 1993 Great Grandchildren's Trust;*
*Don Hall, as Trustee of the Alpheus L. Ellis 1993 Great Grandchildren's Trust;*
*Alpheus L. Ellis 1993 Great Grandchildren's Trust;*
*Alpheus L. Ellis 1993 Trust FBO Carol E. Martin;*
*Carol E. Martin, Individually and as Trustee of the Alpheus L. Ellis 1993 Trust FBO Carol E. Martin; and*
*Don Hall, as Trustee of the Alpheus L. Ellis 1993 Trust FBO Carol E. Martin.*