UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates to<br><br>*Deutsche Bank Trust Company Americas, et al. v. Ohlson Enterprises, et al.* | 12-CV-00064 (WHP) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants (1) Caterpillar Inc. Group Insurance Master Trust; (2) Caterpillar Inc. Master Retirement Trust (incorrectly named as Caterpillar, Inc. Retirement Master Trust; and (3) Caterpillar Investment Trust by and through its undersigned attorneys, state that they are trusts sponsored by Caterpillar Inc. They do not have any parent corporation and no publicly held corporation owns 10% of more of its stock.

Dated: New York, New York
     March 8, 2013

ROTTENBERG LIPMAN RICH, P.C.

By:_____
     Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Caterpillar Inc. Group Insurance Master Trust, Caterpillar Inc. Master Retirement Trust, and Caterpillar Investment Trust*