UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates To:<br><br>Deutsche Bank Trust Company Americas, et al. v. Anderson et al. | 11-CV-9510 (WHP) |

<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, defendant National Geographic Society, through its undersigned attorneys, states that it is a nonprofit corporation that does not have any parent corporation and, as it has no stock, no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         March 8, 2013

ROTTENBERG LIPMAN RICH, P.C.

By: _____
         Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Defendant*
*National Geographic Society*