UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP) |
| This Document Relates to<br><br>*Deutsche Bank Trust Company Americas, et al. v. Blackrock Institutional Trust Company, N.A., et al.* | 11-CV-09319 (WHP) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant First New York Securities, LLC, by and through its undersigned attorneys, states that it is wholly owned by FNY Partners Fund LP, which is wholly owned by FNY GP LLC. No publicly-held corporation owns 10% of more of the stock of First New York Securities, LLC.

Dated: New York, New York
March 8, 2013

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for First New York Securities, LLC*