Pauley, W.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.<br><br>v.<br><br>MCGURN, et al. | ECF Case No. 12 CV 00063 (WHP) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendants Fore Research & Management, LP and Man Mac 1 Ltd. (currently known as Fairway Fund Limited) who has neither moved nor answered.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

3/11/13

Respectfully submitted,

*(signature)*
David Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Facsimile: (212) 872-1002

Dated: ~~February~~ March 7, 2013

*Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.