IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: ALL MATTERS | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD OMNIBUS MOTION TO ENLARGE THE TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS

WILLIAM H. PAULEY III, United States District Judge:

AND NOW, this 13th day of March, 2013, upon consideration of Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints (the "Motion"), the Motion is GRANTED and, subject to Plaintiffs' right to make further application for relief with respect to the periods provided in Federal Rule of Civil Procedure ("FRCP") 4(m) and 15(c)(1)(C), it is hereby

ORDERED that the time under FRCP 4(m) for Plaintiffs to serve all summonses and complaints (as they have been or may be amended from time to time, subject to and in accordance with FRCP 15 and 21) in all actions, and the time period referenced in FRCP 15(c)(1)(C), is enlarged through and including July 12, 2013, retroactive to January 15, 2013.

SO ORDERED:

WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE
3/13/13

{698.001-W0024108.2}