BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Trust & Custody Services Bank, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                       :
IN RE:                                                 :
                                                       :   No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT                              :
CONVEYANCE LITIGATION, *et al.*                        :   Consolidated Multidistrict Action
                                                       :
        Debtors.                                       :
                                                       :
------------------------------------------------------ x
                                                       :
THE OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF TRIBUNE                          :
COMPANY, on behalf of TRIBUNE                           :
COMPANY, *et al.*,                                      :   No. 1:12-cv-02652 (WHP)
                                                       :
        Plaintiff,                                     :
                                                       :
-against-                                              :
                                                       :
DENNIS J. FITZSIMONS, *et al.*,                        :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned has been retained by and appears

as counsel for defendant Trust & Custody Services Bank, Ltd. ("TCSB") in the above-entitled

proceeding, and requests that all notices and papers herein be served upon the undersigned at the

address given below.  TCSB expressly preserves, and does not waive, all defenses to the claims

made against it, including but not limited to defenses of the lack of personal jurisdiction and improper service.

Dated: March 14, 2013

Respectfully submitted,

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
*Attorneys for Trust & Custody Services Bank, Ltd.*

By: _____/s/ Jordan Stern_____
Jordan E. Stern (JS8651)
299 Park Avenue
New York, New York 10171
(212) 888-3033
jstern@beckerglynn.com