BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
Jordan E. Stern
299 Park Avenue
New York, New York 10171
Telephone (212) 888-3033
Facsimile (212) 888-0255
*Attorneys for Trust & Custody Services Bank, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
IN RE: :
: No. 11-MD-2296 (WHP)
TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION, *et al.* : Consolidated Multidistrict Action
:
Debtors. :
:
------------------------------------------------------- x
:
THE OFFICIAL COMMITTEE OF :
UNSECURED CREDITORS OF TRIBUNE :
COMPANY, on behalf of TRIBUNE : **RULE 7.1 CORPORATE DISCLOSURE**
COMPANY, *et al.*, : **STATEMENT**
:
Plaintiff, :
: No. 1:12-cv-02652 (WHP)
-against- :
:
DENNIS J. FITZSIMONS, *et al.*, :
:
Defendants. :
------------------------------------------------------- x

   Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant Trust & Custody Services Bank, Ltd. ("TCSB"), by and through its attorneys, Becker, Glynn, Muffly, Chassin & Hosinski LLP, hereby certifies that 54% of its outstanding stock is owned by Mizuho Financial Group, Inc., 23% of its outstanding stock is owned by The Dai-ichi Life Insurance

Company, Limited, and 10% of its outstanding stock is owned by Asahi Mutual Life Insurance Company.

Dated: March 14, 2013

        Respectfully submitted,

        BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
        *Attorneys for Trust & Custody Services Bank, Ltd.*

        By:    /s/ Jordan Stern
                Jordan E. Stern
                299 Park Avenue
                New York, New York 10171
                Telephone (212) 888-3033
                Facsimile (212) 888-0255
                jstern@beckerglynn.com