UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : : | Case No. 11-md-02296-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of TRIBUNE COMPANY, | : : : : | Case No. 1:12-cv-02652-WHP |
| Plaintiff, | : | |
| v. | : : | |
| DENNIS J. FITZSIMMONS, et al., | : | |
| Defendants. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Index 500 Fund.

This appearance is without prejudice to any defenses or positions that Index 500 Fund may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone:  (860) 240-2700
> Fax:  (860) 240-2800
> Email: michael.dagostino@bingham.com

A/75380326.2

Dated:  Hartford, Connecticut
        March 14, 2013

                                        **BINGHAM McCUTCHEN LLP**

                                        /s/ Michael C. D'Agostino
                                        Michael C. D'Agostino (MD0304)
                                        BINGHAM McCUTCHEN LLP
                                        One State Street
                                        Hartford, CT 06103
                                        Phone:  (860) 240-2700
                                        Fax:  (860) 240-2800
                                        Email: michael.dagostino@bingham.com

                                        *Counsel for Defendant Index 500 Fund*