UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>MATTERS LISTED ON EXHIBIT A | |

**NOTICE OF SUBMISSION OF LETTER**

      Pursuant to paragraph 47 of Master Case Order No. 3 [Doc. No. 1395], please take notice that on March 19, 2013, the undersigned submitted the attached letter and exhibits to the Court in the above-captioned matter.

Dated: New York, New York
March 19, 2013

                            **Entwistle & Capucci LLP**

                            By:   /s/ Andrew J. Entwistle
                                   Andrew J. Entwistle
                                   280 Park Avenue
                                   26th Floor
                                   New York, NY 10017
                                   aentwistle@entwistle-law.com

                            *Defendants' Liaison Counsel*