THE HONORABLE WILLIAM H. PAULEY III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>OFFICIALCOMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMMONS, et al.,<br><br>Defendants. | Consolidated Multidistrict Action<br>11-MD-2296 (WHP)<br>12-MC-2296 (WHP)<br><br>ECF Case<br><br>Related Case: 12-CV-02652 (WHP)<br>Transfer from 10-54010 (KJC) Delaware<br><br>**AMENDED** NOTICE OF APPEARANCE |

TO:   United States District Court, Southern District of New York

TO:   Clerk Clerk

TO:   Plaintiff

TO:   Landis Rath & Cobb, LLP and Zuckerman Spaeder LLP, Plaintiff's Counsel

PLEASE TAKE NOTICE that the undersigned hereby amends the Notice of Appearance previously filed in order to correct a defendant name and thus appears on behalf of the following Defendants:

AMENDED NOTICE OF APPEARANCE - 1 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062921.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

PATRICIA S. PHELPS, 1935 TRUST FBO CYNTHIA L. PHELPS;

PATRICIA S. PHELPS 1935 TRUST FBO NINA P. GORNY;

PATRICIA S. PHELPS 1935 TRUST FBO STEWART PHELPS;

JOHN W. STEWART 1966 TRUST FBO CYNTHIA L. PHELPS;

JOHN W. STEWART 1966 TRUST FBO PATRICIA S. HAYES.

Service of any further pleadings, notices, documents or other papers herein, exclusive of process, may be made upon these Defendants by serving the undersigned attorneys.

Dated this 20th day of March, 2013.

GORDON THOMAS HONEYWELL LLP

By  s/Andrea H. McNeely
 Andrea H. McNeely, WSBA No. 36156
 amcneely@gth-law.com

 1201 Pacific Avenue, Suite 2100
 Tacoma WA  98402
 Tel.: 253-620-6500
 Fax: 253-620-6565

 Attorneys for Defendants:
 PATRICIA S. PHELPS 1935 TRUST FBO CYNTHIA PHELPS
 PATRICIA S. PHELPS 1935 TRUST FBO NINA P. GORNY
 PATRICIA S. PHELPS 1935 TRUST FBO STEWART PHELPS
 JOHN W. STEWART 1966 TRUST FBO PATRICIA S. HAYES
 JOHN W. STEWART 1966 TRUST FBO CYNTHIA L. PHELPS
 JOHN W. STEWART 1966 TRUST FBO NINA P. GORNY

AMENDED NOTICE OF APPEARANCE - 2 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062921.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I, certify that copies of the foregoing AMENDED Notice of Appearance, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2013 as well as to their addresses below by first-class mail.

>Daniel B. Rath
>Rebecca L. Butcher
>James S. Green, Jr.
>LANDIS RATH & COBB LLP
>919 Market Street, Suite 1800
>Wilmington DE 19801

and

>Graeme W. Bush
>James Sottile
>Andrea N. Goldfarb
>ZUCKERMAN SPAEDER LLP
>1800 M. Street, NW, Suite 1000
>Washington DC  20036

_/s/ Leslee E. Hoober_
Leslee E. Hoober
Legal Assistant
GORDON THOMAS HONEYWELL LLP

AMENDED NOTICE OF APPEARANCE - 3 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062921.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565