IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)(JLC)<br>12 MC 2296 (WHP)(JLC)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIVIDUAL CREDITOR ACTIONS, AS DEFINED IN MASTER CASE ORDER NO. 3 (ECF NO. 1395) | |

**NOTICE OF SUBMISSION OF LETTER**

Pursuant to paragraph 47 of Master Case Order No. 3 (Sept. 7, 2012) [ECF No. 1395], please take notice that the undersigned submitted the attached letter to the Court in the above-captioned actions.

Dated: March 21, 2013
New York, NY

By:     /s/ David Zensky

David M. Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Email: dzensky@akingump.com

*Plaintiffs' Co-Liaison Counsel on behalf of all Note Holder Plaintiffs*

\