UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

**NOTICE OF APPEARANCE**

**Consolidated Multidistrict Action**
11 MD 2296 (WHP)
12 MD 2296 (WHP)

------------------------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, hereby, respectfully request that his appearance as counsel for Defendant INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 14-14B, AFL-CIO, PENSION FUND, be entered.

The undersigned, hereby, certifies that he is admitted to practice in this court.

Dated: Tarrytown, New York
March 14, 2013

                Respectfully submitted,

                BRADY McGUIRE & STEINBERG, P.C.

By: _____
     Joseph H. Green (JG-8339)
     Attorneys for Defendant I.U.O.E. Local 14-14B Pension Fund
     303 South Broadway, Suite 234
     Tarrytown, New York 10591
     (914) 478-4293