MEMO ENDORSED



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

This document relates to:
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE
COMPANY, on behalf of Tribune Company, *et al.*,

Plaintiffs,

v.

DENNIS J. FITZSIMONS *et al.*,

Defendants.

Consolidated Multidistrict Action
12-MC-2296 (WHP)
11-MD-2296 (WHP)

Case No. 12-CV-2652-WHP

Transferred from No. 10-54010 (KJC) (Delaware)

**NOTICE OF MOTION OF
WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William J. Kelleher, III, should be withdrawn as counsel of record for Silver Point Capital, L.P.

PLEASE TAKE FURTHER NOTICE that Thomas J. Donlon of Robinson & Cole LLP has appeared for Silver Point Capital, L.P.

Dated: March 1, 2013
       Stamford, Connecticut

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/20/13

/s/ William J. Kelleher, III
William J. Kelleher III (WK2146)
ROBINSON & COLE LLP
885 Third Avenue, 28th Floor
New York, NY 10022
Phone: (212) 451-2900
Fax: (212) 451-2999
Email: wkelleher@rc.com

12099156-v1