UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Tribune Company Fraudulent Conveyance Litigation | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP)<br>12-MC-2296 (WHP) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company, *et al.*, <br><br>Plaintiffs,<br><br>vs.<br><br>**DENNIS J. FITZSIMONS,** *et al.,*<br><br>Defendants. | Case No. 12-cv-2652-WHP<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Scott A. Campbell hereby enters his appearance as counsel for Defendant The Coventry Funds Trust in the above-captioned matters and requests that all copies of papers and filings in these matters be served upon him via ECF or at the address listed below.

Dated:  March 22, 2013
        Columbus, OH

Respectfully submitted,

  /s/ Scott A. Campbell
Scott A. Campbell     *(admitted pro hac vice)*
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio  43215-6101
Tel:  (614) 469-3200
Fax:  (614) 469-3361
Scott.Campbell@ThompsonHine.com

*Attorney for The Coventry Funds Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2013, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

              /s/ Scott A. Campbell
              Scott A. Campbell