**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: **Tribune Company Fraudulent Conveyance Litigation** | Consolidated Multidistrict Action<br><br>11-MD-2296 (WHP)<br>12-MC-2296 (WHP) |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,** on behalf of Tribune Company, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**DENNIS J. FITZSIMONS,** *et al.,*<br><br>　　　　　Defendants. | Case No. 12-cv-2652-WHP<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Thomas W. Palmer hereby enters his appearance as counsel for Defendant The Coventry Funds Trust in the above-captioned matters and requests that all copies of papers and filings in these matters be served upon him via ECF or at the address listed below.

Dated:  March 22, 2013
　　　　Columbus, OH

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Thomas W. Palmer
　　　　　　　　　　　　　　　　　Thomas W. Palmer   *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　THOMPSON HINE LLP
　　　　　　　　　　　　　　　　　41 South High Street, Suite 1700
　　　　　　　　　　　　　　　　　Columbus, Ohio  43215-6101
　　　　　　　　　　　　　　　　　Tel:  (614) 469-3200
　　　　　　　　　　　　　　　　　Fax:  (614) 469-3361
　　　　　　　　　　　　　　　　　Thomas.Palmer@ThompsonHine.com

　　　　　　　　　　　　　　　　　*Attorney for The Coventry Funds Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2013, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ Thomas W. Palmer
        Thomas W. Palmer