UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT<br>CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP<br>Consolidated Multidistrict<br>Action |
| DEUTSCHE BANK TRUST COMPANY<br>AMERICAS, et al.<br>                  Plaintiffs,<br>v.<br>OHLSON ENTERPRISES, et al.<br>                  Defendants. | Case No. 12-cv-00064-WHP |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TRIBUNE<br>COMPANY, on behalf of TRIBUNE COMPANY,<br>                  Plaintiffs,<br>V.<br>DENNIS J. FITZSIMONS, ET AL.<br>                  Defendants. | Case No. 12-cv-2652-WHP |

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Defendant Donald H. Rumsfeld.

Dated: March 22, 2013                              By:   /s/ Paige E. Barr
                                                        David C. Bohan
                                                        Paige E. Barr
                                                        Katten Muchin Rosenman LLP
                                                        525 W. Monroe St.

Chicago, IL 60661
(312) 902-5200
(312) 902-1061
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                               /s/ Paige E. Barr