UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                               :

In re:                     :   Case No. 11-md-02296-WHP
                               :   Consolidated Multidistrict

TRIBUNE COMPANY FRAUDULENT    :   Action
CONVEYANCE LITIGATION         :
                               :

--------------------------------------------------------------- X
                               :

DEUTSCHE BANK TRUST COMPANY    :
AMERICAS, et al.                :   Case No. 12-cv-00064-WHP
                  Plaintiffs,    :
                               :

v.                              :
                               :

OHLSON ENTERPRISES, et al.        :
                               :

                Defendants.    :

--------------------------------------------------------------- X

THE OFFICIAL COMMITTEE OF UNSECURED   :
CREDITORS OF TRIBUNE           :   Case No. 12-cv-2652-WHP
COMPANY, on behalf of TRIBUNE COMPANY,   :
                               :

                Plaintiffs,    :
V.                             :
                               :

DENNIS J. FITZSIMONS, ET AL.      :
                               :

                Defendants.    :
                               :

--------------------------------------------------------------- X

## <u>NOTICE OF APPEARANCE</u>

     PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP
appears herein as counsel of record in the above-captioned matter for Defendant Donald H.
Rumsfeld.


Dated: March 22, 2013              By:   /s/ David C. Bohan
                                        David C. Bohan
                                        Paige E. Barr
                                        Katten Muchin Rosenman LLP

525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 22, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

_____/s/ David C. Bohan_____