UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :   Case No. 11-md-02296-WHP
                                                               :   Consolidated Multidistrict
TRIBUNE COMPANY FRAUDULENT                                     :   Action
CONVEYANCE LITIGATION                                          :
                                                               :
-------------------------------------------------------------- X
                                                               :
THE OFFICIAL COMMITTEE OF UNSECURED                            :
CREDITORS OF TRIBUNE                                           :   Case No. 12-cv-2652-WHP
COMPANY, on behalf of TRIBUNE COMPANY,                         :
                                                               :
                Plaintiffs,                                    :
V.                                                             :
                                                               :
DENNIS J. FITZSIMONS, ET AL.                                   :
                                                               :
                Defendants.                                    :
                                                               :
-------------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Paige E. Barr of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Defendant Joel F. Zemans, as custodian of the Joel F. Zemans Rev. Tr 1Z-51 Pldg.

Dated: March 22, 2013                By:   /s/ Paige E. Barr
                                                      David C. Bohan
                                                     Paige E. Barr
                                                     Katten Muchin Rosenman LLP
                                                     525 W. Monroe St.
                                                     Chicago, IL 60661
                                                     (312) 902-5200
                                                     (312) 902-1061
                                                     David.Bohan@kattenlaw.com
                                                     Paige.Barr@kattenlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                           /s/ Paige E. Barr