UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 11-md-02296-WHP |
| | : | Consolidated Multidistrict |
| TRIBUNE COMPANY FRAUDULENT | : | Action |
| CONVEYANCE LITIGATION | : | |
| | | |
| THE OFFICIAL COMMITTEE OF UNSECURED | : | |
| CREDITORS OF TRIBUNE | : | Case No. 12-cv-2652-WHP |
| COMPANY, on behalf of TRIBUNE COMPANY, | : | |
| Plaintiffs, | : | |
| V. | : | |
| DENNIS J. FITZSIMONS, ET AL. | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that David C. Bohan of Katten Muchin Rosenman LLP appears herein as counsel of record in the above-captioned matter for Defendant Joel F. Zemans, as custodian of the Joel F. Zemans Rev. Tr 1Z-51 Pldg.

Dated: March 22, 2013

By:  /s/ David C. Bohan
David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2013, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

                                                              /s/ David C. Bohan