IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11 MD 2296 (WHP) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: ALL MATTERS | |

## CERTIFICATE OF SERVICE

I, Christine Doniak, hereby certify under penalty of perjury that on March 26, 2013, a copy of the following and attached were served via the Court's ECF filing system on all Defendants who have entered appearances in this matter by ECF:  Order Granting Plaintiffs' Third Omnibus Motion to Enlarge the Time for Service of Summonses and Complaints [Document No. 2382 (11 MD 2296 (WHP))]; Order Approving Protocol Governing Retention and Discovery of Documents Held by Court-Appointed Examiner, Kenneth N. Klee, Esq. [Document No. 2388 (11 MD 2296))]; and Notice of Submission of Letter and Letter to the Court regarding Supplemental Authority to Opposition to Phase One Omnibus [Document No. 2393 (11 MD 2296 (WHP))].  I also certify that on March 26, 2013, on behalf of all the Note Holder Plaintiffs, a true and correct copy of the same was served via electronic mail or regular mail upon all other Defendants in this matter who we are required to serve pursuant to Master Case Order No. 3.

/s/ Christine Doniak
Christine Doniak