UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-CV-2652 (WHP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul S. Samson and the firm of Riemer & Braunstein LLP enter their appearance as counsel of record for the Defendant, Ontario Pension Board in the above-captioned matters. This notice does not constitute acceptance of service. The Defendant expressly reserves and does not waive all defenses and motions to dismiss.

Dated: July 16, 2012

                                                Respectfully submitted,

                                                /s/ *Paul S. Samson*
                                                Paul S. Samson
                                                Riemer & Braunstein LLP
                                                Three Center Plaza
                                                Boston, Massachusetts 02108
                                                Tel: (617) 880-3555
                                                Fax: (617) 692-3555
                                                psamson@riemerlaw.com

                                                *ATTORNEYS FOR DEFENDANT*
                                                *ONTARIO PENSION BOARD*

## CERTIFICATE OF SERVICE

      I, Paul S. Samson, hereby certify that, on July 16, 2012, I electronically filed true and correct copies of the Notice of Appearance, with the Clerk of the United States District Court for the Southern District of New York, by serving parties using the CM/ECF system (EN).

Dated: July 16, 2012

      /s/ *Paul S. Samson*
Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 880-3555
Fax: (617) 692-3555
psamson@riemerlaw.com

*ATTORNEYS FOR DEFENDANT ONTARIO PENSION BOARD*

1457869.1