UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-CV-2652 (WHP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Master Case Order No. 3, the undersigned Paul S. Samson and the firm of Riemer & Braunstein LLP hereby enters their appearance as counsel of record for the Defendant, McGill University Pension Plan. This notice does not constitute acceptance of service. The Defendant expressly reserves and does not waive all defenses and motions to dismiss.

Dated: September 21, 2012

Respectfully submitted,

/s/ *Paul S. Samson*
Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 880-3555
Fax: (617) 692-3555
psamson@riemerlaw.com

*ATTORNEYS FOR DEFENDANT*
*MCGILL UNIVERSITY PENSION PLAN*

## CERTIFICATE OF SERVICE

    I, Paul S. Samson, hereby certify that, on September 21, 2012, I electronically filed true and correct copies of the Notice of Appearance, with the Clerk of the United States District Court for the Southern District of New York, by serving parties using the CM/ECF system (EN).

                                         */s/ Paul S. Samson*
                                         Paul S. Samson
                                         Riemer & Braunstein LLP
                                         Three Center Plaza
                                         Boston, Massachusetts 02108
                                         Tel:  (617) 880-3555
                                         Fax: (617) 692-3555
                                         psamson@riemerlaw.com

                                         *ATTORNEYS FOR DEFENDANT*
                                         *MCGILL UNIVERSITY PENSION PLAN*

1480499.1