UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION
& RE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE CO

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

DENNIS J. FITZSIMONS, ET AL

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/24/12

Consolidated Multidistrict Litigation
11 MD 2296 (WHP)
(Lead Case 12 MC 2296 (WHP))
___ Civ. ___ ( ) ( )
12-cv-02652 (WHP)

**NOTICE OF APPEARANCE**

Please take notice that I, BRUCE W. AHLMANN AND BETTY J. AHLMANN JTWROS, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Des Plaines , IL
        *(town/city)*   *(state)*

December  20  , 2012

Bruce W. Ahlmann
Betty Ahlmann
**Signature of Defendant**

528 Crestwood Dr.
*Address*

Des Plaines, IL 60016-3105
*City, State & Zip Code*

847-299-8304
*Telephone Number*

_____
*Fax Number (if you have one)*

Rev. 05/2007

3

**BRUCE AHLMANN**
528 Crestwood Dr.
Des Plaines, IL 60016-3105

**BRUCE AHLMANN**
528 Crestwood Dr.
Des Plaines, IL 60016-3105

BRUCE AHLMANN
528 Crestwood Dr.
Des Plaines, IL 60016-3105

UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007