Thomas J. Luz (TL-4665)
KLG LUZ & GREENBERG LLP
370 Lexington Avenue, 24th Floor
New York, New York 10017
(212) 681-8313
tluz@karalaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | Consolidated Multidistrict Action |
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : | 11-MD-2296 (WHP) 12-MC-2296 (WHP) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel in this action for Defendants Diamondback Capital Management, Diamondback Capital Management, LLC, Diamondback Master Fund Ltd Century Yard, Diamondback Master Fund *TMS/ITS Sett A/C for Queensgate House*, and Diamondback MA FD LTD *QAES/TMS/IST Sett*.

October 15, 2012

             KLG LUZ & GREENBERG LLP

             By: _____/s/_____
                 Thomas J. Luz

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    _____/s/_____
                                                     Thomas J. Luz (TL-4665)

KLG LUZ & GREENBERG LLP
370 Lexington Avenue, 24th Floor
New York, New York 10017
(212) 681-8313
tluz@karalaw.com

**Error! Unknown document property name.**