UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-CV-2652 (WHP) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ontario Pension Board ("OPB") states as follows: OPB does not have a parent company and no publicly held company holds 10% or more of any stock of OPB.

Dated: July 31, 2012

    Respectfully submitted,

    /s/ *Paul S. Samson*
    Paul S. Samson
    Riemer & Braunstein LLP
    Three Center Plaza
    Boston, Massachusetts 02108
    Tel: (617) 880-3555
    Fax: (617) 692-3555
    psamson@riemerlaw.com

    *ATTORNEYS FOR DEFENDANT*
    *ONTARIO PENSION BOARD*

## CERTIFICATE OF SERVICE

      I, Paul S. Samson, hereby certify that, on July 31, 2012, I electronically filed true and correct copies of the Corporate Disclosure Statement, with the Clerk of the United States District Court for the Southern District of New York, by serving parties using the CM/ECF system (EN).

Dated: July 31, 2012

    */s/ Paul S. Samson*
Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 880-3555
Fax: (617) 692-3555
psamson@riemerlaw.com

*ATTORNEYS FOR DEFENDANT
ONTARIO PENSION BOARD*

1463380.1