Thomas J. Luz (TL-4665)
KLG Luz & Greenberg LLP
Attorneys for Plaintiff
370 Lexington Avenue, 24th Floor
New York, New York 10017
(212) 681-8313

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X    Consolidated Multidistrict Action

IN RE: TRIBUNE COMPANY FRAUDULENT    :    11-MD-2296 (WHP)
CONVEYANCE LITIGATION      12-MC-2296 (WHP)

     :

---------------------------------------------------------------- X    **RULE 7.1 STATEMENT**


       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Diamondback Capital Management, Diamondback Capital Management, LLC, Diamondback Master Fund Ltd Century Yard, Diamondback Master Fund *TMS/ITS Sett A/C for Queensgate House*, and Diamondback MA FD LTD *QAES/TMS/IST Sett*. certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

NONE

October 15, 2012

                       **KLG LUZ & GREENBERG LLP**


               By:    _____/s/_____
                      Thomas J. Luz (TL-4665)