UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-CV-2652 (WHP) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant McGill University Pension Plan states as follows: McGill University Pension Plan does not have a parent company and no publicly held company holds 10% or more of any stock of McGill University Pension Plan.

Dated: September 25, 2012

                                        Respectfully submitted,

                                        */s/ Paul S. Samson*
                                        Paul S. Samson
                                        Riemer & Braunstein LLP
                                        Three Center Plaza
                                        Boston, Massachusetts 02108
                                        Tel: (617) 880-3555
                                        Fax: (617) 692-3555
                                        psamson@riemerlaw.com

                                        *ATTORNEYS FOR DEFENDANT*
                                        *MCGILL UNIVERSITY PENSION PLAN*

## CERTIFICATE OF SERVICE

I, Paul S. Samson, hereby certify that, on September 25, 2012, I electronically filed true and correct copies of the Corporate Disclosure Statement, with the Clerk of the United States District Court for the Southern District of New York, by serving parties using the CM/ECF system (EN).

Dated:  September 25, 2012

*/s/ Paul S. Samson*
Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel:  (617) 880-3555
Fax: (617) 692-3555
psamson@riemerlaw.com

*ATTORNEYS FOR DEFENDANT*
*MCGILL UNIVERSITY PENSION BOARD*

1481460.1