UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IN THE MATTER OF REASSIGNMENT

                          NOTICE OF REASSIGNMENT

         OF

    CASES FROM HON. WILLIAM H. PAULEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The cases on the attached list are reassigned to the calendar of:

           HON. RICHARD J. SULLIVAN

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: March 27, 2013

                                                      Ruby J. Krajick, CLERK

                                                      Shante Jones
                              By: _____
                                                      Deputy Clerk

cc: Attorneys of Record

# Judge Pauley to Judge Sullivan

11md2296

12mc2296

11cv4522

11cv4538

11cv4784

11cv4900

11cv5136

11cv9319

11cv9406

11cv9407

11cv9408

11cv9409

11cv9410

11cv9510

11cv9511

11cv9512

11cv9514

11cv9515

11cv9568

11cv9569

11cv9570

11cv9571

11cv9572

11cv9581

11cv9582

11cv9583

11cv9584

11cv9585

11cv9586

11cv9587

11cv9588

11cv9589

11cv9590

11cv9591

11cv9592

11cv9593

11cv9594

11cv9595

11cv9596

11cv9597

11cv9598

11cv9599

11cv9600

12cv0061

12cv0062

12cv0063

12cv0064

12cv0065

12cv0549

12cv0550

12cv0551

12cv0552

12cv0554

12cv0555

12cv2652

12cv4539

12cv6055