UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action 11-MD-2296 (RJS) |
| This document relates to:<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company, *et al.*, | Case No. 12-MC-2296 -RJS<br><br>Transferred from No. 10-54010 (KJC) (Delaware) |
|           Plaintiffs,<br><br>v.<br><br>**DENNIS J. FITZSIMMONS** *et al.*,<br><br>          Defendants. | NOTICE OF MOTION OF WITHDRAWAL OF COUNSEL |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Leonard A. Gail should be withdrawn as counsel of record for Thomas Finke.

    PLEASE TAKE FURTHER NOTICE that Frank Gecker and Reid Heiligman of Frank Gecker, LLP now represents Mr. Finke.

Dated: March 28, 2013
Chicago, Illinois

                                              /s/ Leonard A. Gail
                                              Leonard A. Gail
                                              MASSEY & GAIL, LLC
                                              50 E Washington, Suite 400
                                              Chicago, IL 60602
                                              Phone: 312.283.1590
                                              Fax: 312.379.0467
                                              lgail@masseygail.com