UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY<br>FRAUDULENT CONVEYANCE<br>LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (RJS) |
| **This document relates to:**<br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE COMPANY, on behalf of<br>Tribune Company, *et al.*,<br><br>          **Plaintiffs,**<br><br>    v.<br><br>**DENNIS J. FITZSIMMONS** *et al.*,<br><br>          **Defendants.** | Case No. 12-MC-2296- RJS<br><br>Transferred from No. 10-54010 (KJC) (Delaware)<br><br>**AFFIRMATION IN SUPPORT OF<br>WITHDRAWAL OF COUNSEL<br>PURSUANT TO LOCAL CIVIL RULE<br>1.4** |

Leonard A. Gail declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Massey & Gail, LLP, former attorneys for Thomas Finke. As such, I am fully familiar with the facts and circumstances I describe below. I submit this declaration in support of the motion for order allowing me to withdraw as counsel.

2. As of January 10, 2013, Frank Gecker and Reed Heiligman entered an appearance as counsel for Thomas Finke.

3. My withdrawal will have no adverse impact on Thomas Finke who is now represented by Frank Gecker and Reed Heiligman of Frank Gecker LLP.

4. For the foregoing reasons, I respectfully request leave to withdraw as counsel of record for Thomas Finke.

Dated: March 28, 2013
Chicago, Illinois

        /s/ Leonard A. Gail
        Leonard A. Gail
        MASSEY & GAIL, LLC
        50 E Washington, Suite 400
        Chicago, IL 60602
        Phone: 312.283.1590
        Fax: 312.379.0467
        lgail@masseygail.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY<br>FRAUDULENT CONVEYANCE<br>LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (RJS) |
| **This document relates to:**<br>THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TRIBUNE COMPANY, on behalf of<br>Tribune Company, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DENNIS J. FITZSIMMONS *et al.*,<br><br>        Defendants. | Case No. 12-MC-2296- RJS<br><br>Transferred from No. 10-54010 (KJC) (Delaware)<br><br>**CERTIFICATE OF SERVICE** |

   I, Leonard A. Gail, hereby certify that on this day, a true and accurate copy of the foregoing Notice of Motion of Withdrawal of Counsel and the accompanying Affidavit in Support pursuant to Local Civil Rule 1.4 were served by using the Court's CM/ECF System which sent electronic notices to all counsels of record.


Dated: March 28, 2013
Chicago, Illinois

>                    /s/ Leonard A. Gail
>                    Leonard A. Gail
>                    MASSEY & GAIL, LLC
>                    50 E Washington, Suite 400
>                    Chicago, IL 60602
>                    Phone: 312.283.1590
>                    Fax: 312.379.0467
>                    lgail@masseygail.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION** | Consolidated Multidistrict Action 11-MD-2296 (RJS) |
| **This document relates to:** **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company,** *et al.***,** | Case No. 12-MC-2296- RJS Transferred from No. 10-54010 (KJC) (Delaware) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **DENNIS J. FITZSIMMONS** *et al.***,** | |
| Defendants. | |

This \_\_\_\_ day of _____ 2013,

This Court having considered the motion, pursuant to Local Rule 1.4, for Leonard A. Gail to withdraw as counsel for Thomas Finke in the above referenced action,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Leonard A. Gail is granted leave to withdraw from his representation of Thomas Finke in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.