UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE: TRIBUNE COMPANY FRAUDULENT     :     Case No. 11-md-02296-WHP
CONVEYANCE LITIGATION                 :
                                      :
THE OFFICIAL COMMITTEE OF UNSECURED   :
CREDITORS OF TRIBUNE COMPANY, on      :     Case No. 1:12-cv-02652-WHP
behalf of TRIBUNE COMPANY,            :
                 Plaintiff,           :
 v.                                   :
                                      :
DENNIS J. FITZSIMMONS, et al.,        :
                 Defendants.          :
                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendants Great-West Stock Index Fund, f/k/a Maxim Stock Index Portfolio, and Great-West S&P 500 Index Fund, f/k/a Maxim S&P 500 Index Portfolio (collectively, "Great-West"), in the above-captioned case.  This appearance is without prejudice to any defenses or positions that Great-West may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone:  (860) 240-2700
> Fax:  (860) 240-2800
> Email: michael.dagostino@bingham.com

A/75263609.1

Dated:  Hartford, Connecticut
         March 29, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendants Great-West Stock
Index Fund,  f/k/a Maxim Stock Index
Portfolio, and Great-West S&P 500 Index
Fund, f/k/a Maxim S&P 500 Index Portfolio*

A/75263609.1