```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE: TRIBUNE COMPANY FRAUDULENT        :   Case No. 11-md-02296-WHP
CONVEYANCE LITIGATION                    :
                                         :
THE OFFICIAL COMMITTEE OF UNSECURED      :
CREDITORS OF TRIBUNE COMPANY, on         :   Case No. 1:12-cv-02652-WHP
behalf of TRIBUNE COMPANY,               :
          Plaintiff,                     :
 v.                                      :
                                         :
DENNIS J. FITZSIMMONS, et al.,           :
          Defendants.                    :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendants Great-West Stock Index Fund, f/k/a Maxim Stock Index Portfolio, and Great-West S&P 500 Index Fund, f/k/a Maxim S&P 500 Index Portfolio, hereby make the following disclosures:

Great-West Stock Index Fund, and Great-West S&P 500 Index Fund are each a series of Great-West Funds, Inc., f/k/a Maxim Series Fund, Inc., and are not publicly traded corporations. Great-West Life & Annuity Insurance Company is the parent of Great-West Funds, Inc.  No publicly-held corporation owns 10% or more of the stock of Great-West Stock Index Fund, or the stock of Great-West S&P 500 Index Portfolio.  No publicly-held corporation has a financial interest in the outcome of the matter.

A/75263606.1

Dated: Hartford, Connecticut
      March 29, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendants Great-West Stock Index Fund, f/k/a Maxim Stock Index Portfolio, and Great-West S&P 500 Index Fund, f/k/a Maxim S&P 500 Index Portfolio*

A/75263606.1