UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : : : | Case No. 11-md-2296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, : : : Plaintiff, : v. : : DENNIS J. FITZSIMMONS, et al., : Defendants. : : : | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Prudential Investments, LLC, incorrectly named as "Prudential Investements, Inc." hereby makes the following disclosures:

Prudential Investments, LLC does not have any parent. No publicly-held company owns 10% or more of the stock in Prudential Investments, LLC. No publicly-held corporation has a financial interest in the outcome of this matter.

A/75263690.1

2

Dated:  Hartford, Connecticut
        March 29, 2013

                                **BINGHAM McCUTCHEN LLP**

                                /s/ Michael C. D'Agostino
                                Michael C. D'Agostino (MD0304)
                                BINGHAM McCUTCHEN LLP
                                One State Street
                                Hartford, CT 06103
                                Phone:  (860) 240-2700
                                Fax:  (860) 240-2800
                                Email: michael.dagostino@bingham.com

                                *Attorneys for Defendant Prudential*
                                *Investments, LLC, incorrectly named as*
                                *"Prudential Investements, Inc."*