UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : : : | Case No. 1:12-cv-02652-RJS |

------------------------------------ x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund.  This appearance is without prejudice to any defenses or positions that MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone:  (860) 240-2700
> Fax:  (860) 240-2800
> Email: michael.dagostino@bingham.com

Dated: Hartford, Connecticut
April 1, 2013

                        **BINGHAM McCUTCHEN LLP**

                        /s/ Michael C. D'Agostino
                        Michael C. D'Agostino (MD0304)
                        BINGHAM McCUTCHEN LLP
                        One State Street
                        Hartford, CT 06103
                        Phone: (860) 240-2700
                        Fax: (860) 240-2800
                        Email: michael.dagostino@bingham.com

                        *Attorneys for Defendant MainStay 130/30*
                        *Core Fund n/k/a MainStay U.S. Equity*
                        *Opportunities Fund*