UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

|  |  |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br>Plaintiff,<br>v.<br>DENNIS J. FITZSIMMONS, et al.,<br>Defendants. | Case No. 1:12-cv-02652-RJS |

------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund hereby makes the following disclosures:

MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund is a series of MainStay Funds Trust. MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund does not have any parent. No publicly-held company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

2

Dated: Hartford, Connecticut
      April 1, 2013

**BINGHAM McCUTCHEN LLP**

<u>/s/ Michael C. D'Agostino</u>
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant MainStay 130/30 Core Fund n/k/a MainStay U.S. Equity Opportunities Fund*