UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Docket No. 11-MD-2296 (WHP)<br>Docket No. 12-CV-2652 (WHP) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Draper and Kramer, Inc. (identified in the Third Amended Complaint as "Draper and Kramer a/k/a DK Equity") states that it has no parent company and that no publicly held company holds 10% or more of any stock of Draper and Kramer, Inc.

Dated:  April 1, 2013

Respectfully submitted,

By: /s/ Kenneth L. Schmetterer
Kenneth L. Schmetterer
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Phone: 312-368-2176
Fax: 312-630-6350

ATTORNEYS FOR DEFENDANT
DRAPER AND KRAMER, INC.
(Identified in Third Amended Complaint as "Draper and Kramper a/k/a DK Equity")

EAST\55453893.1

## CERTIFICATE OF SERVICE

      I, Kenneth L. Schmetterer, an attorney, hereby certify that on April 1, 2013, I caused the foregoing **Corporate Disclosure Statement** to be electronically filed with the Clerk of the United States District Court for the Southern District of New York, by serving parties using the CM/ECF System which will send notification of such filing to all counsel of record:

      /s/ Kenneth L. Schmetterer

Kenneth L. Schmetterer
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Phone: 312-368-2176
Fax: 312-630-6350

ATTORNEYS FOR DEFENDANT
DRAPER AND KRAMER, INC.
(Identified in Third Amended Complaint as "Draper and Kramer a/k/a DK Equity")