UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | Case No. 11-md-02296-RJS |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | : : : : : : : : | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for the following Defendants[1]:

1) Mainstay Common Stock Fund, for itself and as successor by merger to "MCM Equity Investment Fund";

2) Madison Square Investors Large-Cap Enhanced Index Fund L.P. (f/k/a NYLIM Large-Cap Enhanced Index Fund L.P.), incorrectly named as "NYLIM Large-Cap Enhanced Index Fund L.P.";

3) Mainstay Equity Index Fund;

4) Mainstay S&P 500 Index Fund;

5) Mainstay VP Common Stock Fund;

6) Mainstay VP Midcap Core; and

7) Mainstay VP S&P 500 Index Fund (collectively, "Madison Square Investors").

---

[1] Madison Square Investors U.S. Large-Cap Core 130/30 Fund LP., f/k/a NYLIM US Large Cap Core 130/30 Fund LP, was incorrectly named as "NYLIM US Large Cap Core" ("Madison Square Investors U.S. Large-Cap"). Madison Square Investors U.S. Large-Cap dissolved on March 11, 2012.

A/75308602.1

This appearance is without prejudice to any defenses or positions that Madison Square Investors may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone:  (860) 240-2700
>Fax:  (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
      April 2, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com