UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br>    Plaintiff,<br> v.<br>DENNIS J. FITZSIMMONS, et al.,<br>    Defendants. | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendants 1) Mainstay Common Stock Fund, for itself and as successor by merger to "MCM Equity Investment Fund"; 2) Madison Square Investors Large-Cap Enhanced Index Fund L.P. (f/k/a NYLIM Large-Cap Enhanced Index Fund L.P.), incorrectly named as "NYLIM Large-Cap Enhanced Index Fund L.P."; 3) Mainstay Equity Index Fund; 4) Mainstay S&P 500 Index Fund; 5) Mainstay VP Common Stock Fund; 6) Mainstay VP Midcap Core; and 7) Mainstay VP S&P 500 Index Fund hereby make the following disclosures:

Mainstay Common Stock Fund, for itself and as successor by merger to "MCM Equity Investment Fund" is a series of The MainStay Funds.  No public company owns 10% or more of its stock.  No publicly-held corporation has a financial interest in the outcome of this matter.

Madison Square Investors Large-Cap Enhanced Index Fund GP, LLC is the parent of Madison Square Investors Large-Cap Enhanced Index Fund L.P. (f/k/a NYLIM Large-Cap Enhanced Index Fund L.P.), incorrectly named as "NYLIM Large-Cap Enhanced Index Fund

L.P." No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Mainstay Equity Index Fund, formerly a series of the MainStay Funds, was reorganized into MainStay S&P 500 Index Fund. No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Mainstay S&P 500 Index Fund is a series of MainStay Funds Trust. No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Mainstay VP Common Stock Fund is a series of MainStay VP Funds Trust. No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Mainstay VP Midcap Core is a series of MainStay VP Funds Trust. No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Mainstay VP S&P 500 Index Fund is a series of MainStay VP Funds Trust. No public company owns 10% or more of its stock. No publicly-held corporation has a financial interest in the outcome of this matter.

Dated: Hartford, Connecticut
April 2, 2013

                                                **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com