UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>Case No.: 11-MD-2296 (RJS) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, on behalf of Tribune Company, *et al.*, | Case No. 12-CV-2652-RJS |
| Plaintiffs, | |
| v. | |
| DENNIS J. FITZSIMONS *et al.*, | |
| Defendants. | |

APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Campbell & Levine, LLC hereby appears as counsel for The Babcock & Wilcox Company Asbestos PI Trust in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

Frederick D. Rapone, Jr.
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone:  412-261-0310
Facsimile:  412-261-5066
Email: fdr@camlev.com

Dated:  April 4, 2013

/s/   Frederick D. Rapone, Jr.
Frederick D. Rapone, Jr. (PA ID No. 87309)
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Telephone:  412-261-0310/ Facsimile:  412-261-5066
Email: fdr@camlev.com