THE HONORABLE RICHARD J. SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (RJS)<br>12-MC-2296 (RJS) |
| THIS DOCUMENT RELATES TO: | ECF Case |
| OFFICIALCOMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMMONS, et al.,<br><br>Defendants. | Related Case: 12-CV-02652 (RJS)<br>Transfer from 10-54010 (KJC) Delaware<br><br>**NOTICE OF APPEARANCE** |

TO: United States District Court, Southern District of New York

TO: Clerk Clerk

TO: Plaintiff

TO: Landis Rath & Cobb, LLP and Zuckerman Spaeder LLP, Plaintiff's Counsel

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the following Defendant:

JOHN W. STEWART 1966 TRUST FBO NINA P. GORNY.

NOTICE OF APPEARANCE - 1 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062923.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Service of any further pleadings, notices, documents or other papers herein, exclusive of process, may be made upon these Defendants by serving the undersigned attorneys.

Dated this 2nd day of April, 2013.

GORDON THOMAS HONEYWELL LLP

By   s/Andrea H. McNeely
Andrea H. McNeely, WSBA No. 36156
amcneely@gth-law.com

1201 Pacific Avenue, Suite 2100
Tacoma WA  98402
Tel.: 253-620-6500
Fax: 253-620-6565

Attorneys for Defendants:
PATRICIA S. PHELPS 1935 TRUST FBO CYNTHIA PHELPS
PATRICIA S. PHELPS 1935 TRUST FBO NINA P. GORNY
PATRICIA S. PHELPS 1935 TRUST FBO STEWART PHELPS
JOHN W. STEWART 1966 TRUST FBO PATRICIA S. HAYES
JOHN W. STEWART 1966 TRUST FBO CYNTHIA L. PHELPS
JOHN W. STEWART 1966 TRUST FBO NINA P. GORNY

NOTICE OF APPEARANCE - 2 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062923.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I, certify that copies of the foregoing **Notice of Appearance**, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 4, 2013 as well as to their addresses below by first-class mail.

Daniel B. Rath
Rebecca L. Butcher
James S. Green, Jr.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington DE 19801

and

Graeme W. Bush
James Sottile
Andrea N. Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW, Suite 1000
Washington DC  20036

_Leslee E. Hoober_
Leslee E. Hoober
Legal Assistant
GORDON THOMAS HONEYWELL LLP

NOTICE OF APPEARANCE - 3 of 3
(11-MD-2296 / 12-MC-2296 / 12-CV-02652 (WHP))
[100062923.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565