UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : | Case No. 11-md-02296-RJS |
| WILLIAM A. NIESE, et al., Plaintiff, v. ABN AMRO CLEARING CHICAGO, et al., Defendants. | : : : : : : : : : | Case No. 1:12-cv-00555-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant NorthShore University HealthSystem Second Century Fund, incorrectly named as "Northshore University Healthsystem Second Century Funds - Endowment 501(C)3" in the above-captioned case.  This appearance is without prejudice to any defenses or positions that NorthShore University HealthSystem Second Century Fund may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone:  (860) 240-2700
> Fax:  (860) 240-2800
> Email: michael.dagostino@bingham.com

A/75466072.1

2

Dated: Hartford, Connecticut
April 9, 2013

**BINGHAM McCUTCHEN LLP**

<u>/s/ Michael C. D'Agostino</u>
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant NorthShore University HealthSystem Second Century Fund, incorrectly named as "Northshore University Healthsystem Second Century Funds - Endowment 501(C)3"*

A/75466072.1