UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : | Case No. 11-md-02296-RJS |
| : | |
| WILLIAM A. NIESE, et al., : | |
| Plaintiff, : | Case No. 1:12-cv-00555-RJS |
| v. : | |
| : | |
| ABN AMRO CLEARING CHICAGO, et al., : | |
| Defendants. : | |
| : | |
| : | |

------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant NorthShore University HealthSystem Second Century Fund, incorrectly named as "Northshore University Healthsystem Second Century Funds - Endowment 501(C)3", hereby makes the following disclosures:

NorthShore University HealthSystem Second Century Fund is owned by NorthShore University HealthSystem Pension Plan, which is owned by corporate parent NorthShore University HealthSystem. No publicly held company owns 10% or more of stock in the corporation. No publicly-held corporation has a financial interest in the outcome of this matter.

A/75466184.1

Dated: Hartford, Connecticut
      April 9, 2013

**BINGHAM McCUTCHEN LLP**

<u>/s/ Michael C. D'Agostino</u>
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant NorthShore University HealthSystem Second Century Fund, incorrectly named as "Northshore University Healthsystem Second Century Funds - Endowment 501(C)3"*

A/75466184.1