UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13
```

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

Consolidated Multidistrict Litigation

No. 11 MD 2296 (RJS)
No. 12 MC 2296 (RJS)

THIS DOCUMENT RELATES TO:
ALL MATTERS

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

In light of the fact that this multidistrict litigation has only recently been reassigned to my docket, IT IS HEREBY ORDERED THAT the oral argument scheduled for April 26, 2013 on the Phase One Motions to Dismiss and on the Tendering PHONES Holder's Motion to Intervene as Plaintiffs is adjourned to May 24, 2013 at 2:00 p.m.

SO ORDERED.

Dated:   April 10, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE