UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

---------------------------------------------------- Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank v. Adaly Opportunity Fund TD
Securities Inc., et al

▮▮▮▮▮▮ ORDER

11 CIV 04784

------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13

This  10TH  day of  April , 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for William Kennedy Dodds to withdraw as counsel for the following named Defendants in the above-referenced Action:

- Amida Capital Management LLC; and
- Pacific Select Fund.

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that William Kennedy Dodds is granted leave to withdraw from his representation of the above named Defendants in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.
4/10/13

2