UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13
```

--------------------------------------------------- : Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank v. First Republic Bank, et al          [PROPOSED] ORDER

11 CIV 09572

------------------------------------------ X

This __10th__ day of __April__, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for William Kennedy Dodds to withdraw as counsel for the following named Defendant in the above-referenced Action:

- Monumental Life Insurance Co.

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that William Kennedy Dodds is granted leave to withdraw from his representation of the above named Defendant in this action and that such withdrawal is effective immediately.

_____
U.S.D.J.
4/10/13