UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

---------------------------------------------------- : Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank v. Oppenheimer Main Street Select
Fund, et al

~~[PROPOSED]~~ ORDER

12 CIV 00550

------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13

This 10th day of April, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for William Kennedy Dodds to withdraw as counsel for the following named Defendants in the above-referenced Action:

- Oppenheimer Main Street Select Fund (f/k/a Oppenheimer Main Street Opportunity Fund);

- Oppenheimer Main Street Small- & Mid-Cap Fund (f/k/a Oppenheimer Main Street Small Cap Fund);

- Oppenheimer Variable Account Funds (d/b/a Oppenheimer Main Street Small- & Mid-Cap Fund/VA, f/k/a Oppenheimer Main Street Small Cap Fund/VA); and

- Oppenheimer Funds, Inc.

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that William Kennedy Dodds is granted leave to withdraw from his representation of the above named Defendants in this action and that such withdrawal is effective immediately.

_____
U.S.D.J. 4/10/13