UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW YORK
WILLMINGTON TRUST COMPANY

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*



11 Civ. 11-CV-04784 (RJH)
11-MD-2296 ( ) (WHP)
11-MC-2296 (WHP)

- against -

NOTICE OF MOTION

ALEXANDER D. & PAULA SOLON JTWROS ET AL

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of ALEXANDER D. & PAULA SOLON JTWROS ET AL
*(name)*

affirmed on APRIL 3, 2013, and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/(defendant) will move this Court, before
*(circle one)*

JUDGE RICHARD J. SULLIVAN (United States District) Magistrate Judge, for an order
*(Judge's name)* *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: TO DISMISS ALL ALLEGATIONS & CHARGES AGAINST MY
WIFE & MYSELF.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: ROSLYN, NY
*(city)* *(state)*

APRIL 3, 2013
*(month)* *(day)* *(year)*

Signature: Alexander D. Solon / Paula Solon
Address: 66 THE HEMLOCKS
ROSLYN NEW YORK 11576
Telephone Number: (516) 621-2156
Fax Number *(if you have one)* _____

Rev. 05/2007


RECEIVED APR 10 2013 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW YORK,
WILMINGTON TRUST COMPANY

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11-CV-04784 (RJH)
Civ.11-MD-2296 ( ) (WHP)
11-MC-2296 (WHP)

- against -

AFFIRMATION IN
SUPPORT OF MOTION

ALEXANDER D. & PAULA SOLON JTWROS ET AL

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, ALEXANDER D. & PAULA SOLON JTWROS ET AL, **affirm under penalty of perjury** that:
*(name)*

1. I, ALEXANDER D. & PAULA SOLON JTWROS ET AL am the plaintiff/(defendant) in the above entitled action,
*(name)* *(circle one)*
and respectfully move this Court to issue an order DISMISSAL OF ALL ALLEGATIONS & CHARGES AGAINST MY WIFE & MYSELF.
*(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: SEE ATTACHMENT

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: ROSLYN , NY
*(city)* *(state)*
APRIL 3 , 20 13
*(month)* *(day)* *(year)*

Signature *Alexander D. Solon / Paula Solon*
Address 66 THE HEMLOCKS
ROSLYN, NEW YORK 11576
Telephone Number (516) 621-2156
Fax Number *(if you have one)*

Rev. 05/2007

April 3, 2013

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States District Courthouse for the Southern District of New York
500 Pearl Street
New York, New York 10007-1812

Re: Civil Action No. 1:11-cv-04784 & 1:11-md-02296-WHP: Consolidated Multidistrict Litigation – 11 MD 2296 (WHP) & 12 MC 2296 (WHP) Master Case Order No. 1 - Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, Wilmington Trust Co. against Alexander D. & Paula Solon JTWROS, Alexander D. Solon, Paula Solon

Dear Judge Sullivan,

We believe that the allegations and charges waged against my wife, Paula Solon, and myself, Alexander D. Solon, should be dismissed .

I worked for WPIX-TV, which was part of the Tribune Company, for approximately 37 years retiring in February 2007 before any plans were announced that the Tribune Company was to be sold.

We never had any decision making responsibility or knowledge of the specifics in the sale of Tribune. We only received notification that the company was sold and we had to sign over and sell our shares, or we believe we would have lost our entire investment from which we hoped to generate money to supplement our retirement. Please note that since 1983 when Tribune went public, I systematically bought stock in the Tribune Company in good faith.

We knew nothing about the company that purchased Tribune and we believe that the fault lies with the banks themselves for backing the sale to a company that lacked knowledge in the media industry.

My wife and I did nothing wrong nor were we responsible for the actions that caused the demise of the company that took over Tribune.

Kindly advise.

Thanking you, we are
Very truly yours,

*Alexander D. Solon*
*Paula Solon*

Alexander D. & Paula Solon
66 The Hemlocks
Roslyn, New York 11576
(516) 621-2156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW YORK,
WILMINGTON TRUST COMPANY
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 11-CV-04784( ) (RJH)
11-MD-2296 (WHP)
11-MC-2296 (WHP)

- against -

**AFFIRMATION OF SERVICE**

ALEXANDER D. + PAULA SOLON JTWROS ET AL
ALEXANDER D. SOLON
PAULA SOLON
*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* ALEXANDER D. + PAULA SOLON JTWROS ET AL, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: NOTICE OF MOTION AND AFFIRMATION IN SUPPORT OF MOTION.

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* CERTIFIED MAIL to the following persons *(list the names and addresses of the people you served)*:

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: CHRISTINE DONIAK
ONE BRYANT PARK, NEW YORK, NY 10036

on *(date you served the document(s))* APRIL 3, 2013

APRIL 3, 2013
Dated

Alexander D. Solon
Paula Solon
Signature

66 THE HEMLOCKS
Address

ROSLYN, NEW YORK
City, State

11576
Zip

(516) 621-2156
Telephone Number

E-Mail Address

Rev. 01/2013

Mr. and Mrs. Alexander D. Solon
66 The Hemlocks
Roslyn, NY 11576

CERTIFIED MAIL

7012 2920 0002 5257 4307



1000



U.S. POSTAGE
PAID
ROSLYN HEIGHTS, NY
11577
APR 03, '13
AMOUNT
$6.11
00053261-07

DANIEL PATRICK MOYNIHAN
COURT HOUSE OF THE SOUTHERN DISTRICT
500 PEARL STREET
PRO SE OFFICE — ROOM 230
NEW YORK, NY 10007-1812

**RETURN RECEIPT
REQUESTED**

ATTN: MR. DIAZ

10007$1330