UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :   Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank v. Ohlson Enterprises, et al          [PROPOSED] ORDER

12 CIV 00064

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This _/0ᵗʰ_ day of _April_, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for

William Kennedy Dodds to withdraw as counsel for the following named Defendant in the

above-referenced Action:

- SBL Fund Series H

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that William Kennedy Dodds is granted leave to withdraw from his

representation of the above named Defendant in this action and that such withdrawal is effective

immediately.

U.S.D.J.  4/10/13

2