UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------- X

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13
```

-------------------------------------------------- : Case No. 11-md-2296 (WHP)

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank v. Automotive Machinists Pension
Trust Fund, et al

███████ ORDER

11 CIV 09588

--------------------------------------------- X

This _10th_ day of _April_, 2013,

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for William Kennedy Dodds to withdraw as counsel for the following named Defendants in the above-referenced Action:

- Frank Russell Investments; and
- Frank Russell Trust.

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that William Kennedy Dodds is granted leave to withdraw from his representation of the above named Defendants in this action and that such withdrawal is effective immediately.

_____
U.S.D.J. 4/10/13

2