USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | **Master Case:**<br><br>Consolidated Multidistrict Action<br><br>Case No. 11-MD-02296 (WHP) |
| **This Document Relates to:**<br><br>Deutsche Bank Trust Company Americas, et al., v.<br><br>Waterman Broadcast Corp., et al. | **Sub-Category Case:**<br><br>Case No. 12-cv-00061 (S.D.N.Y.) |

### STIPULATION TO SUBSTITUTION OF COUNSEL

It is hereby stipulated and agreed, and the parties respectfully request the Court to so order, that Rich Michaelson Magaliff Moser, LLP shall be substituted as counsel of record for defendants Michael Eigner and Linda Eigner (collectively, the "Eigners"), and that K&L Gates LLP, Richard Miller, and Brian Koosed no longer have any responsibility to represent the Eigners in this matter.

Dated: ~~March~~ April 3, 2013      Respectfully submitted,

K&L GATES LLP                         RICH MICHAELSON MAGALIFF MOSER, LLP
599 Lexington Avenue                  340 Madison Avenue, 19th Floor
New York, NY 10022                    New York, NY 100173
212.536.3900                          212.220.9402

By: _____             By: _____
Richard S. Miller                     Jeffrey N. Rich
A Partner of the Firm                 A Partner of the Firm

SO ORDERED
Dated: 4/10/13
RICHARD J. SULLIVAN
U.S.D.J.