UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>This Document Relates To:<br><br>11-MD-2296 (WHP)<br>12-CV-2652 (WHP) | Consolidated Multidistrict Litigation<br><br>11 MD 2296 (WHP)<br><br>12 CV 2652 (WHP)<br><br>**AFFIRMATION OF DOUGLAS A. SONDGEROTH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4** |

I, Douglas A. Sondgeroth, declare the following:

1. I am currently an attorney with the law firm Jenner & Block LLP. I have personal knowledge of the facts and circumstances described below. I submit this declaration in support of the motion for an order granting me leave to withdraw as counsel in the above captioned matters.

2. On June 14, 2012, I entered an appearance as counsel for Samuel Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., and Sam Investment Trust. (Dkt. Entry 1088.) My partners David J. Bradford, Stephen L. Ascher, Cathy L. Steege, and Andrew W. Vail of Jenner & Block LLP have also entered appearances for Mr. Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., and Sam Investment Trust. (Dkt. Entry Nos. 1079, 1083, 1087, 1217).

3. As of April 16, 2013, I will no longer be employed by Jenner & Block LLP.

4.      As my employment with Jenner & Block is ending, I respectfully request leave to withdraw as counsel of record for Mr. Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., and Sam Investment Trust.  These parties will continue to be represented by Mr. Bradford, Mr. Ascher, Ms. Steege, and Mr. Vail of Jenner & Block.  My withdrawal will have no adverse impact on Mr. Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., and Sam Investment Trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed April 15, 2013.

*[signature]*