IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, et al., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS J. FITZSIMONS, et al., <br><br> Defendants. | Consolidated Multidistrict Action <br> 11 MD 2296 (WHP) <br> 12 MC 2296 (WHP) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC# _____ <br> DATE FILED: 4/15/13 <br><br> Case No. 1:12-CV-02652 (WHP) |



### NOTICE OF APPEARANCE

Pursuant to paragraphs 35(ii) and 41 of Master Case Order No. 3, Frank R. Ball, Jr., Esq., as Trustee of the Frank R. Ball, Jr. Trust, dated April 27, 1994, appears in the Committee Action (Civil Action No. 12-CV-02652 (WHP)), as a *pro se* litigant, and states that he has access to e-mail and that his e-mail address is: frankball27@gmaii.com.

Dated: December 28, 2012

Frank R. Ball, Jr., Esq., as Trustee of
the Frank R. Ball, Jr. Trust dated
April 27, 1994
2011 Highland Park Circle
Fort Worth, TX 76107
Telephone: (817) 763-0412
E-mail: frankball27@gmail.com

2093577.1

BALL
2011 HIGHLAND PARK CR.
FORT WORTH TX 76107

PRO SE

RECEIVED
SDNY PRO SE OFFICE
2013 JAN -4 P 3:16   1/4/13

NORTH TEXAS T[...]
DALLAS TX 7[...]
28 DEC 2012 PM 5 L



USM[...]
SDNY

Clerk of the Court
US District Court
Southern District of New York
500 Pearl St.
New York, New York
10007-1312

10007133099

BAWL
1285 N. GULFSHORE DR
NAPLES FL 34102

FT MYERS FL 339
09 APR 2013 PM 6 L



RECEIVED
SDNY PRO SE OFFICE
2013 APR 15 A 11:11
SE
4/15/13

USM 1.23
SDNY

Clerk,
United States District Court
Southern Distr. of New York
U.S Courthouse 500 Pearl ST
NEW YORK
N.Y 10007

10007X1315