UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>       Defendants. | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br>       Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMMONS, et al.,<br>       Defendants. | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant The Prudential Insurance Company of America, incorrectly named as "Prudential Non-Qualified Benefits Funding (TOLI)" in the above-captioned cases.  This appearance is without prejudice to any defenses or positions that The Prudential Insurance Company of America may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone:  (860) 240-2700
> Fax:  (860) 240-2800
> Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
       April 16, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Attorneys for Defendant The Prudential Insurance Company of America, incorrectly named as "Prudential Non-Qualified Benefits Funding (TOLI)"*