UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>Defendants. | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br>    Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMMONS, et al.,<br>    Defendants. | Case No. 1:12-cv-02652-RJS |

------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant The Prudential Insurance Company of America, incorrectly named as "Prudential Non-Qualified Benefits Funding (TOLI)" hereby makes the following disclosures:

The Prudential Insurance Company of America is an indirect, wholly-owned subsidiary of Prudential Financial, Inc., a publicly traded corporation, which owns 10% or more of the stock of The Prudential Insurance Company of America.  No other publicly-held corporation has a financial interest in the outcome of the matter.

A/75408055.1

Dated:  Hartford, Connecticut
         April 16, 2013

                                              **BINGHAM McCUTCHEN LLP**

                                              <u>/s/ Michael C. D'Agostino</u>
                                              Michael C. D'Agostino (MD0304)
                                              BINGHAM McCUTCHEN LLP
                                              One State Street
                                              Hartford, CT 06103
                                              Phone:  (860) 240-2700
                                              Fax:  (860) 240-2800
                                              Email: michael.dagostino@bingham.com

                                              *Attorneys for Defendant The Prudential Insurance Company of America, incorrectly named as "Prudential Non-Qualified Benefits Funding (TOLI)"*