UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE: TRIBUNE LITIGATION

Deutsche Bank Trust Co., et al    Plaintiff,

11 MD 2296   RJS
12 cv 0064 (WFP)

-against-

Ohlson Enterprises, et al

**ORDER FOR ADMISSION PRO HAC VICE**

Defendant.

The motion of __Jonathan M. Boulahanis__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois and Washington, D.C.__; and that his/her contact information is as follows (please print):

Applicant's Name: __Jonathan M. Boulahanis__

Firm Name: __Clark Hill PLC__

Address: __150 N. Michigan Avenue, Suite 2700__

City / State / Zip: __Chicago, IL 60601__

Telephone / Fax: __(312) 985-5930; (312) 985-5979__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __MARY SUE GATZERT TRUST DATED 9-29-95__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __4/18/13__

United States District ~~Magistrate~~ Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
              4-18-13