UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION

Docket No. 1:11-MD-02296 (~~WHP~~) RJS

**ORDER FOR ADMISSION
OF CHARLES MIKELL HART, ESQ.
PRO HAC VICE**

The motion of Charles Mikell Hart for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Charles M. Hart, Esq.
DUANE MORRIS LLP
1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003
Telephone: (856) 874-4275
Facsimile: (215) 405-2548
CHart@duanemorris.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13
```

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Commonwealth of Pennsylvania Tuition Account Program Fund, Commonwealth of Pennsylvania Public School Employees' Retirement System, and Pennsylvania Municipal Retirement System in the above entitled action;

Dated: **4/18/13**

_____
United States District ~~Magistrate~~ Judge

- 3 -

DM1\3648494.1