UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 11-MD-2296 (~~WHP~~) **RJS** |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>PLAINTIFFS,<br><br>-against-<br><br>OHLSON ENTERPRISES, et al. | No. 1:12-cv-00064 (~~WHP~~) **RJS**<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4-18-13 |

The motion of Kenneth L. Schmetterer, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Applicant's Name:   Kenneth L. Schmetterer

Firm Name:   DLA Piper LLP (US)

Address:   203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

Telephone/Fax:   312-368-2176 / 312-630-6350

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Draper and Kramer, Inc. (identified in the Third Amended Complaint as "Draper and Kramer a/k/a DK Equity") in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/18/13

_____
Honorable Judge Presiding

EAST\55350710.1