UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-13

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br><br>11 MD 2296 (~~WHP~~) RJS<br>12 CV 2652 (~~WHP~~) RJS |
| This Document Relates To:<br><br>11-MD-2296 (WHP)<br>12-CV-2652 (WHP) | [~~PROPOSED~~] ORDER |

This **18th** day of **April** 2013,

This Court, having considered the motion, pursuant to Local Rule 1.4, for Douglas A. Sondgeroth to withdraw as counsel for Samuel Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., Sam Investment Trust in the above referenced actions,

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Douglas A. Sondgeroth is granted leave to withdraw from his representation of Samuel Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., Sam Investment Trust in these actions and that such withdrawal is effective immediately.

_____
Hon. Richard J. Sullivan
United States District Judge