UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,
                    Plaintiffs,

v.

PETER W. KING, et al.,
                    Defendants.

------------------------------------ x

Case No. 11-md-02296-~~WHP~~ RJS

Case No. 1:11-cv-09410-~~WHP~~ RJS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to paragraph 14 of Master Case Order No. 1 issued in Case No. 11-md-02296-WHP, Michael C. D'Agostino of Bingham McCutchen LLP, a member of the bar of this Court, hereby moves for an order permitting him to substitute as counsel for Defendant Ruth McCormick Tankersley ("Ms. Tankersley"). John N. Helenbolt of Duffield Adamson & Helenbolt PC hereby withdraws as counsel of record for Ms. Tankersley. This substitution of counsel is without prejudice to any defenses or positions that Ms. Tankersley may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

A 75251435.2

Upon granting of this motion, the undersigned respectfully requests that copies of all

notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone: (860) 240-2700
> Fax: (860) 240-2800
> Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
        December 6, 2012

Respectfully submitted,


__/s/ John N. Helenbolt_____          _____/s/ Michael C. D'Agostino_____
John N. Helenbolt                               Michael C. D'Agostino (MD0304)
Duffield Adamson & Helenbolt PC                 BINGHAM McCUTCHEN LLP
3430 E Sunrise Dr., Ste. 200                    One State Street
Tucson, AZ 85718-3236                           Hartford, CT 06103
520-792-1181                                    Phone: (860) 240-2700
Fax: 520-792-2859                               Fax: (860) 240-2800
Email: jhelenbolt@duffieldlaw.com               Email: michael.dagostino@bingham.com


A/75251435.2                        2

## ORDER

The foregoing motion to substitute counsel is hereby approved and so ORDERED.

Date: **4/18/13**

Hon. ~~William H. Pauley III~~, U.S.D.J.
Richard J. Sullivan