UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

-------------------------------------------------

This Document Relates To:

*Deutsche Bank Trust Company Americas, et al. v. Waterman Broadcasting Investment Corporation, et al.*,
Case No. 1:11 CV 22007

-----------------------------------------------------------X

MEMO ENDORSED

Consolidated Multidistrict Action

Docket No. 11-MD-2296 (~~WHP~~) RJS

ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-13

## MOTION TO WITHDRAW AS COUNSEL

Jeffrey H. Bergman, of Ungaretti & Harris LLP, moves to withdraw as counsel of record for Jerome Blank, individually and as trustee of the Jerome Blank Declaration of Trust in the above-captioned matter. In support of his motion, Mr. Bergman states as follows:

1. On July 26, 2011, Mr. Bergman appeared on behalf of Jerome Blank, individually and as trustee of the Jerome Blank Declaration of Trust in the above-captioned action to serve as counsel.

2. Jerome Blank has determined that he no longer wishes to be represented by Mr. Bergman in this action and will either proceed as a pro se defendant or obtain substitute counsel.

3. This withdrawal will neither delay these proceedings nor be inequitable to any party.

4813-0750-7729.2

WHEREFORE, Jeffrey H. Bergman respectfully requests the court to grant his motion to withdraw as counsel for Defendant Jerome Blank, individually and as trustee of the Jerome Blank Declaration of Trust.

Dated: November 7, 2012            Respectfully submitted,

**UNGARETTI & HARRIS LLP**

By:   s/ Jeffrey H. Bergman
      Jeffrey H. Bergman, Esquire
      jhbergman@uhlaw.com
      3500 Three First National Plaza
      70 W. Madison Street, Suite 3500
      Chicago, IL 60602
      (312) 977-4400

SO ORDERED
Dated: 4/18/13
RICHARD J. SULLIVAN
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2012, a true and correct copy of the Motion to Withdraw as Counsel was served by electronic means via the CM/ECF to those registered with the CM/ECF.

By:   s/ Jeffrey H. Bergman
      Jeffrey H. Bergman, Esquire

4813-0750-7729.2