UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
IN RE: TRIBUNE COMPANY                                  :    Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE                                   :
LITIGATION                                              :
                                                        :                        RJS
                                                        :    Docket No. 11-MD-2296 (~~WHP~~)
                                                        :
                                                        :    ECF CASE
                                                        :
--------------------------------------------------------
                                                        :
This Document Relates To:                               :
                                                        :
                                                        :
*Deutsche Bank Trust Company Americas, et*              :
*al. v. Ohlson Enterprises, et al.*                     :
Case No. 11 CV 3754                                     :
--------------------------------------------------------X

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13

## MOTION TO WITHDRAW AS COUNSEL

Jeffrey H. Bergman, of Ungaretti & Harris LLP, moves to withdraw as counsel of record for Kenneth R. Posner and Arlene L. Posner in the above-captioned matter. In support of his motion, Mr. Bergman states as follows:

1. On July 25, 2011, Mr. Bergman appeared on behalf of Kenneth R. Posner and Arlene L. Posner in the above-captioned action to serve as counsel.

2. Defendants have determined that they no longer wish to be represented by Mr. Bergman in this action and will either proceed as pro se defendants or obtain substitute counsel.

3. This withdrawal will neither delay these proceedings nor be inequitable to any party.

4813-0750-7729 2

WHEREFORE, Jeffrey H. Bergman respectfully requests the court to grant his motion to withdraw as counsel for Defendants Kenneth R. Posner and Arlene L. Posner.

Dated: November 7, 2012

Respectfully submitted,

**UNGARETTI & HARRIS LLP**

By: s/ Jeffrey H. Bergman
Jeffrey H. Bergman, Esquire
jhbergman@uhlaw.com
3500 Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400

SO ORDERED
Dated: 4/18/13
RICHARD J. SULLIVAN
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2012, a true and correct copy of the Motion to Withdraw as Counsel was served by electronic means via the CM/ECF to those registered with the CM/ECF.

By: s/ Jeffrey H. Bergman
Jeffrey H. Bergman, Esquire

4813-0750-7729.2