UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
IN RE: TRIBUNE COMPANY                                    :    Consolidated Multidistrict Action
FRAUDULENT CONVEYANCE                                     :
LITIGATION                                                :                             RJS
                                                          :    Docket No. 11-MD-2296 (~~WHP~~)
                                                          :
                                                          :    ECF CASE
----------------------------------------------------   :
                                                          :
This Document Relates To:                                 :
                                                          :
                                                          :
*Deutsche Bank Trust Company Americas, et*                :
*al. v. First Republic Bank, et al.*                      :
Case No. 11 CV 2634                                       :
----------------------------------------------------------X

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13

## MOTION TO WITHDRAW AS COUNSEL

Jeffrey H. Bergman, of Ungaretti & Harris LLP, moves to withdraw as counsel of record for Kevin Stone in the above-captioned matter. In support of his motion, Mr. Bergman states as follows:

1. On July 20, 2011, Mr. Bergman appeared on behalf of Kevin Stone in the above-captioned action to serve as counsel.

2. Kevin Stone has determined that he no longer wishes to be represented by Mr. Bergman in this action and will either proceed as a pro se defendant or obtain substitute counsel.

3. This withdrawal will neither delay these proceedings nor be inequitable to any party.

4813-0750-7729.2

WHEREFORE, Jeffrey H. Bergman respectfully requests the court to grant his motion to withdraw as counsel for Defendant Kevin Stone.

Dated: November 7, 2012          Respectfully submitted,

**UNGARETTI & HARRIS LLP**

By:  s/ Jeffrey H. Bergman
Jeffrey H. Bergman, Esquire
jhbergman@uhlaw.com
3500 Three First National Plaza
70 W. Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4400

SO ORDERED
Dated: 4/18/13
RICHARD J. SULLIVAN
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2012, a true and correct copy of the Motion to Withdraw as Counsel was served by electronic means via the CM/ECF to those registered with the CM/ECF.

By:  s/ Jeffrey H. Bergman
Jeffrey H. Bergman, Esquire

4813-0750-7729.2