MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRADULENT CONVEYANCE LITIGATION ) ) ) | Consolidated Multidistrict Action Docket No. 11-MD-2296 (~~WHP~~) RJS |
| DEUTSCHE BANK TRUST COMPANY, et al., ) ) | Case No. 1:12-CV-00064 (~~WHP~~) RJS |
| Plaintiff, ) ) | MOTION TO WITHDRAW AS COUNSEL |
| v. ) ) | |
| RICHARD MORABITO, et al., ) ) | |
| Defendant. ) | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-13

**MOTION TO WITHDRAW AS COUNSEL**

Ariel Weissberg of Weissberg and Associates, Ltd. ("Weissberg") hereby moves this Court for leave to withdraw as counsel for Defendant the Estate of Richard Morabito. In support of this motion, Weissberg states as follows:

1.   On August 1, 2011, Weissberg appeared on behalf of Richard Morabito in the above-captioned case to serve as counsel.

2.   Richard Morabito passed away on August 23, 2012.

3.   Weissberg filed a Suggestion of Death Upon the Record on September 20, 2012 to inform the Court of Mr. Morabito's death.

4.   Since Mr. Morabito's death, Weissberg is not retained to be counsel for the Estate of Richard Morabito and Weissberg is without authority to act for the Estate (the "Estate").

5.   Presently, there is no pending probate estate opened in any court of competent jurisdiction to administer the Estate and no representative of the Estate is designated.

6.   Under these circumstances, Weissberg cannot continue to effectively represent the

decedent.

7.     As such, Weissberg is asking this Court to allow him to withdraw as counsel for Richard Morabito, decedent.

8.     This withdrawal will neither delay these proceedings nor be inequitable to any party.

WHEREFORE, Ariel Weissberg respectfully requests this Court enter an order granting him leave to withdraw as counsel for Defendant, Richard Morabito; and for such other and further relief as the Court deems just and necessary.

Dated: December 19, 2012               **ARIEL WEISSBERG**, Movant

                                        By:     /s/: Ariel Weissberg

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. 312-663-0004
F. 312-663-1514

SO ORDERED
Dated: 4/18/13
RICHARD J. SULLIVAN
U.S.D.J.

## CERTIFICATE OF SERVICE

I certify that on December 19, 2012, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served on all parties or their counsel of record through the CM/ECF system.

                    /s/ Ariel Weissberg
                    Ariel Weissberg