UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-RJS ~~WHP~~ |
| THIS DOCUMENT RELATES TO: | Case No. 1:12-cv-02652-RJS ~~WHP~~ |
| The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, Plaintiff, v. Dennis J. Fitzsimmons, et al., Defendants. | |
| Deutsche Bank Trust Company Americas, in its Capacity as successor indenture trustee for certain series of Senior Notes, et al., Plaintiffs, v. Ohlson Enterprises, et al., Defendants. | Case No. 1:12-cv-00064-RJS ~~WHP~~ |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-13

## ORDER FOR ADMISSION *PRO HAC VICE* OF ANTONIO DEBLASIO

The motion of Antonio DeBlasio for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Antonio DeBlasio |
| Firm Name: | DeBlasio & Donnell LLC |
| Address: | 2001 Midwest Road, Suite 100 |
| City / State / Zip: | Oak Brook, Illinois 60523 |
| Email Address: | deblasio@dd-lawfirm.com |
| Telephone: | (630) 560-1123 |
| Facsimile: | (630) 560-1144 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for John Mullooly, in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned cases in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: Apr. 18, 2013

United States District ~~Magistrate~~ Judge