UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

THIS DOCUMENT RELATES TO:
DEUTSCHE BANK TRUST COMPANY
AMERICA, et al.,
          Plaintiffs,

v.

SOWOOD ALPHA FUND, L.P. et al.,
          Defendants.

Consolidated Multidistrict Litigation

No. 11 MD 2296 (RJS)
No. 12 MC 2296 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-13

No. 11 Civ. 9586

ORDER

RICHARD J. SULLIVAN, District Judge; et al

    On January 25, 2013, counsel for United Defense, L.P. ("United"), a Defendant in this matter, filed a motion for leave to withdraw as counsel of record for United (Doc. No. 2242). Because United is not an individual, it cannot proceed *pro se*. Accordingly, IT IS HEREBY ORDERED THAT the motion to withdraw is DENIED without prejudice to renewal upon United's retention of new counsel.

SO ORDERED.

Dated:    April 19, 2013
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE