UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (RJS) |
| This Document Relates to<br><br>*Niese et al v. AllianceBernstein L.P. et al.* | 12-CV-04538 (RJS) |

<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Reader's Digest Association Inc. Retirement Plan, by and through its undersigned attorneys, states that it does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
April 24, 2013

ROTTENBERG LIPMAN RICH, P.C.

By:_____
Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Defendant*
*The Reader's Digest Association Inc.*
*Retirement Plan*