UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (RJS) |
| This Document Relates to<br><br>*Deutsche Bank Trust Company Americas, et al. v. Blackrock Institutional Trust Company, N.A., et al.* | 11-CV-09319 (RJS) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Stichting Pensioenfonds Campina, by and through its undersigned attorneys, states that it does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
     April 24, 2013

ROTTENBERG LIPMAN RICH, P.C.

By: _____
     Richard E. Rosberger
     369 Lexington Avenue, 16th Floor
     New York, New York 10017
     rrosberger@rlrpclaw.com
     (212) 661-3080
     *Attorneys for Defendant*
     *Stichting Pensioenfonds Campina*