UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL INDIVIDUAL CREDITORS ACTIONS, AS DEFINED IN MASTER CASE ORDER NO. 3 [ECF NO. 1395] | |

NOTICE OF SUBMISSION OF LETTER

Pursuant to paragraph 47 of Master Case Order No. 3 [ECF No. 1395], please take notice that on April 24, 2013, the undersigned submitted the attached letter to the Court in the above-captioned matter.

Dated: New York, New York
April 24, 2013

**Wilmer Cutler Pickering Hale and Dorr LLP**

By:   /s/ Philip D. Anker
Philip D. Anker
philip.anker@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*On behalf of the Defendants' Executive Committee and Defendants' Liaison Counsel*