UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : | Case No. 11-md-02296-RJS |
| : | |
| MARC S. KIRSCHNER, as Litigation Trustee for : the Tribune Litigation Trust, : | Case No. 1:12-cv-02652-RJS |
| Plaintiff, : | |
| v. : | |
| : | |
| DENNIS J. FITZSIMMONS, et al., : Defendants. : | |
| : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendants Advanced Series Trust (f/k/a American Skandia Trust).

This appearance is without prejudice to any defenses or positions that Advanced Series Trust (f/k/a American Skandia Trust) may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Michael C. D'Agostino
> BINGHAM McCUTCHEN LLP
> One State Street
> Hartford, CT 06103
> Phone: (860) 240-2700
> Fax: (860) 240-2800
> Email: michael.dagostino@bingham.com

A/75025340.1

Dated:  Hartford, Connecticut
             April 25, 2013

                              **BINGHAM McCUTCHEN LLP**

                              <u>/s/ Michael C. D'Agostino</u>
                              Michael C. D'Agostino (MD0304)
                              BINGHAM McCUTCHEN LLP
                              One State Street
                              Hartford, CT 06103
                              Phone:  (860) 240-2700
                              Fax:  (860) 240-2800
                              Email: michael.dagostino@bingham.com

                              *Attorneys for Defendant Advanced Series*
                              *Trust (f/k/a American Skandia Trust)*