UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : : : | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,       Plaintiff, v. DENNIS J. FITZSIMMONS, et al.,       Defendants. | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Advanced Series Trust (f/k/a American Skandia Trust) hereby makes the following disclosures:

Advanced Series Trust (f/k/a American Skandia Trust) is an open-ended management investment company, organized as a Massachusetts business trust. No publicly-held corporation owns 10% or more of the beneficial interests of Advanced Series Trust (f/k/a American Skandia Trust). No publicly-held corporation has a financial interest in the outcome of the matter.

Dated:  Hartford, Connecticut
        April 25, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

A/75025662.2