UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, Plaintiff, v. DENNIS J. FITZSIMMONS, et al., Defendants. | Case No. 1:12-cv-02652-RJS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **APPEARANCE**

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for Defendant Advanced Series Trust - AST QMA US Equity Alpha Portfolio, as successor in interest to AST AllianceBernstein Managed Index 500 Portfolio, incorrectly named as "AST AllianceBernstein Managed."

This appearance is without prejudice to any defenses or positions that Advanced Series Trust - AST QMA US Equity Alpha Portfolio may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

A/75496532.2

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Michael C. D'Agostino
>BINGHAM McCUTCHEN LLP
>One State Street
>Hartford, CT 06103
>Phone:  (860) 240-2700
>Fax:  (860) 240-2800
>Email: michael.dagostino@bingham.com

Dated:  Hartford, Connecticut
        April 25, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Counsel for Advanced Series Trust - AST QMA US Equity Alpha Portfolio, as successor in interest to AST AllianceBernstein Managed Index 500 Portfolio, incorrectly named as "AST AllianceBernstein Managed"*