UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION : | Case No. 11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, : Plaintiff, : v. : DENNIS J. FITZSIMMONS, et al., : Defendants. : | Case No. 1:12-cv-02652-RJS |

------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. P. 7.1 and Local Civil Rule 7.1.1, Defendant Advanced Series Trust - AST QMA US Equity Alpha Portfolio, as successor in interest to AST AllianceBernstein Managed Index 500 Portfolio, incorrectly named as "AST AllianceBernstein Managed," hereby makes the following disclosures:

Advanced Series Trust - AST QMA US Equity Alpha Portfolio is one of a series of funds offered under the Advanced Series Trust (f/k/a American Skandia Trust), an open-ended management investment company, organized as a Massachusetts business trust. No publicly traded company holds 10% or more of the beneficial interests in Advanced Series Trust - AST QMA US Equity Alpha Portfolio. No publicly-held corporation has a financial interest in the outcome of the matter.

A/75496559.1

Dated: Hartford, Connecticut
April 25, 2013

                                        **BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2800
Email: michael.dagostino@bingham.com

*Counsel for Advanced Series Trust - AST QMA US Equity Alpha Portfolio, as successor in interest to AST AllianceBernstein Managed Index 500 Portfolio, incorrectly named as "AST AllianceBernstein Managed"*