UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : | Case No. 11-md-02296-RJS |
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : | |
|  | : | |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, | : | Case No. 1:12-cv-02652-RJS |
| Plaintiff, | : | |
| v. | : | |
|  | : | |
| DENNIS J. FITZSIMMONS, et al., | : | |
| Defendants. | : | |
|  | : | |
|  | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby appears as counsel for ING Corporate Leaders 100 Fund, successor by merger to ING Index Plus Largecap Equity Fund IV, incorrectly named as "ING Index Plus Largecap EQ FD V1 f/k/a ING Principal Protec FD 1V," and also incorrectly named as "ING Index Plus Largecap Equity n/k/a Indexplus Large Cap Fund."

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

Michael C. D'Agostino
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

A/75496057.1

Dated:  Hartford, Connecticut
      April 25, 2013

**BINGHAM McCUTCHEN LLP**

/s/ Michael C. D'Agostino
Michael C. D'Agostino (MD0304)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
Phone:  (860) 240-2700
Fax:  (860) 240-2800
Email: michael.dagostino@bingham.com

*Counsel for ING Corporate Leaders 100
Fund, successor by merger to ING Index
Plus Largecap Equity Fund IV, incorrectly
named as "ING Index Plus Largecap EQ
FD V1 f/k/a ING Principal Protec FD 1V,"
and also incorrectly named as "ING Index
Plus Largecap Equity n/k/a Indexplus Large
Cap Fund"*