UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-WHP |
| THIS DOCUMENT RELATES TO:<br><br>The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company,<br><br>       Plaintiff,<br><br>v.<br><br>Dennis J. Fitzsimmons, et al.,<br>       Defendants. | Case No. 1:12-cv-02652-WHP |
| Deutsche Bank Trust Company Americas, in its Capacity as successor indenture trustee for certain series of Senior Notes, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>Ohlson Enterprises, et al.,<br><br>       Defendants. | Case No. 1:12-cv-00064-WHP |

**NOTICE OF APPEARANCE OF ANTONIO DEBLASIO
<u>ON BEHALF OF DEFENDANT JOHN MULLOOLY</u>**

  PLEASE TAKE NOTICE that, pursuant to Master Case Order No. 3, the undersigned hereby enters his appearance on behalf of John Mullooly in the above-captioned actions.

Date: April 26, 2013                                        Respectfully submitted,

                                                   /s/ Antonio DeBlasio
Antonio DeBlasio (IL Bar# 6224762)
DeBlasio & Donnell LLC
2001 Midwest Road, Suite 100
Oak Brook, Illinois  60523
Tel. 630-560-1123
Fax: 630-560-1144
Email Address: deblasio@dd-lawfirm.com
Attorney for Defendant, John Mullooly

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                   /s/ Antonio DeBlasio