UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>11-MD-2296 (RJS) |
| This Document Relates to<br><br>*Deutsche Bank Trust Company Americas, et al. v. Alliance Capital Management LLC, et al.*<br><br>*Niese et al. v. A.G. Edwards Inc., et al.* | 11-CV-09595 (RJS)<br><br><br><br>12-CV-00551 (RJS) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Nuclear Electric Insurance Limited, by and through its undersigned attorneys, states that it does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
April 26, 2013

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Defendant*
*Nuclear Electric Insurance Limited*