UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

-------------------------------------------------------x

Consolidated Multidistrict Litigation

Case No. 11-MD-2296 (RJS)
1:11-cv-04784

**REQUEST FOR LEAVE BY SUHANA S. HAN TO WITHDRAW AS COUNSEL OF RECORD FOR TOWERVIEW LLC**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Suhana S. Han, of the law firm of Sullivan & Cromwell LLP, who entered a notice of appearance as counsel on behalf of defendant TowerView LLC in the action entitled *Deutsche Bank Trust Company Americas* v. *Adaly Opportunity Fund TD Securities Inc. C/O Adaly,* 1:11-cv-04784, which has been consolidated with other cases in the above-captioned matter, hereby requests leave to withdraw as counsel of record.

-2-

PLEASE TAKE FURTHER NOTICE that Suhana S. Han hereby requests removal from the cm/ecf notification system as well as all other means of written or electronic notification lists.

This request for leave is supported by a declaration.

Dated: New York, New York
       April 29, 2013

By:  /s/ Suhana S. Han
     Suhana S. Han
     SULLIVAN & CROMWELL LLP
     125 Broad Street
     New York, New York  10004
     Hans@sullcrom.com
     Telephone:  (212) 558-4000
     Facsimile:   (212) 558-3533

     *Counsel for Defendant TowerView LLC*