UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

|  | |
|---|---|
| | Consolidated Multidstrict Litigation |
| | Case No. 11-MD-2296 (RJS) |
| |       1:11-cv-04784 |
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | **DECLARATION OF SUHANA S. HAN IN SUPPORT OF HER REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR TOWERVIEW LLC** |

-------------------------------------------------x

      I, SUHANA S. HAN, hereby declare:

    1.     I am a member of the bar of this Court and of Sullivan & Cromwell LLP, counsel of record to TowerView LLC ("TowerView"), which is a defendant and member of the putative defendant class or classes in the above-captioned multi-district action.  I submit this declaration based on my personal knowledge in support of my request for leave to withdraw as counsel for TowerView.

    2.     Based on TowerView's understanding of the merits of the claims and the amount of damages alleged against it, TowerView believes that it is not in its best interest to continue to incur legal fees in connection with the defense of this action and no longer wishes to retain Sullivan & Cromwell LLP.

    3.     Accordingly, TowerView consents to my withdrawal as counsel in the above-captioned action.

    4.     No retaining or charging lien is being sought.

5.      I have caused copies of the Request for Leave to Withdraw as Counsel of Record to TowerView, a copy of this declaration, and the [Proposed] Order granting my request to withdraw as counsel of record to be served on TowerView by first-class mail and on counsel of record in this action by ECF.

Dated:  New York, New York
       April 29, 2013

By:  /s/ Suhana S. Han                 
     Suhana S. Han
     SULLIVAN & CROMWELL LLP
     125 Broad Street
     New York, New York  10004
     Hans@sullcrom.com
     Telephone:  (212) 558-4000
     Facsimile:  (212) 558-3533

     *Counsel for Defendant TowerView LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

-------------------------------------------------------x

Consolidated Multidistrict Litigation

Case No. 11-MD-2296 (RJS)
        1:11-cv-04784

**[PROPOSED] ORDER GRANTING
SUHANA S. HAN'S REQUEST TO
WITHDRAW AS COUNSEL OF
RECORD FOR TOWERVIEW LLC**

This Court has reviewed and considered Suhana S. Han's request for leave to withdraw as counsel of record for defendant TowerView LLC, and the declaration in support thereof.  Upon the papers filed and for good cause and satisfactory reasons shown, it is hereby ordered that:

    1.    SUHANA S. HAN shall no longer be counsel of record for defendant TowerView LLC; and

    2.    SUHANA S. HAN shall be removed from the cm/ecf notification system as well as all other means of written or electronic notification lists.

Dated:  May ____, 2013        SO ORDERED.

By: _____
        Richard J. Sullivan
        United States District Judge