UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

-------------------------------------------------------x

Consolidated Multidistrict Litigation

Case No. 11-MD-2296 (RJS)
       1:11-cv-04784

**REQUEST FOR LEAVE BY
STEPHANIE G. WHEELER TO
WITHDRAW AS COUNSEL OF
RECORD FOR TOWERVIEW LLC**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4,

Stephanie G. Wheeler, of the law firm of Sullivan & Cromwell LLP, who entered a

notice of appearance as counsel on behalf of defendant TowerView LLC in the action

entitled *Deutsche Bank Trust Company Americas* v. *Adaly Opportunity Fund TD*

*Securities Inc. C/O Adaly,* 1:11-cv-04784, which has been consolidated with other cases

in the above-captioned matter, hereby requests leave to withdraw as counsel of record.

PLEASE TAKE FURTHER NOTICE that Stephanie G. Wheeler hereby requests removal from the cm/ecf notification system as well as all other means of written or electronic notification lists.

This request for leave is supported by a declaration.


Dated: New York, New York
      April 29, 2013

By: /s/ Stephanie G. Wheeler
     Stephanie G. Wheeler
     SULLIVAN & CROMWELL LLP
     125 Broad Street
     New York, New York  10004
     Wheelers@sullcrom.com
     Telephone:  (212) 558-4000
     Facsimile:  (212) 558-3533

     *Counsel for Defendant TowerView LLC*