USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In re:

TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

------------------------------------------------------------ X

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.
          Plaintiffs,

v.

1994 ALICIA P. GUGGENHEIM, et al.

          Defendants.

------------------------------------------------------------ X

Case No. 11-md-02296-~~WHP~~ RJS
Consolidated Multidistrict Action

Case No. 12-cv-00065-WHP

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The Defendants listed below, Goldberg Kohn Ltd. ("Goldberg Kohn") and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

WHEREFORE, Goldberg Kohn is the current counsel of record for the following defendants:

- Diamond Consolidated L.P.;
- John B. Diamond, As Trustee of the John B. Diamond Declaration of Trust Dated April 15, 2010;
- Marilyn R. Diamond, As Trustee of the Marilyn R. Diamond Trust Dated November 11, 1988;
- Terry Diamond, as Beneficiary of the Terry Diamond IRA;
- Terry Diamond, As Trustee of the U/W of Sol Diamond Dated December 4, 1972;
- Muriel Diamond, As Trustee of the U/W of Sol Diamond Dated December 4, 1972;
- Terry Diamond, As Trustee of the Terry D. Diamond Trust Dated May 7, 1986;
- John B. Diamond Declaration of Trust Dated April 15, 2010;
- Marilyn R. Trust Dated November 11, 1988;
- The Terry D. Diamond Trust Dated May 7, 1986;

- The Diamond Family Foundation; and
- Trust U/W of Sol Diamond Dated December 4, 1972

(collectively, "Defendants").

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, Goldberg Kohn does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1. Katten hereby enters its appearance as counsel for Defendants.

2. Goldberg Kohn hereby withdraws as counsel for Defendants.

3. All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

[SIGNATURES ON FOLLOWING PAGE]

**STIPULATED AND AGREED:**

Dated: March __, 2013

KATTEN MUCHIN ROSENMAN LLP

By: *David C. Bohan*
David C. Bohan
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
David.Bohan@kattenlaw.com
Paige.Barr@kattenlaw.com

GOLDBERG KOHN LTD.

By: *[signature]*
Kenneth Steven Ulrich
Goldberg Kohn Ltd.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000
(312) 863-7467 (Facsimile)
Kenneth.Ulrich@goldbergkohn.com

**SO ORDERED:**

*[signature]*
U.S.D.J.
4/26/13