UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-13
```

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

Consolidated Multidistrict Litigation

No. 11 MD 2296 (RJS)
No. 12 MC 2296 (RJS)

THIS DOCUMENT RELATES TO:
ALL MATTERS

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED THAT the oral argument scheduled for May 24, 2013 shall take place on May 23, 2013 at 3:00 p.m.

SO ORDERED.

Dated:   May 1, 2013
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE