UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-13

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

Consolidated Multidistrict Litigation

No. 11 MD 2296 (RJS)

-----------------------------------------------------------

THIS DOCUMENT RELATES TO:
DEUTSCHE BANK TRUST COMPANY
AMERICAS, *et al.*,
                      Plaintiffs,

v.

ADALY OPPORTUNITY FUND TD
SECURITIES INC. C/O ADALY
INVESTMENT MANAGEMENT CO., *et al.*,
                      Defendants.

No. 11 Civ. 4784

ORDER

RICHARD J. SULLIVAN, District Judge: et al

      On April 30, 2013, counsel for TowerView LLC ("TowerView"), a Defendant in this matter, filed a motion for leave to withdraw as counsel of record for United (Doc. Nos. 2485 & 2487). Because TowerView is not an individual, it cannot proceed *pro se*. Accordingly, IT IS HEREBY ORDERED THAT the motion to withdraw is DENIED without prejudice to renewal upon TowerView's retention of new counsel. The Clerk of the Court is respectfully directed to terminate the motions pending at Doc. Nos. 2485 and 2487.

SO ORDERED.

Dated:      May 16, 2013
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE