**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) ) ) ) Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>*Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, et al.*, 12 CV 2652 (RJS)<br><br>*Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Citigroup Global Markets Inc.*, 12 CV 6055 (RJS) | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SUBMISSION OF LETTER**

Pursuant to paragraph 47 of Master Case Order No. 3 (Sept. 7, 2012) [Docket No. 1395], please take notice that the undersigned submitted the attached letter to the Court in the above-captioned actions.

Dated: May 17, 2013

Respectfully Submitted,

By:   /s/ Michael L. Waldman

Michael L. Waldman
Robbins, Russell, Englert, Orseck,
   Untereiner & Sauber LLP
1801 K Street, NW, Suite 411L
Washington, DC  20006
Telephone: (202) 775-4500
Facsimile:  (202) 775-4510
Email: mwaldman@robbinsrussell.com

Plaintiff's Liaison Counsel in *Kirschner v. FitzSimons*, 12 CV 2652