USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE
LITIGATION

Consolidated Multidistrict Litigation

No. 11 MD 2296 (RJS)
No. 12 MC 2296 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Litigation Trustee's letter, dated May 17, 2013, seeking leave to file a motion to amend the Fourth Amended Complaint in the *FitzSimons* Action and the original Complaint in the *Citigroup* Action. The request is GRANTED.

Accordingly, IT IS HEREBY ORDERED THAT the Litigation Trustee shall file its motion no later than June 4, 2013. IT IS FURTHER ORDERED THAT liaison counsel for Defendants in the Committee Actions shall inform the numerous individual Defendants of the motion to amend and, if any Defendants wish to oppose the motion to amend, liaison counsel shall coordinate and file a response by July 19, 2013. IF IS FURTHER ORDERED THAT the briefs in support of and in opposition to the motion shall not exceed ten pages, and if liaison counsel for Defendants determine that a single consolidated brief will not adequately convey disparate rationale for opposing the proposed amendment, they shall seek leave of the Court to file additional consolidated briefs.

SO ORDERED.

Dated:   May 28, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE