USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-14

Case 1:11-md-02296-RJS   Document 3580   Filed 01/13/14   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST,<br>         *Plaintiff,*<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.,*<br>         *Defendants.* | 12 CV 02652 (RJS)<br><br>**MEMO ENDORSED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby dismisses this action without prejudice solely against defendant William G. Rupp, who has neither moved nor answered.

Dated: December 18, 2013
New York, NY

Respectfully submitted,

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.
1/13/14

David Zensky, Esq.
Mitchell P. Hurley, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for Plaintiff*

105750340 v1