UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x Consolidated
IN RE : TRIBUNE COMPANY FRAUDULENT            Multidistrict Action
CONVEYANCE LITIGATION.
---------------------------------------------------------------x No. 1:11-MD-2296 (RJS)
                                                                                   No. 1:12-MD-2296 (RJS)
---------------------------------------------------------------x

*Mark S. Kirshner, as Litigation Trustee for the*
*TRIBUNE LITIGATION TRUST,*

                              *Plaintiff,*          No. 1-12-cv-2652 (RJS)

    *-against-*

*Dennis J. Fitzsimmons, et al.,*

                      *Defendants.*

*Kirschner v. Citigroup Global Markets, Inc.*
---------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**
For "Shareholder Defendant" OGDEN CAP ASSOCIATES, LLC.

    Please take notice that Shareholder Defendant OGDEN CAP ASSOCIATES, LLC is a private company owned by its members. No publically held corporation owns 10% or more of the named defendant.

Dated:  February 14, 2014

                                                    Yours, etc.,

                                                    _____
                                                    Lawrence B. Goldberg, Esq.
                                                    LAWRENCE B. GOLDBERG, P.C.
                                                    *Attorney for Ogden Cap Associates, LLC*
                                                    220 Fifth Avenue
                                                    Thirteenth Floor
                                                    New York, NY 10001
                                                    212-252-8300
                                                    lbg@lbgesq.com