# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY<br>FRAUDULENT CONVEYANCE LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Consolidated Multidistrict Action<br><br>11-MD-2296(RJS)<br>12-CV-2652 (RJS)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** of the appearance of Ryan P. Nowlin and the law firm of Schneider, Smeltz, Ranney & LaFond PLL as counsel for the Robert R. Cull Trust U/A 1/14/98 and Robert R. Cull, as Trustee of the Robert R. Cull Trust U/A 1/14/98, in the above-captioned matter.

Date: February 25, 2014              Respectfully submitted,

<p style="margin-left: 3em;">
/s/ Ryan P. Nowlin<br>
Ryan P. Nowlin (Ohio State Bar No. 0079769)<br>
Schneider, Smeltz, Ranney & LaFond PLL<br>
1111 Superior Avenue, Suite 1000<br>
Cleveland, OH  44114<br>
(216) 696-4200 / (216) 696-7303 (fax)<br>
<em>rnowlin@ssrl.com</em><br>
<strong>Counsel for the Robert R. Cull Trust U/A 1/14/98<br>
and Robert R. Cull, as Trustee of the Robert R.<br>
Cull Trust U/A 1/14/98</strong>
</p>

00380778.DOC_

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties can access the document through the Court's system.

/s/ Ryan P. Nowlin
Ryan P. Nowlin (Ohio State Bar No. 0079769)