USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-14

**RTS** | REILING
TEDER
& SCHRIER, LLC

Renaissance Place, Sixth Floor
250 Main Street, Suite 601
P.O. Box 280
Lafayette, IN 47902-0280

Tel: (765) 423-5333
Fax: (765) 423-4564
www.rtslawfirm.com

April 7, 2014

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

**MEMO ENDORSED**

VIA E-MAIL: sullivannysdchambers@nysd.uscourts.gov

Re:   In re: Tribune Company Fraudulent Conveyance Litigation
      No. 1:11-md-02296-RJS

Your Honor:

We write to advise the Court that the Plaintiffs in the above-referenced actions dismissed their claims without prejudice against our client, Louise R. Outhouse, as an Individual and as Trustee of the Louise R. Outhouse Revocable Living Trust Dated November 1, 2002, by order dated November 9, 2012. Accordingly, we respectfully request that the undersigned attorneys of record, James R. Schrier and Kevin J. Riley, be removed from the Court's electronic filing notifications for these actions.

We thank the Court for its attention to this matter.

Sincerely,

James R. Schrier

Kevin J. Riley

SO ORDERED
Dated: 4/7/14
RICHARD J. SULLIVAN
U.S.D.J.

---

Robert C. Reiling, Jr./ rcr@rtslawfirm.com

Joshua R. Cook / jrc@rtslawfirm.com

Kevin J. Riley / kjr@rtslawfirm.com
Also admitted in Tennessee

Daniel A. Teder / dat@rtslawfirm.com

Ryan C. Munden / rcm@rtslawfirm.com

Amanda C. Redick / acr@rtslawfirm.com
Also admitted in Georgia

James R. Schrier / jrs@rtslawfirm.com

Gunnar M. Crowell / gmc@rtslawfirm.com

William Bonsignore – Of Counsel / wb@rtslawfirm.com
Also admitted in North Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Kevin J. Riley
Kevin J. Riley