USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2014

Sullivan, R.

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST v. DENNIS J. FITZSIMONS, *et al.* | 12 CV 2652 (RJS) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of a Settlement Agreement, dated April 29, 2014, between the parties, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing the above-entitled action with prejudice solely against the defendant or defendants listed below:

- FAITH B. MEEM TRUST, NANCY F. MEEM, FIDUCIARY TRUST CO., TRUSTEES

Dated: May 30, 2014

Respectfully submitted,

David Zensky
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002

*Counsel for Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*

**SO ORDERED:**

_____
U.S.D.J.
5/30/14