**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEY LITIGATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/18

MARC S. KIRSCHNER, AS LITIGATION TRUSTEE       Case Nos. 11-MD-2296 (RJS)
FOR THE TRIBUNE LITIGATION TRUST,                            12-MC-2296 (RJS)
                                                                                    12-CV-02652 (RJS)
                                    Plaintiff,

Against
DENNIS J. FITZSIMONS, et al

                                    Defendants.

---

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Derek McDermott, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of

Wisconsin and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Derek McDermott |
| Firm Name: | Burnett, McDermott, Jahn, King & DesRochers, LLP |
| Address: | 50 East Main Street |
| City/State/Zip: | Chilton, WI 53014 |
| Telephone No. | (920) 849-9323 |
| Facsimile No. | (920) 894-9326 |
| Email: | mcdermott@calumetlaw.com |

Applicant having requested Admission Pro Hac Vice to appear for all purposes as counsel

for the David L. Nelson Living Trust dated 3-24-2017 in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.

Dated: _1/9/18_

_____
United States District/Magistrate Judge