UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : : : : Consolidated Multidistrict Litigation : 11 MD 2296 (RJS) |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST, | : : : : 12 CV 2652 (RJS) |
| Plaintiffs, | : : |
| v. | : |
| DENNIS J. FITZSIMMONS, *et al.*, | : : |
| Defendants. | : |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to the approval of the Court, the Commonwealth of Pennsylvania Public School Employee Retirement System, the Commonwealth of Pennsylvania Tuition Account Program Fund, and the Pennsylvania Municipal Retirement System hereby substitute Luke P. McLoughlin of Duane Morris LLP as counsel of record in place of Charles M. Hart, formerly of Duane Morris LLP. Contact information for new counsel is set forth below (left).

I consent to the above substitution

_/s/ Luke McLoughlin_

Luke P. McLoughlin, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1167
Fax: (215) 689-1020

*Counsel for the Commonwealth of Pennsylvania Public School Employee Retirement System, the Commonwealth of Pennsylvania Tuition Account Program Fund, and the Pennsylvania Municipal Retirement System*

I consent to being substituted

_/s/ Charles Hart /LPM_

Charles M. Hart, Esquire
Formerly of Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (215) 692-1020

*Withdrawing Attorney for the Commonwealth of Pennsylvania Public School Employee Retirement System, the Commonwealth of Pennsylvania Tuition Account Program Fund, and the Pennsylvania Municipal Retirement System*

Dated: January 12, 2018

IT IS APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2018.

_____
Honorable Richard J. Sullivan
United States District Judge