# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>*The Individual Creditor Actions* | See Exhibit B |

## NOTICE OF FILING

Plaintiff-petitioners Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes issued by Tribune Company, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes issued by Tribune Company, Wilmington Trust Company, in its capacity as successor indenture trustee for a certain series of Exchangeable Subordinated Debentures issued by Tribune Company and commonly referred to as the PHONES Notes (together, the "Noteholder Plaintiffs"), and the individual retiree plaintiffs of The Times Mirror Company, the Tribune Company and/or one or more of 110 affiliates or subsidiaries of the Tribune Company (the "Retirees," and together with the Noteholder Plaintiffs, the "Petitioners"), hereby give notice of the Supplemental Brief for Petitioners in further support of a Petition for a Writ of Certiorari to the Supreme Court of the United States (the "Petition"), filed on January 8, 2018, a copy of which is attached hereto as Exhibit A.

Petitioners seek via the Petition, *inter alia*, review of the Second Circuit Court of Appeals' opinion and order respecting the Individual Creditor Actions (listed in Exhibit B) dated March 29, 2016, which actions were previously dismissed by the district court by order dated September 23, 2013 [Doc. 2710].

Dated: January 12, 2018         By:    /s/ David M. Zensky
       New York, NY

                                               David M. Zensky, Esq.
                                               AKIN GUMP STRAUSS HAUER & FELD LLP
                                               One Bryant Park
                                               New York, NY 10036
                                               Tel: (212) 872-1000
                                               Email: dzensky@akingump.com

                                               *Counsel to the Noteholder Plaintiffs*

                                               Jay Teitelbaum
                                               Teitelbaum Law Group, LLC
                                               1 Barker Avenue
                                               White Plains, NY 10601
                                               (914) 437-7670
                                               Email: jteitelbaum@tblawllp.com

                                               *Counsel to the Retirees*