UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/18

IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION

Consolidated Multidistrict Action

Docket No. **11-MD-2296(RJH)**

_____/

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Stephen P. Heuston for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Stephen P. Heuston |
| Firm Name: | Frese Whitehead Anderson Anderson & Heuston, P.A. |
| Address: | 2200 Front Street, Suite 301 |
| City/St/Zip: | Melbourne, FL 32901 |
| Telephone/Fax: | (321) 984-3300 Office; (321) 951-3741 fax |
| E-mail: | FreseWhitehead@gmail.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Salvation Army Southern Territorial Headquarters in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/29/18

_____
United States District/Magistrate Judge