UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION
-----------------------------------------------------------X
MARC S. KIRSCHNER, as Litigation Trustee for
the TRIBUNE LITIGATION TRUST,

        Plaintiff,

v.

DENNIS J. FITZSIMONS, et al.

        Defendant.
-----------------------------------------------------------X
DEUTSCHE BANK TRUST COMPANY, et al.

        Plaintiffs,

v.

OHLSON ENTERPRISES, et al.

        Defendants.
-----------------------------------------------------------X
NIESE, et al.

        Plaintiffs,

v.

ABN AMRO Clearing Chicago LLC, et al.

        Defendants.
-----------------------------------------------------------X

Consolidated Multidistrict Action
No. 11 MD 2296 (RJS)

Case No. 12-cv-02652 (RJS)

Case No. 12-cv-00064 (RJS)

Case No. 12-cv-00555 (RJS)

## STIPULATION FOR SUBSTITUTION OF COUNSEL

    The Defendants listed below, Richard Carbonara ("Carbonara"), and Katten Muchin Rosenman LLP ("Katten") hereby stipulate as follows:

    WHEREFORE, Carbonara is the current counsel of record for Scott R. Cook, Ruanwil LLC, and Stanton R. Cook (the "Defendants") in the above referenced actions.

130343798

WHEREFORE, Defendants wish to retain Katten as counsel in this case and for Katten to substitute in as counsel for Defendants; and

WHEREFORE, Carbonara does not object to the substitution of counsel.

**NOW, THEREFORE**, in consideration of the stipulations and acknowledgements directly above, the **PARTIES HEREBY FURTHER STIPULATE AND AGREE:**

1. Katten hereby enters its appearance as counsel for Defendants.

2. Carbonara hereby withdraws as counsel for Defendants.

3. All pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

Daniel Polatsek
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
Daniel.Polatsek@kattenlaw.com
Paige.Barr@kattenlaw.com

**[SIGNATURES ON FOLLOWING PAGE]**

130343798

**STIPULATED AND AGREED:**

Dated: January 17, 2018

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Paige E. Barr
Daniel J. Polatsek
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
Daniel.Polatsek@kattenlaw.com
Paige.Barr@kattenlaw.com

Richard M. Carbonara

By: [signature]
Richard M. Carbonara
Carbonara Law
One Woodfield Place
1701 East Woodfield Road, Suite 925, Schaumburg, IL 60173
(847) 209-0116
(484) 842-2849 (Facsimile)
rmc@carbonaralaw.com

**STIPULATED AND AGREED:**

Dated: January 17, 2018

KATTEN MUCHIN ROSENMAN LLP

By: _/s/ Paige Barr_
Daniel J. Polatsek
Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
(312) 902-1061 (Facsimile)
Daniel.Polatsek@kattenlaw.com
Paige.Barr@kattenlaw.com

Richard M. Carbonara

By: _____
Richard M. Carbonara
Carbonara Law
One Woodfield Place
1701 East Woodfield Road, Suite 925, Schaumburg, IL 60173
(847) 209-0116
(484) 842-2849 (Facsimile)
rmc@carbonaralaw.com

**SO ORDERED:**

_____
U.S.D.J.
1/31/18