EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/18

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST v. DENNIS J. FITZSIMONS, *et al.* | 12 CV 2652 (RJS) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of a Settlement Agreement, dated February 15, 2018, between the parties, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing the above-entitled action with prejudice solely against the defendant or defendants listed below:

- CAROL VIRGINIA JAMES

Dated: February 27, 2018

Respectfully submitted,

David Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002

*Counsel for Plaintiff Marc S. Kirschner,
as Litigation Trustee for the Tribune Litigation Trust*

SO ORDERED: _____
Dated: 2/27/19
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE