UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION _____ MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust, Plaintiff, v. DENNIS J. FITZIMONS, et al. Defendants. | Case No. 1:11-md-02296-RJS Case No. 1:12-cv-02652-RJS |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Scott C. Polman, by agreement with defendant Daniel K. Kudo, respectfully moves this Honorable Court to withdraw as counsel of record in the above-referenced consolidated actions.  Undersigned counsel respectfully requests that he be removed from all service lists and from CM/ECF noticing.

Dated:  3/1/18                              Respectfully submitted,


                                          By: s/Scott C. Polman
                                              Attorney for Defendant


Scott C. Polman, Esq.
Law Office of Scott C. Polman
8130 N. Milwaukee Ave.
Niles, IL 60714
ph. (847) 292-1989
fx.  (847) 510-0581
email. spolman.law@comcast.net