UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/18

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

---

MARC S. KIRSCHNER, as Litigation Trustee

for the Tribune Litigation Trust,

Plaintiff,

v.

DENNIS J. FITZIMONS, et al.

Defendants.

Case No. 1:11-md-02296-RJS

Case No. 1:12-cv-02652-RJS

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Scott C. Polman, by agreement with defendant Daniel K. Kudo, respectfully moves this Honorable Court to withdraw as counsel of record in the above-referenced consolidated actions. Undersigned counsel respectfully requests that he be removed from all service lists and from CM/ECF noticing.

Dated: 3/1/18

Respectfully submitted,

By: s/Scott C. Polman
Attorney for Defendant

Scott C. Polman, Esq.
Law Office of Scott C. Polman
8130 N. Milwaukee Ave.
Niles, IL 60714
ph. (847) 292-1989
fx. (847) 510-0581
email. spolman.law@comcast.net

SO ORDERED _____
Dated: 3/1/18
RICHARD J. SULLIVAN
U.S.D.J.