UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 3/6/18

In re:

Tribune Company Fraudulent
Conveyance Litigation

Consolidated Multidistrict Litigation
No. 1:11-md-02296-RJS

_____/

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

Jason H. Baruch, Esq., attorney for James W. Mahaffey and Mark T. Mahaffey as Co-Trustees of various trusts in the above-captioned action, files his Notice of Withdrawal From Case and Request to Stop Electronic Notice. The undersigned requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or United States mail.

Respectfully submitted,

HOLLAND & KNIGHT LLP

SO ORDERED
Dated: 3/6/18
RICHARD J. SULLIVAN
U.S.D.J.

s/Jason Baruch
Jason H. Baruch
Florida Bar No. 10280
jason.baruch@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644
Telephone: (813) 227-8500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all CM/ECF participants in this case.

/s/ Jason Baruch
Attorney

#55701242_v1