UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | Consolidated Multidistrict Action |
|---|---|---|
| IN RE: TRIBUNE COMPANY | ) | |
| FRAUDULENT CONVEYANCE | ) | 11-MD-2296 (RJS) |
| LITIGATION | ) | 12-MC-2296 (RJS) |
| | ) | 12-CV-2652 (RJS) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective March 9, 2018, the address for the following counsel for Plaintiffs has changed to:

Joseph E. White, III
Saxena White P.A.
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432

Telephone and facsimile numbers remain the same. Please update your records accordingly.

Dated:  March 9, 2018

**SAXENA WHITE P.A.**

*/s/ Joseph E. White, III*
Joseph E. White, III
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (800) 361-4128
jwhite@saxenawhite.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2018, I caused this document to be electronically filed with the Clerk of the Court using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

.

/s/ *Joseph E. White, III*
Joseph E. White, III