

**ReedSmith**

**Steven Cooper**
Direct Phone:  +1 212 205 6027
Email:  scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/18

**February 5, 2018**

**By ECF**

The Hon. Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**     *In Re: Tribune Company Fraudulent Conveyance Litigation*
            **Case No. 1:11-md-02296-RJS (the "Lead Case")**

Dear Judge Sullivan:

I am a Partner at Reed Smith LLP ("Reed Smith"), the attorneys of record for Sovereign Bank ("Sovereign Bank") in two matters related to the Lead Case: *Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J FitzSimons, et al.*, Case No. 1:12-cv-02652-RJS and in *Deutsche Bank Trust Company Americas et al v. Sumitomo Trust & Banking Co. (U.S.A.) et al.*, Case No. 1:11-cv-09406-RJS (the "Related Actions").  I write, pursuant to the Case Processing Clerk's Instructions, to request to be removed from the ECF electronic mailing list in the Lead Case.

By way of background, on December 5, 2012, I filed Notices of Appearance on behalf of Sovereign Bank in the Related Actions.  *See* ECF Nos. 557 (Case No. 12-cv-02652) and 165 (Case No. 11-cv-09406).  Sovereign Bank has since been dismissed from the Related Actions.  *See* ECF No. 5159 (Case No. 12-cv-02652) and 197 (Case No. 11-cv-09406).  Nevertheless, although Sovereign Bank is no longer a party in the Related Actions and is not a party in the Lead Case, I have continued to receive ECF notifications in the Lead Case.  Accordingly, pursuant to the Case Processing Clerk's Instructions, I respectfully request to be removed from the ECF electronic mailing list in the Lead Case.

I thank the Court for its attention to this matter.

Very truly yours,

/s/ Steven Cooper

SO ORDERED
Dated:  3/9/18                    RICHARD J. SULLIVAN
                                  U.S.D.J.