UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>MARK S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST,<br><br>                Plaintiff,<br><br>      -against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>                Defendants. | Case No.: 11-md-02296-RJS<br><br>Case No.: 12-mc-02296-RJS<br>Case No.: 12-cv-02652-RJS |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of the following defendants (the "Named Defendants"):

- Stichting Pensioefonds Zorg en Welzijn
- Stichting Pensioefonds van de ABN AMRO
- Stichting Pensioefonds Oce
- Stichting Pensioefonds Hoogovens
- Harvard Management Co.
- President and Fellows of Harvard College
- Harvard University
- Ms. Mora E. Morgensten
- Tribune Company Master Retirement Savings Trust
- Tribune Employee Stock Ownership Plan

- Times Mirror Savings Plus Plan
- Tribune Company 401(k) Savings Plan
- APG (a/k/a All Pensions Group Structured Research a/k/a APG Asset Management US, Inc., f/k/a ABP Investments U.S., Inc.)
- Columbia University
- CIM XVI LLC
- Francis L. Coolidge
- DWS Equity 500 Index Portfolio
- DWS Institutional Funds
- DWS Investment Trust
- DWS Investments VIT Funds
- DWS Variable Series II
- DWS Equity Index 500 VIP (DWS Investments Account BOS05-0702)
- Grantham, Mayo, Van Otterloo & Co. LLC
- Loomis Sayles Credit Alpha Fund
- Loomis Sayles Credit Alpha Master Fund
- Loomis Sayles Multi Strategy Master Alpha Ltd.
- MFS VIT III Blended Research Small Cap Portfolio (incorrectly named in the complaint as "SC Blackrock Small Cap Index Fund f/k/a SC Oppenheimer Main Street Cap Fund").
- Nora E. Morgenstern
- Mutual of America Investment Corporation
- Stichting Bedrijfstakpensioenfonds Beroepsvervoer
- Stichting Pensioenfonds ABP
- Stichting Pensioenfonds Hoogovens
- Stichting Pensioenfonds van de Metalektro (PME), formerly Stichting Bedrijfstakpensioenfonds voor de Metalektro
- Stichting Pensioenfonds Zorg En Welzijn
- Superannuation Funds Management Corporation of South Australia
- Marcia Tingley
- Trustees of Boston College
- National Pensions Reserve Fund Commission of Ireland.
- Chicago Tribune Foundation

- Guardian VC 500 Index Fund
- RS S&P 500 Index VIP Series.
- Deutsche Shell Pensionen Treuhand E.V. ("DSPT")
- Shell Contributory Pension Fund, ("SCPF")/Shell Pensions Trust Limited, Trustee
- Shell Overseas Contributory Pension Fund, ("SOCPF")/Shell Trust (Bermuda) Limited, Trustee
- Stichting Shell Pensioenfonds
- Stichting Shell Pensioenfonds LCV
- Welch & Forbes LLC
- Anna W. Murray
- Mary O. Naftzger
- Daniel S. Gregory (deceased)
- Amelia Rose Howells
- Edward Howells
- Horace W. Howells
- Howells Family GST, Gurdon H. Metz, Trustee,
- Howells Family GST, William Dean Howells, Trustee
- John Howells
- Rose M. Howells
- William Dean Howells and Christina Howells
- William Dean Howells Trust, William Dean Howells, Benitha C. Howells, Trustees
- William W. Howells (deceased)
- Regents of the University of Michigan
- AllianzGI-Fonds HPT, formerly dbi-Fonds HPT
- Alfred I. DuPont Testamentary Trust
- Defendants Milton Hirsch and Ilene Hirsch, Ten by Ent.
- Energy Industries Superannuation Scheme Pty Limited
- LGSS Pty Limited
- Federal National Mortgage Association (Fannie Mae)
- Masonic Education & Charity Trust
- Artis Capital Management LP

- Artis Partners LP
- Artis Partners 2X LP
- Artis Partners Ltd.
- Artis Partners 2X Ltd.
- Artis Aggressive Growth LP
- Artis Aggressive Growth Master Fund LP
- Artis Partners (Institutional) LP
- Artis Partners 2X (Institutional) LP

This Entry of Appearance is made without prejudice to any motion, objection, argument or defense of the aforementioned defendants, including the defenses of insufficient form of process, insufficient service of process and lack of personal jurisdiction.

Dated: March 13, 2018

Respectfully submitted,

/s/ Andrew Devore
Andrew Devore (Bar No. 5343454)
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Telephone:  (617) 951-7618
Fax:  (617) 235-9715
Andrew.Devore@ropesgray.com
*Attorney for Named Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

Dated: March 13, 2018

                                        Respectfully submitted,

                                        /s/ Andrew Devore
                                        Andrew Devore
                                        ROPES & GRAY LLP
                                        Prudential Tower
                                        800 Boylston St.
                                        Boston, MA 02199-3600
                                        Telephone:  (617) 951-7618
                                        Fax:  (617) 235-9715
                                        Andrew.Devore@ropesgray.com
                                        *Attorney for Named Defendants*