# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 1:11-md-02296-RJS<br>Consolidated Multidistrict Action |
| THE OFFICIAL COMMITTEES OF UNSECURED CREDITS OF TRIBUNE COMPANY, ON BEHALF OF TRIBUNE COMPANY, et al.<br><br>                    Plaintiffs,<br>-vs-<br><br>SALISBURY BANK & TRUST Co., et al.<br><br>                    Defendants. | Filed also in the Associated Action:<br>Case No. 1:12-cv-02652-RJS |

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew D. Gumaer, of Goldberg Segalla LLP, appears as attorney for Defendant Salisbury Bank & Trust Co. ("Salisbury Bank") and pursuant to the Federal Rules of Civil Procedure requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served to:

> Matthew D. Gumaer, Esq.
> Goldberg Segalla LLP
> 5786 Widewaters Parkway
> Syracuse, New York 13214
> (315) 413-5400
> mgumaer@goldbergsegalla.com

8545995.v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:   Syracuse, New York
         March 13, 2018

                              GOLDBERG SEGALLA, LLP


                              */s/ Matthew D. Gumaer*
                              Matthew D. Gumaer (MG8920)
                              *Attorneys for Defendant Salisbury Bank*
                              5786 Widewaters Parkway
                              Syracuse, NY 13214
                              Telephone:  (315) 413-5400
                              mgumaer@goldbergsegalla.com


TO:    All Counsel of Record via ECF

8545995.v1