

**Curtin & Heefner LLP**
ATTORNEYS AT LAW

1040 STONY HILL ROAD • SUITE 150 • YARDLEY, PA 19067
(215) 736.2521 • (800) 773.0680 • FAX (215) 736.3647
WWW.CURTINHEEFNER.COM

ROBERT SZWAJKOS, ESQUIRE
EMAIL: RSZ@CURTINHEEFNER.COM

March 13, 2018

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

   RE: *In re Tribune Co. Fraudulent Conveyance Litigation*, 11-MD-2296; *Kirschner v. FitzSimons, et al.*, No. 12-CV-2652 ("FitzSimons")
   <u>Our File No. 4960-46292</u>

Dear Judge Sullivan:

  This Firm represents the FMC Corporation Defined Benefit Retirement Trust ("FMC Trust"), in the above captioned matter. The FMC Trust exist to provide retirement benefits to past and current employees and their beneficiaries. The FMC Trust was one of the "Tribune Shareholder Defendants" in the Fifth Amended Complaint which was dismissed against the Tribune Shareholder Defendants following a decision by the U.S. Court of Appeals (Second Circuit) in Deutsche Bank Trust Company Americas, et al v. Robert McCormick Foundation, et al., for which a Writ of Certiorari was filed with the U.S. Supreme Court on September 9, 2016. That matter is docketed with the U.S. Supreme Court at Docket No. 16-317.

  As of today, Case No. 16-317 is scheduled for committee action before the U.S. Supreme Court on March 16, 2018.

  By Memorandum March 8, 2018, your Honor directed that the parties to the above captioned action before you had until March 13, 2018 to respond to the Tribune Litigation Trustee, Marc S. Kirschner's ("Trustee") request for leave to file a motion to amend the "Complaint" in the *FitzSimons* action in order to assert a constructive fraudulent conveyance claim under 11 U.S.C. Sec 548(a)(1)(B) against the preponderance of shareholder defendants named in Count One of the Complain (the "Shareholder Defendants"). For reference see the Trustee's Letter to this Court dated March 8, 2018, docketed at (Document 5602, Filed 3/8/18).

  The Trustee relies upon the decision of the U.S. Supreme Court in *Merit Management Group, LP v. FTI Consulting, Inc.*, No. 16-784, 2018 WL 1054879 (U.S. Feb. 27, 2018), asserting that the decision in *Merit* would be the prevailing law in the Second Circuit such that the Trustee



The Honorable Richard J. Sullivan  
Our File No. 4960-46292

March 13, 2018  
Page 2

would be no longer be barred from asserting a constructive fraudulent transfer claim against the Shareholder Defendants.

As Case No. 16-317 was not consolidated with the *Merit* case and as the U.S. Supreme Court has not made a decision in Case 16-317, any action by this Court is currently barred as exclusive jurisdiction of Case 12-CV-2652 as to the Tribune Shareholder Defendants rests solely with the U.S. Supreme Court. For this reason alone, this Court may take no action whatsoever on the Trustee's request at this time.

FMC Trust reserves the right to further respond, as appropriate and if necessary to the Trustee's requests, depending upon the disposition by the U.S. Supreme Court of Case No. 16-317.

Thank you for your consideration of this letter.

Respectfully submitted,

Robert Szwajkos  
For CURTIN & HEEFNER LLP

RSZ:ns  
cc:    All counsel of record (via email)  
        David M. Zensky, Esquire (via email) dzensky@akingump.com