UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Docket No. 11-MD-2296 (RJS)<br>12-MC-2296 (RJS)<br><br>(Consolidated Multidistrict Action) |
|---|---|
| This Document Relates to:<br><br>*Kirschner v. FitzSimons, et al.* | Case No. 12-cv-02652 |

**JOINDER OF CERTAIN SHAREHOLDER DEFENDANTS TO EXECUTIVE COMMITTEE'S LETTER RESPONSE TO TRUSTEE'S RENEWED REQUEST FOR LEAVE TO FILE A MOTION TO AMEND THE FIFTH AMENDED COMPLAINT**

The following shareholder defendants: Louisiana State Employees' Retirement System, Caisse de dépôt et placement du Québec, Southwest Carpenters Pension Trust, Bristol-Myers Squibb Company Master Retirement Trust, Doug Ward, Lorraine Ward, and Barbara Ward (the "Joining Defendants"), by and through their undersigned counsel, hereby join in the arguments set forth in the Exhibit A Shareholder Defendants' Executive Committee's letter response to the Trustee's renewed request for leave to file a motion to amend the Fifth Amended Complaint [Docket No. 5612], filed on March 13, 2018 (the "Letter Response"). The Joining Defendants believe that the legal reasoning in the Letter Response is sound and, for the reasons set forth therein, respectfully ask the Court to grant the requested relief.

Dated: March 13, 2018
      New York, New York

                                                **LOWENSTEIN SANDLER LLP**

                                                By: /s/ *Michael S. Etkin*
                                                    Michael S. Etkin, Esq.
                                                    Bruce Nathan, Esq.
                                                    Gavin Rooney, Esq.
                                                    Nicole Fulfree, Esq.
                                                    One Lowenstein Drive

Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
metkin@lowenstein.com
bnathan@lowenstein.com
grooney@lowenstein.com
nfulfree@lowenstein.com

and

1251 Avenue of the Americas, 17th Floor
New York, New York 10020
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

*Attorneys for Louisiana State Employees' Retirement System*, *Caisse de dépôt et placement du Québec*, *Southwest Carpenters Pension Trust*, *Bristol-Myers Squibb Company Master Retirement Trust, Doug Ward, Lorraine Ward*, *and Barbara Ward*