UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Docket No. 11-MD-2296 (RJS)<br>12-MC-2296 (RJS)<br><br>(Consolidated Multidistrict Action) |
|---|---|
| This Document Relates to:<br><br>*Kirschner v. FitzSimons, et al.* | Case No. 12-cv-02652 |

**JOINDER OF CERTAIN SHAREHOLDER DEFENDANTS TO EXECUTIVE COMMITTEE'S LETTER RESPONSE TO TRUSTEE'S RENEWED REQUEST FOR LEAVE TO FILE A MOTION TO AMEND THE FIFTH AMENDED COMPLAINT**

The following shareholder defendants: Pavers and Road Builders District Council Pension Fund and Laborers National Pension Fund (the "Joining Defendants"), by and through their undersigned counsel, hereby join in the arguments set forth in the Exhibit A Shareholder Defendants' Executive Committee's letter response [Docket No. 7297] to the Trustee's renewed request for leave to file a motion to amend the Fifth Amended Complaint [Docket No. 5612], filed on March 13, 2018 (the "Letter Response"). The Joining Defendants believe that the legal reasoning in the Letter Response is sound and, for the reasons set forth therein, respectfully ask the Court to grant the requested relief.

Dated: March 14, 2018
      New York, New York

**GORLICK, KRAVITZ & LISTHAUS, P.C.**

By:    /s/ Barbara Mehlsack
      Barbara Mehlsack, Esq.
      17 State Street, 4th Floor
      New York, NY 10004
      *Attorneys for Pavers and Road Builders District Council Pension Fund and Laborers National Pension Fund*