**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-2296 (RJS) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>                Defendants. | Case No. 12-cv-2652 (RJS) |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                Plaintiffs,<br><br>    v.<br><br>ADALY OPPORTUNITY FUND, *et al.*,<br><br>                Defendants. | Case No. 11-cv-4784 (RJS) |
| WILLIAM A NIESE, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>CHANDLER TRUST NO. 1, *et al.*,<br><br>                Defendants. | Case No. 11-cv-4538 (RJS) |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that, the undersigned, a member of this Court in good standing, hereby appears on behalf of Dreyfus Stock Index Fund, Inc. in the above-captioned

proceedings, and requests that a copy of all pleadings, notices, filings, correspondence and other papers relating to these actions be served upon the undersigned at the address stated below. Entry of this appearance shall in no way be deemed a waiver of any and all defenses, including, but not limited to, any and all jurisdictional defenses, available to Dreyfus Stock Index Fund, Inc.

Dated: New York, New York
       March 15, 2018

By: /s/ Russell T. Gorkin
Russell T. Gorkin (RG1983)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: rgorkin@proskauer.com

*Attorney for Dreyfus Stock Index Fund, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, the above Notice of Appearance was filed electronically with the Clerk of Court through the CM/ECF system, and was uploaded to the CM/ECF system which will send an e-notice of electronic filing to all counsel of record.

By: /s/ Russell T. Gorkin
Russell T. Gorkin