UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/18

IN RE: TRIBUNE COMPANY FRADULENT CONVEYANCE LITIGATION

Case No. 11-md-02296-RJS

DEUTSCHE BANK TRUST COMPANY, et al.,

Plaintiff,

v.

FIRST REPUBLIC BANK, et al.,

Defendants.

Case No. 11-cv-09572-RJS

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Matthew R. Eslick to withdraw as counsel of record in the above-captioned case for Defendant George D. Veon Trust, and it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Matthew R. Eslick is granted leave to withdraw as counsel of record in these actions and such withdrawal is effective immediately.

DATED: _____March 16_____, 2018

SO ORDERED:

_____
The Honorable Richard J. Sullivan
UNITED STATES DISTRICT JUDGE

1