# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>CASE NO.: 1:11-md-02296-RJS |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST V. DENNIS J FITZSIMONS, ET AL. | CASE NO.: 1:12-cv-02652-RJS |

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE AND ECF NOTICES

PLEASE TAKE NOTICE that Jessica L. Margolis, Esq., of the law firm WILSON SONSINI GOODRICH & ROSATI, P.C., having appeared as counsel of record for Defendant SANTA CLARA UNIVERSITY and the matter concerning Defendant SANTA CLARA UNIVERSITY is now settled and a so-ordered dismissal was signed by the Court and filed on October 20, 2017 (copy of which is attached);

THEREFORE, the undersigned requests that she be removed from receiving any further ECF Notifications in connection with 1:11-md-02296-RJS and 1:12-cv-02652-RJS.

Dated:  March 16, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jessica L. Margolis*
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  jmargolis@wsgr.com

*Counsel for Defendant Santa Clara University*

SO ORDERED

Dated:

---

Richard J. Sullivan
United States District Judge

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST v. DENNIS J. FITZSIMONS, et al. | 12 CV 2652 (RJS) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of a Settlement Agreement, dated September 29, 2017, between the parties, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing the above-entitled action with prejudice solely against the defendant or defendants listed below:

- SANTA CLARA UNIVERSITY

Dated: October 20, 2017

Respectfully submitted,

David Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002

*Counsel for Plaintiff Marc S. Kirschner,
as Litigation Trustee for the Tribune Litigation Trust*

SO ORDERED
Dated: 10/20/17
RICHARD J. SULLIVAN
U.S.D.J.

8

10/20/17