USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/18

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>CASE NO.: 1:11-md-02296-RJS |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST V. DENNIS J FITZSIMONS, ET AL. | CASE NO.: 1:12-cv-02652-RJS |

**NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE AND ECF NOTICES**

PLEASE TAKE NOTICE that Jessica L. Margolis, Esq., of the law firm WILSON SONSINI GOODRICH & ROSATI, P.C., having appeared as counsel of record for Defendant SANTA CLARA UNIVERSITY and the matter concerning Defendant SANTA CLARA UNIVERSITY is now settled and a so-ordered dismissal was signed by the Court and filed on October 20, 2017 (copy of which is attached);

THEREFORE, the undersigned requests that she be removed from receiving any further ECF Notifications in connection with 1:11-md-02296-RJS and 1:12-cv-02652-RJS.

Dated: March 16, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jessica L. Margolis*
Jessica L. Margolis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jmargolis@wsgr.com

*Counsel for Defendant Santa Clara University*

SO ORDERED
Dated: 3/16/18
RICHARD J. SULLIVAN
U.S.D.J.