UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Tribune Company
Fraudulent Conveyance Lit.      Plaintiff,

Case No. 11-md-02296 RJS

-against-

Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Karel S Karpe__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: kk5801      My State Bar Number is 2292084

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: KarpeLaw
            FIRM ADDRESS: 44 Wall Street, 12th Floor, NY NY 10005
            FIRM TELEPHONE NUMBER: 212 461 2250
            FIRM FAX NUMBER: 646 304 7610

NEW FIRM:   FIRM NAME: Karel S Karpe, Esq.
            FIRM ADDRESS: 1623 Third Ave, Suite 21C, NY NY 10128
            FIRM TELEPHONE NUMBER: 212 410 1200
            FIRM FAX NUMBER: 646 304 7610

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 18, 2018

_____
ATTORNEY'S SIGNATURE