UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

MARC S. KIRSCHNER, as Litigation Trustee for the
TRIBUNE LITIGATION TRUST,

                      Plaintiff,

-v-

DENNIS J. FITZSIMONS, *et al.*,

                      Defendants.

Consolidated Multidistrict Litigation

No. 11-md-2296 (RJS)
No. 12-mc-2296 (RJS)
No. 12-cv-2652 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Philip Goldstein, "General Partner" of Full Value Partners, L.P., responding to the Trustee's March 8, 2018 letter (Doc. No. 7283). Mr. Goldstein is not a party to this action. Moreover, the law is clear that partnerships may not proceed before the Court without counsel. *See Eagles Assocs. V. Bank of Montreal*, 926 F.2d 1305 (2d Cir. 1991). Furthermore, Full Value Partners, L.P., has counsel in this case. Accordingly, IT IS HEREBY ORDERED THAT Full Value Partners, L.P., like all other corporations and partnerships, shall communicate with the Court exclusively through counsel. The Court will disregard Mr. Goldstein's letter as it pertains to the Trustee's contemplated motion to amend the Complaint in this action.

SO ORDERED.

Dated:     March 20, 2018
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE