Virginia O. and Kirk F.M. Flynn
109 Godspeed Lane
Williamsburg, VA 23185-3171
(757)-229-7259
o_flynns_mmx@cox.net

Saturday, March 10, 2018

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007-1507

Re: Case 1:11-md-02296-RJS, Document 7285, Filed 03/08/18.

Dear Judge Sullivan:

We wish to comment about Mr. Zensky's letter of March 8, 2018, but, first we want to express our thanks for the opportunity to do so.

I. <u>We are Exhibit A Shareholder Defendants.</u>
   a.) Our supposed liability is only $18,000.00 above the original $50,000.00 Shareholder Transfer dismissal limit.

II. <u>We were Always in Opposition To and Resistant Against the Entire Leveraged Buyout.</u>
   a.) There seems to be a presumption all Shareholder Defendants are guilty. We don't assert any sort of "good faith" in the proceedings of 2007 due to our initial and ongoing resistance and objection to the LBO in its entirety. We voted against both the Tender Offer, and the eventual Merger in separate Proxy Votes. Copies of our votes are attached.
   b.) We were given no more than one month to agree to the terms of the LBO or risk losing all equity in the stocks we had purchased and held <u>in good faith</u> for thirty years.

III. <u>Share Price Info On and Around the Time of the Leveraged Buyout Offer.</u>
   a.) We would argue that the LBO per share price of $34 was, on average, only about $4 more than the going Market Price. Any inferences the LBO share price offer was fabulously "sweet" are exaggerated.
   b.) The Plaintiffs' claims to ownership of our shares, or the equity in them, are deficient, and injurious to the layman's understanding of stock ownership. Our investment in the Company is as real as any other entities'.
   c.) Copies of the Tribune Company Share Prices gleaned from both New York Times articles are also attached.

IV. <u>Plaintiffs in the Current Litigation Encouraged Participation in the Leveraged Buyout.</u>
   a.) We have in our possession, and can produce, copies of several published articles from midyear 2007, of Deutsche Bank and Deutsche Securities advocating for the leveraged buyout deal.

We ask you to again dismiss the suit against the Shareholder Defendants. We thank you again for your time and this opportunity to express our concerns.

Sincerely,

*[signature]*

enclosures:   TRB Share Price Info, 2007 Proxy Votes.

## Tribune Company Share Prices
### as Quoted in The New York Times
*(gleaned from nytimes.com in 2014)*

| Month | Day | Year | $/Shr. | Ave. Yr. | Ave. All |
|---|---|---|---|---|---|
| **IPO - 1983** | | | | | |
| 10 | 12 | 1983 | $ 26.75 | $ 26.75 | |
| 1 | 13 | 2000 | $ 51.25 | | |
| 3 | 14 | 2000 | $ 30.81 | $ 41.03 | |
| 1 | 30 | 2003 | $ 48.94 | $ 48.94 | |
| 4 | 16 | 2005 | $ 38.55 | | |
| 10 | 14 | 2005 | $ 32.58 | $ 35.57 | |
| 2 | 2 | 2006 | $ 28.71 | | |
| 5 | 31 | 2006 | $ 29.90 | | $ 35.58 |
| 6 | 9 | 2006 | $ 31.58 | | |
| 6 | 28 | 2006 | $ 32.47 | $ 31.34 | |
| 10 | 20 | 2006 | $ 32.91 | | |
| 11 | 9 | 2006 | $ 32.48 | | |
| 1 | 18 | 2007 | $ 30.34 | | |
| 1 | 19 | 2007 | $ 30.90 | | |
| 2 | 9 | 2007 | $ 30.92 | | |
| 8 | 20 | 2007 | $ 25.67 | $ 29.85 | |
| 10 | 25 | 2007 | $ 28.18 | | |
| 12 | 20 | 2007 | $ 33.07 | | |

*Privatization of the Tribune Company occurred on December 20, 2007 with termination of trading in Tribune stock at the close of the market.