UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, *Plaintiff,*<br>v.<br>DENNIS J. FITZSIMONS, et al.<br>*Defendants*. | Case No.: 1:11-MD-02296-RJS<br><br>**NOTICE OF APPEARANCE**<br><br>Case No.: 1:12-cv-02652-RJS |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action on behalf of Defendant, Valuation Research Corporation. I certify that, pursuant to Master Case Order No. 4 entered by the Court on November 20, 2013, I am admitted to practice in this Court.

Respectfully submitted,

Dated: New York, New York
       March 29, 2018

WINSTON & STRAWN LLP

By:   s/ Richard W. Reinthaler
      Richard W. Reinthaler
      200 Park Avenue
      New York, NY 10166
      Telephone: (212) 294-4631
      Email: rreinthaler@winston.com

*Attorneys for Valuation Research Corporation*