UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No.: 1:11-md-02296-RJS |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, *Plaintiff,* v. DENNIS J. FITZSIMONS, et al. *Defendants*. | NOTICE OF MOTION TO WITHDRAW AS ATTORNEY  Case No.: 1:12-cv-02652-RJS |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Richard W. Reinthaler, Defendant Valuation Research Corporation hereby moves this Court to withdraw Desirée M. Ripo as counsel of record as well as to remove her from the ECF service lists in the above-captioned actions, as Ms. Ripo is no longer associated with Winston & Strawn LLP.

Dated: New York, New York
March 23 , 2018

Respectfully submitted,

WINSTON & STRAWN LLP

By: s/ Richard W. Reinthaler
Richard W. Reinthaler, Esq.
200 Park Avenue
New York, New York 10166
Tel.: (212) 294-4631
rreinthaler@winston.com

*Attorneys for Defendant Valuation Research Corporation*

## **CERTIFICATE OF SERVICE**

I, Richard W. Reinthaler, hereby certify that on this 23rd day of March, 2018, a true and correct copy of the foregoing Notice of Motion to Withdraw as Attorney and the accompanying Declaration of Richard W. Reinthaler were served by the Court's CM/ECF System which sent Electronic Notices to all counsel of record.

I hereby certify under penalties of perjury that the foregoing is true and correct.

Executed on: March 23, 2018

                                                By: s/ Richard W. Reinthaler
                                                    Richard W. Reinthaler, Esq.