**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, *Plaintiff,*<br>v.<br>DENNIS J. FITZSIMONS, et al.<br>*Defendants*. | Case No.: 1:11-MD-02296-RJS<br><br>**DECLARATION OF RICHARD W. REINTHALER**<br><br>Case No.: 1:12-cv-02652-RJS |

I, Richard W. Reinthaler, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a Partner with the law firm of Winston & Strawn LLP. I submit this Declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, in support of the accompanying Notice of Motion To Withdraw as Attorney as to the withdrawal of Desirée M. Ripo as counsel of record for Defendant Valuation Research Corporation ("Defendant").

2. As of December 1, 2017, Ms. Ripo is no longer associated with Winston & Strawn LLP, having withdrawn from the firm. Defendant will continue to be represented by me, as I will remain its counsel of record. The withdrawal of Ms. Ripo will not delay the resolution of this matter.

3. There is no retaining or charging lien being asserted.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
      March 23, 2018

Respectfully submitted,

By: <u>s/ Richard W. Reinthaler</u>
Richard W. Reinthaler, Esq.
200 Park Avenue
New York, New York 10166
Tel. (212) 294-4631
rreinthaler@winston.com