UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : Consolidated Multidistrict Action <br> : <br> : Docket Nos. 11MD2296 (RJS) <br> :               12CV2652 (RJS) |

-----------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
CHRISTY L. MURPHY AND REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE THAT** the appearance of Christy L. Murphy, who will be resigning from the law firm of Kaufman & Canoles, P.C., is hereby withdrawn as counsel of record for Defendants, Lockwood Brothers, Inc., James L. Lockwood, Jr., Manville Personal Injury Settlement Trust, Robert Evans and Nancy S. Feigenbaum, in the above-captioned matter.

Dated:  April 9, 2018

**LOCKWOOD BROTHERS, INC., JAMES L. LOCKWOOD, JR., MANVILLE PERSONAL INJURY SETTLEMENT TRUST, ROBERT EVANS AND NANCY S. FEIGENBAUM**

By____/s/ *Christy L. Murphy*____
Christy L. Murphy, *Pro Hac Vice*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3000
(888) 360-9092 Facsimile
Email: clmurphy@kaufcan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2018, a true copy of the foregoing Notice of Withdrawal of Appearance of Christy L. Murphy was filed electronically, and notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

By____/s/ *Christy L. Murphy*____

**SO ORDERED**

Dated: _____

14244503v1