# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>*Kirschner v. FitzSimons* | 12 CV 2652 |

## NOTICE OF SUBMISSION OF LETTER

Pursuant to paragraph 47 of Master Case Order No. 3 (Sept. 7, 2012) [ECF No. 1395], please take notice that the undersigned submitted the attached letter to the Court in the above-captioned actions.

Dated: May 14, 2018     By:     /s/ David M. Zensky
New York, NY

David M. Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Email: dzensky@akingump.com

*Counsel to the Tribune Litigation Trustee*



**Akin Gump**
STRAUSS HAUER & FELD LLP

DAVID M. ZENSKY
+1 212.872.1075/fax: +1 212.872.1002
dzensky@akingump.com

May 14, 2018

VIA ECF AND E-MAIL (sullivannysdchambers@nysd.uscourts.gov)

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
Courtroom 905
New York, NY 10007

    Re:   *In re Tribune Co. Fraudulent Conveyance Litigation*, 11-MD-2296; *Marc S. Kirschner (the "Trustee") v. FitzSimons, et al.*, No. 12-CV-2652 (the "Action")

Dear Judge Sullivan:

    Congratulations on your nomination to the Court of Appeals for the Second Circuit. We write to respectfully ask the Court to act on the Trustee's March 8, 2018 application by authorizing the Trustee to (i) file his amended complaint in the Action, or (ii) make a motion for leave to amend before Your Honor departs for the Second Circuit.

    The Trustee's application was filed in the wake of the Supreme Court's decision in *Merit Management Group, LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (Feb. 27, 2018), and further to this Court's August 24, 2017 order, and has been the subject of substantial letter submissions by the Trustee and defendants. (ECF Dkt. Nos. 7283, 7291, 7293, 7295-302, 7311, 7318, 7325-26, 7333.) When this issue first arose prior to the Supreme Court ruling, your Honor indicated you would give favorable consideration to the Trustee's request should the law of the Circuit change, which has now occurred. As Your Honor knows, motion practice, appeals and procedural issues of various kinds have prevented this case from advancing for many years. If, as a result of Your Honor's appointment to the Circuit Court, the amendment request is left for resolution by a new judge unfamiliar with the parties and complex issues involved in the Action, substantial additional delay is likely to result. The Trustee therefore respectfully requests the Court to address his application before the Action is transferred to a new judge. Thank you for your continuing attention to this matter.

    Respectfully submitted,

    David M. Zensky