N.Y.S.D. Case #
11-md-2296(RJS)
12-mc-2296(RJS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and eighteen.

Before:    Ralph K. Winter,
                Christopher F. Droney,
                      *Circuit Judges*,
                Alvin K. Hellerstein,
                      *District Judge.**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** May 15, 2018

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

**ORDER**

NOTE HOLDERS, Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, Wilmington Trust Company, INDIVIDUAL RETIREES, William A. Niese, on behalf of a putative class of Tribune Company retirees,

        Plaintiff - Appellant-Cross-Appellees,

Mark S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust,

        Plaintiff,

Tendering Phones Holders, Citadel Equity Fund Ltd., Camden Asset Management LLP and certain of their affiliates,

        Plaintiff-Intervenors,

v.

Large Private Beneficial Owners, Financial Institution Holders,

Docket No.  13-3992(L)
                 13-3875(XAP)
                 13-4178(XAP)
                 13-4196(XAP)

---

*The Honorable Alvin K. Hellerstein, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 05/15/2018

Financial Institution Conduits, Merrill Lynch, Pierce, Fenner & Smith, Inc., on behalf of a putative class of former Tribune Company shareholders, Pension Funds, including public, private, and Taft Hartlet Funds, Individual Beneficial Owners, Mario J. Gabelli, on behalf of a putative class of former Tribune Company shareholders, Mutual Funds, At-Large, Estate of Karen Babcock, Phillip S. Babcock, Phillip S. Babcock, Douglas Babcock, Defendants listed on Exhibit B,

        Defendants - Appellee-Cross-Appellants,

Current and Former Directors and Officers, Betsy D. Holden, Christopher Reyes, Dudley S. Taft, Enrique Hernandez, Jr., Miles D. White, Robert S. Morrison, William A. Osborn, Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons, Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Thomas D. Leach, Luis E. Le, Mark Hianik, Irving Quimby, Crane Kenney, Chandler Bigelow, Daniel Kazan, Timothy Knight, Thomas Finke, SAM ZELL AND AFFILIATED ENTITIES, EGI-TRB, LLC, Equity Group Investments, LLC, SAM Investment Trust, Samuel Zell, Tower CH, LLC, Tower DC, LLC, Tower Dl, LLC, Tower EH, LLC, Tower Gr, Large Shareholders, Chandler Trust and their representatives, FINANCIAL ADVISORS, Valuation Research Corporation, Duff & Phelps, LLC, Morgan Stanley & Co. Inc. and Morgan Stanley Capital Services, Inc., GreatBanc Trust Company, Citigroup Global Markets, Inc., CA PUBLIC EMPLOYEE RETIREMENT SYSTEM, CALPERS, UNIVERSITY OF CA REGENTS, T. ROWE PRICE ASSOCIATES, INC., MORGAN KEEGAN & COMPANY, INC., NTCA, DIOCESE OF TRENTON-PENSION FUND, FIRST ENERGY SERVICE COMPANY, MARYLAND STATE RETIREMENT AND PENSION SYSTEM, T BANK LCV QP, T BANK-LCV- PT, JAPAN POST INSURANCE, CO., LTD., SERVANTS OF RELIEF FOR INCURABLE CANCER (AKA DOMINICAN SISTERS OF HAWTHORNE), NEW LIFE INTERNATIONAL, NEW LIFE INTERNATIONAL TRUST, SALVATION ARMY, SOUTHERN TERRITORIAL HEADQUARTERS, CITY OF PHILADELPHIA EMPLOYEES, OHIO CARPENTERS' MIDCAP (AKA OHIO

CARPENTARS' PENSION FUND), TILDEN H. EDWARDS, JR., MALLOY AND EVANS, INC., BEDFORD OAK PARTNERS, LP, DUFF AND PHELPS LLC, DURHAM J. MONSMA, CERTAIN TAG-ALONG DEFENDANTS, MICHAEL S. MEADOWS, WIRTZ CORPORATION,

        Defendants.

―――――――――――――――――――――――――――

      IT IS HEREBY ORDERED that the mandate in this case is recalled in anticipation of further panel review.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit