UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, Plaintiff, -v- DENNIS J. FITZSIMONS, et al., Defendants. | No. 11-md-2296 (RJS) No. 12-mc-2296 (RJS) No. 12-cv-2652 (RJS) ORDER |

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the attached letter from the "Catholic Sisters who form Ancilla Systems Incorporated" expressing their "sadness" that the payments required by the settlement agreement between the Trustee and Ancilla "limit[] [their] ability to assist the needy. . . ." The Court does not review settlement agreements for fairness, and is in fact unaware of the terms of any of the settlement agreements reached by parties to this case. Nevertheless, the Court shares the Catholic Sisters' "hope that the money that was returned is used in [a] needful and honorable way. . . ."

SO ORDERED.

Dated:  June 12, 2018
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



# ANCILLA SYSTEMS
*"Serving PHJC ministries to serve others"*

June 6, 2018

The Honorable Richard J. Sullivan
Judge of the United States District Court
    For the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

RE: Tribune LBO Settlement

Dear Judge Sullivan:

We Catholic Sisters who form Ancilla Systems Incorporated have complied with the determination in the above referenced action and have returned monies from the Tribune LBO Settlement Agreement litigation with the Tribune Company.  We agreed to return these funds, but want to express our sadness that this limits our ability to assist the needy we work with.  Had we kept these monies, they would have assisted our ministry with newborn medically compromised children, with women who are homeless, with first-generation college students, with moms and young children in need.

We can only hope that the money that was returned is used in as needful and honorable way as we would have.

Sincerely,

*Sister Mary Ellen Goeller, PHJC*

Sister Mary Ellen Goeller, PHJC
Executive Director
Ancilla.org
Poorhandmaids.org

cc: Sister Judith Diltz, PHJC
    Provincial
    Poor Handmaids of Jesus Christ

*A ministry sponsored by the Poor Handmaids of Jesus Christ*

1419 South Lake Park Avenue • Hobart, IN 46342 • Phone (219) 947-8500 • Fax (219) 947-4037 • www.ancilla.org