## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION**  MDL No. 2296

## ORDER REASSIGNING LITIGATION

    The Panel has been notified of the need to reassign the above litigation to another judge in the Southern District of New York.

    IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Denise Cote for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

    IT IS FURTHER ORDERED that this reassignment is effective on December 1, 2018.

FOR THE PANEL

_Sarah Vance_
Sarah S. Vance
Chair