# BARACK FERRAZZANO
Barack Ferrazzano Kirschbaum & Nagelberg LLP

**Michael J. B. Pitt**  |  T. 312.629.7396  |  michael.pitt@bfkn.com

December 17, 2018

<u>VIA ECF AND UPS OVERNIGHT DELIVERY</u>

The Honorable Denise L. Cote
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>*In re Tribune Company Fraudulent Conveyance Litigation*, 11-MD-2296 (DLC), 12-MC-2296 (DLC); *Kirschner v. FitzSimons, et al.*, 12-CV-2652 (DLC)</u>

Dear Judge Cote:

On behalf of GreatBanc Trust Company, and pursuant to the Court's Order dated December 17, 2018, attached please find two courtesy copies of the motion papers for Motion 8, the Financial Advisors' Motion to Dismiss Counts 16-22 and 31 of the Fifth Amended Complaint. These papers bear the following ECF numbers in Case No. 11-MD-2296 (DLC):

5954, 5955, 5956 (with attachment 5956-1), 5957 (with attachment 5957-1), 6130, 6133 (with attachments 6133-1 and 6133-2), 6169, and 6209.

Sincerely,

/s/ Michael J. B. Pitt

Michael J. B. Pitt

Enclosures

cc: All counsel of record (without enclosures), via ECF in Cases Nos. 11-MD-2296 (DLC) and 12-CV-2652 (DLC)