DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :  11md2296 (DLC)
                                    :  12cv2652 (DLC)
In re: Tribune Company Fraudulent   :  12cv6055 (DLC)
Conveyance Litigation               :
                                    :       ORDER
                                    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

On December 1, 2018, these actions were reassigned to this Court. Accordingly, it is hereby

ORDERED that a pretrial conference will be held on **January 14, 2019** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that, by **January 7,** parties may submit a letter no longer than five pages describing any issues they would like the Court to address at the conference. Similarly situated parties should cooperate and submit a single letter.

IT IS FURTHER ORDERED that counsel for the Trustee shall, by **January 11,** provide the Court with an appearance sheet listing all counsel who will appear at the January 14 conference for all parties. The appearance sheet must be sent to Chambers via e-mail at cotenysdchambers@nysd.uscourts.gov.

Dated:   New York, New York
         December 19, 2018

                                    _____
                                          DENISE COTE
                                    United States District Judge