# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>No. 11 MD 2296 (DLC)<br>No. 12 MC 2296 (DLC) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><div align="right">*Plaintiff*,</div><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><div align="right">*Defendants*.</div> | No. 12 CV 2652 (DLC) |

## NOTICE OF APPEAL

Notice is hereby given that Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit, as to the defendants listed on the attached Schedule A, from the order entered on August 24, 2017 (Docket Entry 5367),[1] from the order entered June 18, 2018 (Docket Entry 5849), from the opinion and order entered on April 23, 2019 (Docket Entry 6175), from the final judgment pursuant to Federal Rule of Civil Procedure 54(b) entered on June 13, 2019 (Docket Entry 6321), and from all underlying and associated orders.

---

[1] The docket entry numbers referenced above relate to case number 12 CV 2652 (DLC).

Dated: July 12, 2019
New York, NY

FRIEDMAN KAPLAN SEILER          AKIN GUMP STRAUSS HAUER
& ADELMAN LLP                   & FELD LLP

By:   */s/ Robert J. Lack*      By:   */s/ David M. Zensky*
      Robert J. Lack                  David M. Zensky

7 Times Square                  One Bryant Park
New York, NY 10036-6516         New York, NY 10036
(212) 833-1100                  (212) 872-1000


*Attorneys for Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*

3451307.3

# SCHEDULE A

Plaintiff notices this appeal as to the following 2,932 defendants **only**:

1. 1173132 ONTARIO INC
2. 1199SEIU GREATER NY PENSION FUND LCV
3. 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND
4. 1199SEIU HEALTHCARE EMPLOYEES PENSION FUND MCV
5. 1199SEIU HOME CARE EMPLOYEES PENSION FUND
6. 1993 GF PARTNERSHIP #4 G-BAR
7. 1998 CLARKE FAMILY TRUST UA DTD 2/12/98, RANDALL W CLARKE, TINA LIN CLARKE, TRUSTEES
8. 1ST SOURCE BANK
9. 3GT INVESTMENT PARTNERSHIP
10. 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST I, CURRENT TRUSTEE
11. A & P ASSOCIATES SB ADVISOR
12. A ERICKSON SHUSTER AND VIRGINIA G SHUSTER
13. A.G. EDWARDS & SONS, LLC
14. A.G. EDWARDS TRUST COMPANY, FSB
15. ABBEY EQUITY FUND ICVC SUB, THE ROYAL BANK OF SCOTLAND PLC, AS HOLDER OF ACCOUNTS
16. ABBEY NATIONAL SECURITIES, INC.
17. ABC ARBITRAGE SA
18. ABDUL W MOTEN AND MICHELLE L MOTEN
19. ABIGAIL WALLACH
20. ABN AMRO ASIA FINANCIAL SERVICES, LTD.
21. ABN AMRO EQUITIES (UK), LTD.
22. ABN AMRO MULTI-MANAGER FUNDS
23. ABSOLUTE VALUE FUND LP
24. ABU DHABI INVESTMENT AUTHORITY
25. ACM GROUP TRUST- S&P 500, CURRENT TRUSTEE
26. ACT, INC. LARGE-CAP VALUE FUND
27. ADAGE CAPITAL PARTNERS LP
28. ADAM W. POTTER, USAA FEDERAL SAVINGS BANK C/F
29. ADIA INVESTMENT SERIES
30. ADVANCED SERIES TRUST - AST QMA US EQUITY ALPHA PORTFOLIO F/K/A AST ALLIANCEBERNSTEIN MANAGED INDEX 500 PORTFOLIO
31. ADVANCED SERIES TRUST - AST T. ROWE PRICE ASSET ALLOCATION PORTFOLIO
32. ADVISORS INNER CIRCLE FUND - LSV VALUE EQUITY FUND
33. AETNA LIFE INSURANCE COMPANY
34. AFFILIATED PRIVATE INVESTORS U.S. CORE VALUE FUND, L.L.C.
35. AHL PEGASUS LTD.
36. AIG U.S. LARGE CAP FUND - OFFSHORE CLASS U
37. ALAN DEVANEY AND JILL DEVANEY

3

38. ALAN GERRY
39. ALAN L GARNER BGC INSURANCE TRUST PLG
40. ALAN R RHEN IRA R/O U/A DTD 8/13/98, FCC, CUSTODIAN
41. ALAP UK WP NORWICH UNION INVESTMENT TRUST, CURRENT TRUSTEE
42. ALASKA LARGE-CAP TRUST
43. ALASKA PERMANENT FUND CORPORATION
44. ALBERTA FINANCE
45. ALBERTA W. CHANDLER MARITAL TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
46. ALECTA PENSIONSFORSAKRING OMSESIDIGT
47. ALEXANDER D SOLON AND PAULA SOLON
48. ALEXANDER SOLON IRRA, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN
49. ALEXANDRA GLOBAL MASTER FUND LTD
50. ALFA-TECH, LLC
51. ALFRED V TJARKS, ALFRED V TJARKS RETIREMENT PLAN DTD 02/18/85, ALFRED V TJARKS JR, TRUSTEE
52. ALFRED W. MERKEL, MARLOWE G. MERKEL TRUST UA 11 SEP 85, MARLOWE G. MERKEL, TRUSTEE
53. ALFRED WEINSTEIN
54. ALICE C. GARNER
55. ALICE GARNER MONEY PPP
56. ALISON FORD DUNCAN, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR ALISON FORD DUNCAN
57. ALIZA LEAH ROZMAN TRUST, U/A DTD 10/08/82, MARJORIE ROZMAN, NANETTE ROSENBERG, TRUSTEES
58. ALLAN H WILLARD TRUST U/A DTD 9/7/93, CURRENT TRUSTEE
59. ALLEGRO ASSOCIATES
60. ALLEN C. TANNER JR.
61. ALLEN PUTTERMAN MD SC MONEY PURCHASE PENSION PLAN
62. ALLIANCE CAPITAL GROUP TRUST, TIM MCCARTHY, TRUSTEE
63. ALLIANCE CAPITAL MANAGEMENT LLC
64. ALLIANCEBERNSTEIN L.P. F/K/A ALLIANCE CAPITAL MANAGEMENT CO F/K/A ALLIANCE CAPITAL MANAGEMENT LP
65. ALLIANCEBERNSTEIN TRUST, ALLIANCEBERNSTEIN VALUE FUND, CURRENT TRUSTEE
66. ALOYSIUS J & EUGENE F FRANZ FOUNDATION FOR THE CONGREGATION OF THE MISSION
67. ALPHADYNE INTERNATIONAL MASTER FUND LTD
68. ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARP, THE NORTHERN TRUST COMPANY AND CAROL E. MARTIN, CO-TRUSTEES

3451307.3

69.     ALPINE ASSOCIATES II, L.P.
70.     ALPINE ASSOCIATES OFFSHORE FUND II LTD.
71.     ALPINE ASSOCIATES OFFSHORE FUND LTD.
72.     ALPINE ASSOCIATES, A LIMITED PARTNERSHIP
73.     ALPINE INSTITUTIONAL LP
74.     ALPINE PARTNERS, L.P.
75.     ALTERNATIVE FD LLC (CATALYST)
76.     ALTMA FUND SICAV PLC IN RESPECT OF THE AMIENS SUB-FUND
77.     ALVIN A VINEGAR TRUST SV-15, ALVIN VINEGAR, TRUSTEE
78.     ALVIN BAUM JR 1966 TRUST, ALVIN H BAUM, TRUSTEE
79.     ALYCE TUTTLE FULLER TRUST U/A DTD 10/03/2003, ALYCE TUTTLE
        FULLER, TRUSTEE
80.     ALYN L COOPERMAN REVOCABLE TRUST DATED 8/25/1994, A
        MAITLAND & M COOPERMAN, TRUSTEES
81.     AM INTERNATIONAL EMAC 63 LTD/VOL ARB
82.     AM MASTER FUND III, LP
83.     AMELIA ROSE HOWELLS
84.     AMELITA NEIBURGER
85.     AMELITA NEIBURGER TRUST 5C-183, AMELITA M NEIBURGER,
        TRUSTEE
86.     AMERICAN CENTURY INVESTMENT MANAGEMENT INC S&P 500
        EQUITY INDEX FUND
87.     AMERICAN ENTERPRISE INVESTMENT SERVICES INC
88.     AMERICAN GENERAL LIFE INSURANCE COMPANY OF DELAWARE
        A/K/A AIG LIFE INSURANCE COMPANY
89.     AMERIPRISE TRUST CO.
90.     AMETEK INC EMPLOYEES MASTER RETIREMENT TRUST, CURRENT
        TRUSTEE
91.     AMIDA PARTNERS MASTER FUND LTD
92.     AMY W FONG LIVING TRUST U/A DTD 06/14/1988, ARNOLD D FONG
        AND AMY W FONG, TRUSTEES
93.     ANADARKO PETROLEUM CORPORATION MASTER TRUST, APC
        ADMINISTRATIVE AND INVESTMENT COMMITTEE, TRUSTEE
94.     ANDERSEN DEFINED BENEFIT, US BANK N.A., TRUSTEE
95.     ANDRA-AP-FONDEN (AP2)
96.     ANDREA REIMANN-CIARDELLI TRUST U/A DTD 04/28/2006, CURRENT
        TRUSTEE
97.     ANDREW ABSLER AND LAUREN F ABSLER
98.     ANDREW ALLEN CHARITABLE FOUNDATION SEL ADV, NORTHERN
        TRUST, TRUSTEE
99.     ANDREW BOEHM AND RITA A BOEHM
100.    ANDREW J IAN GARY WENDY J MACKEN FAMILY TRUST UA
        3/16/1999, ANDREW J IAN GARY WENDY J MACKEN, TRUSTEES
101.    ANDREW J. MCKENNA TRUST, CURRENT TRUSTEE
102.    ANGELO D. GIANCARLO
103.    ANN F. PARKS TRUST, WILLIAM M. PARKS, TRUSTEE

104. ANNABELLE M FREDERICKSON #XXXXXXX0010, MELLON, CUSTODIAN
105. ANNE ELIZABETH MCKENNY 2007, ANNE E MCKENNY, TRUSTEE
106. ANNE MCKENNY TRUST, CLARA WHITNEY, TRUSTEE
107. ANNE RR HUSK & EF PORTER III S HOWELLS TRUST 12/30/85, MARTHA S MOLLOY, J CS MULLEN, TRUSTEES
108. ANNE S HOWELLS CHAR TRUST DTD DEC 18 1989, JANE C. MULLEN, RICHARD R. HUSK, TRUSTEES
109. ANNE S SCHEIERMANN
110. ANNE W. CHARPIE TRUST, ANNIE W. CHARPIE, TRUSTEE
111. ANNE-MARIE S GREENBERG
112. ANNETTE O GLOVER HAROLD R GLOVER TRUST UA 02/08/99, ANNETTE O. GLOVER, HAROLD R. GLOVER, TRUSTEES
113. ANTHONY TABASCO III
114. ANTHONY Y. LIN
115. ANTHONY YUKSEEN YAU
116. ANTOINETTE B BRUMBAUGH TRUST, ANTOINETTE B BRUMBAUGH, TRUSTEE
117. AON CORPORATION
118. APG A/K/A ALL PENSIONS GROUP STRUCTURED RESEARCH A/K/A APG ASSET MANAGEMENT US, INC. F/K/A ABP INVESTMENTS US, INC.
119. AQR ABSOLUTE RETURN MASTER ACCOUNT, L.P.
120. AQR CAPITAL MANAGEMENT LLC
121. AQR GLOBAL STOCK SELECTION HV MASTER ACCOUNT LTD.
122. AQR GLOBAL STOCK SELECTION MASTER ACCT LP
123. AQR R. C. EQUITY AUSTRALIA FUND
124. AQUA AMERICA-GABELLI ASSET MANAGEMENT
125. ARC REVOCABLE TRUST, ROBERT SNYDER, TRUSTEE
126. ARCHDIOCESAN PENSION PLAN OF THE ARCHDIOCESE OF NEW YORK
127. ARCHDIOCESE OF CINCINNATI
128. ARCHDIOCESE OF NEW YORK MASTER TRUST, CURRENT TRUSTEE
129. ARGYLL RESEARCH LLC
130. ARIE & IDA CROWN MEMORIAL
131. ARIZONA STATE RETIREMENT SYSTEM
132. ARMEN J ADAJIAN TRUST U/A 9/15/80, ARMEN J ADAJIAN, TRUSTEE
133. ARMENIAN GEN. BENEVOLENT UNION
134. ARMSTRONG WORLD INDUSTRIES, INC. RETIREMENT MASTER TRUST, CURRENT TRUSTEE
135. ARNOLD R WEBER & EDNA F WEBER
136. ARNOLD R WEBER AND EDNA F WEBER
137. ARTHUR E GOLDBERG
138. ARTHUR E LEE AND NANCY L LEE
139. ARTHUR HOYER ROLLOVER IRA, SCOTTRADE INC, CUSTODIAN
140. ARTHUR R. HOYER AND THELMA L. LEMTS
141. ARTHUR SHAWN CASEY

142.  ARTIS AGGRESSIVE GROWTH MASTER FUND LP
143.  ARTIS AGGRESSIVE GROWTH, L.P.
144.  ARTIS PARTNERS (INSTITUTIONAL), L.P.
145.  ARTIS PARTNERS 2X (INSTITUTIONAL), L.P.
146.  ARTIS PARTNERS 2X LTD
147.  ARTIS PARTNERS 2X, L.P.
148.  ARTIS PARTNERS LTD
149.  ARTIS PARTNERS, L.P.
150.  ARTURO QUINONES
151.  ASBESTOS WORKERS LOCAL 32 PENSION FUND
152.  ASBESTOS WORKERS PHILADELPHIA PENSION LCV
153.  ASCENSION HEALTH
154.  ASTRID K BIRKE REVOCABLE TRUST DATED 04/28/98, ASTRID K BIRKE, TRUSTEE
155.  AT&T INC.
156.  AUSTIN TRUST COMPANY
157.  AUSTRALIAN COMPANY NUMBER 003 113 960 LTD
158.  AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA
159.  AUTOMOTIVE MACHINISTS PENSION TRUST FUND
160.  AUTRY COMMUNITY PROPERTY TRUST, U/A DTD 03/15/1985, JACQUELINE E AUTRY, TRUSTEE
161.  AVALON TRUST COMPANY
162.  AVERY DENNISON CORPORATION MASTER RETIREMENT TRUST A/K/A AVERY DENNISON MASTER RETIREMENT TRUST, CURRENT TRUSTEE
163.  AVIV NEVO
164.  AXA EQUITABLE LIFE INSURANCE COMPANY
165.  AXA INSURANCE
166.  AXA PACIFIC INSURANCE COMPANY
167.  AXA PREMIER VIP TRUST
168.  AXA PREMIER VIP TRUST - MULTIMANAGER LARGE CAP CORE EQUITY PORTFOLIO, CURRENT TRUSTEE
169.  AXA PREMIER VIP TRUST - MULTIMANAGER LARGE CAP VALUE PORTFOLIO
170.  AXELSON FAM. LIMITED PARTNERSHIP, STEPHEN AXELSON AND LINDA AXELSON
171.  B H GERALD ROGERS MD LTD EMPLOYEE PENSION TRUST U/A 07/01/84, B H GERALD ROGERS, TRUSTEE
172.  BABSON
173.  BACAP EQUITY FUND XX1 BANK OF AMERICA
174.  BAE SYSTEMS LAND & ARMAMENTS INC. F/K/A UNITED DEFENSE LP
175.  BAKERY, CONFECTIONERY, TOBACCO WORKERS & GRAIN MILLERS INTERNATIONAL PENSION FUND
176.  BALDWIN ENTERPRISES, INC
177.  BALENTINE US MID CAP EQUITY FUND SELECT
178.  BANK JULIUS BAER & CO. AG

179. BANK OF AMERICA (F/K/A MERRILL LYNCH IQ)
180. BANK OF AMERICA (GLASS LEWIS CO.)
181. BANK OF AMERICA PENSION-T. ROWE PRICE, BANK OF AMERICA, N.A. AS DIRECTED TRUSTEE
182. BANK OF AMERICA, NATIONAL ASSOCIATION
183. BANK OF MONTREAL HOLDING, INC. AS SUCCESSOR TO BMO NESBITT BURNS TRADING CORP. S.A.
184. BANK OF NEW YORK MELLON CORP RET PLANS MASTER TRUST, CURRENT TRUSTEE
185. BAPTIST FOUNDATION OF TEXAS
186. BARBARA ALTER
187. BARBARA ANNE WARD LIVING TRUST U/A DTD 11/20/2007, BARBARA ANNE WARD, TRUSTEE
188. BARBARA CLEMENTS HELLER REVOCABLE TRUST DTD 3/22/01, CURRENT TRUSTEE
189. BARBARA H ALTER 2002 DECLARATION OF TRUST DTD 12/12/2002, BARBARA H ALTER, TRUSTEE
190. BARBARA J. KNEELAND
191. BARBARA M OSBORNE INTERIM TST DTD 2/7/02, JONATHAN OSBORNE & ELIZABETH O SIEGEL, TRUSTEES
192. BARBARA M OSBORNE TRUST U/I/T DTD 2/7/05, JONATHAN OSBORNE, ELIZABETH SIEGEL, TRUSTEES
193. BARBARA M. J. WOOD LIVING TRUST U/A/D 9/17/81, THE NORTHERN TRUST COMPANY, TRUSTEE
194. BARBARA M. OSBORNE TRUST U/I/T DTD 2/7/05, JONATHAN OSBORNE, ACTING TRUSTEE
195. BARBARA MARTELL
196. BARBRA ATSAVES PABST IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
197. BARCLAYS BANK PLC - BARCLAYS CAPITAL GROUP
198. BARCLAYS CAPITAL INC.
199. BARCLAYS CAPITAL SECURITIES LIMITED
200. BARCLAYS CAPITAL SECURITIES LIMITED AS SUCCESSOR TO BZW SECURITIES LIMITED
201. BARCLAYS GLOBAL INVESTORS
202. BARRETT C MCGREGOR
203. BARRY DAVID KUPFERBERG & LORI BANNER KUPFERBERG
204. BARRY SHEIN REVOCABLE TRUST, BARRY S SHEIN, TRUSTEE
205. BARRY T WERBLOW AND BARI WERBLOW
206. BASF CORPORATION PENSION MASTER TRUST
207. BASF PENSIONKASSE WAG
208. BASHAR A MUBASHIR
209. BASHAR A MUBASHIR IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
210. BATTELLE MEMORIAL INSTITUTE

| | |
|---|---|
| 211. | BATTELLE MEMORIAL INSTITUTE PN - NASA TECHNICAL REPORTS SERVER |
| 212. | BAXTER INTERNATIONAL INC. |
| 213. | BCBSM FOUNDATION BLUE CROSS BLUE SHIELD OF MICHIGAN (BERNSTEIN VALUE) |
| 214. | BEAR STEARNS ASSET MANAGEMENT, INC. |
| 215. | BEAR STEARNS EQUITY STRATEGIES RT LLC |
| 216. | BECHTEL CORPORATION TRUST AND THRIFT PLAN |
| 217. | BEDFORD OAK PARTNERS LP |
| 218. | BELL ATLANTIC MASTER TRUST, CURRENT TRUSTEE |
| 219. | BELLIN HOSPITAL PENSION TRUST, U.S. BANK N.A., TRUSTEE |
| 220. | BELLSOUTH CORP. NON-REPRESENTABLE HEALTH CARE TRUST, CURRENT TRUSTEE |
| 221. | BELLSOUTH CORPORATION |
| 222. | BELLSOUTH GROUP LIFE TRUST S&P, CURRENT TRUSTEE |
| 223. | BELLSOUTH HEALTHCARE S&P 500 |
| 224. | BELLSOUTH/ALLIANCE |
| 225. | BENJAMIN J. VERDUSCO TRUST, U/A DTD 12/13/1989, CATHERINE A VERDUSCO, TRUSTEE |
| 226. | BERNADETTE FINGLETON |
| 227. | BERNARD AND BARBRO OSHER 2006 CHARITABLE REMAINDER UNITRUST #2, BERNARD OSHER AND BARBRO OSHER, TRUSTEES |
| 228. | BERNARD E WATERMAN AND EDITH B WATERMAN |
| 229. | BERNARD OSHER 2006 CHARITABLE REMAINDER UNTRUST #2, BERNARD OSHER, TRUSTEE |
| 230. | BERNARD OSHER TRUST, BERNARD OSHER, TRUSTEE |
| 231. | BERNARD RABINOWITZ TRUST U/A/D 09-11-2006, BERNARD RABINOWITZ, TRUSTEE |
| 232. | BERNARD W. LINCICOME |
| 233. | BERNARD WEINGER GST TRUST, LAURENCE S. SPECTOR, TRUSTEE |
| 234. | BERNICE K WATTMAN TRUST, U/A DTD 11/01/2002, CURRENT TRUSTEE |
| 235. | BETHESDA MASTER TRUST, CURRENT TRUSTEE |
| 236. | BETTE WENDT JORE |
| 237. | BETTIE SUE FLYNN |
| 238. | BETTY BEAIRD LIVING TRUST U/A DTD 4/10/87, BETTY BEAIRD, TRUSTEE |
| 239. | BETTY ELLEN BERLAMINO |
| 240. | BETTY H. ROELAND MARITAL TRUST, THE ROELAND FAMILY TRUST UA 8/19/86, BETTY H ROELAND, TRUSTEE |
| 241. | BETTY K. ZLATCHIN IRA, DELAWARE CHARTER GUARANTEE & TRUST, CUSTODIAN |
| 242. | BETURN |
| 243. | BGI CDN US EQUITY INDEX - NON TAX FUND |
| 244. | BGICL NONPENSION US EQ |
| 245. | BIG SKY, LLC |

246. BILL C. OGLE AND JANIE L. OGLE
247. BILLIE J BOUZEK TRUST U/A 1/28/00, FRANK J BOUZEK, TRUSTEE
248. BINHUA MAO ROTH IRA, ETRADE, CUSTODIAN
249. BLACK BOX CORPORATION
250. BLACK DIAMOND ARBITRAGE OFFSHORE LTD. CARLSON CAPITAL L.P.
251. BLACK DIAMOND OFFSHORE LTD. CARLSON CAPITAL L.P.
252. BLACK RIVER GLOBAL EQUITY FUND LTD. F/K/A BLACK RIVER GLOBAL EQUITY ARBITRAGE FUND LTD.
253. BLACKBURN TRUST, MARSHA BLACKBURN, TRUSTEE
254. BLACKPORT CAPITAL FUND LTD
255. BLACKROCK ADVISORS (UK) LTD. F/K/A BARCLAYS GLOBAL INVESTORS. LTD.
256. BLACKROCK DEBT STRATEGIES FUND, INC. A/K/A DSU
257. BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.
258. BLACKROCK NORTH AMERICAN EQUITY TRACKER FUND TRUST ACCOUNTS, BANK OF NEW YORK EUROPE LTD, RBS, TRUSTEE
259. BLACKROCK S&P 500 INDEX V.I. FUND (INS-VAR SER)
260. BLACKROCK S-P 500 INDEX SERIES MASTER
261. BLACKROCK, INC. (MERRILL LYNCH)
262. BLANDINA ROJEK
263. BLANDINA ROJEK CHAR LD. TRUST, FRIEDMAN & HUEY ASSOCIATES, TRUSTEE
264. BLK GLOBAL EQUITY I
265. BLUE CHIP FUND, A SERIES OF FIRST INVESTORS EQUITY FUNDS
266. BLUE CHIP FUND, A SERIES OF FIRST INVESTORS LIFE SERIES FUNDS
267. BLUE CROSS & BLUE SHIELD OF KANSAS
268. BLUE CROSS BLUE SHIELD OF MICHIGAN BCBSM FOUNDATION BERNSTEIN VALUE
269. BLUE HILLS BANK F/K/A HYDE PARK SAVINGS BANK
270. BLYTHE T BELENKY
271. BMO NESBITT BURNS INC./CDS
272. BMR 2 LLC
273. BNA EMPLOYEES RETIREMENT TRUST, CURRENT TRUSTEE
274. BNP PARIBAS ARBITRAGE, SNCR
275. BNP PARIBAS PRIME BROKERAGE, INC.
276. BNP PARIBAS PRIVATE BANK, SA HONG KONG BRANCH (POOL 3 30% WITHHOLD DIVIDEND)
277. BNP PARIBAS SECURITIES CORP.
278. BNP PARIBAS SECURITIES CORP. (EQUITY DERIVATIVES SEFUSD)
279. BNP PARIBAS SECURITIES CORP. (PARIS TRADING)
280. BNP PARIBAS SECURITIES SERVICES
281. BNY MELLON, NATIONAL ASSOCIATION AS SUCCESSOR-IN-TRUST TO MELLON TRUST OF NEW ENGLAND, N.A.
282. BNYTD EQUATOR INV FD ICVC NAMERICA LARGE MID CAP EQTY-FD-T ROWE PRICE

283. BOA PENSION-BACAP LARGECAP INDEX, BANK OF AMERICA, TRUSTEE
284. BOA PENSION-CMG LARGECAP INDEX
285. BOARD OF ADMINISTRATION OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN A/K/A WATER AND POWER EMPLOYEES' RET DISAB & DEATH BENEFIT INS PLAN, T. ROWE PRICE ASSOCIATES, INC., CUSTODIAN
286. BOB FUSHIMI AND CLOVIA L. FUSHIMI
287. BODMAS CAPITAL PARTNERS LP
288. BOKF, NATIONAL ASSOCIATION F/K/A BANK OF OKLAHOMA NA
289. BONNIE GONZALEZ, AS BENEFICIARY OF THE ESTATE OF ALFRED C. GLASSELL JR.
290. BORROWED-NY, STOCK
291. BOSTON PARTNERS ASSET MANAGEMENT
292. BP PENSION SERVICES, LTD
293. BRADLEY A LONG TRADITIONAL IRA
294. BRANDES INVESTMENT FUNDS PLC BRANDES US EQUITIES FUND
295. BRANDES INVESTMENT PARTNERS, L.P.
296. BRANDES U.S. EQUITY FUND
297. BRENT EASTBURG HY/SCT
298. BRENT V WOODS IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN
299. BRESLER FAMILY INVESTORS LLC
300. BRIAN GORMLEY
301. BRIAN MCGOVERN
302. BRIAN SHERIDAN HALL
303. BRICKLAYERS & TROWEL TRADES INTL PENSION FUND MCV
304. BRISTOL COUNTY RETIREMENT SYSTEM LCV
305. BRISTOL-MYERS SQUIBB COMPANY MASTER RETIREMENT TRUST, BOB RAMNARINE, TRUSTEE
306. BROADRIDGE BUSINESS PROCESS OUTSOURCING, LLC F/K/A RIDGE CLEARING & OUTSOURCING SOLUTIONS
307. BROOKLINE AVENUE PARTNERS, LP
308. BROPHY PROPERTIES INC
309. BROWN & JAMES PC PFT SHR PLAN DTD 91/03
310. BRUCE G MURPHY AND LOU ANN MURPHY JT WROS
311. BRUCE KIRKPATRICK
312. BRUCE STROHM REV TRUST U/A 05/12/93 FBO BRUCE STROHM, BRUCE CARLTON STROHM, TRUSTEE
313. BRUMBACK FAMILY LLC CHARLES T. BRUMBACK
314. BRUMBAUGH A B IRRV TRUST, PIERCE ATWOOD, TRUSTEE
315. BUILDING TRADES UNITED PENSION TRUST FUND, CURRENT TRUSTEE
316. BURROUGHS WELLCOME FUND
317. BURT JM TEST, CURRENT TRUSTEE
318. BYRD TRADING LLC

319. C HUGH STEPHENS TRUST U/A DTD 11/08/2002, C HUGH STEPHENS, TRUSTEE
320. C M LLOYD MAR GST TAX EXEMPT TRUST U/D, CURRENT TRUSTEE
321. CACEIS BANK
322. CACEIS BANK LUXEMBOURG (CLIENT ACCOUNT)
323. CAISSE DE DEPOT ET PLACEMENT DU QUEBEC
324. CALDWELL FOUNDATION
325. CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES
326. CALIFORNIA MASTER TRUST, CURRENT TRUSTEE
327. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
328. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (CALIFORNIA PUBLIC EMPLOYEES' FUND)
329. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (DEFERRED COMPENSATION FUND/TRUST)
330. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (DYNAMIC COMPLETION FUND)
331. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (JUDGES' RETIREMENT SYSTEM II TRUST, CALIFORNIA EMPLOYEES' RETIREE BENEFIT TRUST, LEGISLATORS RETIREMENT SYSTEM TRUST, LONG-TERM CARE FUND TRUST)
332. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (POOLED S+P 500 INDEX FUND)
333. CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
334. CALVERT VARIABLE PRODUCTS, INC. F/K/A SUMMIT MUTUAL FUNDS, INC.
335. CAMDEN ASSET MANAGEMENT LP AND BARNET PARTNERS LTD
336. CAMILLA CHANDLER FAMILY FOUNDATION
337. CANADA PENSION PLAN INVESTMENT BOARD
338. CANADIAN IMPERIAL HOLDINGS INC.
339. CANTIGNY FOUNDATION
340. CANTOR FITZGERALD & CO.
341. CANYON BALANCED MASTER FUND, LTD. F/K/A CANYON BALANCED EQUITY MASTER FUND, LTD.
342. CANYON VALUE REALIZATION FUND, L.P.
343. CANYON VALUE REALIZATION MAC 18 LTD FORTIS PRIME FUND SOL.
344. CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION - MARSHALL & ILSLEY TRUST CO.
345. CAPITALIA AZIONARIO USA PV, CREDIT AGRICOLE, SA (AMUNDI GROUP F/K/A SYSTEIA CAPITAL MANAGEMENT)
346. CARA LEIGH GILLESPIE-WILSON
347. CARL F. THORNE AND ROSELLA M. THORNE
348. CARL H SPAHR
349. CARL V CLARK IRA FIDELITY MANAGEMENT TRUST CO CUST

350. CARL WEINER TESTAMENTARY TRUST U/A/D 3/7/86, HELEN BERMAN, FRANCES GOLDSTEIN, TRUSTEES

351. CARL ZLATCHIN PROFIT SHARING PLAN, DELAWARE CHARTER GUARANTEE & TRUST, CUSTODIAN

352. CARLOS MADRIGAL JR AND ELSA MADRIGAL

353. CARMINE MACCHIAROLI LIVING TRUST U/A 07/01/88, MARIE MACCHIAROLI, CARMINE MACCHIAROLI, TRUSTEES

354. CAROL E JANSSON TRUST U/A DTD 06/17/1998, CAROL E JANSSON, TRUSTEE

355. CAROL E NEWMAN REVOCABLE TRUST UA 02-10-2006, CAROL E. NEWMAN, TRUSTEE

356. CAROL FORACE

357. CAROL S ROWE ROLLOVER ACCOUNT, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN

358. CAROLINE D BRADLEY TRUST DATED 11/30/51 FBO SARAH DOLL BARDER, THE NORTHERN TRUST COMPANY, TRUSTEE

359. CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA, CURRENT TRUSTEE

360. CARPENTERS PENSION TRUST FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES

361. CARR TOTAL RETURN FUND LIMITED PARTNERSHIP, ALPHA WINDWARD LLC

362. CARRINGTON M. LLOYD, JR. PLD

363. CARROLL PITTMAN, LOU E PITTMAN TRUST UA 04/30/02 PITTMAN TRUST, CURRENT TRUSTEE

364. CARYL PUCCI RETTALIATA DESIGNATED BENE PLAN

365. CASEY AND ASSOCIATES, LLP

366. CASSANDRA TRADING GROUP LLC

367. CATERPILLAR INC.

368. CATERPILLAR INC. GROUP INSURANCE PLAN MASTER TRUST, LOCI COLAW, TRUSTEE

369. CATERPILLAR INC. MASTER RETIREMENT TRUST, CURRENT TRUSTEE

370. CATERPILLAR INC. VEBA LCV

371. CATERPILLAR INVESTMENT TRUST A/K/A CATERPILLAR, INC. 401(K) PLAN

372. CATERPILLAR PORTABLE ALPHA

373. CATHERINE A. CAMPBELL TRUST UAD 9/21/1995, ROBERT D. CAMPBELL, TRUSTEE

374. CATHERINE VERDUSCO & FRANCESCA J VERDUSCO TRUST UA 12/13/89, CATHERINE J VERDUSCO, TRUSTEE

375. CATHOLIC UNITED INVESTMENT TRUST, CURRENT TRUSTEE

376. CAXTON INTERNATIONAL LIMITED CAXTON ASSOCIATES, LP F/K/A CAXTON ASSOCIATES, LLC

377. CBS MASTER TRUST, CURRENT TRUSTEE

378. CD INVESTMENT PARTNERS LTD

3451307.3

379. CDC FINANCIAL PRODUCTS INC.
380. CECIL C. SMITH IRA, PTC, CUSTODIAN
381. CEDAR GROVE CEMETERY ASSOCIATION PERPETUAL CARE RESERVE FUND
382. CENTRAL PENSION FUND
383. CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND
384. CENTURION LONG-TERM STRATEGIES OVERSEAS, LTD.
385. CERVURITE
386. CERVURITE FAMILY LLC
387. CEY LIVING TRUST 5/14/87, RONALD C CEY & FRANCES L CEY TRUSTEES
388. CHANDLER FAMILY TRUST C DATED APRIL 15, 2012, ANNE-CHARLOTTE CHANDLER, KRISTINA CHANDLER LAVIOLETTE, TRUSTEES
389. CHANDLER TRUST NO. 1, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
390. CHANDLER TRUST NO. 2 AND CHANDLER SUB-TRUSTS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
391. CHARLENE FROST TRUST, GERTRUDE K CHISHOLM, TRUSTEE
392. CHARLES FRIEDMAN
393. CHARLES L. EDWARDS IRA R/O, GUARANTEE & TRUST CO., TRUSTEE
394. CHARLES R . BAUGH, JR. AND BARBARA BAUGH
395. CHARLES R BAUGH
396. CHARLES ROTHERS TRUST UA 5/11/89, JANICE E ROTHERS, BARBARA A RADER, CHARLES T ROTHERS, TRUSTEES
397. CHARLES SCHWAB & CO, INC.
398. CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.
399. CHARLES STOTTLEMYER TRUST UA DTD 04/15/82, CHARLES E. STOTTLEMYER, TRUSTEE
400. CHARLES T BRUMBACK JR AND KIMBERLY C BRUMBACK
401. CHARLES T MARTIN
402. CHARLES T. AND MARY HOWE BRUMBACK DESCENDANTS TRUST, THE NORTHERN TRUST COMPANY, TRUSTEE
403. CHARLES W HAMMOND TRUST, JAMES P HAMMOND, TRUSTEE
404. CHARLES WEINBERG
405. CHARLEY CHUNYU LU & BIYING ZHANG
406. CHARLOTTE BRODER REVOCABLE LIVING TRUST, CURRENT TRUSTEE
407. CHARTER PARTNERS LP
408. CHARTER TRUST COMPANY
409. CHEETAH + CO (T. ROWE PRICE ASSOCIATES INC.)

410. CHEMTURA CORPORATION MASTER RETIREMENT TRUST, ANN BUDZYNSKI, TRUSTEE
411. CHERYL ANN GOKE TRUST UA 12-16-1996, CHERYL ANN GOKE, TRUSTEE
412. CHESTER S CAIN IRA, AMERIPRISE TRUST COMPANY F/K/A H&R BLOCK FINANCIAL ADVISORS, CUSTODIAN
413. CHEUK W YUNG
414. CHICAGO COMMUNITY FOUNDATION THE CELLMER/NEAL FAMILY FOUNDATION
415. CHICAGO MERCANTILE EXCHANGE
416. CHICAGO TRIBUNE FOUNDATION
417. CHINESE NATIONAL COUNCIL FOR SOCIAL SECURITY FUND
418. CHRIS CARPENTER
419. CHRIS LINDBLAD REVOCABLE TRUST U/A/D 04-20-2000, CHRIS LINDBLAD, TRUSTEE
420. CHRIS P STEPUSZEK
421. CHRISTIAN SCHOOL PENSION AND TRUST FUND CHRISTIAN SCHOOLS INTERNATIONAL
422. CHRISTIANA L O'CONNOR TRUST, BANK OF AMERICA, N.A., TRUSTEE
423. CHRISTOPHER J APPLEBY TRUST U/A DTD 12/13/1989, JEFFREY J APPLEBY, TRUSTEE
424. CHRISTOPHER K CARPENTER
425. CHRISTOPHER REILLY
426. CHRISTUS HEALTH
427. CHRISTUS HEALTH CASH BALANCE PLAN - CHRISTUS HEALTH OPERATING FUND LCV
428. CHRYSLER GROUP LLC F/K/A DAIMLERCHRYSLER CORPORATION
429. CIBC TRUST CORPORATION IMPERIAL U.S. EQUITY POOL
430. CIBC U.S. BROAD MARKET INDEX FUND
431. CIBC WORLD MARKETS CORP.
432. CIBC WORLD MARKETS, INC./CDS
433. CIC
434. CICONIA CO LLC, A PARTNERSHIP
435. CIGNA CORPORATION
436. CIM XVI LLC
437. CINDY L SCHREUDER IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN
438. CIRI GILLESPIE
439. CITADEL DERIVATIVES GROUP LLC
440. CITADEL EQUITY FUND LTD
441. CITADEL LIMITED PARTNERSHIP
442. CITIBANK, NATIONAL ASSOCIATION, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES
443. CITIGROUP DERIVATIVES MARKETS INC.
444. CITIGROUP GLOBAL MARKETS INC.

3451307.3

445. CITIGROUP PENSION PLAN TRUST, THE BANK OF NEW YORK MELLON, TRUSTEE
446. CITY NATIONAL BANK
447. CITY OF CINCINNATI
448. CITY OF DAYTONA BEACH POLICE AND FIRE PENSION
449. CITY OF GAINESVILLE POLICE OFFICERS' AND FIREFIGHTERS RETIREMENT PLAN
450. CITY OF JACKSONVILLE POLICE & FIRE PENSION BOARD OF TRUSTEES TRUST
451. CITY OF LOS ANGELES EMPLOYEES' RETIREMENT SYSTEM
452. CITY OF PHILADELPHIA PUBLIC EM
453. CITY OF STAMFORD CLASSIFIED EMP. RET. FUND
454. CIVILIAN EMPLOYEES' RETIREMENT SYSTEM OF THE POLICE DEPARTMENT OF KANSAS CITY, MISSOURI
455. CLARA BUSCH ORTHWEIN IRREVOCABLE TRUST, BANK OF AMERICA, N.A., TRUSTEE
456. CLARE ATTWELL GLASSELL, INDIVIDUALLY AND AS THE BENEFICIARY OF THE CLARE ATTWELL GLASSELL CONTINUING MARITAL TRUST, ALFRED C. GLASSELL III, ACTING TRUSTEE
457. CLARENCE G PETERSEN
458. CLARESA F. M. ARMSTRONG
459. CLAUDIA BROWN
460. CLEAR COVE CAPITAL LP
461. CLEARWATER INVESTMENT TRUST (CLEARWATER GROWTH FUND), CURRENT TRUSTEE
462. CLERICAL MEDICAL INVESTMENT GROUP LIMITED
463. CLINTON CHAN, GABELLI ASSET MANAGEMENT CO.
464. CMA CAPITAL PARTNERS FUND GU IG MARKETS, CMA CAPITAL PARTNERS LTD.
465. CMCJL LLC
466. CNH MASTER ACCOUNT L.P. CNH PARTNERS, LLC
467. COASTVIEW EQUITY PARTNERS LP
468. COBALT TRADING LLC
469. COGENT INVESTMENT STRATEGIES MASTER FUND, SPC-CLASS D
470. COHEN FAM REV LIV TRUST, MILTON L COHEN, TRUSTEE
471. COLIN T KERR TRUST U/A DTD 09/02/1977, JULIE M. KERR, TRUSTEE
472. COLLECTIVE INVESTMENT TRUST FOR EMPLOYEE BENEFIT PLANS, CURRENT TRUSTEE
473. COLLECTIVE TRUST OF THE BANK OF NEW YORK, THE BANK OF NEW YORK MELLON, TRUSTEE
474. COLLEGE OF THE OZARKS
475. COLLEGE RETIREMENT EQUITIES FUND - EQUITY INDEX ACCOUNT
476. COLLEGE RETIREMENT EQUITIES FUND - GLOBAL EQUITIES ACCOUNT
477. COLLEGE RETIREMENT EQUITIES FUND - SOCIAL CHOICE ACCOUNT
478. COLLEGE RETIREMENT EQUITIES FUND - STOCK ACCOUNT

479. COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN
480. COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION
481. COLUMBIA LARGE CORE QUANTITATIVE FUND F/K/A COLUMBIA LC INDX
482. COLUMBIA LARGE CORE QUANTITATIVE FUND F/K/A RVS VP LARGE CAP EQUITY FUND – MAIN
483. COLUMBIA UNIVERSITY
484. COMERICA 500 INDEX FUND - EB
485. COMERICA 500 LARGECAP INDEX - 584 (184)
486. COMERICA BANK & TRUST, N.A., IN ITS CORPORATE CAPACITY AND AS SPONSOR OF ITS COLLECTIVE INVESTMENT FUNDS
487. COMERICA LARGECAP VALUE INDEX - EB
488. COMERICA TOTAL US EQUITY INDEX FD. 584
489. COMMERZBANK AG F/K/A DRESDNER BANK AG
490. COMMONWEALTH OF PA TREASURY DEPARTMENT FUNDS
491. COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM
492. COMMONWEALTH OF PENNSYLVANIA TUITION ACCOUNT PROGRAM FUND
493. COMMUNITY OF CHRIST CHURCH LCV
494. CONAIR CORPORATION
495. CONNECTICUT GENERAL LIFE INSURANCE COMPANY
496. CONNECTICUT HEALTH FOUNDATION, INC.
497. CONS DISC SELECT SECTOR SPDR
498. CONSEILLER MANAGED FUND LTD.
499. CONSERVATIVE BALANCED PORTFOLIO, A SERIES OF PRUDENTIAL SERIES FUND, INC.
500. CONSOLIDATED EDISON COMPANY OF NEW YORK
501. CONSTANCE TOLBERT YESO
502. CONWAY 1992 TRUST U/A DATED 01/16/1992, CHRISTOPHER J. CONWAY, ANN W. CONWAY, TRUSTEES
503. COPPOLA FAMILY TRUST U/A DTD 11/27/2001, LOUIS COPPOLA, BETTY COPPOLA, TRUSTEES
504. CORINNE CHANDLER WERDEL TST NO. 1 GST NON-EXEMPT QUA, TOM WERDEL, TRUSTEE
505. CORPORATION SERVICE COMPANY
506. CORRIE NORRIS WHITE
507. CORTESE/MOGAVERO JOINT VENTURE
508. COUGAR TRADING LLC
509. COUNTY EMPLOYEES' AND OFFICERS' ANNUITY AND BENEFIT FUND OF COOK COUNTY
510. COUTTS US EQUITY INDEX PROGRAMME
511. COWEN CAPITAL LLC F/K/A LABRANCHE STRUCTURED PRODUCTS LLC
512. COX FAMILY EDUCATIONAL TRUST U/A DTD 08/02/2004, ROSEMARY T COX, TRUSTEE

17

513. CRAIG P. EMMONS TRUST U/A FBO CRAIG P EMMONS, BANK OF AMERICA, N.A., TRUSTEE
514. CRAIG W DOUGHERTY
515. CRANE CO MASTER TRUST, CURRENT TRUSTEE
516. CRAWFORD COMPANY LLC
517. CREDIT AGRICOLE CORP. & INVESTMENT BANK - CREDIT AGRICOLE SECURITIES (USA) INC.
518. CREDIT SUISSE (LUXEMBOURG) SA
519. CREDIT SUISSE CAPITAL LLC
520. CREDIT SUISSE FIRST BOSTON EUROPE LTD
521. CREDIT SUISSE INTERNATIONAL (DEALER)
522. CREDIT SUISSE SECURITIES (EUROPE) LTD
523. CREDIT SUISSE SECURITIES (USA) LLC
524. CREDIT SUISSE SECURITIES (USA) LLC F/K/A CREDIT SUISSE FIRST BOSTON LLC
525. CROW REALTY INVESTORS, LP
526. CS ZURICH
527. CSS, LLC
528. CSX CORPORATION MASTER TRUST PENSION, RICK PATSY, TRUSTEE
529. CTC FUND MANAGEMENT, L.L.C.
530. CTC MASTER FUND LTD
531. CTS CORPORATION MASTER RETIREMENT TRUST, DONNA BELUSAR, TRUSTEE
532. CUSTOMER FRIENDLY CREATIONS
533. CUTLER GROUP, LP
534. D & J TENENBAUM REVOCABLE TRUST U/A 8/14/06, DAVID M TENENBAUM, JANN G TENENBAUM, TRUSTEES
535. D.E. SHAW & CO. LP
536. D.E. SHAW OCULUS PORTFOLIOS LLC
537. D.E. SHAW VALENCE PORTFOLIOS LLC
538. D.E. SHAW VALENCE PORTFOLIOS LLC - BROAD CORE
539. DAIMLERCHRYSLER CORP.
540. DAIMLERCHRYSLER CORP. VEBA LCV
541. DALLAS POLICE AND FIRE PENSION SYSTEM, CURRENT TRUSTEES
542. DALTON TRUST AGREEMENT, U/A DTD 10/03/2007, DEREK M. DALTON, KAREN E. DALTON, TRUSTEES
543. DANA CORPORATION PENSION PLANS TRUST, COREY LUCAS, TRUSTEE
544. DANIEL A MCCAUGHNA IRA, FCC, CUSTODIAN
545. DANIEL B. OLDHAM
546. DANIEL COHEN AND BARRIE COHEN F/K/A BARRIE A. KASS
547. DANIEL J HILLARY
548. DANIEL OPAT TRUST U/A DTD 08/31/2006, DANIEL OPAT, TRACY OPAT, TRUSTEES
549. DANIEL R ZUCKERMAN
550. DANIEL S JURSA IRA ROLLOVER, PERSHING LLC, CUSTODIAN

3451307.3

551. DANIEL S. GREGORY
552. DANSKE BANK
553. DARELL F. KUENZLER IRA, EDWARD D. JONES & CO., CUSTODIAN
554. DARYL V DICHEK
555. DAVENPORT & CO. LLC
556. DAVID A DICHEK
557. DAVID A. NOYES & COMPANY
558. DAVID C DE SIEYES
559. DAVID C. TWICHELL
560. DAVID D GRUMHAUS 1990 TRUST U/A DTD 03/26/1990, DAVID D GRUMHAUS, TRUSTEE
561. DAVID E NEISSER IRREVOCABLE TRUST DATED 8-14-83, JUDITH E NEISSER, TRUSTEE
562. DAVID ERTEL AND BETH ERTEL
563. DAVID GREENSPAHN TOD HERBERT GREENSPAHN
564. DAVID HOCHBERG
565. DAVID LEIGHTON TAYLOR REV TRUST U/A/D 09-09-2004, DAVID L. TAYLOR, TRUSTEE
566. DAVID MAZZULLO
567. DAVID N KORNFELD PSRP PS, FIDELITY MANAGEMENT TRUST CO, TRUSTEE
568. DAVID T.K. LU
569. DBI FONDS HPT USV
570. DBSO SECURITIES LTD.
571. DBX RISK ARBITRAGE 7 FUND
572. DE WERD TRUST U/A DTD 05/04/1998, J DE WERD, M DE WERD, TRUSTEES
573. DEAN L. DAVENPORT
574. DEANN K RILEY AND DAVID L RILEY JT TEN
575. DEBORAH L BRICE
576. DEBRA A. MARTHEY
577. DECLARATION OF BELL FAMILY TRUST, GLEN W. BELL JR., MARTHA A BELL AND KATHLEEN B FLYNN, TRUSTEES
578. DEEPAK AGARWAL
579. DEERE & COMPANY WELFARE BENEFIT TRUST #1, CURRENT TRUSTEE
580. DEKALB COUNTY
581. DEL MAR MASTER FUND, LTD.
582. DELD FAMILY FOUNDATION TRUST UAD 9/30/02, DOROTHY L. DRUMMEY, PAUL BOURDEAU, TRUSTEES
583. DENISE MECK
584. DENISE PALMER REVOCABLE TRUST U/A/D 10-28-1991, DENISE E PALMER, TRUSTEE
585. DENNIS EUGENE DE HAAS
586. DENNIS J BRITT ROLLOVER IRA, SCOTTRADE INC, CUSTODIAN

587. DENNIS J. LAYNE ROLLOVER IRA, ROBERT W BAIRD & CO INC, CUSTODIAN
588. DENNIS S. BUNDER
589. DEPFA BANK PLC, HYPO REAL ESTATE BANK INTERNATIONAL
590. DESERET TRUST CO.
591. DESJARDINS AMERICAN EQUITY VALUE
592. DETROIT MEDICAL CENTER CONSOLIDATED PENSION PLAN AND MASTER RETIREMENT TRUST, CURRENT TRUSTEE
593. DETROIT POLICEMAN AND FIREMAN RETIREMENT SYSTEM
594. DEUTSCHE BANK AG AMSTERDAM
595. DEUTSCHE BANK AG LONDON
596. DEUTSCHE BANK AG LONDON DB ALTERNATIVE TRADING INC. A/C US OPTIONS
597. DEUTSCHE BANK AG LONDON RIPLEY INDEX
598. DEUTSCHE BANK AG LONDON RIPLEY SPX LNG-AUTO
599. DEUTSCHE BANK AG LONDON RIPLEY SPX SHT-AUTO
600. DEUTSCHE BANK AG LONDON SEF SWAP HEDGE ACCOUNT
601. DEUTSCHE BANK AG MAP TRADING ACCOUNT
602. DEUTSCHE BANK AG MAPS PROVIDENT ADVISORS LLC
603. DEUTSCHE BANK AG WESTCHESTER CAPITAL MANAGEMENT INC.
604. DEUTSCHE BANK AG, FILIALE AMSTERDAM
605. DEUTSCHE BANK AG, LONDON, GED
606. DEUTSCHE BANK SECURITIES INC.
607. DEUTSCHE BANK SECURITIES INC. - DB AG EQUITY SWAPS OFFSHORE CONSOLIDATED ACCOUNT I
608. DEUTSCHE BANK USA (DEUTSCHE BANK AG, FRANKFURT)
609. DEUTSCHE LUFTHANSA AG
610. DEUTSCHE SHELL PENSIONEN TREUHAND E.V. (DSPT)
611. DEVIN J MURPHY
612. DEVIN J MURPHY IRA FIDELITY MANAGEMENT TRUST CO CUST
613. DF MEDIA
614. DFA INVESTMENT DIMENSIONS GROUP INC. -- U.S. CORE EQUITY 1 PORTFOLIO
615. DFA INVESTMENT DIMENSIONS GROUP INC. -- U.S. CORE EQUITY 2 PORTFOLIO
616. DFA INVESTMENT DIMENSIONS GROUP INC. -- U.S. VECTOR EQUITY PORTFOLIO
617. DFA INVESTMENT DIMENSIONS GROUP INC. -- VA U.S. LARGE VALUE PORTFOLIO
618. DFA U.S. CORE EQUITY FUND OF DIMENSIONAL FUNDS
619. DFA US VECTOR EQUITY FUND OF DIMENSIONAL FUNDS
620. DGAM HERITAGE ABSOLUTE RETURN MASTER FUND
621. DIAMOND CONSOLIDATED L.P.
622. DIANA L. BONVEGNA CGM IRA, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN
623. DIANE BUCHANAN WILSEY

3451307.3

624. DICHEK FAMILY TRUST U/A 12/11/74, SHIRLEY DICHEK, TRUSTEE
625. DIGNITY HEALTH F/K/A CATHOLIC HEALTHCARE WEST FUNDED DEPRECIATION
626. DIGNITY HEALTH F/K/A CATHOLIC HEALTHCARE WEST RETIREMENT TRUST, CURRENT TRUSTEE
627. DINA ALBRIGHT TR-TIMES MIRROR, TROY GASS, TRUSTEE
628. DIRECT EDGE ECN A-F
629. DIRECT EDGE ECN LLC
630. DIREXION FUNDS TRUST (EVOLUTION ALL CAP EQUITY FUND)
631. DIREXION INSURANCE TRUST, CURRENT TRUSTEE
632. DISTRICT 1199J NEW JERSEY HEALTH CARE EMPLOYERS PENSION PLAN A/K/A DISTRICT 1199J NEW JERSEY HEALTH CARE EMPLOYERS PENSION FUND
633. DIVERSIFIED INV ADV E-HZN
634. DK EQUITY, LLC
635. DOHENY EYE INSTITUTE
636. DOLORES C. MIERKIEWICZ
637. DOLORES H. RUSS TRUST, DOLORES H. RUSS, TRUSTEE
638. DOMINION RESOURCES, INC. DEFINED BENEFIT MASTER TRUST, CURRENT TRUSTEE
639. DON & IRENE BARON FAMILY TRUST 7B-251, IRENE BARON, TRUSTEE
640. DON WIDRIG TRUST, MICHAEL RICHARD WIDRIG, GREGORY D WIDRIG, TRUSTEES, FIDELITY MANAGEMENT TRUST CO CUSTODIAN - ROTH BDA TRUSTEE
641. DONALD A AGRELLA AND ELEANOR T AGRELLA TRUST U/A/D 10-15-88, DONALD A AGRELLA, ELEANOR T AGRELLA, TRUSTEES
642. DONALD CARL AND SHARRON LOUISE CRAMER
643. DONALD H NIEDERER
644. DONALD H RUMSFELD
645. DONALD HORWITZ
646. DONALD M HINMAN JR
647. DONALD R HARRIS LIVING TRUST UA DTD 8/25/2000, DONALD R HARRIS, TRUSTEE
648. DONALD ROONEY AND SARA ROONEY
649. DONALD SALMANSON TRUST, CURRENT TRUSTEE
650. DONNA BARROWS
651. DOREEN M KLIME REVOCABLE LIVING TRUST U/A DTD 6/13/2006, L KLIMA, D KLIMA, TRUSTEES
652. DORIS DUKE CHARITABLE FOUNDATION
653. DORIS KEATS FRANK REVOCABLE TRUST UA 03/07/00, DORIS KEATS FRANK, TRUSTEE
654. DOROTHY B CHANDLER MARITAL TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES

3451307.3

655. DOROTHY B CHANDLER RESIDUARY TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES

656. DOROTHY C. PATTERSON IRREVOCABLE TRUST #2 U/A/D 12-21-93, THE NORTHERN TRUST COMPANY, AS SUCCESSOR TRUSTEE

657. DOROTHY CAHN TRUST UAD 07/03/1981, KENNETH CAHN, TRUSTEE

658. DOROTHY D. PARK

659. DOROTHY E. HINZE

660. DOROTHY L. DRUMMEY 2005 GRANTOR RETAINED ANNUITY TRUST U/A DTD 12/09/2005, DOROTHY L. DRUMMEY, TRUSTEE

661. DOROTHY P O'DONNELL REVOCABLE TRUST U/A DTD 04/25/1983, J OLDENDORF, TRUSTEE

662. DOROTHY PATTERSON GUARDIANSHIP, THE NORTHERN TRUST COMPANY, TRUSTEE

663. DOROTHY R MOOG FAMILY TRUST, US BANK, TRUSTEE

664. DOUBLE BLACK DIAMOND OFFSHORE LTD. F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC, CARLSON CAPITAL L.P.

665. DOUGLAS A. WARD

666. DOUGLAS B STEWART

667. DOUGLAS H DITTRICK AND BARBARA S DITTRICK

668. DOUGLAS H MCCORKINDALE

669. DOUGLAS M. & JUDITH A. LIGHT REV. TRUST, D. LIGHT & J. LIGHT, TRUSTEES

670. DOUGLAS PAGE IRA

671. DOW JONES LG/MIDCAP SL SERIES COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE

672. DR. CLARESA F ARMSTRONG TRUST U/A DTD 4/21/1983, CLARESA F. ARMSTRONG, TRUSTEE

673. DR. DAVID L. HOEXTER IRA R/O, DELAWARE CHARTER GUARANTEE & TRUST COMPANY, TRUSTEE

674. DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD - K

675. DREMAN CONTRARIAN VALUE TRUST SERIES 3, CURRENT TRUSTEE

676. DREYFUS INDEX FUNDS, INC. (DREYFUS S&P 500 INDEX FUND)

677. DREYFUS STOCK INDEX FUND, INC.

678. DUFF & PHELPS, LLC

679. DUKE POWER COMPANY NON-QUALIFIED EQUITY NUCLEAR DECOMMISSIONING TRUST, DUKE ENERGY CORPORATION, TRUSTEE

680. DUNCAN T WEAVER JR AND KAREN M SORRELL

681. DWP BANK

682. DWS EQUITY 500 INDEX PORTFOLIO, DWS INSTITUTIONAL FUNDS, DWS INVESTMENT TRUST, DWS INVESTMENTS VIT FUNDS, DWS VARIABLE SERIES II

683. DWS EQUITY 500 INDEX VIP (DWS INVESTMENTS ACCOUNT BOS05-0702)

684. DYE CHILDREN PARTNERSHIP SPECIAL TV JWD MANAGEMENT

685. DYNAMIC DOMESTIC FUND LP
686. E DONALD HEYMANN
687. E L SANFORD TRUST CHILDREN/ADA, BANK OF AMERICA, N.A., TRUSTEE
688. E L SANFORD TRUST CHILDREN/MASON, BANK OF AMERICA, N.A., TRUSTEE
689. E L SANFORD TRUST CHILDREN/WILLIAM, BANK OF AMERICA, N.A., TRUSTEE
690. E L SANFORD TRUST FAM FBO ADA, BANK OF AMERICA, N.A., TRUSTEE
691. E L SANFORD TRUST FAM FBO MASON, BANK OF AMERICA, N.A., TRUSTEE
692. E L SANFORD TRUST FAM FBO WILLIAM, BANK OF AMERICA, N.A., TRUSTEE
693. E L WIEGAND FOUNDATION
694. E W MASKE TRUST U/W FOR RUTH M BENNETT, CURRENT TRUSTEE
695. E. DOMINICK AND A. ANDREWS, JR. TRUST AGREEMENT DATED 10/02/90 F/B/O ELIZABETH M. DOMINICK, E. DOMINICK, A. ANDREWS, JR., TRUSTEES
696. E. GALLAGHER
697. E.ON ENERGIE US VALUE (EBWFOND)
698. EAC PARTNERS MASTER FUND LTD.
699. EAGLE TRADING COMPANY
700. EARL E CROWE TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
701. EARL W HUNTLEY FBO MELINDA, BANK OF AMERICA, N.A., TRUSTEE
702. EARL W HUNTLEY FBO PAMELA, BANK OF AMERICA, N.A., TRUSTEE
703. EATON VANCE MULTI CAP GROWTH PORTFOLIO
704. EATON VANCE TAX MANAGED GLOBAL BUY-WRITE OPPORTUNITIES FUND, ALAN R. DYNNER, TRUSTEE
705. EATON VANCE TAX MANAGED GROWTH PORTFOLIO
706. EATON VANCE TAX MANAGED MULTI-CAP GROWTH PORTFOLIO
707. ECHOTRADE LLC
708. ED BUCHSBAUM
709. EDGAR D GIFFORD TRUST, EDGAR D GIFFORD, TRUSTEE
710. EDGAR O. JANNOTTA
711. EDGAR O. JANNOTTA JR. REVOCABLE TRUST DATED 07/8/1993, EDGAR O. JANNOTTA JR., TRUSTEE
712. EDITH A. EHRLICH
713. EDMUND D. HAIGLER, JR
714. EDMUND F MURPHY JR REV TRUST U/A 6/21/99, EDMUND F MURPHY JR, MARY P MURPHY, TRUSTEES
715. EDSON W. MURRAY
716. EDWARD A. COX, JR. REVOCABLE TRUST DTD 5/21/2004, EDWARD A. COX, JR., TRUSTEE

717. EDWARD E NEISSER MARITAL TRUST, SHERWIN A ZUCKERMAN, TRUSTEE
718. EDWARD HOWELLS
719. EDWARD T MCGOWAN
720. EDWIN J HAYES JR
721. EDWIN J HAYES JR TRUST, U/A DTD 05/26/2006, EDWIN J HAYES, TRUSTEE
722. EDWIN R LABUZ IRA, AMERIPRISE TRUST COMPANY F/K/A H&R BLOCK FINANCIAL ADVISORS, CUSTODIAN
723. EFG BANK EUROPEAN FINL GROUP
724. EFH RETIREMENT PLAN MASTER TRUST, CURRENT TRUSTEE
725. ELAINE T BOVAIRD TRUST U/A DTD 02/18/1993, ELIANE T BOVAIRD, TRUSTEE
726. ELAINE W GETZ TRUST UA FEB 5 1986, ELAINE W GETZ, TRUSTEE
727. ELEANOR A. KENYON
728. ELEANOR JACKSON STERN TRUST DATED 01/06/1971, THE NORTHERN TRUST COMPANY, RUSSELL T. STERN JR., PATRICIA STERN ROSS, TRUSTEES
729. ELEANOR T AGRELLA TRUST, DONALD A AGRELLA, TRUSTEE
730. ELECTROLUX HOME PRODUCTS, INC. MASTER TRUST, CURRENT TRUSTEE
731. ELINOR P. BAKER TUW FBO CHARITIES, THE BANK OF NEW YORK, TRUSTEE
732. ELIZABETH DE CUEVAS
733. ELIZABETH H VANMERKENSTEIJN
734. ELIZABETH H. WOLFF
735. ELIZABETH L. LEVIN 2006 SZ-2 YEAR GRANTOR RETAINED ANNUITY TRUST UAD 07/31/06, ELIZABETH L. LEVIN, TRUSTEE
736. ELKHORN LLC
737. ELLEN JOHNSON TWADDELL
738. ELLEN WARREN
739. ELLIS HENICAN
740. ELMER H. WAVERING FAMILY TRUST DATED 06/24/1977 AS AMENDED, THE NORTHERN TRUST COMPANY AND LYNNE SHOTWELL, AS CO-TRUSTEES
741. EMANUEL E. GEDULD 2005 FAMILY TRUST, CURRENT TRUSTEE
742. EMBARQ CORPORATION MASTER RETIREMENT TRUST, ADAM HANKS, TRUSTEE
743. EMIL D KRATOCHVIL
744. EMILY A JEFFERSON TR/STOCK ACCOUNT U/A 6/1/84, EMILY A JEFFERSON, TRUSTEE
745. EMILY E ORTHWEIN IRREV TRUST DTD 8/19/91, ELLEN W ORTHWEIN, TRUSTEE
746. EMILY EVANS EMBREY, BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR EMILY EVANS EMBREY

747. EMILY G. PLUMB CHARITABLE TRUST DTD 1/8/80 AS AMENDED, NORTHERN TRUST COMPANY, TRUSTEE
748. EMMAS LP, A PARTNERSHIP
749. EMPLOYEE RETIREMENT INCOME PLAN TRUST OF MINNESOTA MINING & MANUFACTURING CO., CURRENT TRUSTEE
750. EMPLOYEE RETIREMENT SYSTEM OF GEORGIA
751. EMPLOYEES' RETIREMENT FUND OF THE CITY OF DALLAS
752. EMPLOYEES RETIREMENT SYSTEM OF TEXAS
753. EMPLOYERS' FIRE INSURANCE COMPANY
754. ENERGIZER HOLDINGS INC. RETIREMENT PLAN TRUST, JOHN DRABIK, TRUSTEE
755. ENERGY INDUSTRIES SUPERANNUATION SCHEME
756. ENHANCED RAFI US LARGE, L.P. A/K/A RESEARCH AFFILIATES FUNDAMENTAL INDEX LP
757. ENSIGN PEAK ADVISORS INC
758. ENZO S RICCIARDELLI
759. EPSILON DISTRESSED STRATEGIES MASTER FUND, LP
760. EQ ADVISORS TRUST (EQ/EQUITY 500 INDEX PORTFOLIO)
761. EQ ADVISORS TRUST (EQ/GAMCO MERGERS AND ACQUISITIONS PORTFOLIO)
762. EQ ADVISORS TRUST (EQ/MID CAP VALUE PLUS PORTFOLIO)
763. EQUAL WEIGHT S&P 500 MH TR, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
764. EQUIFAX INC MASTER TRUST, CURRENT TRUSTEE
765. EQUIFAX US RETIREMENT PLAN
766. EQUITABLE SEPARATE ACCOUNT #20
767. EQUITEC SPECIALISTS LLC
768. EQUITECH/DBAG LDN/DB GLB MSTRS
769. EQUITRUST SERIES FUND, INC.
770. EQUITRUST VARIABLE INSURANCE SERIES FUND
771. EQUITY INDEX A
772. EQUITY INDEX FUND
773. EQUITY INDEX FUND B
774. EQUITY INDEX FUND, A SERIES OF AMERICAN CENTURY CAPITAL PORTFOLIOS, INC.
775. EQUITY INDEX PLUS FUND A
776. EQUITY VALUE FUND
777. ERIC D. WERTHMAN
778. ERIC I CHANG
779. ERIC MORRIS AND SHANNON MORRIS
780. ERIK LEBSACK
781. ERIK WHITE MASKE TRUST U/D 2/20/67, DEBRA MASKE, CURRENT TRUSTEE
782. ERNEST K. KOEHLER IRA
783. ERWIN SHAKIN DELTA TRUST U/A 10/5/00, STANLEY WEISS, TRUSTEE

784. ESTATE OF ALFRED C. GLASSELL JR., ALFRED C. GLASSELL, III, INDEPENDENT EXECUTOR
785. ESTATE OF BARBARA HAMMOND
786. ESTATE OF BEVERLY A. PERRY, LISA A. SCHUSTER, EXECUTOR
787. ESTATE OF CHARLES PRATT TWICHEL UW HT CLEMENT FOR SP BC QTIP TRUST, CHASE TWICHEL, AS REPRESENTATIVE
788. ESTATE OF DONALD BARON, IRENE BARON, EXECUTRIX
789. ESTATE OF FRANKLIN W. DENIUS, FRANK WOFFORD DENIUS, CHARMAINE DENIUS MCGILL, CO-EXECUTORS
790. ESTATE OF GENE C MCCAFFERY
791. ESTATE OF JANE D. MEADOWS, JACK E. MEADOWS, SR., EXECUTOR
792. ESTATE OF JOHN MASON SANFORD, BETTY ALENE SANFORD, EXECUTRIX
793. ESTATE OF KAREN BABCOCK, PHILIP S. BABCOCK, EXECUTOR
794. ESTATE OF KURT ADLER, CLIFFORD ADLER, HOWARD ADLER, EXECUTORS
795. ESTATE OF LEWIS TAMAN, CECELIA TAMAN, ROBERT TAMAN, BONNIE TAMAN MCGRATH, CO-EXECUTORS
796. ESTATE OF LORRAINE L. WARD, DOUGLAS A. WARD, PERSONAL REPRESENTATIVE
797. ESTATE OF MARY E. DAY, JEANETTE DAY, EXECUTOR
798. ESTATE OF MONICA K. HINMAN, KATHLEEN ROSCETTI, PERSONAL REPRESENTATIVE
799. ESTATE OF PATRICIA I. WALSH, MARK J. WALSH, EXECUTOR
800. ESTATE OF ROBERT C GILKISON, JOAN L GILKISON, ADMINISTRATOR CTA
801. ESTATE OF ROBERT D. NELSON, CHARLES JASA, PERSONAL REPRESENTATIVE
802. ESTATE OF ROBERT E. LA BLANC, ELIZABETH ANNE LA BLANC, EXECUTRIX
803. ESTATE OF SALLY B. O'KEEFE, JULIE A. TRIONA, EXECUTOR
804. ESTATE OF SETH A THAYER, FRANCES M THAYER, PERSONAL REPRESENTATIVE
805. ESTATE OF THOMAS E. MITCHELL, III, BERYL SILVER, EXECUTRIX
806. ESTATE OF THOMAS P. O'KEEFE, JULIE A. TRIONA, PERSONAL REPRESENTATIVE
807. ESTATE OF WARREN B. WILLIAMSON AND WILLIAMSON LIVING TRUST, ELIZABETH A. BAWDEN, TRUSTEE
808. ESTATE OF WAYNE F. MCNULTY, MARY KATHLEEN MCNULTY, EXECUTRIX
809. ESTATE OF WILLIAM F WARCHOL
810. ESTATES OF WAYNE F. MCNULTY AND IRENE M. MCNULTY, MARY KATHLEEN MCNULTY, EXECUTRIX
811. ESTHER WONG IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
812. ETF SPY EQ FINANCE PROD CTRL

| 813. | EUGENE E DECHTER JIED TRUST UA 12/02/92 , BRADLEY DECHTER, TRUSTEE |
|---|---|
| 814. | EUGENE TAYLOR AND ROSE MARIE TAYLOR |
| 815. | EUREKA OPTIONS LLC |
| 816. | EUROCLEAR BANK SA/NV |
| 817. | EVANGELICAL BOARD OF PENSIONS |
| 818. | EVANGELICAL LUTHERAN CHURCH IN AMERICA BOARD OF PENSIONS |
| 819. | EVELYN COOPER AURANDT TRUST U/A 10-12-71, CURRENT TRUSTEE |
| 820. | EVEREST REINSURANCE (BERMUDA) LTD. EVEREST RE GROUP LTD. |
| 821. | EVERGREEN ASSET MANAGEMENT CORP. |
| 822. | EVERGREEN INVESTMENT SERVICES FUND ADMINISTRATION, EVERGREEN ASSET MANAGEMENT CORP. |
| 823. | EVERGREEN INVESTMENT, EVERGREEN ASSET MANAGEMENT CORP. |
| 824. | EVERYTHING MEDICAL, INC. A/K/A EVERYTHING MEDICAL SERVICES, INC. |
| 825. | EVOL CAPITAL MANAGEMENT LLC PORTFOLIO MARGIN ACCOUNT |
| 826. | EVOLUTION ALL-CAP EQUITY FUND - DIREXION FUNDS |
| 827. | EVOLUTION VP ALL-CAP EQUITY FUND, A SERIES OF DIREXION INSURANCE TRUST |
| 828. | EXCEL REALTY FUND, LP |
| 829. | EXELON CORPORATION NUCLEAR DECOMMISSION TRUST - TAX QUALIFIED, CINDY CATLIN, TRUSTEE |
| 830. | EXXONMOBIL INVESTMENT MANAGEMENT, INC. (EXXONMOBIL INVESTMENT FUND) |
| 831. | F AUDRYE WOLLER |
| 832. | F HARLAN BATRUS |
| 833. | FAIRWEATHER FAMILY L.P. A/K/A FAIRWEATHER LTD PTRSHP |
| 834. | FARMERS GROUP, INC. A/K/A FARMERS INSURANCE GROUP |
| 835. | FASKEN LTD (CHANNING I) |
| 836. | FASKEN, LTD. B A/K/A FASKEN (CHANNING II) |
| 837. | FAULKNER FAMILY TRUST UA DTD 8/29/1989, MARILYN M MATHESON, TRUSTEE |
| 838. | FBF PENSION-CMG S&P 500 INDEX, BANK OF AMERICA |
| 839. | FEDERAL RESERVE EMPLOYEE BENEFITS SYSTEM |
| 840. | FEDERAL RESERVE SYSTEM EMPLOYEE RETIREMENT FUND |
| 841. | FEDERATED CAPITAL APPRECIATION FUND II F/K/A FEDERATED CLOVER VALUE FUND II |
| 842. | FEDERATED CAPITAL INCOME FUND, INC. |
| 843. | FEDERATED CLOVER VALUE FUND F/K/A FEDERATED AMERICAN LEADERS FUND |
| 844. | FEDERATED EQUITY INCOME FUND, INC. |
| 845. | FEDERATED INVESTORS INC. |
| 846. | FEDERATED MANAGED VOLATILITY FUND II F/K/A FEDERATED CAPITAL INCOME FUND II |

847. FEDERATED MANAGED VOLATILITY FUND II F/K/A FEDERATED CAPITAL INCOME FUND II F/K/A FEDERATED EQUITY INCOME FUND II
848. FEDERATED MAX-CAP INDEX FUND
849. FEDERATED MTD STOCK TRUST, CURRENT TRUSTEE
850. FEDERATED MUNI AND STOCK ADVANTAGE FUND
851. FELICITY E APPLEBY TRUST U/A DTD 12/13/1989, JEFFREY J APPLEBY, TRUSTEE
852. FELIX SHEU
853. FELIX WEN GUANG TONG TOD
854. FERRIS TRADING FUND LLC
855. FIDELITY ADVISOR LEVERAGED COMPANY STOCK FUND, A SERIES OF FIDELITY ADVISOR SERIES I
856. FIDELITY COMMONWEALTH TRUST, ABIGAIL P. JOHNSON, TRUSTEE
857. FIDELITY CONCORD STREET TRUST
858. FIDELITY CONCORD STREET TRUST (SPARTAN U.S. EQUITY INDEX FUND), CURRENT TRUSTEE
859. FIDELITY LEVERAGED COMPANY STOCK FUND, A SERIES OF FIDELITY SECURITIES FUND
860. FIDELITY US EQUITY INDEX COMMINGLED POOL FIDELITY
861. FIDEURAM BANK LUXEMBOURG S.A.
862. FIDUCIARY SMALL AND MID-CAP STOCK FUND LLC
863. FIDUCIARY TRUST COMPANY INTERNATIONAL
864. FIDUCIE DESJARDINS INC.
865. FIFTH THIRD BANK
866. FIFTH THIRD FUNDS
867. FINANCIAL MANAGEMENT CONCEPTS
868. FIRST AMERICAN INVESTMENT FUNDS, INC. - EQUITY INDEX FUND
869. FIRST CAPITAL ALLIANCE LP
870. FIRST CLEARING, LLC
871. FIRST EAGLE CONTRARIAN VALUE MASTER FUND, LTD.
872. FIRST MIDWEST BANCORP
873. FIRST NEW YORK SECURITIES, LLC
874. FIRST REPUBLIC BANK
875. FIRST-CITIZENS BANK & TRUST COMPANY
876. FIRSTENERGY CORP NON-QUALIFYING NUCLEAR DECOMMISSIONING TRUSTS, CURRENT TRUSTEE
877. FIS OPERATIONS
878. FLEET MARITIME INC.
879. FLEXIBLE (US EQUITY) MANAGERS: PORTFOLIO 1 LLC
880. FLORIDA POWER CORP NON-QUAL PROGRESS ENERGY SERVICE CO
881. FLOYD C SANGER JR TRUST U/A 3/11/86, FLOYD C SANGER JR, TRUSTEE
882. FM GLOBAL
883. FM GLOBAL PENSION

884. FMC CORP DEFINED BENEFIT RETIREMENT TRUST, CURRENT TRUSTEE
885. FNY MANAGED ACCOUNTS LLP, A WHOLLY OWNED SUBSIDARY OF FNY FIRST NEW YORK SECURITIES, LLC
886. FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST, MARK KOPP, TRUSTEE
887. FORD MOTOR COMPANY OF CANADA - WAM DOMESTIC
888. FORD MOTOR COMPANY OF CANADA, LIMITED MASTER TRUST FUND, FORD MOTOR COMPANY PENSION ASSET MANAGEMENT, TRUSTEE
889. FORDHAM UNIVERSITY
890. FORESTAL FUNDING MASTER TRUST, WILMINGTON TRUST CO., ERIC SIEKE, TRUSTEES
891. FOSTER G HEMBRY JR
892. FOUNDATION FOR ANESTHESIA EDUCATION AND RESEARCH
893. FRANCESA J. VERDUSCO TRUST U/A DTD 12/13/1989, CATHERINE A VERDUSCO, TRUSTEE
894. FRANCIS G DUGGAN AND JEANETTE M DUGGAN
895. FRANCIS L. COOLIDGE
896. FRANCIS NESSINGER AND JEAN K NESSINGER
897. FRANCIS NESSINGER IRA CONTRIBUTORY TRUST DTD 10/14/86, CHARLES SCHWAB & CO INC, TRUSTEE
898. FRANCISCO PERDOMO AND CAROLINE OLIVEIRA
899. FRANCISCO PERDOMO-FERRER RET PL, FRANCISCO J PERDOMO-FERRER, TRUSTEE
900. FRANCOISE ISABELLE MICHEL TRUST U/A DTD 10/26/1994, JOHN M STICKNEY, TRUSTEE
901. FRANK A JONES TRUST U/A DTD 05/05/1995 FBO M JONES, FRANK A JONES, TRUSTEE
902. FRANK CALLEA
903. FRANK J MANGANO GST NON-TAX EXEMPT TRUST U/A 6/22/94, MARGARET MANGANO, MIKE HOOVER, TRUSTEES
904. FRANK MALONEY AND KATHLEEN MALONEY
905. FRANK N MAGID AND MARILYN A MAGID JT TEN
906. FRANK RUSSELL INVESTMENT MANAGEMENT
907. FRANK RUSSELL TRUST COMPANY
908. FRANK S LADNER REV TRUST U/A DTD 03/03/1993, FRANK S LADNER, TRUSTEE
909. FRANK W CONSIDINE
910. FRED J EYCHANER
911. FREDERICK E NIELSEN
912. FREDERICK GOLDSTEIN
913. FREDERICKA PAFF & CARLYLE PAFF HEDRICK
914. FREDRIC LEVENSON AND DOROTHY A LEVENSON
915. FRICK C FBO F D FRICK I I-TRUST NO 3

29

916. FRIEDMAN LIVING TRUST U/A 08/04/99, ROBERT D FRIEDMAN, TRUSTEE
917. FROEDTERT & COMMUNITY HEALTH, INC. LONG TERM MASTER TRUST, CURRENT TRUSTEE
918. FROST BANK
919. FULL VALUE PARTNERS LP
920. FUND AMERICAN REINSURANCE COMPANY, LTD.
921. FUTURE FUND BOARD OF GUARDIANS
922. GABELLI & COMPANY INC. (GABELLI AVG PRICE 2)
923. GABELLI 787 FUND INC. - GABELLI ENTERPRISE MERGERS AND ACQUISITIONS FUND F/K/A THE 787 FUND INC - AXA ENTERPRISE MERGERS AND ACQUISITIONS FUND
924. GABELLI ASSET MANAGEMENT CO.
925. GABELLI ASSET MANAGEMENT CO. (A/C X0560)
926. GABELLI ASSOCIATES
927. GABELLI ASSOCIATES FUND
928. GABELLI ASSOCIATES LIMITED
929. GABELLI COMPANY
930. GABELLI DIVIDEND & INCOME TRUST, CURRENT TRUSTEE
931. GABELLI FOUNDATION INC
932. GABELLI FUNDS, LLC
933. GABELLI MULTIMEDIA PARTNERS, L.P.
934. GABELLI PERFORMANCE PARTNERSHIP
935. GABELLI SECURITIES, INC., GAMCO INVESTORS, INC.
936. GABELLI VALUE FUND, INC.
937. GAIL C SCHLANG
938. GAMCO ASSET MANAGEMENT INC.
939. GAMCO INVESTORS INC
940. GARLAND FOUNDATION TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
941. GARY E. PEKALA
942. GARY R. NORTON
943. GASPARE LOCASCIO AND DOLORES LOCASCIO, JTWROS
944. GAYLE G MCLEAN REV LIVING TRUST U/A 3/1/94, GAYLE G MCLEAN, TRUSTEE
945. G-BAR LIMITED PARTNERSHIP
946. GCW CAPITAL LLC
947. GDK INC
948. GENERAL BOARD OF THE GLOBAL MINISTRIES OF THE UNITED METHODIST CHURCH'S COLLINS PENSION PLAN
949. GENERAL BUILDING LABORERS' LOCAL 66 LCV
950. GENERAL ELECTRIC PENSION TRUST, CURRENT TRUSTEE
951. GENERAL MOTORS HOURLY-RATE EMPLOYEE PENSION TRUST (GMHREP TRUST), STATE STREET BANK AND TRUST COMPANY, TRUSTEE

3451307.3

952. GEOFFREY DAWSON
953. GEORGE B. KAISER
954. GEORGE BUCKMAN TRUST U/A/D 08/26/88, GEORGE BUCKMAN, TRUSTEE
955. GEORGE E. KEELER
956. GEORGE JOHNSON
957. GEORGE M. MOSS
958. GEORGE W THOMS TRUST B, BANK OF AMERICA, N.A., TRUSTEE
959. GEORGE WILLIAM BUCK SEP-IRA DTD 4/8/93, CHARLES SCHWAB & CO INC, CUSTODIAN
960. GEORGETTE PETTIJOHN
961. GEORGIA MUNICIPAL EMPLOYEE BENEFIT SYSTEM PENSION PLAN GEORGIA MUNICIPAL ASSOCIATION
962. GERALD E. GRIEVE
963. GERALD J MCCARTHY IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN
964. GERALDO RIVERA
965. GERALDO RIVERA R/O IRA, STERNE AGEE & LEACH INC, CUSTODIAN
966. GGCP, INC. F/K/A GABELLI FUNDS, INC. (GABELLI ABC FUND)
967. GGCP, INC. F/K/A GABELLI FUNDS, INC. (GABELLI FUNDS INC)
968. GGCP, INC. F/K/A GABELLI FUNDS, INC. (GABELLI)
969. GGCP, INC. F/K/A GABELLI FUNDS, INC. (THE GABELLI ASSET FUND)
970. GGCP, INC. F/K/A GABELLI FUNDS, INC. (THE GABELLI EQUITY INC FD)
971. GGCP, INC. F/K/A GABELLI FUNDS, INC. A/K/A GABELLI GLOBAL MULTIMEDIA TRUST INC.
972. GIBSON FAMILY TRUST, FRANKLIN L GIBSON & KAREN C GIBSON, TRUSTEES
973. GIDWITZ ART VENTURES
974. GJD PARTNERS L.P.
975. GLADYS G. COFRIN TRUST, US BANK, TRUSTEE
976. GLADYS SMITH HAYES TESTAMENTARY TRUST 12/3/1987, W L JACK EDWARDS, TRUSTEE
977. GLASSELL, ALFRED C. III, INDIVIDUALLY AND AS ACTING TRUSTEE AND BENEFICIARY OF ALFRED C. GLASSELL, JR. CHILDREN'S TRUST FOR ALFRED C. GLASSELL, III
978. GLEN W BELL, MARTHA BELL, BELL FAMILY TRUST, GLEN W BELL, KATHLEEN BELL, MARTHA BELL, TRUSTEES
979. GLENVIEW STATE BANK
980. GM PROMARK LARGE CAP BLEND FUND
981. GMP (BROBBZ) RE GREENWICH CAP
982. GOLDENTREE MASTER FUND II, LTD.
983. GOLDENTREE MASTER FUND LTD.
984. GOLDENTREE MULTISTRATEGY LTD
985. GOLDENTREE MULTISTRATEGY OFFSHORE FUND
986. GOLDMAN SACHS 1997 EXCHANGE PLACE FUND, L.P.

987. GOLDMAN SACHS 1999 EXCHANGE PLACE FUND, L.P.
988. GOLDMAN SACHS 2005 EXCHANGE PLACE FUND, L.P.
989. GOLDMAN SACHS EXECUTION & CLEARING, L.P.
990. GOLDMAN SACHS INTERNATIONAL
991. GOLDMAN SACHS VARIABLE INSURANCE TRUST, CURRENT TRUSTEE
992. GOLDMAN, SACHS & CO., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES
993. GOLDSHER INVESTMENT CO INC
994. GOOD STEWARD TRADING COMPANY SPC
995. GOODRICH CORP, AS PLAN ADMINISTRATOR FOR THE GOODRICH CORPORATION MASTER TRUST FOR QUALIFIED EMPLOYEE BENEFIT PLANS, CURRENT TRUSTEE
996. GORDON T FORD TRUST U/A/D 04/24/72, ROBERT L HERITIER, RICHARD R MULLANEY, RANDOLPH C PASCHKE, TRUSTEES
997. GOVERNING COUNCIL OF THE UNIVERSITY OF TORONTO
998. GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE, LTD.
999. GOVERNMENT PENSION INVESTMENT FUND, JAPAN
1000. GPC LIX LLC
1001. GRAFF VALVE & FITTINGS CO. EMPLOYEES PROFIT SHARING PLAN 2 UAD 6/30/85, PHILIP GRAFF, MICHAEL GRAFF, TRUSTEES
1002. GRAHAM CAPITAL PARTNERSHIP I, LP
1003. GRAHAM EVENT DRIVEN LTD. A/K/A GRAHAM CAPITAL MANAGEMENT, LIMITED PARTNERSHIP
1004. GRAHAM FAMILY GROWTH PARTNERSHIP LCV
1005. GREATBANC TRUST COMPANY
1006. GREAT-WEST S&P 500 INDEX FUND F/K/A MAXIM S&P 500® INDEX PORTFOLIO
1007. GREEN CENTURY USA GREEN CENTURY CAPITAL MANAGEMENT
1008. GREEN FOREST INVESTMENTS LIMITED
1009. GREEN FOREST TRUST, HSBC GUYERZELLER TRUST COMPANY AG, TRUSTEE
1010. GREGORY J CAPUTO AND ELLEN P CAPUTO
1011. GREGORY REYFTMANN
1012. GREGORY S SIMKO
1013. GREGORY S SIMKO IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
1014. GRIFFITH PATRICK MADIGAN UTMA WI, GRIFFITH E. MADIGAN, CUSTODIAN
1015. GRYPHON HIDDEN VALUES VIII L.P.
1016. GRYPHON HIDDEN VALUES VIII LTD
1017. GS FINANCIAL MARKETS
1018. GS INVESTMENT STRATEGIES LLC (LIBERTY HARBOR MASTER FUND I, LP)
1019. GUARDIAN

3451307.3

| | |
|---|---|
| 1020. | GUARDIAN VC 500 INDEX FUND |
| 1021. | GUGGENHEIN PORTFOLIO LIX, LLC |
| 1022. | GUIDEMARK LARGE CAP VALUE FUND F/K/A ASSETMARK LARGE CAP VALUE FUND |
| 1023. | GUIDESTONE FUNDS (EQUITY INDEX FUND) |
| 1024. | GULCO CORPORATION |
| 1025. | GUS G HARTOONIAN IRA, A G EDWARDS & SONS C/F |
| 1026. | GUY W RUSSELL AND AIJA A RUSSELL |
| 1027. | GWENDOLYN G. BABCOCK |
| 1028. | H JUNE WIDRIG IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST |
| 1029. | H. ROBERT HOLMES IRA, FCC, CUSTODIAN |
| 1030. | H.M. PAYSON & CO. |
| 1031. | HACH SCIENTIFIC FOUNDATION |
| 1032. | HAIDEE W FLINDERS |
| 1033. | HALCYON DIVERSIFIED FUND L.P. F/K/A/ HALCYON SPECIAL SITUATIONS, L.P. |
| 1034. | HALCYON DIVERSIFIED FUND LP |
| 1035. | HALCYON FUND LP |
| 1036. | HALCYON MASTER FUND LP F/K/A HALCYON OFFSHORE ENHANCED MASTER FUND LP |
| 1037. | HALCYON OFFSHORE FUND LTD. |
| 1038. | HALIFAX INTERNATIONAL INVESTMENT NORTH AMERICAN FUND, THE ROYAL BANK OF SCOTLAND AS DEPOSITARY |
| 1039. | HALLIBURTON CO. |
| 1040. | HAMMOND FAMILY TRUST U/A/D 02-11-1988, PAUL THEODORE HAMMOND, KAREN HAMMOND, TRUSTEES |
| 1041. | HANNA JONAS MILLER |
| 1042. | HANNAH SMITH TRUST, ALISON S ANDREWS, TRUSTEE |
| 1043. | HARBOR CAPITAL ADVISORS LCV |
| 1044. | HARBOR CAPITAL GROUP TRUST |
| 1045. | HARBOR MID CAP VALUE FUND |
| 1046. | HARMONY INVESTMENT MANAGEMENT LLC |
| 1047. | HAROLD R. LIFVENDAHL TRUST U/A/D 9/7/1988, THE NORTHERN TRUST COMPANY AND HAROLD R LIFVENDAHL, AS CO-TRUSTEES |
| 1048. | HARRIET H GLASSPIEGEL DL TRUST U/A DTD 6/21/89, HARRY H GLASSPIEGEL, TRUSTEE |
| 1049. | HARRINGTON BISCHOF TRUST DTD 9/15/97, HARRINGTON BISCHOF, TRUSTEE |
| 1050. | HARRIS CORPORATION MASTER TRUST A/K/A HARRIS CORP. RETIREMENT TRUST, CURRENT TRUSTEE |
| 1051. | HARSCO PENSION & PROFIT SHARING FUND LCV |
| 1052. | HART FAMILY TRUST DTD 04/23/92, WILLIAM HART, ERICA HART, TRUSTEES |
| 1053. | HARTFORD INDEX HLS FUND |
| 1054. | HARTFORD LIFE INSURANCE COMPANY (SEPARATE ACCOUNT B) |

1055. HARVARD MANAGEMENT CO.
1056. HARVEST AA CAPITAL LP
1057. HARVEST CAPITAL LP
1058. HARVEY B. PLOTNICK DECLARATION OF TRUST 6321 UA MAR 16 88, HARVEY B. PLOTNICK, TRUSTEE
1059. HARVEY BOOKMAN
1060. HARVEY MUDD COLLEGE
1061. HARVEY R. HELLER
1062. HATABAH LTD.
1063. HAVENS PARTNERS ENHANCED FUND, L.P.
1064. HAVENS PARTNERS, L.P.
1065. HAYWOOD SECURITIES, INC.
1066. HC CAPITAL TRUST (F/K/A THE HIRTLE CALLAGHAN TRUST) - THE VALUE EQUITY PORTFOLIO, ROBERT ZION, TRUSTEE
1067. HCA, INC. MASTER RETIREMENT TRUST, CURRENT TRUSTEE
1068. HEADWATERS HOLDINGS LLC
1069. HEARST EQUITY APPRECIATION PLAN
1070. HEDGEHOG CAPITAL LLC
1071. HEDONIC CAPITAL LLC
1072. HELEN BROWN, JEAN SAMOS & GAIL SAMOS JOHNSON
1073. HELEN BUTTENWIESER TRUST 7/28/38, LAWRENCE B. BUTTENWIESER, TRUSTEE
1074. HELEN GARLAND TRUST NO. 2 (FOR GWENDOLYN GARLAND BABCOCK), SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1075. HELEN GARLAND TRUST NO. 2 (FOR HILLARY DUQUE GARLAND), SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1076. HELEN GARLAND TRUST NO. 2 (FOR WILLIAM M. GARLAND III), SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1077. HELEN GROSSMAN TRUST U/A/D 09/08/99, LAURIE H. WEAVER, TRUSTEE
1078. HELEN K DOHM IRA, FCC, CUSTODIAN
1079. HENRY FRANCIS DUPONT WINTERTHUR MUSEUM, INC.
1080. HENRY G BARKHAUSEN TRUST 12/14/36, BMO HARRIS BANK, N.A., TRUSTEE
1081. HENRY L ADAMIC JR
1082. HENRY P ALBRECHT REVOCABLE TRUST U/A 1/21/74, CURRENT TRUSTEE
1083. HERBERT ANTHONY CLARK, JR
1084. HERBERT G. LAU PROFIT SHARING QRP PARTICIPATION, DELAWARE CHARTER GUARANTEE & TRUST, TRUSTEE

34

1085. HERMAN R FRIEDBERG REVOCABLE TRUST, JAMES A. FRIEDBERG, THOMAS F. FRIEDBERG, TRUSTEES
1086. HFF I LLC
1087. HFR ED SELECT PERFORMANCE MASTER TRUST ENHANCED
1088. HFR RVA WHITEBOX MASTER TRUST F/K/A HVR RVA COMBINED MASTER TRUST, CURRENT TRUSTEE
1089. HHS PARTNERSHIP
1090. HIGHMARK INC
1091. HILDA FLYNN
1092. HIMAN BROWN TRUST UA 11/20/02 HIMAN BROWN REVOCABLE TRUST, CURRENT TRUSTEE
1093. HOC GST EXEMPT TRUST NO. 2. FBO ELIZA HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1094. HOC GST EXEMPT TRUST NO. 2. FBO JOHN HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1095. HOC GST EXEMPT TRUST NO. 2. FBO SCOTT HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1096. HOC TRUST NO. 2 FBO ELIZA HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1097. HOC TRUST NO. 2 FBO JOHN HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1098. HOC TRUST NO. 2 FBO SCOTT HASKINS, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1099. HOLMES FAMILY TRUST UA DTD 04/24/87, ROBERT HOLMES, TRUSTEE
1100. HOMELAND INSURANCE COMPANY OF NEW YORK
1101. HON HARRY F BYRD REV TRUST U/A DTD 01/25/82, HARRY F BYRD JR, THOMAS T BYRD, TRUSTEES
1102. HONEYWELL - INCOME AND APPRECIATION HOLDINGS
1103. HONEYWELL INTERNATIONAL INC. MASTER RETIREMENT TRUST, CURRENT TRUSTEE
1104. HONG KONG MONETARY AUTHORITY
1105. HONG KONG SPECIAL ADMINISTRATIVE REGION GOVERNMENT - EXCHANGE FUND
1106. HORACE W. HOWELLS
1107. HORIZON GOLDEN PARTNERS L P
1108. HORIZON PARTNERS

1109.  HOWARD BERKOWITZ
1110.  HOWARD F. AHMANSON JR. REVOCABLE TRUST, HOWARD F. AHMANSON, JR., THE NORTHERN TRUST COMPANY, TRUSTEES
1111.  HOWARD J. TRIENENS, HOWARD J. TRIENENS TRUST DATED 9-18-91, HOWARD J. TRIENENS, TRUSTEE
1112.  HOWARD RESNICK IRA, FIDELITY MANAGEMENT TRUST CO, CUSTODIAN
1113.  HOWARD SHULKES RESIDUARY CREDIT TRUST U/A DTD 09/20/1991, MYRA SHULKES, TRUSTEE
1114.  HOWELLS FAMILY GST, GURDON H. METZ, TRUSTEE
1115.  HOWELLS FAMILY GST, WILLIAM DEAN HOWELLS, TRUSTEE
1116.  HSBC BANK PLC
1117.  HSBC GLOBAL ASSET MANAGEMENT F/K/A HSBC BANK PLC GLOBAL INVESTOR SERVICES
1118.  HUDSON BAY FUND LP
1119.  HUDSON BAY MASTER FUND LTD
1120.  HUGH F FAGAN
1121.  HUNTINGTON
1122.  HUNTINGTON NATIONAL BANK
1123.  HUSSMAN STRATEGIC GROWTH FUND A/K/A THE HUSSMAN INVESTMENT TRUST, JOHN P. HUSSMAN, TRUSTEE
1124.  HYDE PARK SAVINGS BANK/H.P. SECURITY CORP.
1125.  IBEW LOCAL 103 TRUST FUND A/K/A INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 103 PENSION FUND LCV
1126.  IBEW LOCAL 57
1127.  IBEW/NECA LOCAL 124 PENSION - ALLIANCE - IBEW LOCAL UNION 124 PENSION TRUST, CURRENT TRUSTEE
1128.  IBEW-NECA EQUITY INDEX FUND
1129.  IBM CANADA LIMITED
1130.  IBM PERSONAL PENSION PLAN TRUST, CURRENT TRUSTEE
1131.  ICAP CORPORATES LLC
1132.  ICCREA BANCA SPA - EUROPE (RB9999)
1133.  ICE BEAR INCORPORATED
1134.  IGLESIA METODISTA DEL PERU - GENERAL BOARD OF GLOBAL MINISTRIES, UMC
1135.  ILLINOIS MUNICIPAL RETIREMENT FUND
1136.  ILLINOIS STATE BOARD OF INVESTMENT
1137.  ILLINOIS STUDENT ASSISTANCE COMMISSION
1138.  IMPERIUM INSURANCE COMPANY F/K/A DELOS INSURANCE COMPANY
1139.  INDIAN POINT QUALIFIED NDT INVESTMENT POOL C-O MELLON GSS
1140.  INDIANA TEACHERS' RETIREMENT FUND A/K/A INDIANA STATE TEACHERS' RETIREMENT FUND
1141.  ING BELGIUM, SA

1142.    ING CORPORATE LEADERS 100 FUND F/K/A INDEXPLUS LARGE CAP
         FUND F/K/A ING INDEX PLUS LARGECAP EQUITY
1143.    ING INVESTMENT TRUST CO. ENHANCED CORE EQUITY COMMON
         TRUST FUND
1144.    ING INVESTMENT TRUST COMPANY
1145.    ING INVESTORS TRUST (ING US STOCK INDEX PORTFOLIO)
1146.    ING T. ROWE PRICE EQUITY INCOME PORTFOLIO, A SERIES OF ING
         INVESTORS TRUST
1147.    ING U.S. STOCK INDEX PORTFOLIO F/K/A ING STOCK INDEX
         PORTFOLIO (ING INVESTORS TRUST)
1148.    ING VALUE CHOICE FUND F/K/A ING LARGECAP VALUE FUND (ING
         INVESTORS TRUST)
1149.    INJA LEW CGM IRA, STATE STREET BANK AND TRUST COMPANY,
         CUSTODIAN
1150.    INSTITUTIONAL MANAGED US EQUITY
1151.    INSURANCE TRUST U/A 4/25/67 FBO SHELDON COOPER, SHELDON
         COOPER, TRUSTEE
1152.    INTEL CORPORATION
1153.    INTERACTIVE BROKERS GROUP
1154.    INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL
         25 MASTER TRUST PLANS
1155.    INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL
         357 PENSION TRUST FUND, ZENITH ADMINISTRATORS, INC, TRUSTEE
1156.    INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL
         98 PENSION PLAN MV
1157.    INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
         PENSION BENEFIT FUND
1158.    INTERNATIONAL BUSINESS MACHINES CORPORATION
1159.    INTERNATIONAL MONETARY FUND STAFF RETIREMENT PLAN
1160.    INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY
         PENSION FUND A/K/A INTERNATIONAL BROTHERHOOD OF PAINTERS
         AND ALLIED TRADES UNION & INDUSTRY PENSION FUND A/K/A
         INTERNATIONAL UNION PAINTERS & ALLIED TRADES INDUSTRY
         PENSION FUND
1161.    INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825
         PENSION FUND
1162.    INTERSIL EQUITY INC FUND, T. ROWE PRICE TRUST CO, TRUSTEE
1163.    INTL PROGRAM TRADES PROGRAMS AVERAGE PRICE #1
1164.    INVENIO PARTNERS LP
1165.    INVESCO EQUALLY-WEIGHTED S&P 500 FUND F/K/A MORGAN
         STANLEY EQUALLY-WEIGHTED S&P 500 FUND
1166.    INVESCO S&P 500 INDEX FUND
1167.    INVESCO S&P 500 INDEX FUND F/K/A MS S&P 500 INDEX FUND
1168.    INVESCO V.I. SELECT DIMENSIONS EQUALLY-WEIGHTED S&P 500
         FUND
1169.    INVOC, WILMINGTON TRUST COMPANY, CUSTODIAN

3451307.3

| | |
|---|---|
| 1170. | IPAC ASSET MANAGEMENT |
| 1171. | IRA WILLIS BAKER, JR |
| 1172. | IRIS B. MAHONEY REV TRUST U/A/D 04/10/98, PAUL M. MAHONEY, TRUSTEE |
| 1173. | IRIS ELSTON 5/30/95 TRUST, CURRENT TRUSTEE |
| 1174. | IRON WORKERS LOCAL 16 PEN FD LSV |
| 1175. | IRONWORKERS-LABORERS PENSION PLAN OF CUMBERLAND MD UAD 8/1/1965, CURRENT TRUSTEE |
| 1176. | IRVING & VARDA RABIN 1992 REVOCABLE TRUST, IRVING RABIN, VARDA RABIN, TRUSTEES |
| 1177. | IRVING S. GILMORE FOUNDATION LCV |
| 1178. | ISHARES DOW JONES U.S. CONSUMER SERVICES SECTOR INDEX FUND |
| 1179. | ISHARES DOW JONES U.S. TOTAL MARKET INDEX FUND |
| 1180. | ISHARES MORNINGSTAR MID VALUE INDEX FUND |
| 1181. | ISHARES RUSSELL 1000 INDEX FUND |
| 1182. | ISHARES RUSSELL 1000 VALUE INDEX FUND |
| 1183. | ISHARES RUSSELL 3000 INDEX FUND |
| 1184. | ISHARES RUSSELL 3000 VALUE INDEX FUND |
| 1185. | ISHARES RUSSELL MIDCAP INDEX FUND |
| 1186. | ISHARES RUSSELL MIDCAP VALUE INDEX FUND |
| 1187. | ISHARES S&P 500 INDEX FUND |
| 1188. | ISHARES S&P 500 VALUE INDEX FUND |
| 1189. | IUOE LOCAL 138 LCV |
| 1190. | IUOE LOCAL 14-14B PENSION FUND |
| 1191. | J BOURNE TR-IMA, CURRENT TRUSTEE |
| 1192. | J SANFORD TRUST CHILDREN/ADA, BANK OF AMERICA, N.A., TRUSTEE |
| 1193. | J SANFORD TRUST CHILDREN/MASON, BANK OF AMERICA, N.A., TRUSTEE |
| 1194. | J SANFORD TRUST CHILDREN/WILLIAM, BANK OF AMERICA, N.A., TRUSTEE |
| 1195. | J&M TRUST UA DATED 07/23/1992, ROBERT N. MOHR, SUCCESSOR TRUSTEE |
| 1196. | J.J.B. HILLIARD, W.L. LYONS LLC |
| 1197. | J.M. SMUCKER COMPANY LCV |
| 1198. | J.P. MORGAN SECURITIES LLC |
| 1199. | J.P. MORGAN SECURITIES LTD. |
| 1200. | J.P. MORGAN WHITEFRIARS INC. |
| 1201. | J.P. MORGAN WHITEFRIARS INC. (A/C MARGIN |
| 1202. | J.P. MORGAN WHITEFRIARS INC. (WHFR-MGN PT) |
| 1203. | JACK D. MCMANUS AND JOHN R. MCMANUS |
| 1204. | JACK M ROSENBERG, A G EDWARDS & SONS C/F SEP-IRA |
| 1205. | JACK R. MCDONALD CGM IRA, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN |
| 1206. | JACKSON CAPITAL, L.P. A/K/A JACKSON CAPITAL PTRS,LP-MAIN-PL |

3451307.3

1207. JACKSONVILLE PLUMBERS AND PIPEFITTERS PENSION FUND
1208. JACQUELINE ADLER WALKER
1209. JACQUELINE S PHELAN TRUST U/A DTD 12/12/83 FBO J PHELAN, TERYL PHELAN, TRUSTEE
1210. JACQUES HOCHGLAUBE MD PC EMPLOYEE PROFIT SHARING PLAN U/A DTD 8/15/75, JACQUES HOCHGLAUBE, TRUSTEE
1211. JAMES A CRUMLEY
1212. JAMES B KERR III AND JULIE M KERR JT TEN
1213. JAMES B KERR III TRUST U/W AGNES R KERR DTD 7/2/1977, JAMES B KERR III, TRUSTEE
1214. JAMES C WARREN
1215. JAMES CHAN
1216. JAMES DIETZ
1217. JAMES E PEARSON
1218. JAMES F KERR JR. AND NANCY E KERR JT WROS
1219. JAMES F POLK TRUST U/A DTD 12/13/1989, JEFFREY J. APPLEBY, TRUSTEE
1220. JAMES F. HOGE JR.
1221. JAMES FRANKLIN HOLDERMAN
1222. JAMES GLYNN IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
1223. JAMES H. KIMBERLY AND ELIZABETH O. KIMBERLY
1224. JAMES KING AND JUDIE KING
1225. JAMES L. LOCKWOOD
1226. JAMES M KEVRA IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
1227. JAMES M. LACHEY
1228. JAMES MARSHALL BURT, BURT JM TEST, CURRENT TRUSTEE
1229. JAMES MATEJA
1230. JAMES P HOGE REVOCABLE TRUST U/A DTD 12/19/1984, JAMES PATRICK HOGE, TRUSTEE
1231. JAMES P. MOSKUN REVOCABLE TRUST (MOSKTR) JAMES P. MOSKUN, TRUSTEE
1232. JAMES ROTHERMEL AND MARY ROTHERMEL
1233. JAMES S. MCDONNELL CHARITABLE TRUST A
1234. JAMES S. MCDONNELL CHARITABLE TRUST B
1235. JAMES T SMITH TRUST U/A DTD 10/09/1995, CURRENT TRUSTEE
1236. JAMES THOMAS WIRTH AND EILEEN MARIE WIRTH JT TEN
1237. JAMES W KIRK TRUST, BANK OF AMERICA, N.A., TRUSTEE
1238. JAMES W. DUFORD REVOCABLE TRUST U/A DTD 03/01/94, JAMES W. DUFORD, TRUSTEE
1239. JAMES ZERWEKH
1240. JANE B WHITE TRUST UA OCT 17 02, JANE B WHITE, TRUSTEE
1241. JANE STREET CAPITAL, LLC
1242. JANET U EMBURY CHLN TRUST GRACE FD, BMO HARRIS BANK, N.A., TRUSTEE

1243. JANET U EMBURY CHLN TRUST J LEY FD, BMO HARRIS BANK, N.A., TRUSTEE
1244. JANICE DAVIS JOBSON
1245. JANICE F. WINBURN
1246. JANICE R. GRUBMAN IRA ROLLOVER, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN
1247. JANNA L GADDEN
1248. JANUS CAPITAL GROUP
1249. JANUS CAPITAL MANAGEMENT
1250. JASON A. JANIK
1251. JASON BERNZWEIG AND MARYLYN BERNZWEIG
1252. JASON H CAMASSAR AND CAROLYN I CAMASSAR
1253. JAVAD RASSOULI
1254. JAY GOLDMAN MASTER LP
1255. JEAN CURRY GLASSELL, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR JEAN CURRY GLASSELL
1256. JEAN SHAULIS BLACK, JEAN S. BLACK TRUST, JEAN SHAULIS BLACK, TRUSTEE
1257. JEANNE NAPOLITANO TRUST, CURRENT TRUSTEE
1258. JEFFERIES LLC F/K/A JEFFERIES & COMPANY, INC.
1259. JEFFERSON R SOLENDER
1260. JEFFREY C NEAL
1261. JEFFREY RISLEY
1262. JEFFREY SCHATZ AND KIMBERLY SCHATZ
1263. JENIFER B. BOOTH F/K/A JENIFER B. MCINTOSH
1264. JENNIFER G HINES
1265. JENNISON MID-CAP IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
1266. JEROME & MARIA MARKOWITZ
1267. JEROME AND ILENE COLE FOUNDATION SC-287
1268. JEROME BLANK, JEROME BLANK DECLARATION OF TRUST U/A DTD 9/19/96, JEROME BLANK, TRUSTEE
1269. JEROME KAHN JR REVOCABLE TRUST DTD 10-16-87, JEROME KAHN, TRUSTEE
1270. JEROME M WELLS IRA, FCC, CUSTODIAN
1271. JEROME P. MARTIN AND MELANIE M. MARTIN
1272. JERRY J. WOLFE AND TIFFANY WOLFE TANKERSLEY
1273. JERRY LOWER IRA R/O, AMERIPRISE TRUST CO, CUSTODIAN
1274. JESSE LLOYD GUMA IRREV TRUST U/A DTD 7-5-96, GREG GUMA, TRUSTEE
1275. JESSE WERTHMAN
1276. JESSIE BALL DUPONT FUND, THE NORTHERN TRUST COMPANY, MARY HUNTLEY, EDDIE JONES JR., LEROY DAVIS, THOMAS JEAVONS, MARY PHILLIPS, CO-TRUSTEES
1277. JESSNICK PARTNERS, L.P.

3451307.3

| | |
|---|---|
| 1278. | JG GLOBAL GROWTH FUND LTD |
| 1279. | JHT 500 INDEX TRUST |
| 1280. | JHT 500 INDEX TRUST B |
| 1281. | JHT EQUITY INCOME TRUST |
| 1282. | JHT MID VALUE TRUST |
| 1283. | JHT SPECTRUM INCOME TRUST |
| 1284. | JHT TOTAL STOCK MARKET INDEX TRUST |
| 1285. | JIANSHI MAO |
| 1286. | JIM HICKS & CO. EMPLOYEE PROFIT-SHARING PLAN, JIM HICKS, TRUSTEE |
| 1287. | JING YE AND HONG LU |
| 1288. | JNL/MELLON CAPITAL MANAGEMENT S&P 500 INDEX FUND |
| 1289. | JOAN E CLARK |
| 1290. | JOAN ELLIS VAN LOAN |
| 1291. | JOANNA STURM |
| 1292. | JOANNE DESHEROW SANGER LIV TRUST U/A DTD 03/29/2004, JOANNE DESHEROW SANGER, TRUSTEE |
| 1293. | JOANNE SCHILLER IRA, FCC, PLAN CUSTODIAN |
| 1294. | JODY E GUNTER IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST |
| 1295. | JOE FRANK |
| 1296. | JOE YOUSSRY KELADA SEP IRA, E*TRADE SECURITIES LLC, CUSTODIAN |
| 1297. | JOHN & BETTY ALTMAN FAMILY TRUST UAD 05/16/86, JOHN M ALTMAN, BETTY ANN ALTMAN, TRUSTEES |
| 1298. | JOHN A CANNING JR REV TRUST U/A 3/15/94, JOHN A CANNING JR, TRUSTEE |
| 1299. | JOHN A MAHER IRA ROLLOVER ACCOUNT, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN |
| 1300. | JOHN A. MCWETHY IRREVOCABLE TRUST U/A/D MAY 10, 1978, GREENLEAF TRUST, TRUSTEE |
| 1301. | JOHN B LLOYD JR REV TR, JOHN B LLOYD JR, TRUSTEE |
| 1302. | JOHN B. DIAMOND DECLARATION OF TRUST DATED APRIL 15,2010, JOHN B. DIAMOND, TRUSTEE |
| 1303. | JOHN B. LLOYD, JR. |
| 1304. | JOHN BIRD LLOYD '68 IRREVOCABLE TRUST, CURRENT TRUSTEE |
| 1305. | JOHN CHELONI AND JEAN CHELONI JT TEN |
| 1306. | JOHN D. & CATHERINE T. MACARTHUR FOUNDATION |
| 1307. | JOHN D. LANE REVOCABLE TRUST, CURRENT TRUSTEE |
| 1308. | JOHN DEERE PENSION TRUST, CURRENT TRUSTEE |
| 1309. | JOHN E MAYASICH TRUST U/A DTD 04/23/2007, JOHN E. MAYASICH, TRUSTEE |
| 1310. | JOHN E MCGOWAN |
| 1311. | JOHN F. BARNARD TRUST U/A/D 04/04/03, JANICE ANDERSON, JOHN F. BARNARD, TRUSTEES |
| 1312. | JOHN F. LLEWELLYN LIVING TRUST, JOHN F. LLEWELLYN, TRUSTEE |

41

1313.     JOHN F. MANGAN, JR.
1314.     JOHN G KOLOGI
1315.     JOHN G. KOLOGI FIRST DATA INCENTIVE SVGS PLAN, STATE STREET BANK & TRUST COMPANY, TRUSTEE
1316.     JOHN HANCOCK FINANCIAL (MANULIFE FINANCIAL)
1317.     JOHN HANCOCK FUNDS II EQUITY-INCOME FUND
1318.     JOHN HANCOCK FUNDS II SPECTRUM INCOME FUND
1319.     JOHN HANCOCK VARIABLE INSURANCE TRUST F/K/A JOHN HANCOCK TRUST (NEW INCOME TRUST)
1320.     JOHN HOWELLS
1321.     JOHN J MCDERMOTT
1322.     JOHN J MCDERMOTT AND MARY R MCDERMOTT
1323.     JOHN J WAGNER AND ROSEMARY WAGNER JT WROS
1324.     JOHN M SCHLOERB TRUST DTD JUL 26 00, JOHN M. SCHLOERB, TRUSTEE
1325.     JOHN MULLOOLY
1326.     JOHN N. ROBSON TRUST B DATED 9/11/1970, TOM FALCEY, THE NORTHERN TRUST COMPANY, AND/OR FAIR OAKS LLC, TRUSTEES
1327.     JOHN NESBIT REES AND SARAH HENNE REES CHARITABLE FOUNDATION U/W, RICHARD W ROEDER & BARBARA L SMITH, TRUSTEES
1328.     JOHN P FENDLEY TRUST U/A DTD 11/27/1995, PATRICIA J FENDLEY, TRUSTEE
1329.     JOHN PRITZKER AND LISA PRITZKER
1330.     JOHN R BLACK
1331.     JOHN R FLANAGAN CGM IRA, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN
1332.     JOHN R STAIB
1333.     JOHN R. LOFTUS IRA, STIFEL NICOLAUS, CUSTODIAN
1334.     JOHN SPEARS
1335.     JOHN STEWART PROPERTY TRUST U/A DTD 12/06/2000, JOHN W STEWART II, TRUSTEE
1336.     JOHN T O'LOUGHLIN
1337.     JOHN V FARWELL IV DEC OF TR, AMEND & RESTATEMENT U/A 1/15/98, JOHN V FARWELL IV, TRUSTEE
1338.     JOHN W. MADIGAN TRUST, JOHN W. MADIGAN, TRUSTEE
1339.     JOHN W. STEWART
1340.     JOHN W. STEWART 1966 TRUST FBO CYNTHIA L. PHELPS, JAMES C. WALDO, TRUSTEE
1341.     JON R. LIND IRA ROLLOVER, NORTHERN TRUST COMPANY, CUSTODIAN
1342.     JONATHAN A . KNEE
1343.     JONATHAN KOVLER
1344.     JONATHAN R. EVANS IRA, JONATHAN R. EVANS OR JPMCC CUST
1345.     JOSEPH A. YOUNG AND SANDRA L. YOUNG
1346.     JOSEPH F KUN AND KAREN L KUN

1347. JOSEPH G TRAYNOR AND ELAINE S TRAYNOR JT WROS
1348. JOSEPH KOLLIN & BELLA KOLLIN
1349. JOSEPH L MOLDER TRUST, BANK OF AMERICA, N.A., TRUSTEE
1350. JOSEPH LEONARD
1351. JOSEPH M FEE AND ELIZABETH FEE REVOCABLE LIVING TRUST, JOSEPH M FEE, TRUSTEE
1352. JOSEPH R MEDLEY IRA, MESIROW FINANCIAL, INC, CUSTODIAN
1353. JOSHUA TREE CAPITAL MANAGEMENT LP
1354. JOY LEICHENGER TRUST U/A DTD 08/02/1978, CURRENT TRUSTEE
1355. JP MORGAN MOSAIC FUND, LLC
1356. JPMORGAN 401(K) SAVINGS PLAN
1357. JPMORGAN CHASE & CO. INC.
1358. JPMORGAN CHASE BANK, N.A
1359. JPMORGAN CHASE BANK, N.A. F/K/A CUSTODIAL TRUST CO.
1360. JPMORGAN CHASE FUNDING INC. F/K/A JP MORGAN VENTURES CORP QRDT
1361. JPMORGAN SERVICES, INC.
1362. JPMORGAN TRUST II
1363. JUDD S ALEXANDER FOUNDATION INC
1364. JUDITH E NEISSER IRA
1365. JUDITH E. BLAZER LIVING TRUST U/A/D 10/21/96, JUDITH E. BLAZER, TRUSTEE
1366. JUDITH SARNAT TRUST SS-512, CUSTODIAN, JUDITH SARNAT, TRUSTEE
1367. JULIA K. ROSENWALD
1368. JULIA NEITZERT TRUST, THE NORTHERN TRUST COMPANY, TRUSTEE
1369. JULIA P WALSKI
1370. JULIE A. TRIONA TRUST U/A DTD 04/17/1998, JULIE A. TRIONA, TRUSTEE
1371. JULIO ARRIAGA
1372. JUPITER CAPITAL PARTNERS LLC
1373. JUPITER MEDICAL CENTER FOUNDATION PERMANENT ENDOWMENT GENERAL FUND
1374. JUSTIN LONG
1375. JYG LIMITED PARTNERSHIP #2 G-BAR
1376. K P TWICHELL TRUST U/D, D C TWICHELL, TRUSTEE
1377. KAISER FOUNDATION HEALTH PLAN
1378. KAISER FOUNDATION HOSPITALS
1379. KAISER PERMANENTE RABBI TRUST, CURRENT TRUSTEE
1380. KAMAN CORP. MASTER TRUST A/K/A KAMAN EMPLOYEES' PENSION PLAN
1381. KANSAS CITY POLICE EMPLOYEES' RETIREMENT SYSTEMS
1382. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM
1383. KAREN L LOCKWOOD REV TRUST U/A/D 07/30/1998, KAREN L LOCKWOOD, TRUSTEE
1384. KARL PUTNAM

1385. KAS BANK, NV
1386. KASZTON FAMILY TRUST UAD 10/23/1997, WILLIAM & PATRICIA KASZTON, TRUSTEES
1387. KATHARINE N LLOYD TESTAMENTARY TRUST, CURRENT TRUSTEE
1388. KATHERINE PRATT TWICHELL TRUST U/I DATED JULY 27, 1964 FOR THE ISSUE OF HARMONY T. CLEMENT, UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEE
1389. KATHERINE T GOLDBERG AND STEVEN Y GOLDBERG
1390. KATHRYN M BARGER REV. TRUST DTD 8-18-99, KATHRYN M BARGER, DONALD W MURRAY, TRUSTEES
1391. KATHY REX AND THOMAS W HUNDLEY
1392. KBC SECURITIES
1393. KBS PARTNERSHIP
1394. KELLOGG BROWN & ROOT LLC AS SUCCESSOR TO THE RIGHTS AND INTERESTS OF KELLOGG BROWN & ROOT, INC.
1395. KELLOGG CAPITAL MARKETS, LLC
1396. KENNETH CAHN
1397. KENNETH E LACY AND PATRICIA H LACY JT WROS
1398. KENNETH E PAGE 2001 TRUST UA DTD 11/20/01, KENNETH E. PAGE, TRUSTEE
1399. KENNETH E. NICHOLS
1400. KENNETH F PUGLISI
1401. KENNETH J. VYDRA TRUST NO. 101 U/A/D 03-10-2006, KENNETH J. VYDRA, TRUSTEE
1402. KENNETH MITCHELL
1403. KENNETH PUGLISI
1404. KENNETH R LOISELLE TRUST U/A DTD 10/30/2001, KENNETH ROBERT LOISELLE, TRUSTEE
1405. KENNETH R. POSNER AND ARLENE L. POSNER
1406. KENNETH WEISS
1407. KENTUCKY RETIREMENT SYSTEMS
1408. KEVIN E DOMBKOWSKI ALCATEL-LUCENT SAVINGS PLAN FBO, FIDELITY MANAGEMENT TRUST CO, TRUSTEE
1409. KEVIN L RINGEL AND KATHLEEN M RINGEL JT TEN
1410. KEVIN M. MOORE AND KIMBERLY A. MOORE JT WROS
1411. KEVIN STONE IRA R/O, DELAWARE CHARTER GUARANTEE & TRUST, CUSTODIAN
1412. KIENER LP
1413. KPC US EQUITY LLC
1414. KRAFT GROUP
1415. KRYSTYNA JURZYKOWSKI
1416. KUANG C YEH IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
1417. L-3 COMMUNICATIONS CORPORATION MASTER TRUST
1418. LABORERS' DISTRICT COUNCIL & CONTRACTORS' PENSION FUND OF OHIO

3451307.3

1419. LABORERS NATIONAL PENSION FUND
1420. LAKONISHOK CORP
1421. LAMOTTA FAMILY TRUST U/A/D 01/01/93, MATTHEW MARYLES, TRUSTEE
1422. LANCASHIRE INSURANCE COMPANY, LTD
1423. LANGDON STREET CAPITAL LP - MARCH PARTNERS LLC
1424. LANSFORSAKRINGAR
1425. LARGE CAP FUND, A SERIES OF SEI INSTITUTIONAL INVESTMENTS TRUST
1426. LARGE CAP INDEX FUND, A SERIES OF SEI INSTITUTIONAL INVESTMENTS TRUST
1427. LARGE CAP VALUE FUND, A SERIES OF SEI INSTITUTIONAL MANAGED TRUST
1428. LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES
1429. LARGE CAP VALUE SUBTRUST OF THE DFA GROUP TRUST, DIMENSIONAL FUND ADVISORS, TRUSTEE
1430. LARRY L BLOOM AND MARY J BLOOM TRUST(S) 11-21-95, LARRY L BLOOM AND MARY J BLOOM, TRUSTEES
1431. LARRY TOWNSEND CGM IRA ROLLOVER, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN
1432. LATIGO MASTER FUND LTD
1433. LAVERGNE MARCUCCI TRUST U/A DTD MAY 28 1988, DENNIS R. MARCUCCI & NICOLAS G. MARCUCCI, TRUSTEES
1434. LAW COMPANIES GROUP, INC. PENS
1435. LAWRENCE BARNER AND JOAN BARNER JT WROS
1436. LAWRENCE F KLIMA IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN
1437. LAWRENCE J BLUM TRUST U/A 1/30/06, LAWRENCE J BLUM, TRUSTEE
1438. LAWRENCE M COHEN TRUST LAWRENCE M COHEN TRADING ACCT, CURRENT TRUSTEE
1439. LAWRENCE M PUCCI DESIGNATED BENE PLAN
1440. LAWRENCE S. SMITH
1441. LAY EMPLOYEES OF THE ARCHDIOCESE OF CINCINNATI DEFINED BENEFIT PLAN, US BANK, TRUSTEE
1442. LEANDRO P RIZZUTO
1443. LEE ANN VARASCONI LIVING TRUST U/A DTD 02/09/2004, LEE ANN VARASONI, TRUSTEE
1444. LEE U GILLESPIE REV TRUST U/A - DEC'D 05/20/10, BANK OF AMERICA, N.A., TRUSTEE
1445. LEGACY FUND
1446. LEGACY TRUST COMPANY, N.A., ACTING TRUSTEE OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR EMILY EVANS EMBREY
1447. LEGAL & GENERAL US INDEX TRUST, THE ROYAL BANK OF SCOTLAND, TRUSTEE
1448. LEGENT CLEARING LLC

1449.  LEGG MASON BATTERYMARCH FINANCIAL MANAGEMENT S&P 500 INDEX FUND, A SERIES OF THE LEGG MASON PARTNERS EQUITY TRUST, A MARYLAND STATUTORY TRUST A/K/A LEGG MASON PARTNERS

1450.  LEGG MASON PARTNERS LMP VAR EQUITY INDEX PORTFOLIO

1451.  LEI JIN

1452.  LENOX HILL HOSPITAL

1453.  LEONARD HILL, HILL REVOCABLE LIVING TRUST DTD 12/24/91, LEONARD HILL, TRUSTEE

1454.  LEONARD R SOGLIO DESIGNATED BENE PLAN

1455.  LEONARD SARNAT TRUST #71825 SS-253, CUSTODIAN, LEONARD A. SARNAT, TRUSTEE

1456.  LFT PARTNERSHIP

1457.  LIBERTY FINANCIAL SERVICES CO

1458.  LIBERTY HARBOR MASTER FUND I, LP

1459.  LIBERTY MUTUAL INSURANCE CO.

1460.  LIECHTENSTEINISCHE LANDESBANK AG

1461.  LIGHTHOUSE FINANCIAL GROUP LLC

1462.  LIGHTNING TRADING LLC

1463.  LINDA B KELLER

1464.  LINNET F MYERS IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN

1465.  LISA M FEATHERER IRA R/O, DELAWARE CHARTER GUARANTEE & TRUST COMPANY, CUSTODIAN

1466.  LISA M. FEATHERER TRUST U/A/D JUNE 12, 1992, LISA M. FEATHERER, TRUSTEE

1467.  LISL GERSHON

1468.  LISPENARD STREET CREDIT MASTER FUND

1469.  LIVING TRUST OF LAUREL L SCHNITZER, LAUREL L SCHNITZER, TRUSTEE

1470.  LJR LIMITED PARTNERSHIP

1471.  LLOYD A CONNERS IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST

1472.  LLOYD TRIBUNE NOMINEE TRUST, CURRENT TRUSTEE

1473.  LLOYD WENDT

1474.  LOCAL 134 S&P 500 INDEX FUND

1475.  LOCAL GOVERNMENT SUPER ANNUATION SCHEME

1476.  LOCALS 302 & 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST, CURRENT TRUSTEE

1477.  LOCKHEED MARTIN CORP.

1478.  LOCKWOOD BROTHERS INC.

1479.  LOEB ARBITRAGE B FUND LP

1480.  LOEB ARBITRAGE FUND INVESTMENT A/C UNDER SEC 1236 & 475 OF I R C

1481.  LOEB ARBITRAGE MANAGEMENT LP

1482. LOEB OFFSHORE B FUND LTD
1483. LOEB PARTNERS (LOEB OFFSHORE FUND LTD)
1484. LOEB PARTNERS CORPORATION
1485. LOIS D KALIEBE TRUST U/A DTD 03/05/1993, LOIS D KALIEBE, TRUSTEE
1486. LOIS MOSS BARNWELL
1487. LOISANNE R FLAHERTY TRUST U/A DTD 09/23/2004, LOISANNE R. FLAHERTY, TRUSTEE
1488. LOLA LLOYD HORWITZ
1489. LOMBARD ODIER DARIER HENTSCH & CIE
1490. LOMBARDI & CO., INC.
1491. LONDON EQUITY FINANCING OPERATIONS
1492. LONE TREE PARTNERS, LLC
1493. LONGVIEW LARGECAP 500 INDEX FUND AND LONGVIEW LARGECAP 500 INDEX VEBA FUND, AMALGAMATED BANK, AS TRUSTEE
1494. LOOMIS SAYLES CREDIT ALPHA MASTER FUND
1495. LOOMIS SAYLES MULTI STRATEGY MASTER ALPHA LTD
1496. LORETTA C. FINLAY TRUST U/A DTD 02/04/1994, LORETTA C. FINLAY, TRUSTEE
1497. LORI ANN TALARICO
1498. LORRAINE AYDINIAN
1499. LOS ANGELES FIRE AND POLICE PENSION PLAN
1500. LOUIS G GILBERT AND RENEE GILBERT
1501. LOUISIANA SCHOOL EMPLOYEES' RETIREMENT SYSTEM
1502. LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM
1503. LOWE INTERESTS, L.P.
1504. LP MA1 LTD - LATIGO PARTNERS, L.P.
1505. LPL FINANCIAL LLC
1506. LSV ENHANCED INDEX CORE EQUITY TRUST, CURRENT TRUSTEE
1507. LSV U.S. LARGE CAP LONG/SHORT FUND L.P.
1508. LUCENT TECHNOLOGIES INC. MASTER PENSION TRUST, ALCATEL-LUCENT USA INC., TRUSTEE
1509. LUCILE MCVEY DUNN TRUST U/A DTD 12/19/1991, LUCILE M DUNN, TRUSTEE
1510. LUCY A O'CONNOR TRUST, BANK OF AMERICA, N.A., TRUSTEE
1511. LUMINA FOUNDATION FOR EDUCATION INC.
1512. LVIP SSGA S&P 500 INDEX FUND
1513. LYNN R. WOLFSON TRUST, THE NORTHERN TRUST COMPANY, LYNN R. WOLFSON AND/OR MARK SCOTT, TRUSTEES
1514. LYNNE W SHOTWELL TRUST U/A DATED 5/16/84, LYNNE W SHOTWELL, TRUSTEE
1515. LYONDELL PETROCHEMICAL CORPORATION DEFINED BENEFIT A/K/A LYONDELL CHEMICAL CO. DEFINED BENEFIT PLAN LCV
1516. LYRA INSTITUTIONAL BAKRAM
1517. LYXOR ALPHADYNE SPC F/K/A LYXOR STARWAY SPC F/K/A SGAM AI STARWAY SPC

47

1518. LYXOR/BLACK DIAMOND ARBITRAGE FUND LIMITED
1519. LYXOR/CANYON VALUE REALIZATION FUND LIMITED
1520. M & J INVESTMENT GROUP L.P.
1521. M CHRISTINE JURZYKOWSKI REV TRUST FBO M CHRISTINE JURZYKOWSKI, MILENA CHRISTINE JURZYKOWSKI, CLAUDE D PEPIN, MARK FINSER, TRUSTEES
1522. M K PASCHALL TRUST-IMA, DANIEL BULL, TRUSTEE
1523. M&T BANK F/K/A MANUFACTURERS & TRADERS TRUST CO.
1524. M. CHRISTINE JURZYKOWSKI 2005 REVOCABLE TRUST, CURRENT TRUSTEE
1525. MADGE A L MACNEIL
1526. MADGE A L MACNEIL 1988 FAMILY TRUST, JOHN BIRD LLOYD JR, TRUSTEE
1527. MADGE A L MACNEIL TRUST, MADGE A L MACNEIL, TRUSTEE
1528. MADISON PROPRIETARY TRADING GROUP, LLC
1529. MADISON SQUARE INVESTORS LARGE-CAP ENHANCED INDEX FUND LP F/K/A NYLIM-QS LARGE CAP ENHANCED FUND LP
1530. MADISON SQUARE INVESTORS U.S. LARGE-CAP CORE 130/30 COLLECTIVE FUND F/K/A NYLIM US LARGE-CAP CORE 130/30 COLLECTIVE FUND
1531. MADISON STREET FUND QP FUND LP
1532. MADISON STREET FUND, L.P.
1533. MAHMOUD SEBGHATI IRA, STIFEL NICOLAUS, CUSTODIAN
1534. MAIN STREET AMERICA ASSURANCE CO.
1535. MAIN STREET SMALL CAP PORTFOLIO
1536. MAINSTAY FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS MAINSTAY S&P 500 INDEX FUND
1537. MAINSTAY FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS MAINSTAY U.S. EQUITY OPPORTUNITIES FUND F/K/A MAINSTAY 130/30 CORE FUND
1538. MAINSTAY VP FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS VP COMMON STOCK PORTFOLIO A/K/A MAINSTAY VP COMMON STOCK FUND
1539. MAINSTAY VP FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS VP MID CAP CORE PORTFOLIO A/K/A MAINSTAY VP MIDCAP CORE
1540. MAINSTAY VP FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS VP S&P 500 INDEX PORTFOLIO A/K/A MAINSTAY VP S&P 500 INDEX FUND
1541. MAJOR LEAGUE BASEBALL PLAYERS BENEFIT PLAN
1542. MALLET GLOBAL ENHANCED LTD.
1543. MANAGED PENSION FUNDS LIMITED (MFS FUNDS (UK))
1544. MANAGED PORTFOLIO OF THE EQUITRUST VARIABLE INSURANCE SERIES FUND
1545. MANDARIN INC
1546. MANUFACTURERS & TRADERS TRUST 14 0272881, CURRENT TRUSTEE
1547. MANULIFE (INTERNATIONAL) LIMITED (BERMUDA)

48

| | |
|---|---|
| 1548. | MANULIFE ASSET MANAGEMENT LIMITED F/K/A ELLIOTT & PAGE LIMITED |
| 1549. | MANULIFE FINANCIAL CORP (ML INVST EX FDS CORP.-MIX US LARGE CAP VALUE CLASS) |
| 1550. | MANULIFE REINSURANCE (BERMUDA) LIMITED |
| 1551. | MANULIFE U.S. EQUITY (ALLIANCE BERNSTEIN US EQUITY) |
| 1552. | MANULIFE U.S. VALUE EQUITY FUND |
| 1553. | MAPLE PARTNERS AMERICA INC |
| 1554. | MARCELLA A DELUCA IRA C/O RBC CAPITAL MARKETS CORP CUST |
| 1555. | MARGARET DURKIN AND JIM ROCHE |
| 1556. | MARGARET G ARNONE |
| 1557. | MARGARET K. CRANE TRUST, MARGARET K. CRANE, TRUSTEE |
| 1558. | MARGARET L SINDELAR |
| 1559. | MARGARET P GUNDLACH REV TRUST DTD 3/27/1996, MARGARET P GUNDLACH, TRUSTEE |
| 1560. | MARGARET R CONIGLIO TRUST U/A DTD 08/22/1989, BEVERLY MACKINTOSH, TRUSTEE |
| 1561. | MARGERET T. M. JONES, CHARLES PRATT & COMPANY LLC, CUSTODIAN |
| 1562. | MARGUERITE PAYNE TRUST U/A/D 6/7/61 FBO VIRGINIA K. TOWNLEY, THE NORTHERN TRUST COMPANY, TRUSTEE |
| 1563. | MARIAN C FALK FOR ALEXANDRA, BANK OF AMERICA, N.A., TRUSTEE |
| 1564. | MARIAN OTIS CHANDLER TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES |
| 1565. | MARIAN WETTERLING |
| 1566. | MARILYN R MILLER IRA NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO, CUSTODIAN |
| 1567. | MARILYN R. DIAMOND TRUST DATED 11-11-88, MARILYN R. DIAMOND, TERRY DIAMOND, TRUSTEES |
| 1568. | MARILYN RAPKIN |
| 1569. | MARINO FAMILY TRUST U/A DTD 09/21/1997, P MARINO & G MARINO, TRUSTEES |
| 1570. | MARIO J. GABELLI |
| 1571. | MARISSA RUDMAN |
| 1572. | MARJORIE B DAVID CGM IRA ROLLOVER, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN |
| 1573. | MARJORIE ROZMAN TRUST UAD 8/7/85 FBO AVI J ROZMAN, NANETTE ROSENBERG, MARJORIE ROZMAN, TRUSTEES |
| 1574. | MARK A BAUN JR IRR TRUST U/A DTD 2/28/2005, CAPRICE WW BAUN, CONSUELO W PIERREP, CHARLES L WILSON III, TRUSTEES |
| 1575. | MARK A HUGHES AND DANICA F HUGHES |
| 1576. | MARK A. JONES AND DIANE D. JONES |
| 1577. | MARK ALLEN ITKIN TRUST 3/16/2001, MARK A. ITKIN, TRUSTEE |
| 1578. | MARK C BOE TRUST U/A DTD 07/20/2000, MARK C BOE, TRUSTEE |

1579. MARK C LANDRY
1580. MARK DOMAS
1581. MARK I. SEIDEN
1582. MARK METZNER
1583. MARK R. PATTIS REVOCABLE TRUST UAD 07/30/04, MARK R. PATTIS, TRUSTEE
1584. MARK S. & DONNA C. LIES
1585. MARK STRANAHAN
1586. MARK W. MADIGAN AND STEPHANIE A. MADIGAN
1587. MARKET STREET SECURITIES
1588. MARLA KRAUSE IRA, NM WEALTH MANAGEMENT CO., CUSTODIAN
1589. MARLENE F SLADE ROLLOVER IRA, NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO, CUSTODIAN
1590. MARLIS J DAWSON IRA, FCC, CUSTODIAN
1591. MARNI HORWITZ TRUST DATED JANUARY 22, 1998, LOLA LLOYD HORWITZ, THE NORTHERN TRUST COMPANY, TRUSTEES
1592. MARSCO INVESTMENT CORP.
1593. MARSHFIELD CLINIC MASTER TRUST, CURRENT TRUSTEE
1594. MARTHA GROSS LIVING TRUST FBO MARTHA GROSS U/A/D 04/14/1996, JENNIFER GROSS & BERNARD SCHINDER, TRUSTEES
1595. MARTIN COMPANY-PROXY DEPT A/C SCOTT M NISWONGER #2
1596. MARVIN C SCHNEIDER TRUST DTD 6-5-97, MARVIN C. SCHNEIDER, TRUSTEE
1597. MARY A RYAN
1598. MARY ANN LANE
1599. MARY CONIGLIO TRUST U/A DTD 08/22/89, BEVERLY MACKINTOSH, TRUSTEE
1600. MARY CONIGLIO TRUST U/A DTD 8/22/1989 GSTT TE TRUST, BEVERLY MACKINTOSH, TRUSTEE
1601. MARY F BROWN
1602. MARY GREEN
1603. MARY H COOPER
1604. MARY JO OSTERMAN TRUST U/A/D 04/04/91, MARY JO OSTERMAN, TRUSTEE
1605. MARY K LAWLER TRUST U/A DTD 06/18/1996, MARY K LAWLER, TRUSTEE
1606. MARY L. TUNNEY JUNIOR TRUST, CURRENT TRUSTEE
1607. MARY LEE YUEN TRUST U/A DTD 05/09/2000, MARY LEE YUEN, DENNIS JOE YUEN, TRUSTEE
1608. MARY LOU RICOTTA
1609. MARY MAVERICK LLOYD TRUST U/A 5/23/89 FBO MARY MAVERICK LLOYD, MARY LLOYD, W B LLOYD III, TRUSTEES
1610. MARY MCCUNE EDWARDS CHARITABLE LEAD ANNUITY TRUST, JOANNE WELSH, TRUSTEE ADVISOR
1611. MARY NEVILLE HANKEY
1612. MARY SUE GATZERT TRUST DATED 9-29-95, CURRENT TRUSTEE

| | |
|---|---|
| 1613. | MARYLAND STATE RETIREMENT AND PENSION SYSTEM |
| 1614. | MARYLAND VOTED RUSSELL 3000 COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 1615. | MASONIC EDUCATION & CHARITY TRUST, CURRENT TRUSTEE |
| 1616. | MASS MUTUAL-SEPARATES |
| 1617. | MASSACHUSETTS MUTUAL |
| 1618. | MASSMUTUAL PREMIER BALANCED FUND |
| 1619. | MASSMUTUAL PREMIER DISCIPLINED VALUE FUND F/K/A MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND |
| 1620. | MASSMUTUAL PREMIER MAIN STREET SMALL CAP FUND |
| 1621. | MASSMUTUAL PREMIER SMALL/MID CAP OPPORTUNITIES FUND F/K/A MASSMUTUAL PREMIER SMALL COMPANY OPPORTUNITIES FUND |
| 1622. | MASSMUTUAL SELECT DIVERSIFIED VALUE FUND |
| 1623. | MASSMUTUAL SELECT INDEXED EQUITY FUND |
| 1624. | MASTER EQUITIES I LTD (GAP) TMS/ITS SETT A/C FOR HITE CRAGMUIR CHAMBERS |
| 1625. | MASTER TRUST BETWEEN PFIZER INC. AND THE NORTHERN TRUST COMPANY (AS SUCCESSOR TO WYETH MASTER TRUST), THE NORTHERN TRUST COMPANY, TRUSTEE |
| 1626. | MATTHEW BENDER IV |
| 1627. | MATTHEW GERARD HARTMANN AND LISA MARIE HARTMANN JTWROS |
| 1628. | MATTHEW HALBOWER |
| 1629. | MAUREEN S. WOODALL, AS SUCCESSOR TO DONALD W. WOODALL IRA R/O |
| 1630. | MAX L. GARDNER IRA, TD AMERITRADE CLEARING, CUSTODIAN |
| 1631. | MAX S BELL AND JEAN F BELL |
| 1632. | MAXIM T. ROWE PRICE EQUITY/INCOME PORTFOLIO |
| 1633. | MAY C. GOODAN TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES |
| 1634. | MAZUR, HOWARD E |
| 1635. | MB FINANCIAL BANK, INC. |
| 1636. | MC INVESTMENT PARTNERS LLC |
| 1637. | MCAFEE & TAFT PROFIT-SHARING PLAN, CURRENT TRUSTEE |
| 1638. | MCMORGAN BALANCED EQUITY MAINSTAY FUNDS |
| 1639. | MEADOWBROOK EQUITY FUND UA DEC 01 86 DECLARATION OF BELL FAMILY TR, GLEN W BELL, MARTHA BELL, KATHLEEN B FLYNN, TRUSTEES |
| 1640. | MEA-MESSA-MEA FINANCIAL SERVICES |
| 1641. | MEGHAN M FLANNERY |
| 1642. | MEL L SHULTZ & BETH JANE SHULTZ TRUST DTD 9/5/79, MEL L SHULTZ & BETH J SHULTZ, TRUSTEES |
| 1643. | MEL L SHULTZ AND BETH JANE SHULTZ |
| 1644. | MELISSA MONSON |

51

| 1645. | MELLON BANK SECURITIES LENDING |
|---|---|
| 1646. | MELLON CAPITAL MANAGEMENT |
| 1647. | MELVIN GOODMAN |
| 1648. | MERCER FUNDS F/K/A MGI FUNDS (MGI US SMALL/MID CAP VALUE EQUITY FUND) |
| 1649. | MERRILL LYNCH FINANCIAL MARKET EQUITY FINANCING GROUP |
| 1650. | MERRILL LYNCH FINANCIAL MARKET EQUITY FINANCING GROUP - SINGLE STOCK |
| 1651. | MERRILL LYNCH PROFESSIONAL CLEARING CORP. |
| 1652. | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED F/K/A 1IA SPX1, A DIVISION OF BANC OF AMERICA SECURITIES LLC |
| 1653. | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED F/K/A BANC OF AMERICA SECURITIES LLC |
| 1654. | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED F/K/A BANC OF AMERICA SECURITIES LLC (SPX PRINCIPAL STRATEGY U.S. SHARES PROGRAMS) |
| 1655. | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES |
| 1656. | METCALF X LIMITED |
| 1657. | METHODIST HEALTH SYSTEMS |
| 1658. | METHODIST HEALTHCARE (CHANNING CAPITAL MANAGEMENT) |
| 1659. | METHODIST HEALTHCARE (LSV ASSET MANAGEMENT) |
| 1660. | METLIFE STOCK INDEX PORTFOLIO |
| 1661. | METROPOLITAN LIFE INSURANCE CO |
| 1662. | METROPOLITAN TRANSIT AUTHORITY |
| 1663. | METZNER FAMILY FOUNDATION |
| 1664. | MIAMI OIL PRODUCERS INC |
| 1665. | MICHAEL & ROSALIND KEISER CHARITABLE TRUST U/A DTD 12/30/90, MICHAEL & ROSALIND KEISER, TRUSTEES |
| 1666. | MICHAEL A SILVER |
| 1667. | MICHAEL C DONAHUE AND MARTHA D DONAHUE |
| 1668. | MICHAEL C. LABONIA AND DEBRA D. LABONIA |
| 1669. | MICHAEL E. BEE TRUST UAD 10/20/2003, MICHAEL E. BEE, TRUSTEE |
| 1670. | MICHAEL EIGNER AND LINDA EIGNER |
| 1671. | MICHAEL G. MURPHY AND MARY THERESE MURPHY |
| 1672. | MICHAEL J KRAUSE IRA, AMERIPRISE TRUST COMPANY, CUSTODIAN |
| 1673. | MICHAEL J PALUMBO REVOCABLE LI TRUST U/A DTD 11/29/1999, CURRENT TRUSTEE |
| 1674. | MICHAEL K REILLY TRUST U/A DTD 09/25/1995, MICHAEL K. REILLY, TRUSTEE |
| 1675. | MICHAEL KEISER (SPECIAL ACCOUNT) |
| 1676. | MICHAEL LOEB |
| 1677. | MICHAEL MUSKAL IRA ROLLOVER, FIDELITY MANAGEMENT TRUST CO CUST |
| 1678. | MICHAEL PLONSKI AND NEDRA PLONSKI |

3451307.3

| | |
|---|---|
| 1679. | MICHAEL R QUINLAN TRUST U/A DTD 09/04/1979, MICHAEL R. QUINLAN, TRUSTEE |
| 1680. | MICHAEL RICHARD WIDRIG AND JACQUELINE A WIDRIG |
| 1681. | MICHAEL ROSENBERG TRUST U/A DTD 02/23/1981, NANETTE ROSENBERG, MARJORIE ROZMAN, TRUSTEES |
| 1682. | MICHAEL S ROSENBLUM |
| 1683. | MICHAEL SOBEL PAPER |
| 1684. | MICHAEL SUPERA |
| 1685. | MICHAEL TARNOFF |
| 1686. | MICHAEL TIERNEY AND PATRICIA TIERNEY |
| 1687. | MICHIGAN DEPARTMENT OF TREASURY |
| 1688. | MICHIGAN EDUCATION ASSOCIATION |
| 1689. | MICHIGAN JUDGES' RETIREMENT SYSTEM |
| 1690. | MICHIGAN PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM |
| 1691. | MICHIGAN STATE POLICE RETIREMENT SYSTEM |
| 1692. | MICRO TRADING CAPITAL FUND |
| 1693. | MICROSOFT CORPORATION |
| 1694. | MID-ATLANTIC REGIONAL COUNCIL OF CARPENTERS PENSION PLAN |
| 1695. | MIKE & MELISSA PARNELL REV TRUST UA DTD 08/27/90, MIKE PARNELL, MELISSA PARNELL, TRUSTEES |
| 1696. | MIKE EUGENE ABERNETHY |
| 1697. | MILAN E CHILLA |
| 1698. | MILAN E CHILLA CUSTODIAN FPO IRA |
| 1699. | MILIKEN STOCK FUND (7R) T ROWE PRICE TRUST CO |
| 1700. | MILL SHARES HOLDINGS (BERMUDA) LTD. |
| 1701. | MILLENCO LLC |
| 1702. | MILLENCO LP (OMNI STAT ARB) |
| 1703. | MILLENNIUM FUNDING ASSOCIATES LLC |
| 1704. | MILLER FAMILY TRUST UAD 3/24/87, MARGARET U MILLER, TRUSTEE |
| 1705. | MILTON PARTNERS LLC |
| 1706. | MINE SCRIBANTE CRUT-SANIBEL CAPITVA |
| 1707. | MINI TRUST U/A EDWARD H LINDSAY, BANK OF AMERICA, N.A., TRUSTEE |
| 1708. | MINISTRY OF FINANCE OF THE REPUBLIC OF KAZAKHSTAN |
| 1709. | MINNESOTA LIFE INSURANCE COMPANY - SEPARATE ACCOUNT A |
| 1710. | MINNESOTA LIFE INSURANCE COMPANY - SEPARATE ACCOUNT L |
| 1711. | MINNESOTA STATE BOARD OF INVESTMENT |
| 1712. | MINNETTE R. ECKHOUSE TRUST #502 U/W/O DTD 2/1/74, JAMES H. ECKHOUSE AND JILL E. BERUBE, TRUSTEES |
| 1713. | MIP S&P 500 INDEX |
| 1714. | MIRIAM A. PAWEL |
| 1715. | MIRIAM SUSAN ZACH |
| 1716. | MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| 1717. | MITCHELL WOLFSON, SR FOUNDATION |
| 1718. | MIZUHO TRUST & BANKING CO., LTD. |

3451307.3

1719.  ML EQUITY INDEX TRUST, MERRILL LYNCH TRUST COMPANY, TRUSTEE
1720.  ML INDEX 500 V.I. FUND
1721.  ML LARGE CAPITALIZATION IN MERRILL LYNCH TRUST COMPANY
1722.  ML STERN & CO. LLC
1723.  MM TRUST (BVI) F/K/A MORGAN & MORGAN TRUST CO. FOR INTERLANDS SA/SICPA HOLDINGS SA
1724.  MML BLEND FUND
1725.  MML EQUITY INCOME FUND
1726.  MML EQUITY INDEX FUND
1727.  MML SMALL CAP EQUITY FUND
1728.  MNS, LTD.
1729.  MOGAVERO/FELTY JOINT VENTURE - TMS
1730.  MONTEAGLE VALUE FUNDS
1731.  MONTPELIER REINSURANCE HOLDINGS, LTD.
1732.  MONTPELIER REINSURANCE LTD - MINTFLOWER PL
1733.  MONUMENTAL LIFE INSURANCE COMPANY - TEAMSTERS SEPARATE ACCOUNT L-23
1734.  MONUMENTAL LIFE INSURANCE COMPANY F/K/A PEOPLES BENEFIT LIFE INSURANCE
1735.  MORGAN KEEGAN & CO.
1736.  MORGAN STANLEY & CO. INTERNATIONAL PLC F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED
1737.  MORGAN STANLEY & CO. INTERNATIONAL PLC F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED (BNY GCM)
1738.  MORGAN STANLEY & CO., LLC F/K/A MORGAN STANLEY & CO. INCORPORATED
1739.  MORGAN STANLEY SMITH BARNEY LLC
1740.  MORTON GOLDFINE AND ADRIENNE M. GOLDFINE
1741.  MOUNT ARARAT CEMETARY INC
1742.  MPAMG SECURITY PROCESSING OMNIBUS
1743.  MPF NORTH AMERICA EQUITY INDEX SUB FUND
1744.  MS SELECT-VALUE ADDED MARKET
1745.  MTB EQUITY INDEX FUND
1746.  MULTI-STRATEGY, GREENOCK MASTER FUND LTD, GREENOCK MULTI-STRATEGY FUND LP
1747.  MUNDER INDEX 500 FUND
1748.  MUNICIPAL EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO
1749.  MURIEL S HARRIS
1750.  MUSEUM OF FINE ARTS, HOUSTON, AS BENEFICIARY OF THE ESTATE OF ALFRED C. GLASSELL JR.
1751.  MUSHIN TRADING LLC #2
1752.  MUTUAL OF AMERICA INVESTMENT CORPORATION
1753.  MYRNA RAMIREZ AND MONSERRATE RAMIREZ JTWROS
1754.  MYRON L. HENDRIX
1755.  NANCY A COOK

1756. NANCY B HEINZ FAMILY TRUST, ARTHUR P. HEINZ, TRUSTEE
1757. NANCY B. HEINZ
1758. NANCY CROSSMAN
1759. NANCY FAY JOHNSON
1760. NANCY R SPIEGEL REV TRUST UAD 10/14/89, MICHAEL COTTLE, CHRIS MARDER, TRUSTEES
1761. NANCY TROHAN DOLLAR
1762. NATALIE MCCORMICK MILLER LIVING TRUST U/W 12/27/83 FBO NATALIE MCCORMICK MILLER, RICHARD DUFFIELD, TRUSTEE
1763. NATHAN H. PERLMAN TRUST B DTD 12-17-68, MIRIAM NOVICK, ARLINE DOBLIN, TRUSTEES
1764. NATIONAL ASBESTOS WORKERS PENSION FUND
1765. NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND
1766. NATIONAL BANK OF KAZAKHSTAN
1767. NATIONAL CONSTRUCTION ASSOCIATION PENSION FUND
1768. NATIONAL ELECTRICAL BENEFIT FUND TRUST, DILLARD R. BORDEN, JR. AND SALVATORE J. CHILIA, TRUSTEES
1769. NATIONAL GRANGE MUTUAL
1770. NATIONAL PENSIONS RESERVE FUND COMMISSION
1771. NATIONAL PREARRANGED SERVICES INC.
1772. NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST, CURRENT TRUSTEE
1773. NATIONAL ROOFING INDUSTRY PENSION FUND
1774. NATIONWIDE S&P 500 INDEX FUND, A SERIES OF NATIONWIDE MUTUAL FUNDS
1775. NATIXIS FINANCIAL PRODUCTS LLC F/K/A NATIXIS FINANCIAL PRODUCTS INC
1776. NATIXIS SECURITIES AMERICAS LLC F/K/A NATIXIS BLEICHROEDER LLC
1777. NBCN INC
1778. NC DEPARTMENT OF STATE TREASURER
1779. NEAL CREIGHTON AND JOAN H CREIGHTON
1780. NECA IBEW PENSION LSV US EQ NECA
1781. NECA-IBEW PENSION TRUST FUND, CURRENT TRUSTEE
1782. NECKAR HOLDINGS LLC
1783. NEIL HARKINS
1784. NEIL J. ROWE & CAROL S. ROWE
1785. NEISSER INVESTMENT LP
1786. NEUBERGER BERMAN INC.
1787. NEVADA PUBLIC EMPLOYEES RETIREMENT SYSTEM
1788. NEW AMERICANS LLC
1789. NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND
1790. NEW JERSEY HEALTH FOUNDATION
1791. NEW MEXICO EDUCATIONAL RETIREMENT BOARD
1792. NEW MEXICO STATE INVESTMENT COUNCIL
1793. NEW YORK CITY DEFERRED COMPENSATION PLAN

| | |
|---|---|
| 1794. | NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND |
| 1795. | NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND |
| 1796. | NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM |
| 1797. | NEW YORK CITY FIRE PENSION FUND |
| 1798. | NEW YORK CITY FIREFIGHTERS' VARIABLE SUPPLEMENTS FUND |
| 1799. | NEW YORK CITY POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND |
| 1800. | NEW YORK CITY POLICE PENSION FUND |
| 1801. | NEW YORK CITY POLICE SUPERIOR OFFICERS' VARIABLE SUPPLEMENTS FUND |
| 1802. | NEW YORK CITY TEACHERS RETIREMENT FUND |
| 1803. | NEW YORK LIFE INSURANCE COMPANY |
| 1804. | NEW YORK LIFE INVESTMENT MANAGEMENT LLC |
| 1805. | NEW YORK STATE COMMON RETIREMENT FUND |
| 1806. | NEW YORK STATE INSURANCE FUND |
| 1807. | NEW YORK STATE TEACHERS RETIREMENT SYSTEM |
| 1808. | NEWEDGE USA, LLC |
| 1809. | NGM INSURANCE COMPANY |
| 1810. | NICHOLAS H. WERTHMAN |
| 1811. | NICHOLAS HALLACK |
| 1812. | NICHOLAS J SOLLI |
| 1813. | NICHOLAS STARR |
| 1814. | NICHOLAS VAN HOOGSTRATEN IRA, AMERIPRISE TRUST COMPANY F/K/A H&R BLOCK FINANCIAL ADVISORS, CUSTODIAN |
| 1815. | NIELSEN SUPERANNUATION PTY LTD |
| 1816. | NINTH STREET PARTNERS LTD. |
| 1817. | NOMURA INTERNATIONAL TRUST CO. |
| 1818. | NOMURA RAFI INTERNATIONAL EQUITY FUND |
| 1819. | NOMURA SECURITIES INTERNATIONAL, INC. |
| 1820. | NOMURA TRUST AND BANKING CO LTD |
| 1821. | NONDIMA CHICAGO COMM FDN-FITZSIMONS |
| 1822. | NORINCHUKIN BANK US EQUITY INDEX FUND |
| 1823. | NORMA B. WEBB |
| 1824. | NORMA R. PHELPS TRUST U/A AGENCY, NORMA R. PHELPS, TRUSTEE |
| 1825. | NORMANDY HILL MASTER FUND LP |
| 1826. | NORTH CAROLINA S&P 500 - NORTH CAROLINA DEPARTMENT OF TREASURY |
| 1827. | NORTH CENTRAL STATES REGIONAL |
| 1828. | NORTH DAKOTA STATE INVESTMENT BOARD |
| 1829. | NORTH DAKOTA STATE INVESTMENT BOARD INS. TRUST, CURRENT TRUSTEE |
| 1830. | NORTH DAKOTA STATE INVESTMENT BOARD PENSION TRUST, CURRENT TRUSTEE |
| 1831. | NORTHEAST MEDICAL CENTER INVES |
| 1832. | NORTHERN ASSURANCE CO. OF AMERICA |

1833. NORTHERN FUNDS - ENHANCED LARGE CAP FUND
1834. NORTHERN FUNDS - LARGE CAP VALUE FUND A/K/A NORTHERN LARGE CAP VALUE FUND
1835. NORTHERN FUNDS - MULTI-MANAGER MID CAP FUND
1836. NORTHERN FUNDS - STOCK INDEX FUND A/K/A NORTHERN STOCK INDEX FUND
1837. NORTHERN ILLINOIS BENEFIT FUNDS
1838. NORTHERN INSTITUTIONAL FUND EQUITY INDEX PORTFOLIO
1839. NORTHERN TRUST
1840. NORTHERN TRUST COMPANY
1841. NORTHERN TRUST INVESTMENTS N.A. (LARGE CAP VALUE)
1842. NORTHERN TRUST INVESTMENTS N.A. (MULTI DISCIPLINE EQUITY)
1843. NORTHERN TRUST QUANTITATIVE FUND PUBLIC LIMITED COMPANY
1844. NORTHERN TRUST VALUE
1845. NORTHERN TRUST VALUE INVESTORS, A DIVISION OF NORTHERN TRUST INVESTMENTS, INC. F/K/A NORTHERN TRUST INVESTMENTS, N.A.
1846. NORTHSHORE UNIVERSITY HEALTHSYSTEM SECOND CENTURY FUND
1847. NORTHWESTERN MUTUAL SERIES FUND INC.
1848. NORTHWESTERN MUTUAL SERIES FUND INC. (INDEX 500 PORTFOLIO)
1849. NORTHWESTERN MUTUAL SERIES FUND INC. (SMALL CAP VALUE PORTFOLIO)
1850. NORTHWESTERN MUTUAL SERIES FUND, INC. (EQUITY INCOME PORTFOLIO)
1851. NRG SOUTH TEXAS LP AMENDED AND RESTATED DECOMMISSIONING MASTER TRUST NO. 2 FOR THE SOUTH TEXAS PROJECT, NRG ENERGY, CURRENT TRUSTEE
1852. NSP-MINNESOTA PRAIRIE I RETAIL QUALIFIED TRUST, CURRENT TRUSTEE
1853. NSP-MINNESOTA RETAIL PRAIRIE II QUALIFIED TRUST, CURRENT TRUSTEE
1854. NSP-MONTICELLO MINNESOTA RETAIL QUALIFIED TRUST, CURRENT TRUSTEE
1855. NT COLLECTIVE RUSSELL 1000 VALUE INDEX FUND - LENDING
1856. NT COLLECTIVE S&P 500 INDEX FUND LENDING
1857. NT COLLECTIVE S&P 500 INDEX FUND NON LENDING
1858. NT COLLECTIVE US MARKETCAP EQUITY INDEX FUND - LENDING
1859. NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFIT TRUST, THE NORTHERN TRUST COMPANY OF CONNECTICUT, TRUSTEE
1860. NTCC CHANNING MID CAP VALUE AFEBT
1861. NTCC CHANNING MID CAP VALUE SUDAN FREE FUND AFEBT
1862. NTGI-QM COLLECTIVE DAILY QUANT INDEX PAN S&P 500 EQUITY FUND - LENDING
1863. NTGI-QM COLLECTIVE DAILY S&P 500 CITIGROUP/VALUE EQUITY INDEX FUND - LENDING

3451307.3

1864. NTGI-QM COLLECTIVE DAILY S&P 500 SPECIAL PURPOSE EQUITY INDEX FUND - LENDING

1865. NTGI-QM COLLECTIVE DAILY US MARKET CAP EQUITY SPECIAL PURPOSE INDEX FUND - LENDING

1866. NTGI-QM COMMON DAILY LABOR SELECT RUSSELL 3000 EQUITY INDEX FUND - LENDING

1867. NTGI-QM COMMON DAILY RUSSELL 1000 VALUE EQUITY INDEX FUND - LENDING

1868. NTGI-QM COMMON DAILY S&P 500 EQUITY INDEX FUND - LENDING

1869. NTGI-QM COMMON DAILY S&P 500 EQUITY INDEX FUND - NON LENDING

1870. NTGI-QM COMMON DAILY US MARKETCAP EQUITY INDEX FUND - LENDING

1871. NTGI-QM LABOR SELECT COLLECTIVE DAILY RUSSELL 3000 EQUITY INDEX FUND - LENDING

1872. NUANCE COMMUNICATIONS, INC. F/K/A DICTAPHONE CORPORATION

1873. NUCLEAR ELECTRIC INSURANCE LIMITED

1874. NUVEEN EQUITY INDEX FUND

1875. NUVEEN EQUITY INDEX FUND F/K/A FIRST AMERICAN EQUITY INDEX, INC.

1876. NUVEEN EQUITY INDEX FUND F/K/A FIRSTAR EQUITY INDEX FUND

1877. NVIT S&P 500 INDEX FUND

1878. NW INDIANA CARPENTERS PENSION FUND LCV

1879. O.C. SMITH & P.L. PIERCE JOINT REV LIVING TRUST DTD 7/18/2005, PATRICIA L. PIERCE, TRUSTEE

1880. OAKBROOK (GLASS LEWIS CO)

1881. ODDO & CIE AS SUCCESSOR TO BANQUE D'ORSAY

1882. OFIPI MAIN STREET SELECT STRATEGY

1883. OGLE B & J TNTS-COM VALUE-CUST

1884. OHIO BUREAU OF WORKERS' COMPENSATION

1885. OHIO CARPENTERS INDEX

1886. OHIO CARPENTERS' PENSION PLAN A/K/A OHIO CARPENTERS' PENSION FUND

1887. OHIO NATIONAL FUND, INC. BLUE CHIP FUND (STRATEGIC VALUE PORTFOLIO)

1888. OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM

1889. OHLSON ENTERPRISES

1890. OLIFANT FUND LTD.

1891. OLIN CORPORATION PENSION PLANS MASTER RETIREMENT TRUST, CURRENT TRUSTEE

1892. OLIVIA JEAN WILLIAMS, INDIVIDUALLY AND AS BENEFICIARY OF OLIVIA JEAN WILLIAMS IRA ROLLOVER AND OLIVIA JEAN WILLIAMS IRA ROLLOVER DTD 12/19/97

1893. OMA OPA LLC

1894. OMAR F. JOHNSON, JR.

1895. OMERS ADMINISTRATION CORP

1896. OMIMEX INVESTMENTS, LLC
1897. ONEBEACON AMERICA INSURANCE CO.
1898. ONEBEACON INSURANCE
1899. ONEBEACON INSURANCE COMPANY
1900. ONEBEACON INSURANCE PENSION PLAN A/K/A ONEBEACON PENSION PLAN
1901. ONEBEACON INSURANCE SAVINGS PLAN
1902. ONEBEACON INSURANCE SAVINGS PLAN - EQUITY 401K
1903. ONEBEACON INSURANCE SAVINGS PLAN - FULLY MANAGED
1904. ONTARIO PENSION BOARD
1905. OPAL INVESTMENT LIMITED
1906. OPPENHEIMER & CO., INC.
1907. OPPENHEIMER MAIN STREET SELECT FUND F/K/A OPPENHEIMER MAIN STREET OPPORTUNITY FUND
1908. OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND F/K/A OPPENHEIMER MAIN STREET SMALL CAP FUND
1909. OPPENHEIMER VARIABLE ACCOUNT FUNDS D/B/A OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND/VA, F/K/A OPPENHEIMBER MAIN STREET SMALL CAP FUND/VA
1910. OPPENHEIMERFUNDS
1911. OPPENHEIMERFUNDS, INC
1912. OPPORTUNITY PARTNERS LP
1913. OPTION OPPORTUNITIES COMPANY
1914. OPTIONSXPRESS, INC.
1915. OPUS TRADING FUND LLC
1916. OPUS TRADING FUND LLC - BBX
1917. OSBORNE INTERIM TRUST DTD 2/7/02, CURRENT TRUSTEE
1918. OTTO J KOCH TRUST U/A DTD NOV 18 1992, OTTO J KOCH, TRUSTEE
1919. PACIFIC SELECT FUND - EQUITY INDEX PORTFOLIO
1920. PACIFICORP (OTHER TRUSTS), FRANK BURKHARTSMEYER, TRUSTEE
1921. PALISADES PARTNERS LP
1922. PAMELA S. LINDBERG, AS BENEFICIARY OF THE ESTATE OF ALFRED C. GLASSELL JR.
1923. PANDORA SELECT PARTNERS, LP
1924. PARK NATIONAL CORPORATION
1925. PAROCHIAL EMPLOYEES RETIREMENT SYSTEM LOUISIANA
1926. PARTNERS GROUP ALTERNATIVE STRATEGIES PCC LTD
1927. PARTNERS GROUP ALTERNATIVE STRATEGIES PCC LTD – BLACK VEGA CELL
1928. PARTNERS GROUP ALTERNATIVE STRATEGIES PCC LTD – GREY DELTA CELL
1929. PARTNERS GROUP ALTERNATIVE STRATEGIES PCC LTD – YELLOW VEGA CELL
1930. PATIENCE HUMPHREY
1931. PATRICIA CROWE WARREN RESIDUARY TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST,

ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES

1932. PATRICIA FULTON EEK REV TRUST U/A DTD 09/25/1987, NATHANIEL SISSON EEK, TRUSTEE

1933. PATRICIA J SHAND

1934. PATRICIA L. STEWART F/K/A PATRICIA STEWART HAYES

1935. PATRICIA S. PHELPS 1935 TRUST FBO CYNTHIA L. PHELPS, JAMES C. WALDO, TRUSTEE

1936. PATRICIA W BERNHARDT

1937. PATRICK G RYAN

1938. PATRICK J SLOYAN IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST

1939. PATRICK J. MCGLINN IRA, PATRICK J. MCGLINN, RBC DAIN RAUSCHER, CUSTODIANS

1940. PATRICK MOONEY TRAD IRA, WFBNA, CUSTODIAN

1941. PATTON ALBERTSON

1942. PAUL C. KONRAD AND KIRSTEN KONRAD

1943. PAUL D BORMAN

1944. PAUL G EITNER

1945. PAUL H DEAN MARITAL TRUST A, SHIRLEY H DEAN & STACY DEAN YOCHUM, TRUSTEES

1946. PAUL H DEAN RESIDUARY TRUST B U/A DTD 12/07/89, SHIRLEY H DEAN AND STACY DEAN YOCHUM, TRUSTEES

1947. PAUL HARVEY AURANDT TRUST UA 11/13/90 M-B, CURRENT TRUSTEE

1948. PAUL I COHEN

1949. PAUL J. KENKEL

1950. PAUL M MEISTER 2005 REVOCABLE TRUST U/A 10/20/05, PAUL M MEISTER, TRUSTEE

1951. PAUL M. MAHONEY, PAUL P. MAHONEY TRUST DTD 12/28/1978, PAUL M. MAHONEY, TRUSTEE

1952. PAUL PAI AND HELENA PAI JT TEN

1953. PAUL R GERKEN

1954. PAUL W. DILLON GRANDCHILDREN'S TRUST DATED 12/6/41 FBO PAUL D. GODDARD, THE NORTHERN TRUST COMPANY, TRUSTEE

1955. PAULA MILLER TRIENENS TRUST DATED 9-18-91, HOWARD J. TRIENENS AND THE NORTHERN TRUST COMPANY, TRUSTEES

1956. PAVERS & ROAD BUILDERS PENSION FUND

1957. PCRG A/C FOR XXXX2645

1958. PCRG FUND I, LLC

1959. PEAK6 INVESTMENTS A/C 8PK PEAK6 ADVISORS

1960. PECARO FAMILY TRUST DTD 04-12-02, DANIEL D PECARO AND OFELIA R PECARO, TRUSTEES

1961. PENNSYLVANIA GENERAL INSURANCE CO.

1962. PENNSYLVANIA MUNICIPAL RETIREMENT SYSTEM

1963. PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM

60

1964.	PENSIOENFONDS HORECA & CATERING
1965.	PENSION COMMINGLE FUND, SUMITOMO MITSUI TRUST BANK, LIMITED, TRUSTEE
1966.	PENSION FUND ASSOCIATION FOR LOCAL GOVERNMENT OFFICIALS
1967.	PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST)
1968.	PENSION RESERVES INVESTMENT TRUST FUND, PENSION RESERVES INVESTMENT MANAGEMENT BOARD, TRUSTEE
1969.	PENSION TRUST FUND LOCAL UNION #27, CURRENT TRUSTEE
1970.	PENTWATER CREDIT PARTNERS FUND LTD
1971.	PENTWATER GROWTH FUND LTD
1972.	PEPPERDINE UNIVERSITY
1973.	PEQUOT CREDIT OPPORTUNITIES FUND LP
1974.	PEQUOT DIVERSIFIED MASTER FUND, LTD.
1975.	PERCEVAL INVESTMENT PARTNERS P, L.P.
1976.	PERMAL TB VALUE LTD.
1977.	PERRY PARTNERS L.P.
1978.	PERSHING LLC
1979.	PETER A NIELSEN
1980.	PETER A YOUNG
1981.	PETER G. LAGEN
1982.	PETER R MARINO IRA ROLLOVER, CHARLES SCHWAB & CO INC, CUSTODIAN
1983.	PETER RIZZO AND KIMBERLY RIZZO
1984.	PETER W. KING
1985.	PG&E POSTRETIREMENT MEDICAL PLAN TRUST, THE BANK OF NEW YORK MELLON, TRUSTEE
1986.	PG&E QUAL CPUC NDT PARTNERSHIP
1987.	PHILIP B CHASE REVOCABLE TRUST, U/A/D 07/28/94, CHASE L LEAVITT, TRUSTEE
1988.	PHILIP B DOHERTY TRUST U/A DTD 04/28/2000, PHILIP B. DOHERTY, TRUSTEE
1989.	PHILIP B LLOYD CAMBRIDGE SAVINGS BANK
1990.	PHILIP CHANDLER RESIDUARY TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
1991.	PHILIP H SLESUR AND DAVID P SLESUR JT TEN
1992.	PHILIP V MANN
1993.	PHILIPS ELECTRONICS N.A. CORP MASTER RETIREMENT TRUST, CURRENT TRUSTEE
1994.	PHILLIP W GREER IRA, FIDELITY MANAGEMENT TRUST CO CUST
1995.	PHYSICAL, INDEX ARB EXCH FOR IDA KIERAN KILKENNY BRYAN CROSS
1996.	PICTET & CIE
1997.	PICTET & CIE (EUROPE) S.A. LUXEMBOURG
1998.	PIM EQUITY AVERAGE PRICE ACCT

1999.     PIPEFITTERS LOCAL 274 PENSION FUND
2000.     PITNEY BOWES, INC.
2001.     PITTMAN TRUST, RIDGE PITTMAN, TRUSTEE
2002.     PLAN B TRUSTEES LIMITED
2003.     PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD.
2004.     PLEASANT T. ROWLAND REVOCABLE TRUST, RHONA VOGEL, TRUSTEE
2005.     PLEIADES INVESTMENT PARTNERS - G, L.P.
2006.     PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND
2007.     PLUMBERS AND PIPEFITTERS LOCAL 501 F/K/A PLUMBERS AND PIPEFITTERS LOCAL 507
2008.     PLUMBERS LOCAL UNION NO. 519 PENSION FUND
2009.     PME GLOBAL VALUE
2010.     POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO
2011.     POLLY H. HOWELLS
2012.     POLLY H. WERTHMAN IRREVOCABLE TRUST UA, BANK OF AMERICA, N.A. AND PIERCE ATWOOD LLP, TRUSTEES
2013.     POND VIEW CREDIT (MASTER) LP - TRADI
2014.     PORTFOLIO STRATEGIES INCORPORATED
2015.     POSEN FAMILY LIMITED PARTNERSHIP
2016.     POWERSHARES BUYBACK ACHIEVERS PORTFOLIO, A SERIES OF POWERSHARES EXCHANGE TRADED FUND TRUST
2017.     POWERSHARES FTSE RAFI US 1000 PORTFOLIO, A SERIES OF POWERSHARES EXCHANGE TRADED FUND TRUST
2018.     PRESSMAN'S PUBLISHERS PENSION FUND
2019.     PRIAC FUNDS
2020.     PRINCETON THEOLOGICAL SEMINARY
2021.     PRINCIPAL FUNDS INC-LARGECAP BLEND FUND II
2022.     PRINCIPAL VARIABLE CONTRACTS FUNDS INC.-LARGE CAP BLEND ACCOUNT II
2023.     PRISCILLA G POWELL LVG TRUST U/A DTD 4/25/97, PRISCILLA G POWELL, TRUSTEE
2024.     PRISM PARTNERS I, L.P.
2025.     PRISM PARTNERS II OFFSHORE FUND
2026.     PRISM PARTNERS III LEVERAGED LP
2027.     PRISM PARTNERS IV LEVERAGED OFFSHORE FUND
2028.     PRISM PARTNERS OFFSHORE FUND
2029.     PRO SHARES ULTRA S&P 500
2030.     PROGRESSIVE CASUALTY INSURANCE - PROGRESSIVE-HALCYON INS CO
2031.     PROSPECTOR PARTNERS LLC
2032.     PROSPECTOR SUMMIT FUND, L.P.
2033.     PROXY GOVERNANCE, INC. - JMR&MCG/DE8
2034.     PRUDENTIAL INVESTMENT MANAGEMENT, INC.
2035.     PRUDENTIAL INVESTMENT PORTFOLIOS 3 (PRUDENTIAL STATEGIC VALUE FUND)

| | |
|---|---|
| 2036. | PRUDENTIAL INVESTMENT PORTFOLIOS 8 - PRUDENTIAL STOCK INDEX FUND F/K/A DRYDEN INDEX SERIES FUND |
| 2037. | PRUDENTIAL INVESTMENT PORTFOLIOS 8 (PRUDENTIAL STOCK INDEX FUND) |
| 2038. | PRUDENTIAL INVESTMENTS LLC |
| 2039. | PRUDENTIAL PENSIONS LIMITED |
| 2040. | PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY |
| 2041. | PRUDENTIAL RETIREMENT SA LV5 LCV |
| 2042. | PUBLIC EMPLOYEE RETIREMENT SYSTEM OF IDAHO |
| 2043. | PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO |
| 2044. | PUBLIC EMPLOYEES RETIREMENT SYSTEM OF NEVADA |
| 2045. | PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO |
| 2046. | PUTNAM LOVELL NBF SECURITIES INC |
| 2047. | PUTNAM S&P 500 FUND |
| 2048. | PUTNAM S&P 500 INDEX FUND, PUTNAM FIDUCIARY TRUST COMPANY, TRUSTEE |
| 2049. | PVA-3233/RHUMBLINE ADVISORS |
| 2050. | Q4 PARTNERS LP |
| 2051. | QCM ABSOLUTE RETURN FUND |
| 2052. | QUANTITATIVE MASTER SERIES LLC F/K/A QUANTITATIVE MASTER SERIES TRUST (MASTER S&P 500 INDEX SERIES), CURRENT TRUSTEE |
| 2053. | QUIXOTE CAPITAL MANAGEMENT LLC |
| 2054. | QUIXOTE CAPITAL PARTNERS LP |
| 2055. | QVT FUND LP |
| 2056. | QVT FUND LP AND QUINTESSENCE FUND L.P. |
| 2057. | R CHARLES RASHID II |
| 2058. | R F FOUNDATION |
| 2059. | R. J. BROOKS COMMUNITY PROPERTY TRUST, THE NORTHERN TRUST COMPANY, TRUSTEE |
| 2060. | RADHARANI GUPTA |
| 2061. | RAE F PATTERSON SELF TRUST, RAE F PATTERSON, TRUSTEE |
| 2062. | RAFI GLOBAL EQUITY FUND |
| 2063. | RALPH GOETTING JR |
| 2064. | RALPH W GOETTING JR 2000 TRUST, RALPH W GOETTING JR, TRUSTEE |
| 2065. | RALPH W GOETTING JR ROLLOVER IRA, TD AMERITRADE INC, CUSTODIAN |
| 2066. | RAMACHANDRA N KURUP IRA ROLLOVER, FIDELITY MANAGEMENT TRUST CO CUST |
| 2067. | RAMIRO BARRERA III |
| 2068. | RAMIUS SECURITIES, LLC |
| 2069. | RAMONA R DIAZ AND BONITA DIAZ |
| 2070. | RANJIT MATHODA |
| 2071. | RAPPAPORT FAMILY TRUST U/A DTD 06/04/1992, NANETTE ROSENBERG, MARJORIE ROZMAN, TRUSTEES |

| | |
|---|---|
| 2072. | RAYMOND & ANNA SCHROER TRUST U/A DTD 09/28/2006, ANNA B SCHROER, SUSAN F FREDERICK, TRUSTEES |
| 2073. | RAYMOND A ECKHART AND MARGARET E ECKHART JT TEN |
| 2074. | RAYMOND A. UZANAS CGM ROTH CONVERSION IRA, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN |
| 2075. | RAYMOND E JANCZAK IRA NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO, CUSTODIAN |
| 2076. | RAYMOND F FALK |
| 2077. | RAYMOND GENE NOVELLY |
| 2078. | RAYMOND JOHN FRANK REVOCABLE TRUST UA 03/07/00, RAYMOND JOHN FRANK, TRUSTEE |
| 2079. | RAYMOND R COFFEY TRAD IRA JPMORGAN CHASE BANK CUST |
| 2080. | RAYTHEON MASTER PENSION TRUST (LARGE CAP/LONG/SHORT/MARKET NEUTRAL), CURRENT TRUSTEE |
| 2081. | RB&W/GAMCO |
| 2082. | RBC CAPITAL MARKETS, LLC F/K/A FERRIS BAKER WATTS, INC. |
| 2083. | RBC CAPITAL MARKETS, LLC F/K/A RBC CAPITAL MARKETS CORPORATION |
| 2084. | RBC DISB/MIGROS AST US. |
| 2085. | RBC DOMINION SECURITIES, INC. |
| 2086. | RBC O'SHAUGHNESSY CANADIAN EQUITY FUND |
| 2087. | RBC O'SHAUGHNESSY U.S. VALUE FUND |
| 2088. | RBS CITIZENS N.A. |
| 2089. | RBS DEP SKANDIA SF US EQ FD QMA |
| 2090. | RBS SECURITIES INC. |
| 2091. | RE GINNA NUCLEAR POWER PLANT LLC MASTER DECOMMISSIONING TRUST, CONSTELLATION ENERGY NUCLEAR GROUP, CURRENT TRUSTEE |
| 2092. | REDACTED AT REQUEST OF OFFICE OF TEXAS ATTORNEY GENERAL |
| 2093. | REDBOURN PARTNERS LTD |
| 2094. | REDWOOD MASTER FUND LTD |
| 2095. | REED ELSEVIER US RETIREMENT PLAN |
| 2096. | REGENTS OF THE UNIVERSITY OF MICHIGAN |
| 2097. | REGENTS OF UNIVERSITY OF CALIFORNIA |
| 2098. | REGIONS BANK |
| 2099. | REICHHOLD, INC. (REICHHOLD CHEMICALS INC.) |
| 2100. | REMPEL BROTHERS |
| 2101. | RENAISSANCE FUND ADVISORS |
| 2102. | RENEE H MILLER LIVING TRUST U/A DTD 12/13/97, RENEE H MILLER, TRUSTEE |
| 2103. | RETIREMENT PROGRAM PLAN FOR EMPLOYEES OF CERTAIN EMPLOYERS AT THE U.S. DEPARMENT OF ENERGY FACILITIES AT OAK RIDGE, TENN. |
| 2104. | RETIREMENT SYSTEM OF ALABAMA |
| 2105. | REV SHELDON COOPER INS TRUST U/A 4/25/67, SHELDON COOPER, MARY H. COOPER, TRUSTEES |

2106. REX L STURM IRA, RBC CAPITAL MARKETS, CUSTODIAN
2107. REX L STURM TRUST DTD 7/15/99, REX L STURM, TRUSTEE
2108. REX LOGAN STURM, JR
2109. REX R MULL AND NANCY B MULL
2110. REXNORD-ZURN HOLDINGS INC. MASTER TRUST
2111. RHETA R. SMITH
2112. RHS FAMILY PARTNERSHIP LTD
2113. RHUMBLINE S.A. FREE S&P INDEX
2114. RIC DIVERSIFIED EQUITY
2115. RICHARD & DESPINA HAIGLER LIVING TRUST UA 11/04/91, RICHARD HAIGLER AND DESPINA HAIGLER, TRUSTEES
2116. RICHARD & DIANE KUCERA TRUST U/A/D 03-23-2007, RICHARD A. KUCERA, DIANE A KUCERA, TRUSTEES
2117. RICHARD A PITINO
2118. RICHARD ASKIN AND CAROL ASKIN, ASKIN FAMILY TRUST U/A DTD 09/27/1990, RICHARD ASKIN, CAROL ASKIN, TRUSTEES
2119. RICHARD B. COHEN REVOCABLE TRUST, RICHARD B. COHEN, TRUSTEE
2120. RICHARD C. FREEDMAN AND LYNDA M. FREEDMAN
2121. RICHARD COOLEY AND BERNADETTE COOLEY
2122. RICHARD D DUDLEY
2123. RICHARD ENGBERG AND DOROTHY ENGBERG
2124. RICHARD J ORTHWEIN REV TRUST DTD 3/13/01, C/O RICHARD J ORTHWEIN OR CURRENT TRUSTEE
2125. RICHARD J WOSTICK
2126. RICHARD KALLENBERGER AND NANCY KALLENBERGER JT WROS
2127. RICHARD M ADER
2128. RICHARD M VANDER MEER
2129. RICHARD M. BASOCO AND CARYL W. BASOCO JT WROS
2130. RICHARD MORABITO CGM IRA ROLLOVER, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN
2131. RICHARD MOY IRA, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN
2132. RICHARD O KEARNS REVOCABLE TRUST, RICHARD O. KEARNS AND THE NORTHERN TRUST COMPANY, TRUSTEES
2133. RICHARD PANIAGUA
2134. RICHARD ROTT
2135. RICHARD W. MCINTOSH AND JENIFER B. BOOTH F/K/A JENIFER B. MCINTOSH
2136. RICHMOND CAPITAL MASTER FD LTD
2137. RICHMOND ENHANCED CAPITAL LP
2138. RICK L COLYER
2139. RIEF RMP LLC
2140. RIEF TRADING LLC
2141. RISK FACIL 99: CLOSE/RISK - U.S. SHARES PROGRAMS
2142. RIVERSOURCE ABSOLUTE RETURN FUND LLC

2143. RIVERSOURCE EQUITY INDEX BASE FUND
2144. RIVERSOURCE LARGE CAP SERIES, INC. (COLUMBIA LARGE CAP INDEX FUND A/K/A RIVERSOURCE DISCIPLINED EQUITY FUND)
2145. RIVERSOURCE LARGE CAP SERIES, INC. (COLUMBIA LARGE CORE QUANTITATIVE FUND F/K/A RIVERSOURCE LARGE CAP EQUITY FUND)
2146. RIVERSOURCE STRATEGIC ALLOCATION SERIES, INC. (COLUMBIA STRATEGIC ALLOCATION FUND F/K/A RIVERSOURCE STRATEGIC INCOME ALLOCATION FUND)
2147. RIVERSOURCE VP – DYNAMIC EQUITY FUND
2148. ROBECO INSTITUTIONAL ASSET MANAGEMENT BV
2149. ROBERT & MILDRED HARRIS TRUST 7H-249, CLAUDIA HARRIS BROWN, TRUSTEE
2150. ROBERT A HABERMANN REVOCABLE TRUST U/A DTD 4/20/99, ROBERT A HABERMANN, TRUSTEE
2151. ROBERT A LANGE
2152. ROBERT A STRUTZEL DECLR TRUST U/A 9/28/04, ROBERT A STRUTZEL, TRUSTEE
2153. ROBERT A STRUTZEL IRA ROLLOVER, FIDELITY MANAGEMENT TRUST CO CUST
2154. ROBERT A. FOX & ESTHER G. FOX
2155. ROBERT A. SIMINS AND JAMIE A. SIMINS
2156. ROBERT B DOLD AND EILEEN C NORRIS
2157. ROBERT D SPARR
2158. ROBERT D. BOSAU DESIGNATED BENE PLAN/TOD
2159. ROBERT DISHON FAMILY TRUST, 1ST SOURCE BANK, TRUSTEE
2160. ROBERT FARRINGTON ROLLOVER ACCOUNT, PERSHING LLC, CUSTODIAN
2161. ROBERT G WITT IRA FIDELITY MANAGEMENT TRUST CO CUST
2162. ROBERT G. SPECK
2163. ROBERT H FARRINGTON MARITAL TRUST UAD 09/05/05, ROBERT H FARRINGTON AND ROBERT F FARRINGTON, TRUSTEES
2164. ROBERT H HUFFMAN III REV TRUST U/A 3/12/90, ROBERT H HUFFMAN III, TRUSTEE
2165. ROBERT J BROOKES TRUST U/A 3/10/87 FBO ROBERT J BROOKES AND VALENTINE M BROOKES, ROBERT J BROOKES, TRUSTEE
2166. ROBERT J GUNTERBERG
2167. ROBERT J. KUHN DECL OF TRUST DTD 4-6-92, THOMAS J. KUHN, TRUSTEE
2168. ROBERT J. PASSANEAU
2169. ROBERT JOSEPH WHITE TRUST U/A/D 06/16/99, ROBERT J WHITE, TRUSTEE
2170. ROBERT K KRAFT
2171. ROBERT L. OAKUM AND SUSANN OAKUM
2172. ROBERT M. STEINER, ROTHSCHILD INVESTMENT CORP. EMPLOYEE PROFIT SH PLAN DESIGNATED INV ACCT FBO

3451307.3

| 2173. | ROBERT M. TREBOUX |
|---|---|
| 2174. | ROBERT MOSBERG |
| 2175. | ROBERT O'BRIEN, EXECUTOR U/W CHARLOTTE O'BRIEN |
| 2176. | ROBERT PARRILLO TRUST, U/A DTD 12/27/1990, ROBERT PARRILLO, TRUSTEE |
| 2177. | ROBERT R CULL TRUST U/A 1/14/98, ROBERT R CULL, TRUSTEE |
| 2178. | ROBERT R. MCCORMICK FOUNDATION |
| 2179. | ROBERT RAMSEY |
| 2180. | ROBERT ROSENBERG TRUST U/A DTD 11/02/1977, NANETTE ROSENBERG, MARJORIE ROZMAN, TRUSTEES |
| 2181. | ROBERT S EVANS |
| 2182. | ROBERT S SPLITHOFF TRUST U/A/D 05-27-1992, ROBERT S. SPLITHOFF, TRUSTEE |
| 2183. | ROBERT V FATTIBENE AND MILDRED W FATTIBENE |
| 2184. | ROBERT W BAIRD CO. INC. |
| 2185. | ROBERT W YOUNG |
| 2186. | ROBERT WESLEY THORNBURGH FIDUCIARY MGT. ASSOC. LLC 401K, KATHRYN VORISEK, TRUSTEE |
| 2187. | ROBERTSON FIVE, INC. |
| 2188. | ROBIN LLOYD |
| 2189. | ROBIN WOOD ORTHOPEDIC SPECIALISTS BENEFIT TRUST, CURRENT TRUSTEE |
| 2190. | ROBYN L. MOTLEY |
| 2191. | ROCCA LIMITED LIABILITY CO |
| 2192. | RODMAN W. MOORHEAD, III |
| 2193. | RODOLFO V GIL |
| 2194. | ROGER BARE |
| 2195. | ROGER GOODAN |
| 2196. | ROGER GOODAN AND KRISTINE JONES GOODAN, A WASHINGTON MARITAL COMMUNITY |
| 2197. | ROGER WILLIAMS UNV ED GROWTH EQ |
| 2198. | ROMANO BROTHERS & CO. |
| 2199. | RONALD CANN TRUST UAD 11-22-04, RONALD E. CANN, TRUSTEE |
| 2200. | RONALD L BORNHUETTER |
| 2201. | RONDRA MATTHEWS AND KEITH MATTHEWS |
| 2202. | RONIN CAPITAL LLC |
| 2203. | ROSE M HOWELLS |
| 2204. | ROSE MARIE BOYD |
| 2205. | ROSE T. BOSAU DESIGNATED BENE PLAN/TOD |
| 2206. | ROSEMARY T. COX REVOCABLE TRUST DTD 5/21/2004, ROSEMARY T. COX, TRUSTEE |
| 2207. | ROSENBERG REVOCABLE TRUST, LOUISE ROSENBERG, TRUSTEE |
| 2208. | ROSLYN FURTH TRUST U/A DTD 11/16/2004, NANCY YACYSHYN SUCC, TRUSTEE |
| 2209. | ROSS DAVID CAHN |
| 2210. | ROY J. CARVER CHARITABLE TRUST, CURRENT TRUSTEE |

3451307.3

2211. ROYAL TRUST CORPORATION OF CANADA
2212. ROYCE W NATION AND NELL NATION
2213. RS S&P 500 INDEX VIP SERIES
2214. RUANWIL LLC
2215. RUSSELL 1000 ALPHA TILTS B -- RLBCORE
2216. RUSSELL 1000 ALPHA TILTS FUND BL
2217. RUSSELL 1000 INDEX FUND
2218. RUSSELL 1000 VALUE COMMON TRUST FUND
2219. RUSSELL 1000 VALUE FUND
2220. RUSSELL 1000 VALUE FUND B
2221. RUSSELL 1000 VALUE INDEX NL QP COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2222. RUSSELL 1000 VALUE SL COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2223. RUSSELL 2500 INDEX FUND
2224. RUSSELL 3000 INDEX FUND
2225. RUSSELL 3000 INDEX FUND COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2226. RUSSELL 3000 INDEX NON-LENDING COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2227. RUSSELL 3000 SCREENED INDEX NON-LENDING COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2228. RUSSELL EQUITY I FUND
2229. RUSSELL F STEPHENS JR TRUST U/A DTD 02/10/1992, RUSSELL F STEPHENS JR, TRUSTEE
2230. RUSSELL INVESTMENT COMPANY DIVERSIFIED EQUITY FUND
2231. RUSSELL INVESTMENT COMPANY PLC
2232. RUSSELL INVESTMENT GROUP
2233. RUSSELL T. STERN TRUST B, THE NORTHERN TRUST COMPANY, RUSSELL T. STERN JR., PATRICIA STERN ROSS, TRUSTEES
2234. RUSSELL US CORE EQUITY FUND
2235. RUTH C. VON PLATEN TRUST NO. 2, SUSAN BABCOCK, JEFFREY CHANDLER, CAMILLA CHANDLER FROST, ROGER GOODAN, WILLIAM STINEHART, JR., JUDY C. WEBB, WARREN B. WILLIAMSON, TRUSTEES
2236. RUTH M TANKERSLY REV TRUST AMD 6/16/2000 U/A 10/6/92, RUTH M TANKERSLEY, TRUSTEE
2237. RUTH MCCORMICK TANKERSLEY REVOCABLE TRUST DATED OCTOBER 6, 1992, RUTH MCCORMICK TANKERSLEY, TRUSTEE
2238. RUTH STEIF SUPPORT TRUST FOR WILLIAM U/A DTD 01/02/1980, WILLIAM STEIF, TRUSTEE
2239. RUTH STEIN DISCRETIONARY TRUST FOR JOAN S FREEHLING UAD 1/2/80, CURRENT TRUSTEE
2240. RUTH WOTTGE
2241. RWB FUNDS - INVESTMENT TRUST
2242. RYDEX ETF TRUST, RYDEX S&P 500 PURE VALUE ETF

| | |
|---|---|
| 2243. | RYDEX ETF TRUST, RYDEX S&P EQUAL WEIGHT CONSUMER DISCRETIONARY ETF |
| 2244. | RYDEX ETF TRUST, RYDEX S&P EQUAL WEIGHT ETF |
| 2245. | RYDEX SERIES FUNDS, ABSOLUTE RETURNS STRATEGIES FUND |
| 2246. | RYDEX SERIES FUNDS, LARGE CAP VALUE FUND |
| 2247. | RYDEX SERIES FUNDS, MULTI-HEDGE STRATEGIES FUND |
| 2248. | RYDEX SERIES FUNDS, S&P 500 PURE VALUE FUND |
| 2249. | RYDEX VARIABLE TRUST, ABSOLUTE STRATEGIES RETURN FUND |
| 2250. | RYDEX VARIABLE TRUST, LARGE CAP VALUE FUND |
| 2251. | RYDEX VARIABLE TRUST, MULTI-HEDGE STRATEGIES FUND |
| 2252. | RYDEX VARIABLE TRUST, S&P 500 PURE VALUE FUND |
| 2253. | S & P 500 EQUITY INDEX WEIGHTED FUND LP A/K/A S & P 500 INDEX EQUAL WEIGHT - ADVISORY RESEARCH INC |
| 2254. | S&P 500 EQUAL WEIGHT COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2255. | S&P 500 EQUITY INDEX WEIGHTED FUND LP |
| 2256. | S&P 500 FLAGSHIP COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2257. | S&P 500 INDEX COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2258. | S&P 500 INDEX FUND - UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. |
| 2259. | S&P 500 INDEX FUND, A SERIES OF SEI INSTITUTIONAL MANAGED TRUST |
| 2260. | S&P 500 SCREENED SL COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2261. | S&P 500 STOCK MASTER PORTFOLIO |
| 2262. | S&P 500 TOBACCO FREE COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2263. | S&P CONSERVATIVE INDEX COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE |
| 2264. | SA FUNDS-INVESTMENT TRUST (S.A. U.S. MARKET FUND) |
| 2265. | SA FUNDS-INVESTMENT TRUST (S.A. U.S. VALUE FUND) |
| 2266. | SACRAMENTO COUNTY EMPLOYEES RETIREMENT SYSTEM |
| 2267. | SACRED HEART UNIVERSITY |
| 2268. | SAINT LOUIS UNIVERSITY |
| 2269. | SALISBURY BANK & TRUST CO. |
| 2270. | SALLY B O'KEEFE 1999 RESTATED TRUST U/A/D 5/12/1999, SALLY B O'KEEFE, TRUSTEE |
| 2271. | SALLY H CONTANT TRUST U/A DTD 10/13/1983, SALLY H CONTANT, TRUSTEE |
| 2272. | SALLY S SHELDEN TRUST U/A 12/21/99, SALLY S SHELDEN, TRUSTEE |
| 2273. | SAMPENSION INVEST |
| 2274. | SAMUEL H FRANKEL TRUST U/A/D 01/28/80, SAMUEL H FRANKEL, TRUSTEE |
| 2275. | SAMUEL P RECKFORD |

69

2276. SAMUEL S MOORE TRUST U/A DTD 10/11/1988, SAMUEL MOORE, TRUSTEE
2277. SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM A/K/A SAN FRANCISCO CITY & COUNTY EMPLOYEES' RETIREMENT SYSTEM
2278. SAN FRANCISCO LADIES' PROTECTION AND RELIEF SOCIETY D/B/A THE HERITAGE
2279. SANDELMAN PARTNERS MULTI-STRATEGY MASTER FUND
2280. SANDERS MORRIS HARRIS, INC. A/K/A SMH CAPITAL INC
2281. SANFORD BERNSTEIN COMPANY, INC.
2282. SANFORD C BERNSTEIN FUND INC - ALLIANCE BERNSTEIN INVESTOR SERVICES
2283. SANFORD C BERNSTEIN FUND INC - ALLIANCE BERNSTEIN LP
2284. SANFORD C. BERNSTEIN & CO., LLC
2285. SANFORD C. BERNSTEIN FUND, INC.
2286. SANIBEL CAPTIVA TRUST CO.
2287. SANO INVESTMENTS LLC
2288. SANTA FE ART FOUNDATION
2289. SARA A LIGHTBOURN
2290. SARA JOYCE TRUST U/A DTD 1/7/2005, M. JOYCE & S. JOYCE TRUSTEES
2291. SARGEANT & LUANN JOYS LIVING TRUST U/A DTD 09/23/2001, SARGEANT E JOYS & LUANN G JOYS, TRUSTEES
2292. SAUDI ARABIAN MONETARY AGENCY
2293. SAVANNAH RIVER NUCLEAR SOLUTIONS LLC MASTER TRUST, CURRENT TRUSTEE
2294. SBC MASTER PENSION TRUST, CURRENT TRUSTEE
2295. SBL FUND SERIES H
2296. SBL FUND, SERIES O
2297. SC BLACKROCK SMALL CAP INDEX FUND F/K/A SC OPPENHEIMER MAIN STREET CAP FUND
2298. SC EDISON NUCLEAR FACILITIES QUALIFIED CPUC DECOM MASTER TRUST, CURRENT TRUSTEE
2299. SCB CANADA TRUST DIVERSIFIED (SANFORD C. BERNSTEIN)
2300. SCHAEFER-NEVADA INC
2301. SCHEER ROWLETT & ASSOCIATES
2302. SCHEIERMANN LIVING TRUST, U/A DTD 08/28/1997, ANNE SCHEIERMANN, TRUSTEE
2303. SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO - LSV US LRG
2304. SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO - SSGA PASSIVE
2305. SCHULER TRUST UTD 01/18/88, CURRENT TRUSTEE
2306. SCHULTZE APEX MASTER FUND LTD
2307. SCHULTZE ASSET MANAGEMENT, LLC (A/C ARROW DISTRESSED FUND)
2308. SCHULTZE MASTER FUND LTD
2309. SCHWAB 1000 INDEX FUND

| | |
|---|---|
| 2310. | SCHWAB FUNDAMENTAL US LARGE COMPANY INDEX FUND A/K/A SCHWAB FUNDAMENTAL US LARGE COMPANY |
| 2311. | SCHWAB S&P 500 INDEX FUND (2M32) |
| 2312. | SCHWAB S&P 500 INDEX FUND F/K/A SCHWAB INSTITUTIONAL SELECT S&P 500 FUND (2M37) |
| 2313. | SCHWAB TOTAL STOCK MARKET INDEX FUND (2M40) |
| 2314. | SCOTIA CAPITAL INC. |
| 2315. | SCOTT KLARQUIST |
| 2316. | SCOTT R COOK |
| 2317. | SCRIPPS FAMILY REV. TRUST U/A/D 02-16-2006/SB, BARRY H. AND GAIL D. SCRIPPS, TRUSTEES |
| 2318. | SDA LARGECAP EQUITY INDEX CL A |
| 2319. | SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST PARTNERSHIP, SEMPRA ENERGY, TRUSTEE |
| 2320. | SEASONS SERIES TRUST - FOCUS VALUE PORTFOLIO |
| 2321. | SEASONS SERIES TRUST - LARGE CAP VALUE PORTFOLIO |
| 2322. | SEASONS SERIES TRUST - MID CAP VALUE PORTFOLIO |
| 2323. | SECURIAN FUNDS TRUST F/K/A ADVANTUS SERIES FUND, INC. (INDEX 500 PORTFOLIO) |
| 2324. | SECURITY BENEFIT LIFE INSURANCE COMPANY |
| 2325. | SECURITY BENEFIT/RYDEX |
| 2326. | SEI GLOBAL MASTER FUND PLC - US LARGE COMPANIES FUND |
| 2327. | SEI INSTITUTIONAL MANAGED TRUST TAX-MANAGED LARGE CAP FUND |
| 2328. | SEI INVESTMENTS CANADA COMPANY (U.S. LARGE COMPANY EQUITY FUND) |
| 2329. | SEIU LOCAL 36 BOLR PENSION FUND |
| 2330. | SEMPRA ENERGY PENSION MASTER TRUST, SEMPRA ENERGY, TRUSTEE |
| 2331. | SENTINEL INVESTMENT PARTNERS LTD |
| 2332. | SENTRY SELECT CAPITAL INC. |
| 2333. | SESLIA SECURITIES |
| 2334. | SG AMERICAS SECURITIES, LLC |
| 2335. | SGAM AI EQUITY FUND - RENAISSANCE INSTITUTIONAL EQUITY |
| 2336. | SGIF LARGE CAP VALUE FUND (R1V ENHANCED) |
| 2337. | SHARON B. CHRISTHILF A/K/A SHARON ANNE BRADFORD |
| 2338. | SHARON B. ZELL, SHARON B. ZELL FAMILY TRUST #2 DTD 1/21/94 RESTATED 5/10/96, SHARON B. ZELL, TRUSTEE |
| 2339. | SHARON L. BOULTINGHOUSE TRUST, SHARON H. BOULTINGHOUSE, TRUSTEE |
| 2340. | SHARON ROSENHAUSE |
| 2341. | SHELDON GRAY |
| 2342. | SHELL CONTRIBUTORY PENSION FUND ("SCPF") |
| 2343. | SHERRIE M ARGIRION REV TRUST U/A DTD NOV 13, 1996, SHERRIE M ARGIRION, TRUSTEE |

2344. SHERRY P. BRODER IRA A/K/A SHERRY P. BRODER TRUST U/A DTD 1/1/94, SHERRY BRODER, TRUSTEE
2345. SHERRY P. BRODER IRA, DELAWARE CHARTER GUARANTEE & TRUST, CUSTODIAN
2346. SHERWIN A. ZUCKERMAN IRA, PERSHING LLC, CUSTODIAN
2347. SHIRLEY C. BEAL GEGENHEIMER
2348. SHIRLEY J SPERLING AND SUSAN J MARTIN
2349. SI TRUST SERVICING
2350. SICAV STATE STREET BANQ, PARIS
2351. SIDNEY J SILVER WBNA COLLATERAL ACCOUNT
2352. SIG-SS CBOE JOINT ACCOUNT, SUSQUEHANNA INVESTMENT GROUP, CUSTODIAN
2353. SIL 1 LTD
2354. SILVER POINT CAPITAL FUND L.P.
2355. SILVER POINT CAPITAL OFFSHORE FUND, LTD.
2356. SIMON WOTTGE
2357. SIRAGUSA ENTERPRISES LP
2358. SIRAGUSA FOUNDATION
2359. SIRIUS INTERNATIONAL INSURANCE CORPORATION
2360. SISTERS OF THE BLESSED VIRGIN
2361. SISTERS SERVANTS OF IMMACULATE HEART OF MARY FUND
2362. SIX SIS AG
2363. SJL MOORE LTD
2364. SJUNDE AP-FONDEN PREMIUM SAVINGS FD AP7/CUSTODY SERVICES
2365. SKANDIA INVESTMENT MANAGEMENT LIMITED
2366. SKANDINAVISKA ENSKILDA BANKEN AB
2367. SLOYAN LIVING TRUST U/A 03/03/00, PATRICK J SLOYAN, PHYLLIS H. SLOYAN, TRUSTEES
2368. SMOKE RISE FOUNDATION, INC.
2369. SOCIETE GENERALE ASSET MANAGEMENT ALTERNATIVE INVESTMENTS
2370. SOCIETE GENERALE SECURITIES SERVICES
2371. SOCIETY FOR THE DANISH OLD PEOPLES HOME
2372. SOL DIAMOND TRUST DATED 12/4/72, TERRY AND MURIEL DIAMOND, TRUSTEES
2373. SOPHIE & MALCOLM MCCONNELL
2374. SOUTH CAROLINA RETIREMENT SYSTEM
2375. SOUTH DAKOTA RETIREMENT SYSTEM
2376. SOUTH SHORE HOSPITAL CORPORATION
2377. SOUTHERN CALIFORNIA EDISON COMPANY NUCLEAR FACILITIES QUALIFIED CPUC DECOMMISSIONING MASTER TRUST
2378. SOUTHERN COMPANY SYSTEM MASTER RETIREMENT TRUST, CURRENT TRUSTEE
2379. SOUTHERN ELECTRICAL RETIREMENT FUND DTD 8/22/1975, PAUL GASS & LANNY SMITH, TRUSTEES
2380. SOUTHWEST CARPENTERS PENSION TRUST MCV, CURRENT TRUSTEE

3451307.3

2381. SOUTHWEST CARPENTERS PENSION TRUST RUSSELL 3000 (736), CURRENT TRUSTEE
2382. SOUTHWEST SECURITIES, INC.
2383. SOWOOD ALPHA FUND LP
2384. SOWOOD ALPHA FUND, LTD.
2385. SPDR S&P 500 ETF
2386. SPDR S&P MIDCAP 400 ETF TRUST A/K/A SPDR MIDCAP 400 TRUST, THE BANK OF NEW YORK MELLON, TRUSTEE
2387. SPECTRUM TRADING LLC - MICHAEL M. TARPY JBO
2388. SPECTRUM TRADING LLC - ZACHARY SHOWALTER JBO
2389. SPENCER W BEARD AND SHARRON R BEARD
2390. SPINNING WHEEL LP
2391. SPRINT CORPORATION MASTER TRUST, CURRENT TRUSTEE
2392. SR LATIGO MASTER MA LTD CITCO FUND SVS(CAYMAN ISLANDS) LTD
2393. SR LOEB ARBITRAGE MASTER MA LTD
2394. SS&C TECHNOLOGIES, INC. F/K/A COGENT MANAGEMENT INC.
2395. SSB EXCHANGE FUND - CONFIDENTIAL CLIENT
2396. SSB EXCHANGE FUND (STATE STREET GLOBAL ADVISORS)
2397. SSCSIL RIC II US VALUE - TACOMA (RUSSELL INVESTMENTS)
2398. SSGA IAM SHARES FUND (STATE STREET GLOBAL ADVISORS)
2399. SSGA JAPAN CO LTD (STATE STREET GLOBAL ADVISORS)
2400. SSGA S&P 500 INDEX FUND
2401. SSGA S&P 500 INDEX FUND CTF
2402. SSGA WORLD FUNDS
2403. SSIHM CHARITABLE TRUST U/A 6/3/88, S SATTLER, HELEN E INGLES, TRUSTEE
2404. SSM HEALTH CARE
2405. ST. FRANCIS FRIENDS OF THE POOR, INC
2406. ST. GREGORY COLLEGE PREPARATORY SCHOOL
2407. ST. JOSEPH INVESTMENT FUND LCV
2408. STACIE ELIZABETH FORD, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR STACIE ELIZABETH FORD
2409. STANLEY FREEHLING
2410. STANLEY G. HARRIS CHARITY TRUST 6/13/45, BMO HARRIS BANK, N.A., TRUSTEE
2411. STANLEY G. HARRIS MAR TRUST 6/17/65, BMO HARRIS BANK, N.A., TRUSTEE
2412. STANLEY G. HARRIS TRUST 6/10/46, BMO HARRIS BANK, N.A., TRUSTEE
2413. STANLEY K FRIEDMAN
2414. STANTON R. COOK - STANTON R. COOK CHARITABLE REMAINDER TRUST, CURRENT TRUSTEE
2415. STARK GLOBAL OPPORTUNITIES MASTER FUND LTD
2416. STARK MASTER FUND LTD

73

2417. STATE FARM FIRE & CASUALTY INSURANCE COMPANY
2418. STATE FARM INSURANCE COMPANIES EMPLOYEE RETIREMENT TRUST, CURRENT TRUSTEE
2419. STATE FARM LARGE CAP INDX
2420. STATE FARM LIFE INSURANCE COMPANY
2421. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
2422. STATE FARM VARIABLE PRODUCT TRUST (LARGE CAP EQUITY INDEX FUND), CURRENT TRUSTEE
2423. STATE OF ALASKA SBS
2424. STATE OF ARIZONA
2425. STATE OF CONNECTICUT
2426. STATE OF MICHIGAN EMPLOYEES' RETIREMENT SYSTEM
2427. STATE OF WYOMING
2428. STATE STREET BANK & TRUST CO. AS SUCCESSOR TO INVESTORS BANK & TRUST COMPANY
2429. STATE STREET BANK & TRUST CO., TRUSTEE OR CUSTODIAN FOR CLOSED FUNDS
2430. STATE STREET BANK & TRUST CO., TRUSTEE OR CUSTODIAN FOR CONFIDENTIAL CLIENT 1
2431. STATE STREET BANK & TRUST CO., TRUSTEE OR CUSTODIAN FOR CONFIDENTIAL CLIENT 2
2432. STATE STREET BANK LUXEMBOURG, S.A.
2433. STATE STREET EQUITY 500 INDEX PORTFOLIO A/K/A STATE STREET AMR
2434. STATE STREET GLOBAL ADVISORS FUND
2435. STATE STREET GLOBAL ADVISORS INDEX FUNDS SICAV
2436. STATE STREET GLOBAL ADVISORS, INC.
2437. STATE STREET GLOBAL ADVISORS, INC. - RUSSELL 1000 VALUE CTF
2438. STATE STREET MANAGEMENT S.A.
2439. STATE TEACHERS RETIREMENT SYSTEM OF OHIO A/K/A STRS OHIO RETIREMENT BOARD
2440. STATE UNIVERSITIES RETIREMENT SYSTEM
2441. STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND, CURRENT TRUSTEE
2442. STEAMFITTERS LOCAL 420
2443. STEFANO CARBONIN
2444. STEPHAN P ROTHERMEL
2445. STEPHANIE B FLYNN TRUST U/A DTD 11/14/62, STEPHANIE B. FLYNN & WILLIAM J. BYRNES, TRUSTEES
2446. STEPHANIE MURRAY LIVING TRUST, STEPHANIE MURRAY, TRUSTEE
2447. STEPHEN E QUAST IRA 12/31/1995, STEPHEN E. QUAST, TRUSTEE
2448. STEPHEN HERBERT KAELBER IRA ROLLOVER FIDELITY MANAGEMENT TRUST CO CUST
2449. STEPHEN L. O'CONNOR, STEPHEN L. O'CONNOR TRUST, BANK OF AMERICA, N.A., TRUSTEE
2450. STEPHENS INC.

74

| | |
|---|---|
| 2451. | STERLING FINANCIAL TRUST COMPANY |
| 2452. | STEVE H. KAGAN IRA ROLLOVER ACCOUNT, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN |
| 2453. | STEVEN A. BALLMER |
| 2454. | STEVEN BALLARD HUNTLEY IRA ROLLOVER, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN |
| 2455. | STEVEN BURGER |
| 2456. | STEVEN DAVID LEVITT AND JEANNETTE LEVITT |
| 2457. | STEVEN U LEE AND JUNG E LEE |
| 2458. | STICHTING BEDRIJFSPENSIONENFONDS METALEKTRO |
| 2459. | STICHTING BEDRIJFSTAKPENSIOENFONDS BEROEPSVERVOER US LARGE CAP EQUITY |
| 2460. | STICHTING PENSIOENFONDS ABP |
| 2461. | STICHTING PENSIOENFONDS CAMPINA LCV |
| 2462. | STICHTING PENSIOENFONDS HOOGOVENS |
| 2463. | STICHTING PENSIOENFONDS IBM NEDERLAND A/K/A IBM NETHERLANDS MSCI US |
| 2464. | STICHTING PENSIOENFONDS MEDISCHE SPECIALISTEN |
| 2465. | STICHTING PENSIOENFONDS OCE |
| 2466. | STICHTING PENSIOENFONDS STORK |
| 2467. | STICHTING PENSIOENFONDS VAN DE ABN AMRO BANK N.V. |
| 2468. | STICHTING PENSIOENFONDS VOOR HUISARTEN - DOCTORS PENSION FUND SERVICES |
| 2469. | STICHTING PENSIOENFONDS ZORG EN WELZIJN |
| 2470. | STICHTING SHELL PENSIOENFONDS |
| 2471. | STICHTING SHELL PENSIOENFONDS LCV |
| 2472. | STIFEL NICOLAUS & CO. INC. |
| 2473. | STINEHART LIVING TRUST UA DTD 05/19/89, WILLIAM STINEHART, JR. AND PATRICIA K. STINEHART, CO-TRUSTEES |
| 2474. | STOCK INDEX FUND, A SERIES OF VALIC COMPANY I F/K/A AIG RETIREMENT COMPANY I |
| 2475. | STOCK INDEX PORTFOLIO, A SERIES OF THE PRUDENTIAL SERIES FUND, INC. |
| 2476. | STRATEGIC FUNDS, INC. - DREYFUS ACTIVE MIDCAP FUND |
| 2477. | STRATEGIC OPPORTUNITIES MASTER FUND LP |
| 2478. | STRONGBOW FUND LTD |
| 2479. | SUC CO TUA ORTHWEIN FND APPRECIA |
| 2480. | SUC TUW RICHARD KLINE FB BARBARA KLINE, SUSAN KINSELLA, TRUSTEES |
| 2481. | SUMITOMO MITSUI TRUST BANK, LIMITED F/K/A THE SUMITOMO TRUST & BANKING CO. LTD. STB PEN XXX-XXXXX-0018-P, SUMITOMO MITSUI TRUST BANK, LIMITED, TRUSTEE |
| 2482. | SUMITOMO MITSUI TRUST BANK, LIMITED F/K/A THE SUMITOMO TRUST & BANKING CO. LTD. STB PEN XXX-XXXXX-0059-K, SUMITOMO MITSUI TRUST BANK, LIMITED, TRUSTEE |

| | |
|---|---|
| 2483. | SUMITOMO MITSUI TRUST BANK, LIMITED F/K/A THE SUMITOMO TRUST & BANKING CO. LTD. STB-PEN XXX-XXXXX-0004-C, SUMITOMO MITSUI TRUST BANK, LIMITED, TRUSTEE |
| 2484. | SUMITOMO MITSUI TRUST BANK, LIMITED F/K/A THE SUMITOMO TRUST & BANKING CO. LTD. STB-PUB XXX-XXXXX-0001, SUMITOMO MITSUI TRUST BANK, LIMITED, TRUSTEE |
| 2485. | SUN CREATIVE INVESTMENTS LP |
| 2486. | SUN LIFE OF CANADA (OPPENHEIMER FUNDS INC.) |
| 2487. | SUNAMERICA SERIES TRUST - EQUITY OPPORTUNITIES PORTFOLIO |
| 2488. | SUNAMERICA SERIES, INC. - SUNAMERICA STRATEGIC VALUE PORTFOLIO F/K/A FOCUSED VALUE PORTFOLIO |
| 2489. | SUNGARD BROKERAGE & SECURITIES SERVICES LCC F/K/A ASSENT LLC |
| 2490. | SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOUTH AUSTRALIA |
| 2491. | SURVIVOR'S TRUST, BETTY H ROELAND, TRUSTEE |
| 2492. | SUSAN COONEY KUHN |
| 2493. | SUSAN GAIL HARWOOD TRUST U/A DTD 8-22-94, SUSAN GAIL HARWOOD, TRUSTEE |
| 2494. | SUSAN H SHANE TRUST U/A DTD 08/09/1991, SUSAN H SHANE, TRUSTEE |
| 2495. | SUSAN J CELLMER |
| 2496. | SUSAN K CUNNINGHAM |
| 2497. | SUSAN LYNN OSTERMAN |
| 2498. | SUSQUEHANNA CAPITAL GROUP |
| 2499. | SUSQUEHANNA INVESTMENT GROUP |
| 2500. | SUTTONBROOK CAPITAL PORTFOLIO LP |
| 2501. | SUZANNE C HUTCHINS TRUST UAD 01/16/1974, SUZANNE C HUTCHINS, TRUSTEE |
| 2502. | SUZANNE GROSSINGER GOULD |
| 2503. | SWISS AMERICAN SECURITIES INC. |
| 2504. | SWISS NATIONAL BANK (BANQUE NATIONALE SUISSE) |
| 2505. | SWISS RE FINANCIAL PRODUCTS CORP. |
| 2506. | SYBIL JINX ROBINSON SEPARATE PROPERTY TRUST U/A DTD 07/03/07, SYBIL JINX ROBINSON, TRUSTEE |
| 2507. | SYMETRA FINANCIAL CORPORATION |
| 2508. | SYMETRA LIFE INSURANCE CO. |
| 2509. | SYNERGY CAPITAL MANAGEMENT LLC |
| 2510. | T. ROWE PRICE |
| 2511. | T. ROWE PRICE ASSOCIATES A/K/A SPINNINGROD & CO |
| 2512. | T. ROWE PRICE ASSOCIATES, INC. |
| 2513. | T. ROWE PRICE BALANCED FUND - LARGE CAP CORE FUND, INC. |
| 2514. | T. ROWE PRICE BALANCED FUND, INC. |
| 2515. | T. ROWE PRICE CAPITAL OPPORTUNITY FUND, INC. |
| 2516. | T. ROWE PRICE DIVIDEND GROWTH FUND, INC. A/K/A SHERBET + CO |
| 2517. | T. ROWE PRICE EQUITY INCOME FUND A/K/A TASKFORCE & CO |

| | |
|---|---|
| 2518. | T. ROWE PRICE EQUITY INCOME PORTFOLIO |
| 2519. | T. ROWE PRICE EQUITY INCOME TRUST |
| 2520. | T. ROWE PRICE EQUITY INDEX TRUST |
| 2521. | T. ROWE PRICE EQUITY SERIES, INC. A/K/A FOULARD AND CO |
| 2522. | T. ROWE PRICE INDEX TRUST, INC. (T. ROWE PRICE EQUITY INDEX 500 FUND) |
| 2523. | T. ROWE PRICE INDEX TRUST, INC. (T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND) |
| 2524. | T. ROWE PRICE INTERNATIONAL |
| 2525. | T. ROWE PRICE MID-CAP VALUE FUND, INC. |
| 2526. | T. ROWE PRICE STRUCTURED RESEARCH TRUST, T ROWE PRICE TRUST COMPANY, TRUSTEE |
| 2527. | T. STANTON ARMOUR TR. 2/10/66, BMO HARRIS BANK, N.A., TRUSTEE |
| 2528. | TALIESIN CAPITAL PARTNERS LP |
| 2529. | TALLEYRAND OFFSHORE MASTER FD LTD |
| 2530. | TALON OPPORTUNITY PTNRS LP |
| 2531. | TAMAR SECURITIES INC |
| 2532. | TANGLEY C LLOYD |
| 2533. | TANGLEY LLOYD 1935 TRUST NO. 1, TANGLEY LLOYD, TRUSTEE |
| 2534. | TAO HUANG AND XIAOMEI HUANG |
| 2535. | TAX MANAGED OPPORTUNITY FUND LLC |
| 2536. | TD ASSET MANAGEMENT INC (TD EMERALD POOLED U.S. FUND) |
| 2537. | TD ASSET MANAGEMENT INC (TD U.S. INDEX FUND) |
| 2538. | TD EMERALD HEDGED U.S. EQUITY POOLED FUND TRUST, CURRENT TRUSTEE |
| 2539. | TD EMERALD U.S. MARKET INDEX FUND |
| 2540. | TD U.S. LARGE CAP VALUE FUND |
| 2541. | TD WATERHOUSE CANADA INC. |
| 2542. | TE CALEL PORTFOLIO, LTD |
| 2543. | TEACHERS' RETIREMENT SYSTEM OF LOUISIANA |
| 2544. | TEACHERS' RETIREMENT SYSTEM OF LOUISIANA (INTL. LG. VALUE) |
| 2545. | TEACHERS' RETIREMENT SYSTEM OF TEXAS |
| 2546. | TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK |
| 2547. | TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOIS |
| 2548. | TEAMSTERS JOINT COUNCIL NO 83 OF VIRGINIA PENSION FUND |
| 2549. | TELLURIDE CAPITAL MASTER FUND |
| 2550. | TENNESSEE CONSOLIDATED RETIREMENT SYSTEM |
| 2551. | TENSOR OPPORTUNITY LIMITED |
| 2552. | TERENCE RHODEN |
| 2553. | TERRA NOVA FINANCIAL, LLC |
| 2554. | TERRENCE R MCGOVERN AND BARBARA T MCGOVERN |
| 2555. | TERRENCE W REEDER IRA ROLLOVER, FIDELITY MANAGEMENT TRUST CO CUST |
| 2556. | TERRILL F COX & LORRAINE M COX TRUST U/A DTD 3/31/98, TERRILL F COX, LORRAINE M COX, TRUSTEES |
| 2557. | TERRY D. DIAMOND TRUST DTD 5/7/86, TERRY DIAMOND, TRUSTEE |

2558. TERRY DIAMOND IRA, THE NORTHERN TRUST COMPANY, CUSTODIAN
2559. TEWKSBURY INVESTMENT FUND LTD.
2560. TEXAS EDUCATION AGENCY
2561. TEXAS PRESBYTERIAN FOUNDATION
2562. TEXAS SCOTTISH RITE HOSPITAL FOR CRIPPLED CHILDREN
2563. TEXTRON INC MASTER TRUST, ELLEN HAYES, TRUSTEE
2564. THE 2000 PECKHAM FAMILY TRUST U/A/D 07-14-2000, GEORGE J. PECKHAM, IMOGENE S. PECKHAM, TRUSTEES
2565. THE ALICIA P. GUGGENHEIM TRUST, CURRENT TRUSTEE
2566. THE ALLIANCEBERNSTEIN PORTFOLIOS (ALLIANCEBERNSTEIN TAX-MANAGED FUNDS)
2567. THE ALTERNATIVE FUND
2568. THE AMERICAN ELECTRIC POWER MASTER RETIREMENT TRUST
2569. THE BANK OF NEW YORK MELLON CORPORATION
2570. THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN–DT BROAD MARKET STOCK INDEX FUND, THE BANK OF NEW YORK MELLON, TRUSTEE
2571. THE BANK OF NEW YORK MELLON EMPLOYEE BENEFIT COLLECTIVE INVESTMENT FUND PLAN, THE BANK OF NEW YORK MELLON, TRUSTEE
2572. THE BANK OF NEW YORK MELLON, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES
2573. THE BANK OF NOVA SCOTIA
2574. THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY
2575. THE BOEING COMPANY EMPLOYEES RETIREMENT PLANS MASTER TRUST, CURRENT TRUSTEE
2576. THE BURROUGHS WELLCOME FUND LCV
2577. THE CANYON VALUE REALIZATION MASTER FUND, L.P. (BY CONVEYANCE OF PARTICIPATION INTEREST FROM THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD.)
2578. THE CHURCH PENSION FUND, IN ITS INDIVIDUAL AND TRUSTEE CAPACITIES
2579. THE DFA GROUP TRUST
2580. THE DFA INVESTMENT TRUST COMPANY -- TAX-MANAGED U.S. EQUITY SERIES
2581. THE DFA INVESTMENT TRUST COMPANY -- TAX-MANAGED U.S. MARKETWIDE VALUE SERIES
2582. THE DFA INVESTMENT TRUST COMPANY -- U.S. LARGE CAP VALUE SERIES
2583. THE DIAMOND FAMILY FOUNDATION
2584. THE DREYFUS/LAUREL FUNDS INC. (DREYFUS BSC S&P 500 ST INDX FD)
2585. THE EFFIE AND WOFFORD CAIN FOUNDATION

3451307.3

2586. THE FBO DUNAWAY FAMILY TRUST U/A/D 07-05-1991, MICHAEL W DUNAWAY, TRUDY V DUNAWAY, TRUSTEES
2587. THE GABELLI EQUITY TRUST INC
2588. THE GDL FUND F/K/A GABELLI GLOBAL DEAL FUND
2589. THE GLASSELL FAMILY FOUNDATION INC., AS BENEFICIARY OF THE ESTATE OF ALFRED C. GLASSELL JR.
2590. THE GLENMEDE TRUST COMPANY, N.A.
2591. THE GLOVER TRUST DTD 01-19-90, CAROL T GLOVER, TRUSTEE
2592. THE GOVERNOR AND COMPANY OF THE BANK OF IRELAND
2593. THE GRACE TRUST, DUANE SHELTON TYDINGS, JOHN HEALEY, TRUSTEES
2594. THE HARTFORD FINANCIAL SERVICES GROUP, INC. (COLI POOLED S & P 500)
2595. THE HARTMARX RETIREMENT INCOME PLAN/TRUST, PENSION BENEFIT GUARANTEE CORPORATION, SUCCESSOR TRUSTEE
2596. THE HELEN HAY WHITNEY FOUNDATION
2597. THE JACOB & CHARLOTTE LEHRMAN FOUNDATION
2598. THE KROGER COMPANY MASTER RETIREMENT TRUST, CURRENT TRUSTEE
2599. THE LATTNER FAMILY FOUNDATION
2600. THE MAINSTAY FUNDS, AS ISSUER OF A SERIES KNOWN AS MAINSTAY COMMON STOCK FUND
2601. THE MAINSTAY FUNDS, AS ISSUER OF A SERIES KNOWN AS MAINSTAY EQUITY INDEX FUND
2602. THE MARITAL TRUST OF THE DE GOLDSMITH FAMILY TRUST, ERIC DE GOLDSMITH, MURIEL DE GOLDSMITH, TRUSTEES
2603. THE MARYKNOLL SISTERS OF ST DOMINIC INC-MARYKNOLL NY
2604. THE MCCONNELL FOUNDATION
2605. THE MERGER FUND (WESTCHESTER CAPITAL MANAGEMENT)
2606. THE MICHAEL ARGIRION REVOCABLE TRUST UNDER AGREEMENT DATED NOV 13, 1996, MICHAEL ARGIRION, TRUSTEE
2607. THE MINNESOTA STATE BOARD OF INVESTMENT
2608. THE NEW CHURCH INVESTMENT FUND
2609. THE NEW YORK PROVINCE OF THE SOCIETY OF JESUS
2610. THE NORTHERN TRUST COMPANY OF CONNECTICUT AFGT MID CAP VALUE FUND
2611. THE NORTHERN TRUST COMPANY OF CONNECTICUT EBT MCV
2612. THE NORTHERN TRUST COMPANY PENSION TRUST, KIM SOPPI, TRUSTEE
2613. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
2614. THE PENSION BOARDS - UNITED CHURCH OF CHRIST, INC.
2615. THE PETERS CORPORATION
2616. THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE
2617. THE PROMOTION AND MUTUAL AID CORPORATION FOR PRIVATE SCHOOLS OF JAPAN, RESONA BANK, LIMITED, TRUSTEE
2618. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

3451307.3

2619. THE READER'S DIGEST ASSOCIATION, INC. RETIREMENT PLAN, THE NORTHERN TRUST COMPANY, TRUSTEE

2620. THE ROWAN FAMILY TRUST SURVIVORS SHARE U/A DTD 03/23/1993, MARILYN ROWAN, TRUSTEE

2621. THE ROYAL BANK OF SCOTLAND N.V. F/K/A ABN AMRO BANK N.V.

2622. THE ROYAL BANK OF SCOTLAND PLC (ROYAL BANK OF SCOTLAND FINANCIAL MARKETS)

2623. THE S.O.G. FUND - INTERNATIONAL

2624. THE SALVATION ARMY - CENTRAL TERRITORY

2625. THE SALVATION ARMY - SOUTHERN TERRITORY

2626. THE SCHWAB TRUST A CHARITABLE U/A DTD 05/23/1995, MARY B SCHWAB, TRUSTEE

2627. THE SEAWATER FOUNDATION

2628. THE SEEING EYE, INC.

2629. THE STATE BOARD OF ADMINISTRATION OF FLORIDA, AS INVESTMENT FIDUCIARY FOR: THE FLORIDA RETIREMENT SYS. TRUST FUND, THE LAWTON CHILES ENDOWMENT FUND, THE FLORIDA EDUCATION FUND, THE FLORIDA STATE UNIV. RESEARCH FOUNDATION, AND THE DIV. OF BLIND SERVICES

2630. THE VANGUARD GROUP, INC.

2631. THE VANTAGEPOINT FUNDS (VANTAGEPOINT 500 STOCK INDEX FUND)

2632. THE VANTAGEPOINT FUNDS (VANTAGEPOINT ASSET ALLOCATION FUND)

2633. THE VANTAGEPOINT FUNDS (VANTAGEPOINT BROAD MARKET INDEX FUND)

2634. THE VANTAGEPOINT FUNDS (VANTAGEPOINT EQUITY INCOME FUND)

2635. THE VANTAGEPOINT FUNDS (VANTAGEPOINT GOLDMAN)

2636. THE VANTAGEPOINT FUNDS (VANTAGEPOINT MELLON CAPITAL MANAGEMENT)

2637. THE WALTERS ART GALLERY, INC. D/B/A THE WALTERS ART MUSEUM A/K/A WALTERS ART GALL EES CON TRP, CURRENT TRUSTEE

2638. THE WORKERS COMPENSATION BOARD - ALBERTA

2639. THELMA ORSHEK TESTAMENTARY TRUST, US BANK N.A., TRUSTEE

2640. THEODORE D NOVAK IRA ROLLOVER, THE NORTHERN TRUST COMPANY, CUSTODIAN

2641. THIRD AVENUE SPECIAL SITUATIONS MASTER FUND LP

2642. THIRD MILLENNIUM TRADING LLC

2643. THOMAS B O'KEEFE

2644. THOMAS CARTTER LUPTON TRUST U/W FBO JOHN T. FONTAINE & ISSUE, BRETT W ROUSCH, TRUSTEE

2645. THOMAS DECEDENT'S TRUST U/D/T 6/12/1981, WILLIAM F. THOMAS, TRUSTEE

2646. THOMAS E BAK IRA R/O, MESIROW FINANCIAL, INC, CUSTODIAN

2647. THOMAS G. AYERS TRUST, JOHN S. AYERS AND CATHERINE A. ALLEN, TRUSTEES
2648. THOMAS J PENCE
2649. THOMAS J. MAJORANA CGM IRA, STATE STREET BANK AND TRUST COMPANY, CUSTODIAN
2650. THOMAS J. OSTERMAN TRUST U/A/D 04/04/91, THOMAS J. OSTERMAN, TRUSTEE
2651. THOMAS M. OWENS
2652. THOMAS READ
2653. THOMAS T BYRD TRUST UA 01/25/82 HARRY F BYRD JR REVOCABLE TRUST, HARRY F BYRD JR, TRUSTEE
2654. THOMASYNE C. HUBERT TOD THOMAS G. HUBERT
2655. THRIFT PLAN FOR THE EMPLOYEES OF THE FEDERAL RESERVE SYSTEM
2656. THRIVENT FINANCIAL FOR LUTHERANS F/K/A LUTHERAN BROTHERHOOD
2657. THRIVENT SERIES FUND, INC., THRIVENT BALANCED PORTFOLIO
2658. THRIVENT SERIES FUND, INC., THRIVENT LARGE CAP INDEX PORTFOLIO
2659. TIAA -SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT
2660. TIAA-CREF FUNDS
2661. TIAA-CREF FUNDS TIAA-CREF EQUITY INDEX FUND
2662. TIAA-CREF FUNDS TIAA-CREF LARGE CAP VALUE INDEX FUND
2663. TIAA-CREF FUNDS TIAA-CREF MID-CAP BLEND INDEX FUND
2664. TIAA-CREF FUNDS TIAA-CREF MID-CAP VALUE INDEX FUND
2665. TIAA-CREF FUNDS TIAA-CREF S&P 500 INDEX FUND
2666. TIAA-CREF FUNDS TIAA-CREF SOCIAL CHOICE EQUITY FUND
2667. TIAA-CREF INSTITUTIONAL MUTUAL FUNDS
2668. TIDEN DESTINY MASTER FUND LIMITED
2669. TIF LLC
2670. TILLMAN FAMILY TRUST U/A 07/29/1980, INA TILLMAN, JONATHAN TILLMAN, EUGENE TILLMAN, TRUSTEES
2671. TIMBER HILL LLC
2672. TIME WARNER INC. MASTER PENSION TRUST, CURRENT TRUSTEE
2673. TIMES MIRROR SAVINGS PLUS PLAN
2674. TIMOTHY L O'ROURKE IRA, FIDELITY MANAGEMENT TRUST CO CUST
2675. TIMOTHY R. KENNEDY
2676. TIMOTHY R. KENNEDY AND SUSAN M. KENNEDY
2677. TIMOTHY S. PECARO AND SUSAN S. PECARO
2678. TLCD LIST LP
2679. TLCD LTD
2680. TMI
2681. TOA REINSURANCE
2682. TOMMIE L CORDERO TRUST UA 12/09/90, DOROTHY FLIBBERT, TRUSTEE

2683. TOMPKINS FINANCIAL CORPORATION F/K/A TOMPKINS TRUSTCO, INC.
2684. TORO TRADING LLC
2685. TORONTO DOMINION BANK
2686. TOWER NORTH AMERICAN EQUITY FUND
2687. TOWERVIEW LLC
2688. TRADELINK HOLDINGS LLC A/K/A TRADELINK LLC
2689. TRAITS OMNI
2690. TRANSAMERICA PARTNERS MID VALUE PORTFOLIO F/K/A TRANSAMERICA PARTNERS MID-CAP VALUE F/K/A DIVERSIFIED INVESTORS MID-CAP VALUE
2691. TRANSAMERICA SERIES TRUST, AS ISSUER OF THE SERIES TRANSAMERICA BLACKROCK LARGE CAP VALUE VP F/K/A AEGON/TRANSAMERICA T. ROWE PRICE EQUITY INCOME VP
2692. TRAUB TRADING LLC
2693. TRE PENSION EFT ACCOUNT PENSION PAYMENT SYSTEM
2694. TREASURER OF THE STATE OF N.C.
2695. TREASURER OF THE STATE OF NC INDEX, FIRST CITIZENS BANK, TRUSTEE
2696. TREDEGAR CORPORATION MASTER TRUST, CURRENT TRUSTEE
2697. TREDJE AP-FONDEN
2698. TREVOR GRAY AND EDNA GRAY JTWROS
2699. TRIBUNE COMPANY 401(K) SAVINGS PLAN
2700. TRIBUNE COMPANY MASTER RETIREMENT SAVINGS TRUST, CURRENT TRUSTEE
2701. TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN
2702. TRINITY DERIVATIVES GROUP LLC
2703. TRINITY HEALTH CORPORATION
2704. TROON & CO A PARTNERSHIP
2705. TROWEL TRADES S&P 500 INDEX FUND
2706. TRUST & CUSTODY SERVICES BANK, LTD.
2707. TRUST COMPANY OF THE SOUTH - SANIBEL CAPTIVA TRUST CO.
2708. TRUST D FOR A PORTION OF THE ASSETS OF THE KODAK RET INC FD PLN, CURRENT TRUSTEE
2709. TRUST FOR THE BENEFIT OF MARY ANNE VYDRA U/A/D 03-10-2006, MARY ANNE VYDRA, TRUSTEE
2710. TRUST FUND NUMBER 2381011, STATE STREET TRUST AND BANKING CO. LTD., TRUSTEE
2711. TRUST U/A DATED 12/13/76, CHARLES JOSEPH DE SIEYES, FIDUCIARY TRUST COMPANY INTERNATIONAL, UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEES
2712. TRUST U/A DATED 12/13/76, DAVID C. DE SIEYES, FIDUCIARY TRUST COMPANY INTERNATIONAL, UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEES

3451307.3

2713. TRUST U/A DATED 12/19/77, JOHN T. RISLEY, FIDUCIARY TRUST COMPANY INTERNATIONAL, UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEES
2714. TRUSTEES OF BOSTON COLLEGE
2715. TWIN CITY PIPE TRADES PENSION FUND LCV
2716. TWIN SECURITIES, INC.
2717. U.E. DECOM MO
2718. U.S. EQUITY MARKET SUDAN FREE EQUITY INDEX FUND
2719. U.S. LARGE COMPANY PORTFOLIO OF DIMENSIONAL INVESTMENT GROUP INC.
2720. UBS (LUXEMBOURG) S A
2721. UBS AG - UBS (CH) IF2 EQUITIES USA PASSIVE
2722. UBS AG (SWISS PORTFOLIO XXXX4400)
2723. UBS AG (SWISS PORTFOLIO XXXX5700)
2724. UBS AG (SWISS PORTFOLIO XXXX7700)
2725. UBS AG (SWISS PORTFOLIO XXXX8500)
2726. UBS AG, STAMFORD BRANCH (AS CUSTODIAN FOR UBS AG LONDON)
2727. UBS BANK AG, JERSEY BRANCH
2728. UBS BANK AG, NEW YORK BRANCH
2729. UBS FINANCIAL SERVICES, INC.
2730. UBS GLOBAL ASSET MANAGEMENT UBS S&P 500 INDEX FUND
2731. UBS GLOBAL EQUITY
2732. UBS LIFE USA TRACKER FUND
2733. UBS MULTI-MANAGER LARGE CAP VALUE
2734. UBS SECURITIES LLC AS SUCCESSOR TO UBS SECURITIES INC
2735. UMB BANK, N.A.
2736. UMC BENEFIT BOARD, INC
2737. UMWA 1974 PENSION TRUST, CURRENT TRUSTEE A/K/A UMWA HEALTH AND RETIREMENT
2738. UNION ELECTRICAL INDUSTRY MASTER TRUST, TINA THOMAN, TRUSTEE
2739. UNIONTOWN HOSPITAL
2740. UNITE HERE NATIONAL RETIREMENT FUND
2741. UNITED AIR LINES, INC. PILOTS' DIRECTED ACCOUNT PLAN
2742. UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA
2743. UNITED BROTHERHOOD OF CARPENTERS
2744. UNITED DEFENSE L.P. MASTER PENSION TRUST, CURRENT TRUSTEE
2745. UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND
2746. UNITED STATES MSC COMMON TRUST FUND, STATE STREET BANK AND TRUST COMPANY, TRUSTEE
2747. UNITED TEAMSTERS PENSION FUND "A" LCV
2748. UNITED TECHNOLOGIES CORP. MASTER RETIREMENT TRUST, CURRENT TRUSTEE

3451307.3

2749. UNIVERSITY OF MIAMI GROWTH POOL
2750. UNIVERSITY OF MISSOURI RET DSBLTY & DTH BEN PL, UNIVERSITY OF MISSOURI BOARD OF CURATORS, TRUSTEES
2751. UNIVERSITY OF TORONTO MASTER TRUST, GOVERNING COUNCIL OF UNIVERSITY OF TORONTO, TRUSTEE
2752. UNIVEST
2753. US BANCORP PENSION PLAN, U.S. BANK NATIONAL ASSOCIATION, TRUSTEE
2754. US BANK - FIRST AMERICAN EQUITY INDEX
2755. US EQUITY FUND, THE ROYAL BANK OF SCOTLAND PLC, AS HOLDER OF ACCOUNTS
2756. US EQUITY MARKET FUND A
2757. US EQUITY MARKET FUND B
2758. US EQUITY VALUE POOL
2759. USAA INVESTMENT MANAGEMENT COMPANY
2760. USAA MUTUAL FUND INC. (USAA INCOME STOCK FUND)
2761. USAA MUTUAL FUND, INC.
2762. USAA MUTUAL FUNDS TRUST, CURRENT TRUSTEE
2763. USUF, FLORENCE HENDRICK WRAY, EDWIN NEWTON WRAY, LOIS WRAY ROWE
2764. UTAH RETIREMENT SYSTEMS
2765. V H ENERGY LLC
2766. VALUATION RESEARCH CORPORATION
2767. VALUE FUND, A SERIES OF FIRST INVESTORS EQUITY FUNDS
2768. VALUE FUND, A SERIES OF FIRST INVESTORS LIFE SERIES FUNDS
2769. VALUE GROWTH PORTFOLIO OF THE EQUITRUST VARIABLE INSURANCE SERIES FUND
2770. VALUE LINE INCOME & GROWTH FUND, INC. F/K/A VALUE LINE INCOME FUND
2771. VANGUARD FENWAY FUNDS (VANGUARD EQUITY INCOME FUND)
2772. VANGUARD FIDUCIARY TRUST COMPANY (EMPLOYEE BENEFIT INDEX FUND)
2773. VANGUARD FIDUCIARY TRUST COMPANY (RUSSELL 1000 INDEX TRUST)
2774. VANGUARD FIDUCIARY TRUST COMPANY (VANGUARD COMPANY STOCK 21)
2775. VANGUARD FIDUCIARY TRUST COMPANY (VANGUARD TOTAL STOCK MARKET INDEX FUND)
2776. VANGUARD FIDUCIARY TRUST COMPANY, AS TRUSTEE OF ITS SPONSORED AND MANAGED COLLECTIVE INVESTMENT FUNDS
2777. VANGUARD INDEX FUNDS (VANGUARD INDEX 500 FUND)
2778. VANGUARD INDEX FUNDS (VANGUARD LARGE CAP INDEX FUND)
2779. VANGUARD INDEX FUNDS (VANGUARD MID-CAP INDEX FUND)
2780. VANGUARD INDEX FUNDS (VANGUARD MID-CAP VALUE INDEX FUND)

3451307.3

2781. VANGUARD INDEX FUNDS (VANGUARD TOTAL STOCK MARKET INDEX FUND)
2782. VANGUARD INDEX FUNDS (VANGUARD VALUE INDEX FUND)
2783. VANGUARD INSTITUTIONAL INDEX FUNDS (VANGUARD INSTITUTIONAL INDEX FUND)
2784. VANGUARD INSTITUTIONAL INDEX FUNDS (VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX FUND)
2785. VANGUARD MALVERN FUNDS (VANGUARD ASSET ALLOCATION FUND)
2786. VANGUARD QUANTITATIVE FUNDS (VANGUARD GROWTH & INCOME FUND)
2787. VANGUARD QUANTITATIVE FUNDS (VANGUARD STRUCTURED LARGE-CAP EQUITY FUND)
2788. VANGUARD SCOTTSDALE FUNDS (VANGUARD FIDUCIARY TRUST COMPANY, RUSSELL 1000 VALUE)
2789. VANGUARD TAX-MANAGED FUNDS (VANGUARD TAX MANAGED GROWTH & INCOME FUND)
2790. VANGUARD VALLEY FORGE FUNDS (VANGUARD BALANCED INDEX FUND)
2791. VANGUARD VARIABLE INSURANCE FUNDS (VANGUARD VVIF EQUITY FUND INDEX)
2792. VANGUARD VARIABLE INSURANCE FUNDS (VANGUARD VVIIF MIDCAP INDEX FUND)
2793. VANGUARD VARIABLE INSURANCE FUNDS (VVIF-EQUITY INCOME VGI)
2794. VANGUARD WHITEHALL FUNDS (VANGUARD HIGH DIVIDEND YIELD INDEX FUND)
2795. VANGUARD WINDSOR FUNDS (VANGUARD WINDSOR II FUND)
2796. VANGUARD WORLD FUNDS (VANGUARD CONSUMER DISCRETIONARY INDEX FUND)
2797. VANGUARD WORLD FUNDS (VANGUARD FTSE SOCIAL INDEX FUND)
2798. VEBA PARTNERSHIP N LP
2799. VEBA PARTNERSHIP X L.P.
2800. VERIZON INVESTMENT MANAGEMENT CORP.
2801. VERIZON MASTER SAVINGS TRUST, CURRENT TRUSTEE
2802. VERMONT STATE EMPLOYEES RETIREMENT SYSTEM
2803. VERN M STRICKLER
2804. VERNA R. HARRAH, VERNA R. HARRAH TRUST SPECIAL ACCOUNT DTD 9/5/86, VERNA HARRAH, TRUSTEE
2805. VESTER T HUGHES JR
2806. VICIS CAPITAL MASTER FUND
2807. VIKRAM PARVATANENI
2808. VILMA L CHANTILES AND NICHOLAS G CHANTILES
2809. VINCENT ADONE IRA, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN
2810. VINCENT CAMUTO GABELLI VALUE

2811. VINCENT T TURITTO

2812. VIP INDEX 500 FUND, A SERIES OF VARIABLE INSURANCE PRODUCTS FUND II

2813. VIRGINIA KEARNS REVOCABLE TRUST, VIRGINIA A. KEARNS AND THE NORTHERN TRUST COMPANY, TRUSTEES

2814. VIRGINIA SONNENSCHEIN TRUST, VIRGINIA SONNENSCHEIN, TRUSTEE

2815. VIVIAN B. LARSSON TRUST, THE NORTHERN TRUST COMPANY, TRUSTEE

2816. VIVIAN PAPPAS IRA ROLLOVER, THE NORTHERN TRUST COMPANY, CUSTODIAN

2817. VTRADER PRO, LLC

2818. W. JEROME FRAUTSCHI LIVING TRUST, RHONA VOGEL, TRUSTEE

2819. W. MILTON JR. TRUST U/W FBO ANNA LIVINGSTONE, M&T BANK, TRUSTEE

2820. W. WRIGLEY JR CHRISTMAS TRUST, WILLIAM WRIGLEY, JR., TRUSTEE

2821. W.G. LASSITER, JR. AND ANEICE R. LASSITER

2822. W.L. PUTNAM PRIZE FUND

2823. WABASH/HARVEST PARTNERS, L.P. F/K/A WABASH HARVEST PARTNERS LP

2824. WALTER BAUM

2825. WALTER E LANG IRA, JPMCC CUST

2826. WALTER K GRAHAM TRUST U/A DTD 10/16/2000, ANNE G TAYLOR, TRUSTEE

2827. WALTER K GRAHAM TRUST U/A DTD 10/16/2000, WALTER E GRAHAM, TRUSTEE

2828. WAMU PENSION PLAN MASTER TRUST, CURRENT TRUSTEE

2829. WARREN J EIDE

2830. WASHINGTON AREA CARPENTERS PENSION FUND

2831. WASHINGTON MUTUAL, INC. CASH B

2832. WATERMAN BROADCASTING CORP EMPLOYEE PROFIT SHARING PLAN U/A 01/01/1974

2833. WAYNE HUMMER TRUST CO NA

2834. WEALTH MANAGEMENT SERVICES

2835. WEDBUSH SECURITIES, INC. F/K/A WEDBUSH MORGAN SECURITIES, INC.

2836. WEED LIV TRUST U/A DTD 08-01-90, ROBERT N WEED, MARJORIE L WEED, MARGO WEED, TRUSTEES

2837. WEEGE FAMILY TRUST U/A 6/21/89, REINHOLD WEEGE AND SHELLEY WEEGE, TRUSTEES

2838. WEINTRAUB CAPITAL MANAGEMENT

2839. WEISS MULTI-STRATEGY PARTNERS LLC

2840. WELCH & FORBES LLC

2841. WELLMARK HEALTH PLAN OF IOWA, INC.

2842. WELLMARK, INC.

2843. WELLS FARGO ADVANTAGE ASSET ALLOCATION FUND
2844. WELLS FARGO ADVANTAGE DIVERSIFIED STOCK PORTFOLIO
2845. WELLS FARGO ADVANTAGE INDEX PORTFOLIO
2846. WELLS FARGO BANK, N.A.
2847. WELLS FARGO BANK, N.A. F/K/A WACHOVIA BANK, N.A.
2848. WELLS FARGO BANK, N.A. F/K/A WACHOVIA BANK, N.A. CMC-NORTHEAST
2849. WELLS FARGO FUNDS TRUST (DISCIPLINED SMALL-MID VALUE)
2850. WELLS FARGO FUNDS TRUST (EVERGREEN MARKET INDEX FUND)
2851. WELLS FARGO FUNDS TRUST (EVERGREEN MARKET INDEX VALUE)
2852. WELLS FARGO INVESTMENTS, LLC
2853. WELLSPAN HEALTH MASTER TRUST, CURRENT TRUSTEE
2854. WENDI POWER AND SCOTT POWER
2855. WENDY PYE ENTERPRISES LTD
2856. WG TRADING COMPANY LP, ROBB EVANS & ASSOCIATES LLC, RECEIVER
2857. WHEELS COMMON INVESTMENT FUND
2858. WHI GROWTH FUND QP LP
2859. WHITE MOUNTAINS RE BERMUDA LTD
2860. WHITE MOUNTAINS REINSURANCE COMPANY OF AMERICA
2861. WHITE MOUNTAINS REINSURANCE COMPANY OF AMERICA F/K/A FOLKSAMERICA REINSURANCE COMPANY
2862. WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP
2863. WHITEBOX CREDIT ARBITRAGE PARTNERS, L.P.
2864. WHITEBOX DIVERSIFIED CONVERTIBLE ARBITRAGE FUND, LP
2865. WHITEBOX HIGH YIELD FUND, LP
2866. WHITTIER TRUST COMPANY
2867. WILFRED H NELTNER AMENDED RESTATED TRUST AGREEMENT U/A DTD 7/9/82, WILFRED NELTNER, TRUSTEE
2868. WILL K. WEINSTEIN, WILL K. WEINSTEIN REVOCABLE TRUST U/A DTD 2-27-90, WILL K. WEINSTEIN, TRUSTEE
2869. WILLIAM & JANE HAYS CHARITABLE REMAINDER UNITRUST, US BANK, TRUSTEE
2870. WILLIAM A CAREY AND JANET S CAREY TRUST U/A 4/16/90, WILLIAM A CAREY, TRUSTEE
2871. WILLIAM A. JOBSON III
2872. WILLIAM APFELBAUM
2873. WILLIAM B DENHART NONQUALIFYING TRUST UNDER WILL OF WILLIAM B DENHART, US BANK, TRUSTEE
2874. WILLIAM BLAIR & CO.
2875. WILLIAM BROSS LLOYD JR. NEW YORK TRUST DATED JULY 18, 1968, THE NORTHERN TRUST COMPANY, TRUSTEE
2876. WILLIAM BROSS LLOYD JR. VERMONT TRUST DATED JULY 18, 1968, THE NORTHERN TRUST COMPANY, TRUSTEE
2877. WILLIAM C HATCH TRUST U/A/D 07/11/96, WILLIAM C HATCH, TRUSTEE

2878. WILLIAM CAPLICE REVOCABLE TRUST U/A/D 3/10/1987, JEANNE CAPLICE, TRUSTEE
2879. WILLIAM CARTER
2880. WILLIAM D JERNIGAN AND JESSIE B JERNIGAN
2881. WILLIAM D MAC DONALD & NANCY L MAC DONALD TRUST UA 7 21, NANCY L. MAC DONALD, TRUSTEE
2882. WILLIAM DEAN HOWELLS AND CHRISTINA HOWELLS
2883. WILLIAM E STEIGER AND BEVERLY STEIGER
2884. WILLIAM J SMALL
2885. WILLIAM J. BROWN
2886. WILLIAM J. BYRNES TRUST U/A DTD 11/14/62, WILLIAM J. BYRNES, STEPHANIE B. FLYNN, TRUSTEES
2887. WILLIAM JAMES BELL 1993 TRUST U/A 8/23/93, WILLIAM J BELL, TRUSTEE
2888. WILLIAM K MCGEE JR
2889. WILLIAM K. SCHAEFER
2890. WILLIAM M DAVENPORT TRUST UNDER WILL OF THOMAS CARRTER LUPTON, BRETT W ROUSCH, TRUSTEE
2891. WILLIAM M VANNEMAN TRUST AMENDED 6/1/2007 U/A 5/6/92, W M VANNEMAN, W VANNEMAN JR, TRUSTEES
2892. WILLIAM M. BRACHFELD
2893. WILLIAM O HOWE IRA, VANGUARD FIDUCIARY TRUST CO, CUSTODIAN
2894. WILLIAM P MUMMA AND KATHLEEN A MUMMA
2895. WILLIAM P WEBER TRUST U/A/D 11-02-2007, WILLIAM P WEBER, TRUSTEE
2896. WILLIAM P. HAMMOND TRUST U/A DTD 08/11/1992, WILLIAM P. HAMMOND, TRUSTEE
2897. WILLIAM S O'REILLY AND DANIEL JOSEPH O'REILLY MD, TRUSTEES
2898. WILLIAM S O'REILLY TRUST U/A 6/23/04 FBO WILLIAM S O'REILLY, WILLIAM S O'REILLY, TRUSTEE
2899. WILLIAM SANDERSON TWADDELL
2900. WILLIAM SANDERSON TWADDELL IRREVOCABLE PRESENT INTEREST TRUST, DATED DECEMBER 27, 1983 (A/K/A WILLIAM H. TWADDELL REV LIVING TRUST U/A DTD 05/10/2004 AND WILLIAM S. TWADDELL UTMA DC), WILLIAM H TWADDELL, TRUSTEE
2901. WILLIAM STEIF
2902. WILLIAM STEINER LIVING TRUST U/A 8/16/06, WILLIAM STEINER, TRUSTEE
2903. WILLIAM STINEHART JR.
2904. WILLIAM V MONOPOLI AND MARY K MONOPOLI JT WROS
2905. WILLIAM W. HOWELLS
2906. WILLOW CREEK CAPITAL PARTNERS
2907. WILLOW CREEK OFFSHORE FUND
2908. WILMINGTON MID CAP GROWTH FUND F/K/A MTB MID CAP STOCK FUND F/K/A M&T BANK VISION MID CAP STOCK FUND

3451307.3

2909. WILMINGTON MID CAP MULTI MANAGER SERIES
2910. WILMINGTON TRUST CO.
2911. WILSHIRE VARIABLE INSURANCE TRUST EQUITY FUND
2912. WILSHIRE VARIABLE INSURANCE TRUST SOCIALLY RESPONSIBLE FUND
2913. WINCHESTER EVENING STAR INC.
2914. WINTON EVOLUTION PORTFOLIO SPC FBO WINTON EVOLUTION SEGREGATED PORTFOLIO NO 1
2915. WIRTZ CORPORATION
2916. WISCONSIN REINSURANCE CORP
2917. WOLVERINE ARBITRAGE FUND A/K/A WOLVERINE CONVERTIBLE ARBITRAGE FUND
2918. WOLVERINE TRADING LLC
2919. WOO B CHOI ROLLOVER IRA, TD AMERITRADE INC, CUSTODIAN
2920. WOODMONT INVESTMENTS LTD
2921. WOODS/MITCHELL FAMILY TRUST U/A DTD 01/25/1999, BRENT WOODS AND LAURIE MITCHELL, TRUSTEES
2922. WOOJIN CHOI PRINCIPAL
2923. WORLDWIDE TRANSACTIONS LIMITED
2924. WPG ERICOTT MERGER ARBITRAGE OVERSEAS LP - MASTER FEEDER
2925. WPML LIMITED PARTNERSHIP
2926. YEOMANS FAMILY TRUST U/A 2/22/92, PATRICIA H YEOMANS, TRUSTEE
2927. YIELD STRATEGIES FUND I LP
2928. ZEBRA MULTI-STRATEGY MASTER FUND LTD.
2929. ZIEGELMAN PARTNERS LP
2930. ZIEGLER FAMILY TRUST A, CURRENT TRUSTEE
2931. ZOLTAN HORVATH AND LIDIA HORVATH
2932. ZOOLOGICAL SOCIETY OF SAN DIEGO

3451307.3