UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
                                       :    11md2296 (DLC)
                                       :    12cv2652 (DLC)
                                       :
                                       :    JUDGMENT
In re: Tribune Company Fraudulent      :
Conveyance Litigation                  :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
-------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/19
```

DENISE COTE, District Judge:

On June 4, 2019, the Trustee and the Settling Defendants moved for entry of a proposed Bar Order. On July 12, 2019, after all objections were resolved, the Court entered a Revised Bar Order [ECF no. 8109]. There being no just reason for delay, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the July 12 Revised Bar Order is a final judgment. The Clerk of Court shall enter judgment pursuant to Federal Rule of Civil Procedure 54(b).

Dated:    New York, New York
          July 17, 2019

                              _____
                                      DENISE COTE
                              United States District Judge