USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|4|2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action No. 11 MD 2296 (DLC) |
| THIS DOCUMENT RELATES TO: | |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST, *Plaintiff,* -against- DENNIS J. FITZSIMONS, *et al.,* *Defendants.* | Case No. 12 CV 2652 (DLC) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of

a Settlement Agreement [MDL ECF No. 8056-1], dated May 16, 2019, between the parties, Plaintiff Marc

S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is

dismissing the above-entitled action with prejudice solely against the defendants listed below:

- THOMAS E. EHLMANN AND KELLY LA CHANCE EHLMANN

Dated: October 3, 2019
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP
David M. Zensky
One Bryant Park
New York, NY 10036
Phone: (212) 872-1000
Fax: (212) 872-1002

*Counsel for Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*

SO ORDERED:  _____
Dated:         DENISE L. COTE
               UNITED STATES DISTRICT JUDGE
               October 4, 2019