USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/20

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11-MD-2296 (RJS) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>Defendants. | 12 CV 2652 (RJS)<br><br>Granted.<br>/s/ Jennie Cole<br>1/13/20 |

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Matthew J. Latterner of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") respectfully moves to withdraw as counsel of record for The Bank of Nova Scotia in the above-referenced consolidated actions pursuant to Local Rule 1.4. Undersigned counsel respectfully requests that he be removed from all service lists and from CM/ECF noticing. Beginning September 28, 2018, Mr. Latterner will no longer be associated with Milbank. Mr. Latterner is not asserting a retaining or charging lien. Alan J. Stone will remain counsel of record for The Bank of Nova Scotia.

Dated: September 25, 2018
      New York, New York

                      Respectfully submitted,

                      */s/ Matthew J. Latterner*
                      MILBANK, TWEED, HADLEY & McCLOY LLP
                      Matthew J. Latterner
                      28 Liberty Street
                      New York, New York 10005
                      Telephone: (212) 530-5078
                      Facsimile: (212) 822-5078
                      Email: mlatterner@milbank.com

SO ORDERED _____
Dated:          Richard J. Sullivan
                U.S.D.J.