IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-02296-RJS<br>Consolidated Multidistrict Action |
| MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMONS, et al.<br><br>Defendants. | Case No. 12-cv-02652-RJS<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/13/2020 |

## ORDER GRANTING MOTION TO SUBSTITUTE APPEARANCE

Before the Court is the Motion to Substitute the appearance of Anne E. Walsh, as pro-se counsel of record, for defendant, Estate of Patricia I. Walsh ("Defendant") in the above referenced cases. Having considered the Motion, the Court is of the opinion that it should be granted and the substitution of pro-se attorney is hereby approved and SO ORDERED.

_____
Richard J. Sullivan
United States District Court Judge for the Southern District of New York

Date: March 13, 2020