UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action No. 11-MD-2296 (DLC) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>Defendants. | No. 12-CV-2652 (DLC)<br><br>**NOTICE OF WITHDRAWAL** |
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action No. 11-MD-2296 (DLC) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendants. | No. 12-CV-6055 (DLC)<br><br>**NOTICE OF WITHDRAWAL** |

Please take notice that pursuant to Local Rule 1.4, the undersigned counsel, Kira A. Davis, respectfully moves to withdraw as counsel of record in the above-captioned proceedings for the following defendants:

- Citibank, N.A.,

- Citigroup Global Markets Inc.,
- Citigroup Global Markets Limited,
- Citicorp Securities Services Inc.,
- Citigroup Pension Plan Trust,
- Citi Canyon, Ltd.,
- Citi GoldenTree, Ltd.,
- Time Warner Inc. Master Pension Trust,
- EWT, LLC, and
- SICPA Holding SA

Undersigned counsel respectfully requests that she be removed from all service lists and from CM/ECF noticing. Beginning July 1, 2020, I will no longer be associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. Andrew Gordon of Paul, Weiss, Rifkind, Wharton & Garrison LLP will remain as counsel of record for the above defendants in this matter.

Dated: New York, New York
      June 23, 2020

So Ordered.

June 23, 2020

_____
DENISE COTE
United States District Judge

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kira A. Davis
     Kira A. Davis (KDavis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for the above-named defendants*

2