```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
                                         :      11md2296 (DLC)
 In re: Tribune Company Fraudulent       :      12cv2652 (DLC)
 Conveyance Litigation                   :      12cv6055 (DLC)
                                         :
                                         :         ORDER
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 1, 2021, pro-se attorney Anne E. Walsh, Esq. requested to be added to the electronic service list for the above-captioned case, 12cv2652.  It is hereby

ORDERED that the Clerk of Court shall add Anne E. Walsh to the docket as Executor of the Estate of Patricia I. Walsh.

Dated:     New York, New York
           March 12, 2021

                                      _____
                                           DENISE COTE
                                      United States District Judge