```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
                                         :    11md2296 (DLC)
IN RE TRIBUNE COMPANY FRAUDULENT         :    12cv6055 (DLC)
CONVEYANCE LITIGATION                    :
                                         :         ORDER
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 20, the Second Circuit vacated the prior decisions of this Court that dismissed actual fraudulent conveyance claims against defendant VRC and constructive fraudulent conveyance claims against defendants Citigroup and Merrill Lynch.  The Second Circuit's mandate issued on September 13.  Accordingly, it is hereby

ORDERED that the parties shall submit a proposal by **October 1, 2021** for the litigation of the outstanding claims.

IT IS FURTHER ORDERED that a conference regarding these claims shall be held on **October 14, 2021** at **3 pm**.  Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

Dated:      New York, New York
            September 14, 2021

                                        _____
                                               DENISE COTE
                                        United States District Judge