UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE: TRIBUNE COMPANY FRAUDULENT      :    11md2296 (DLC)
CONVEYANCE LITIGATION                  :    12cv2652 (DLC)
                                       :    12cv6055 (DLC)
-------------------------------------- X
                                            ORDER

DENISE COTE, District Judge:

On November 3, 2021, the Trustee, defendant Citigroup Global Markets Inc., and defendant Merrill Lynch, Pierce, Fenner & Smith Inc. jointly moved for entry of a proposed Bar Order in relation to a proposed settlement agreement.  The United States Bankruptcy Court for the District of Delaware must approve the proposed settlement before the Bar Order may be entered, and that court is expected to consider the proposed settlement agreement at a hearing on November 30, 2021.  Accordingly, it is hereby

ORDERED that, if the bankruptcy court approves the settlement agreement on November 30, any opposition to entry of the Bar Order is due **December 7**.  Any reply is due **December 14**.

IT IS FURTHER ORDERED that, if the bankruptcy court does not approve the proposed settlement agreement on November 30, the parties shall submit a joint letter regarding the status of the proceedings in the bankruptcy court related to the proposed

settlement agreement by **December 1**.

Dated:   New York, New York
         November 4, 2021

                                     _____
                                              DENISE COTE
                                     United States District Judge