```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   11md2296 (DLC)
IN RE TRIBUNE COMPANY FRAUDULENT          :   12cv2652 (DLC)
CONVEYANCE LITIGATION                     :   12cv6055 (DLC)
                                          :
------------------------------------------X   ORDER
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the **January 14, 2022** conference involving plaintiff and defendant Valuation Research Corporation is cancelled.

SO ORDERED:

Dated:   New York, New York
         **January 13, 2022**

_____
DENISE COTE
United States District Judge