UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
:
This Document Relates to: :
:
    12 Civ. 2652     :    11 MDL 2296
    :    12 MC 2296
------------------------------------x

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Goldman, and subject to the approval of the Court, Daniel Goldman hereby withdraws as counsel for Defendants Steven Sosnick and Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation (incorrectly sued as Bechtel Corporation Trust and Thrift Plan), and shall be removed from the CM/ECF notification list in the above-captioned matter.

Dated:     August 29, 2022

    PETRILLO KLEIN & BOXER LLP

    By: */s/ Daniel Goldman*
    Daniel Goldman
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    (212) 370-0336
    dgoldman@pkbllp.com

    *Attorney for Defendants Steven Sosnick and Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation*

SO ORDERED: ___[signature]___
                          8/29/22