UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
:
This Document Relates to: :
:
11 Civ. 4538 : 11 MDL No. 2296
:
------------------------------------x

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Goldman, and subject to the approval of the Court, Daniel Goldman hereby withdraws as counsel for Defendant Interactive Brokers LLC and shall be removed from the CM/ECF notification list in the above-captioned matter.

Dated: August 29, 2022

PETRILLO KLEIN & BOXER LLP

By: /s/ Daniel Goldman
Daniel Goldman
655 Third Avenue, 22nd Floor
New York, New York 10017
(212) 370-0336
dgoldman@pkbllp.com

*Attorney for Defendant Interactive Brokers LLC*

SO ORDERED: /s/ Denise Cote
8/30/22