UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION :
:
This Document Relates to: :
:
11 Civ. 9583 : 11 MDL No. 2296
:
---------------------------------- x

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Goldman, and subject to the approval of the Court, Daniel Goldman hereby withdraws as counsel for Defendants Timber Hill LLC and Interactive Brokers LLC, and shall be removed from the CM/ECF notification list in the above- captioned matter.

Dated:     August 29, 2022

                                       PETRILLO KLEIN & BOXER LLP

                                       By: */s/ Daniel Goldman*
                                       Daniel Goldman
                                       655 Third Avenue, 22nd Floor
                                       New York, New York 10017
                                       (212) 370-0336
                                       dgoldman@pkbllp.com

                                       *Attorney for Defendants Timber Hill LLC and*
                                       *Interactive Brokers LLC*

SO ORDERED: _____/s/ Denise Cote_____
                         12/16/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: TRIBUNE COMPANY FRAUDULENT   :
CONVEYANCE LITIGATION               :
                                    :
This Document Relates to:           :
                                    :
11 Civ. 4538                        :       11 MDL No. 2296
                                    :
------------------------------------x

## DECLARATION OF DANIEL GOLDMAN

DANIEL GOLDMAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am associated with the law firm Petrillo Klein & Boxer LLP, counsel for Defendants Timber Hill LLC and Interactive Brokers LLC in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Timber Hill LLC and Interactive Brokers LLC.

2. Timber Hill LLC and Interactive Brokers LLC will continue to be represented by counsel of record at Petrillo Klein & Boxer LLP.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    August 29, 2022

                                        */s/ Daniel Goldman*
                                        Daniel Goldman